UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEVEN ALFANO,                                            :

                        Plaintiff,      :     07 Civ. 9661 (GEL)
    - against -
                                            :
CIGNA LIFE INSURANCE COMPANY OF                           **Rule 7.1 Disclosure Statement**
NEW YORK, et al.,                                         :

                        Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant CIGNA Life Insurance Company of New York certifies the following:

      CIGNA Life Insurance Company of New York is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings.

CIGNA Holdings is a wholly owned subsidiary of CIGNA Corporation.

Dated:    White Plains, New York
            January 25, 2008

                                 WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                 By:  /s/ Emily A. Hayes
                                      Fred N. Knopf (FNK 4625)
                                      Emily A. Hayes (EH 5243)
                                      3 Gannett Drive
                                      White Plains, New York 10604-3407
                                      Phone (914) 323-7000
                                      Facsimile (914) 323-7001

1867917.1

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 25, 2008, a copy of the foregoing Rule 7.1 Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                 /s/ Emily A. Hayes_____
                                                 Emily A. Hayes (EH 5243)
                                                 3 Gannett Drive
                                                 White Plains, New York 10604-3407
                                                 Phone (914) 323-7000, Ext. 4165
                                                 Facsimile (914) 323-7001
                                                 emily.hayes@wilsonelser.com