UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEVEN ALFANO,                                          :

                           Plaintiff,       :       07 Civ. 9661 (GEL)
      - against -
                                              :

CIGNA LIFE INSURANCE COMPANY OF                         **NOTICE OF APPEARANCE**
NEW YORK, et al.,                                       :

                         Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for defendant CIGNA Life Insurance Company of New York

      I certify that I am admitted to practice in this Court.


Dated:    White Plains, New York
             January 25, 2008


                                        Respectfully submitted,

                                          WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                          DICKER LLP

                                          By:  /s/ Fred N. Knopf
                                                 Fred N. Knopf (FNK 4625)
                                                 Emily A. Hayes (EH 5243)
                                                 *Attorneys for the Defendant CIGNA*
                                                 *Life Insurance Company of New*
                                                 *York*
                                                 3 Gannett Drive
                                                 White Plains, New York 10604
                                                 (914) 323-7000

1868744.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2008, the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              s/Fred N. Knopf
                                              Fred N. Knopf (FNK 4625)
                                              3 Gannett Drive
                                              White Plains, New York 10604-3407
                                                  Phone (914) 323-7000
                                              Facsimile (914) 323-7001
                                              fred.knopf@wilsonelser.com