UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STEVEN ALFANO,

           Plaintiff,

-against-

CIGNA LIFE INSURANCE COMPANY OF
NEW YORK, et al.,

           Defendants.

------------------------------------------------------------x



07 Civ. 9661 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    For the reasons stated to the parties at a telephonic conference on April 23, 2008, it is hereby ORDERED that:

    1.    Cigna produce its employee, Medha Bharadwaj, in New York City or Long Island for a deposition in this matter, and pay for her travel costs.

    2.    Cigna immediately disclose the contact information for its former employee Ginny Schmidt, including her last-known address.

SO ORDERED.

Dated: New York, New York
       April 29, 2008

                                              GERARD E. LYNCH
                                              United States District Judge