UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x



STEVEN ALFANO,                                    :

                    Plaintiff,                    :

                                                  :                07 Civ. 9661 (GEL)

        -against-                                 :

                                                  :                **ORDER**

CIGNA LIFE INSURANCE COMPANY OF                   :
NEW YORK, et al.,                                 :

                                                  :
                    Defendants.                   :

                                                  :
-----------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

        Plaintiff requested, and was granted, permission to file an overlength brief of up to forty
pages in support of his motion for summary judgment. By letter dated July 10, 2008, CIGNA
concedes (as plaintiff contends) that this Court should review *de novo* the decision to deny
plaintiff long term disability benefits, and requests that in light of this concession plaintiff's page
limitation be reduced from forty to thirty pages. CIGNA further requests that it be given the
same page limitation as given to plaintiff. By letter dated July 14, 2008, plaintiff notes that he is
able to reduce the length of his brief, but not by a full ten pages, and requests that he be allowed
thirty-two pages. Accordingly, it is hereby ORDERED that plaintiff be granted permission to
submit a memorandum of law in support of his motion for summary judgment of up to thirty-two
pages in length, and that CIGNA be granted permission to submit a memorandum of law in
opposition to plaintiff's motion for summary judgment of up to thirty-two pages in length.

SO ORDERED.

Dated:        New York, New York
              July 21, 2008

                                                        _____
                                                           GERARD E. LYNCH
                                                        United States District Judge