**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEVEN ALFANO,

                Plaintiff,

  - against -

INA LIFE INSURANCE COMPANY OF NEW YORK, LONG TERM DISABILITY INSURANCE PLAN FOR CORNELL UNIVERSITY MEDICAL COLLEGE, WEILL MEDICAL COLLEGE OF CORNELL UNIVERSITY RETIREMENT PLAN FOR FACULTY AND EXEMPT EMPLOYEES, CHILDREN'S TUITION SCHOLARSHIP PLAN, CORNELL UNIVERSITY GROUP LIFE INSURANCE PLAN, CORNELL UNIVERSITY MEDICAL COLLEGE HEALTH INSURANCE PLAN and CORNELL UNIVERSITY MEDICAL COLLEGE DENTAL INSURANCE PLAN,

                Defendants.

07 Civ. 9661 (GEL)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the Plaintiff's Statement of Material Facts pursuant to Local Civil Rule 56.1 and exhibits, the accompanying memorandum of law, and the papers previously submitted, the undersigned will move before the Honorable Gerard E. Lynch, at a date and time to be determined by the Court, at the Courthouse located 500 Pearl Street, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure 56 granting Plaintiff's motion for summary judgment in his favor, and granting such other relief as the Court deems just and proper, including interest, costs and attorneys fees.

Dated: Jericho, NY
       July 25, 2008

                                         **RESPECTFULLY SUBMITTED,**
                                         **LAW OFFICES OF JEFFREY DELOTT**
                                         Attorneys for Plaintiff

By:   _____
        Jeffrey Delott, Esq. (JD8688)
        366 North Broadway
        Suite 410
        Jericho, NY 11753
        (516) 939-2999