UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
STEVEN ALFANO,                                              :

                     Plaintiff,     :     07 Civ. 9661 (GEL)

  - against -
                                                     :

CIGNA LIFE INSURANCE COMPANY OF
NEW YORK, et al.,                                           :

                     Defendants.    :
------------------------------------------------------------ x

## DECLARATION OF EMILY A. HAYES IN SUPPORT OF CIGNA LIFE INSURANCE COMPANY OF NEW YORK'S MOTION FOR SUMMARY JUDGMENT

EMILY A. HAYES, pursuant to 28 U.S.C. § 1746, declares and states as follows subject to the penalties for perjury of the United States of America:

1. I am an associate of the firm Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for Defendant CIGNA Life Insurance Company of New York, and submit this declaration in support of its motion for summary judgment.

2. Annexed to this declaration are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| A. | Administrative Record, Bates Stamped Nos. CLICNY 0001 through CLICNY 1027. |

Dated:   White Plains, New York
         July 25, 2008

                           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                           By: _____
                              Emily A. Hayes (EH 5243)

2060738.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, the foregoing Declaration was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Emily A. Hayes*
Emily A. Hayes (EH 5243)
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001
emily.hayes@wilsonelser.com

2

2060738.1