# CIGNA/CMEMail
## Referral Form    IME

 

**CONCENTRA**
MEDICAL EXAMINATIONS

| REFERRAL DATE 02/05/2001 | SPECIALTY See Below | | LAM NAME & NUMBER(for CME use) | | | | |
|---|---|---|---|---|---|---|---|
| INDIVIDUAL TO BE EXAMINED ALFANO, STEVEN | | | REFERRED BY (MEDICAL CONSULTANT) LINDA CUFARI, R.N. LARA D'AMBROSIO, C.M. | | | | |
| ADDRESS 3000 WALDO AVENUE APT. 13-G | | | COMPANY CIGNA INTEGRATED CARE | | | | |
| CITY & STATE BRONX, NEW YORK 10463 | | | ADDRESS 255 EAST AVENUE | | | | |
| PHONE (718) 884-2067 | FAX | | CITY & STATE ROCHESTER N.Y. 14604 | | | | |
| D.O.B. 01/14/58 | S.S. # 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 | | PHONE (C.M.) 716-231-6521 (R.N.) 716-258-1782 | | | FAX (716) 231-6502 | |
| CLAIMANT OCCUPATION WAGE AND SALARY MANAGER (SEDENTARY) | | | FILE # | | | INSURED | |
| TYPE OF ILLNESS RADICULOPATHY | INCUR DATE 08/06/2000 | | STD LUROKTION | LTD X | OTHER | UNDERWRITER CIGNA LIFE INSURAN COMPANY OF NEW Y | |
| CLAIMANT ATTORNEY | | | RUSH EXAM? ☐ yes ☐ no | | | NEEDED BY? | |
| ADDRESS | PHONE | FAX | RE-EXAM? ☐ yes ☐ no | | | DATE OF LAST EXAM? | |
| CITY & STATE | | | TRANSPORTATION NEEDED? ☐ yes ☐ no | | | INTERPRETER NEEDED? ☐ yes ☐ no | |
| HEALTHCARE PROVIDER | CITY & STATE | | X-RAY AUTHORIZATION? ☐ yes ☐ no | | | | |
| PREFERRED EXAM DATE | | | | | IME X | PEER | |

### SPECIALTY

- X Orthopedist *Specializing in back care*
- ___ Neurologist
- ___ Neurosurgeon
- ___ Chiropractor
- ___ Psychiatrist
- ___ Other _____

### SYNOPSIS OF FILE/SPECIFIC INSTRUCTIONS FOR EXAMINING PHYSICIAN

*See Attached sheets*

| IME PHYSICIAN | LOCATION | EXAM DATE | EXAM TIME |
|---|---|---|---|
| | | | |

SS# 099 - 44 - 9648

Steven Alfano ●      – 42 year old male 300 lbs. with increase in LBP 4/2000. Disability commenced 6/2000.. Init treated by Dr. Schiff – PCP who referred CX to Dr. Alexiades. Dr. Alexiades saw CX 6/5/2000 for c/o left leg radic. Referred for MRI. 6/12/2000 MRI showed moderate to severe L5-S1 spondylosis and mild impingement on the inferior aspect of the left L5 nerve root and moderate L5-S1 spinal stenosis. CX saw Dr. Scelsa – neuro on 7/20/2000. AP reports conservative TX is planned. CX may return to work but should get up from desk a few times an hour to stretch and avoid heavy lifting. CX did not f/u with Dr. Scelsa. CX saw Dr. McCance, spinal surgeon 8/17/2000. CX reports left leg weakness has been going on for 1-2 yrs. CX advsied to have surgery. Recommended L5-S1 fusion. CX did not fu. CX had neurosurgical consult 8/23/2000 with Dr. Snow. AP recommended lumbar laminectomy with possible discectomy. CX did not f/u. CX f/u with Dr. Farmer 8/31/2000. AP recommended PT – 3 times per week, anti-inflammatories and f/u 4-6 wks. 9/14/2000 eval CX states PT has exacerbated pain. CX feels pain is severe and limits him on a daily basis. AP feels pain is a result of degerative changes at L5-S1. AP recommends a discogram then will refer for additional MRI. CX f/u with PCP 10/16 & 10/23. AP reports need for surgery. RX – Celexa.

Multiple PAA's completed.

Dr. Alexiades – occas lift and carry 10 lbs, push and pull 10 lbs. occ climb stairs. Occ reach overhead and desk level.

Dr. Scelsa – Freq lift and carry 10 lbs. Push & pull 20 lbs. Freq sit and stand. occ walk. Occ reach overhead and desk level.

Dr. Snow – Freq lift and carry 20 lbs. Occ up to 50. Occ able to sit, stand and walk. Cont reach overhead, desk level and below waist.

CLICNY 0402

Cx:   __Steven Alfano__

SS#:  __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__

# SUPPORT STAFF REQUEST SHEET

PLEASE CHANGE TO:

( )  Certholder #:
      _____ correct file jacket
      _____ correct tracker system
      _____ key change already completed

( )  First Name:

( )  Middle Initial:

( )  Last Name:

( )  Address 1:

( )  Address 2:

( )  City:

( )  State/Providence:

( )  Zip Code:

( )  Office Code :

( )  Date of Birth:

( )  Date of Hire:

( )  SUTA State:

( )  SIT State:

( )  Claimant Code:

( )  Sex:

( )  Other: (Please describe below)

Please photocopy paper-clipped material

---

| | |
|---|---|
| Support Staff OPID: _____ | |
| BA/CM:  __Lara D'Ambrosio__ | Date:  __1/31/2001__ |
| Task Completed by: _____ | Date: _____ |

 

**CIGNA Claims Services**
Rochester Claims Service Center

## Permanent Telephone Record

| Claimant: | Steven Alfano | SSN: | 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 |
|---|---|---|---|
| Policyholder: | Weill Med College | Policy #: | NYK 1972 |

**Date:** 01/31/2001          **Time:** 3:06 PM

**To:** ☒ **From:** ☐ Steven Alfano          **Cx:** ☒ **ER:** ☐ **MD:** ☐
**Other:**

**Phone Number:** 718.884.2067

**Spoke With:** Steven          **Relationship:**

**Call Content/Message:**
Called CX to discuss our difficulty in obtaining PT notes.

CX stated that he is not going to PT. He only went once.

CX stated that he did not want to exhaust his visits as he will need PT following surgery.

Asked CX about current TX. CX stated that he takes medication and is trying to lose weight.

Asked CX if surgery has been scheduled. CX stated no.

Current treating AP? Dr. Farmer
Next evaluation? none. Will probably f/u in next couple of weeks.

Advised CX that we will be sending him to IME to help us assess his disability status. Advised that Dr. Farmer did not complete the PAA and we need to clearly understand what is preventing him from working.

CX stated that he is unable to sit but stated that he will attend the evaluation.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern          *Sara D'Ambrosio*





CIGNA Claims Services
Rochester Claims Service Center

## Permanent Telephone Record

| | | | |
|---|---|---|---|
| **Claimant:** | Steven Alfano | **SSN:** | 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 |
| **Policyholder:** | Weill Med College | **Policy #:** | NYK 1972 |

**Date:** 01/31/01      **Time:** 1:24 PM

**To:** ☒ **From:** ☐ Joe Mauro      **Cx:** ☐ **ER:** ☐ **MD:** ☐ **Other:** PT

**Phone Number:** 914.476.0951

**Spoke With:** Joe      **Relationship:**

**Call Content/Message:**
Called to f/u on request for PT notes.

Asked Joe if they had been faxed.
Joe stated that he would fax the notes over.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern

**Signature:** ~~Sara D Ambrosio~~
                                    *Case Manager*

CLICNY 0405


**CIGNA Claims Services**
Rochester Claims Service Center


CIGNA

## Permanent Telephone Record

| | | | | |
|---|---|---|---|---|
| **Claimant:** | Steven Alfano | **SSN:** | 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 | |
| **Policyholder:** | Weill Med College | **Policy #:** | NYK 1972 | |

**Date:** 01/31/01          **Time:** 1:21 PM

**To:** ☒ **From:** ☐ Steven Alfano          **Cx:** ☒ **ER:** ☐ **MD:** ☐
**Other:**

**Phone Number:**   718.884.2067

**Spoke With:**                    **Relationship:**

**Call Content/Message:**
Called to speak with CX regarding need for PT notes and IME.

CX was not at home. Was advised to call back in about an hour.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern

Signature: _Anne D'Ambrosio_
                                    *Case Manager*

... JAN 30 '91 (TUE) 04:24
12/28/2000 12:08 FAX 726 231 8504    CIGNA INTEGRATED CLAI

PAGE 1/9
@001/004

# *Facsimile Transmission Cover Sheet*



**CIGNA**

| Transmit to FAX number | Date | Time | Total number of pages |
|---|---|---|---|
| 212.774.2909 | December 28, 2000 | 10:31 AM | (including this sheet): 4 |

| To | | From | |
|---|---|---|---|

**Name**
James C. Farmer, MD

**Name**
Lara D'Ambrosio

**Company**

**Department**
Long Term Disability

**Phone**
212.606.1591

**Phone**
800.532.9288 ext 6521

**Address**

**Address**
255 East Ave
Rochester, NY 14604

**Comments**

RE:    Steven Alfano          NYK 1972
       SSN: 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        Weill Medical College
       DOB: 1/14/58            CIGNA Life Insurance Company of New York

To assist us in our evaluation of the Long Term Disability claim for the above mentioned patient, medical information is needed in regards to his disability status.

Please provide us with the following:

* Copies of progress notes from 6/2000 to the present
* Copies of test results from 6/2000 to the present

In addition, please complete the attached physical ability assessment in regards to your patient's current level of functioning.

Thank you for your time and attention to this matter.
My fax number is 716.231.6592.

Your patient's authorization to release information is attached.

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

Life Insurance of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

[ ] Acknowledgment Requested          To Fax a reply, dial : 716.258.1720



**JAMES C. FARMER, M.D.**
Hospital for Special Surgery
535 E. 70th St.
New York, N.Y. 10021

D.O.B.:
MR#:

Alfano, Steven
November 7, 2000

Mr. Alfano returns today for follow up. He is still having significant low back pain. He does have some lower extremity pain but notes the low back pain is predominant. He denies any change in his bowel or bladder symptoms. He is not having any night pain.

**Physical Examination:**    Today shows no change in range of motion of his lumbar spine. His neurologic exam is stable from a motor and sensory standpoint. Neural tension signs are negative.

**Impression:**    Low back pain with degenerative disk disease.

**Recommendation:** At this point, the patient wishes to continue with conservative management and wishes to perform more physical therapy, which I think, is reasonable. A prescription was given for this. Additionally, he asked for a renewal for his Vioxx, which was given for 50 mg PO QD PRN. I have asked him to follow up with me when his physical therapy is complete to reevaluate him or sooner should he have any questions, problems or concerns.

James C. Farmer, M.D.

JCF/les



PAGE 3/3

**JAMES C. FARMER, M.D.**
Hospital for Special Surgery
535 E. 70th St.
New York, N.Y. 10021

Alfano, Steven                                    D.O.B.:
September 14, 2000                                MR#:

Mr. Alfano returns today for follow up. He reports that he has performed the physical therapy but has had no improvement whatsoever in his pain and feels that overall the therapy has exacerbated his pain. He does have some intermittent fatigue in the left leg with prolonged walking but notes his primary complaint is his lower back pain. He does feel that at times he has weakness in his tibialis anterior on the left. He denies any bowel or bladder symptoms or night pain.

**Physical Examination:**        Today shows his lumbar spine is non-tender to palpation. He does tend to get significant back pain with forward flexion. His neurologic examination is stable. Neural tension signs are negative.

**Impression:**        Degenerative disk disease of the lumbar spine with some intermittent radicular symptoms on the left probably secondary to L5 nerve root compression noted on the MRI.

**Recommendation:**        At this point, I have reviewed with the patient in detail the nature of the diagnosis of degenerative disk disease and lumbar radiculopathy along with treatment options and risks and benefits. At this point, he reports his back pain is severe and continues to limit him significantly on a daily basis. I do feel it is likely that the pain he is experiencing is from the significant degenerative changes seen at L5-S1. He feels that his pain is severe and continues to limit him on a daily basis and wishes to consider surgical intervention. I have explained to him that I do feel that we would need to obtain a discogram to clearly discern that the L5-S1 disk is the painful level and whether the levels above are normal. After the discogram if it is confirmatory, then I would recommend he have a new MRI as his old one is greater than 3 months old. He is going to have the above performed and will follow up with me afterwards to review it or sooner should he have any questions, problems or concerns.

James C. Farmer, M.D.

JCF/lss

**JAMES C. FARMER, M.D.**
Hospital for Special Surgery
535 E. 70th St.
New York, N.Y. 10021

Alfano, Steven
August 31, 2000

D.O.B.:
MR#:

Mr. Alfano is a 42 year old male who reports he has had a long history of intermittent low back pain. In April of this year, his back went out and he began to experience pain that was severe. He notes that prior to the episode in April, he felt that his low back pain had overall increased in severity for the last 2 years or so. He has also noted some leg pain involving his posterior thigh and posterior calf. He at times has felt some numbness in his entire foot. Overall, he notes that his leg pain is worse than his low back pain and that the left leg is significantly worse than the right. He reports he has had episodes of occasional urinary retention in the past and saw a urologist who did not recommend any treatment. His bowel function is normal. He notes his pain is made better with rest and is made worse with prolonged sitting, standing and walking. His treatment to date has consisted of Vioxx, Nortriptyline and physical therapy in the past and recent epidural steroid injections which gave him some day relief of pain.

**Past Medical History:** Significant for borderline hypertension and migraines.

**Past Surgical History:** Non-contributory.

**Medications:** Vioxx, Nortriptyline and Norvasc.

**Allergies:** He has a drug allergy to Codeine.

**Family History:** Significant for colon cancer in his father and hypertension in his mother.

**Social History:** He has a 25 pack a year smoking history and does not drink.

**Review of Systems:** Negative in detail.

**Physical Examination:** Physical examination today reveals a well developed, well nourished male in no acute distress. He walks with a normal gait. Examination of his lumbar spine does not show any skin abnormalities and there is no tenderness to palpation. He is able to forward flex, bring his fingers to within 6 inches of the floor and extends approximately 30 degrees. He laterally bends bilaterally which is symmetric. Neurologically, motor strength is 5/5 in the lower extremities bilaterally with intact sensation. Deep tendon reflexes are 1+ and symmetric in the lower extremities. His toes are downgoing and there is no clonus. Range of motion of the hips is full and painless. Neural tension signs are negative. Dorsalis pedis pulses are 1+ and symmetric.

CLICNY 0410

PAGE: 5/9

## JAMES C. FARMER, M.D.

Alfano, Steven
August 31, 2000
Page two

MR#:

**MRI:**      An MRI scan of his lumbar spine was reviewed from June 12, 2000. This shows evidence of severe degenerative changes within the disk at L5-S1. There does appear to be some moderate stenosis at this level.

**Impression:**      Degenerative disk disease at L5-S1 with bilateral lower extremity pain.

**Recommendations:** At this point, I have reviewed with the patient in detail the nature of the diagnosis of lumbar degenerative disk disease along with treatment options and risks and benefits.  At this point, he has not had any significant conservative management with the exception of the epidural. I do feel that he should undergo some physical therapy to see if this will improve his back and lower extremity symptoms. I have asked that he continue to take the anti-inflammatories. I have asked that he follow up with me in approximately 4-6 weeks time to see how he is doing. Should his symptoms still be persistent at that point, then we will discuss the options available to him.

James C. Farmer, M.D.

JCF/lss




## DISCLOSURE AUTHORIZATION

Insured's Name (Please Print)  STEVEN ALFANO

I AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, or pharmacy to give the CIGNA Companies (LINA, INA, CG, INA Life) or their employees and authorized agents, or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: i) cause, treatment, diagnoses, prognoses, consultations, examinations, tests or prescriptions or advice of my physical or mental condition of information concerning me which may be needed to determine policy claim benefits with respect to Insured. This may also include (but is not limited to) information concerning: mental illness, psychiatric, alcohol or drug use and any disability, and also HIV related testing, infection, illness, and AIDS (Acquired Immune Deficiency Syndrome).

I AUTHORIZE: any financial institution, accountant, tax preparer, insurer or reinsurance consumer reporting agency, insurance support organization, insured's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the CIGNA Companies (LINA, INA, CG, INA Life) or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, driving records, earnings or finances, applications for insurance coverage, prior claim history, work history, and work related activities.

I AUTHORIZE: the CIGNA Companies (LINA, INA, CG, INA Life) to contact my employer to investigate and evaluate return to work opportunities. I understand that in doing so the CIGNA companies may release medical information and other information related to my physical limitations to my employer.

I UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used by the insurance company to determine eligibility for claim benefits and any amounts payable with respect to the Claimant. This authorization shall apply to all records, information and events that occurred prior to execution of this authorization and it also applies to all records, information and events that occur over the duration of the claim. A photo copy of this form is as valid as the original and I may request one. I may revoke this authorization at any time for information not then obtained by the CIGNA Companies (LINA, INA, CG, INA Life). The information obtained will not be released to anyone else EXCEPT: a) reinsuring companies; b) the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c) fraud or overinsurance detection bureaus; d) anyone performing business, medical or legal functions with respect to the claims e) for audit or statistical purposes; f) as may be required by law; g) as I may further authorize.

Date: 12/15/00     Claimant's Signature  [signature]
                   (Claimant or Claimant's authorized representative)

Relationship, if other than Claimant _____

Claimant's Social Security Number  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

CIGNA Life Insurance Company of New York

CIGNA Life Insurance Company of New York
Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
Subsidiaries of CIGNA Corporation



From: Eva and Steve Alfano To: Joanne,

NOV. 21. 2000 (TUE) 11:45

Date: 1/19/01  Time: 11:33:59 AM

7542909

PAGE. 7/9
Page 6 of 9
PAGE 3/0

## *DisabiIity Claim*

**CIGNA Group Insurance**
Life ◦ Accident ◦ Disability
Connecticut General Life Insurance Company
Insurance Company of North America
Life Insurance Company of North America
INA Life Insurance Company of North America

82-808086a (8/88)

|  | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Not applicable to diagnosis(es) |
|---|---|---|---|---|
| **Reaching:** Overhead |  |  |  |  |
| Desk Level |  |  |  |  |
| Below Waist |  |  |  |  |
| **Fine Manipulation:** Right |  |  |  |  |
| Left |  |  |  |  |
| **Simple Grasp:** Right |  |  |  |  |
| Left |  |  |  |  |
| **Firm Grasp:** Right |  |  |  |  |
| Left |  |  |  |  |
| **Environmental Conditions:** |  |  |  |  |
| Exposure to extremes in heat |  |  |  |  |
| Exposure to extremes in cold |  |  |  |  |
| Exposure to wet / humid conditions |  |  |  |  |
| Exposure to vibration |  |  |  |  |
| Exposure to odors / fumes / particles |  |  |  |  |
| **Ability to work extended shifts/ overtime:** |  |  |  |  |
| **Use of lower extremities for foot controls:** |  |  |  |  |

*Please use this space to elaborate on ANY of the above categories:*

_____
_____
_____
_____
_____
_____

Name: _JAMES C. FARMER, M.D_       Signature: _J.C. Farmer_
Specialty: _ORTHOPAEDICS_           Date: _1/9/01_
Address: _535 E. 70th ST_           Phone: _212-806-1591_
_NYC, NY 10021_

**Please include any objective test or narrative if available.**

**Thank you for your time.**

Please return this form in the enclosed addressed envelope.



PAGE 2/2

HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.

Carmel Donovan, M.D.
Erich Eldenschenk, M.D.
David A. Follett, M.D

Hisoo Jeannie Choe, M.D
William Louie, M.D
Keith S. Tobin, M.D

61 East 77th Street
New York, NY 10021
TEL 212-772-3111
FAX 212-288-1637
FAX 212-861-1796

June 12, 2000

MICHAEL ALEXIADES, MD

Patient:     ALFANO, STEVEN
             MRI LUMBAR SPINE

ID: 139521
2000060B1395211

## MRI OF THE LUMBAR SPINE 6/9/2000:

Sagittal and coronal proton density, sagittal T1 and T2 FSE weighted images of the lumbar spine with axial proton density weighted images of L1-2 through L5-S1 were obtained on a 1.5 Tesla MRI unit.

42 year-old with low back pain and left-sided radiculopathy. There are no prior studies for comparison.

There is normal lumbar lordosis and alignment. There are no fractures or subluxations. There is moderate-to-severe L5-S1 spondylosis with disc space narrowing, disc desiccation, degenerative type III end-plate marrow change and prominent posterolateral osteophyte formation. The remaining lumbar discs are within normal. Small, benign-appearing hemangiomata are seen within the L4 and L5 vertebral bodies. No destructive marrow lesions are seen. The conus medullaris is at the lower L1 level. There are no abnormalities of the distal thoracic spinal cord or conus medullaris. There are no intraspinal mass lesions. Paraspinal soft tissues are grossly normal.

At the L1-2 through L4-5 levels, there are no disc protrusions, significant disc bulges, spinal stenosis or significant foraminal narrowing.

At L5-S1 there is annular disc bulge and posterolateral osteophytes and facet osteoarthritis present, there is impingement upon the inferior aspect of the exiting left L5 nerve root seen on the sagittal images. There is moderate spinal stenosis. The right neural foramen is patent.

## IMPRESSION: MODERATE-TO-SEVERE L5-S1 SPONDYLOSIS.

MILD IMPINGEMENT ON THE INFERIOR ASPECT OF THE LEFT L5 NERVE ROOT, AS DESCRIBED ABOVE.

MODERATE L5-S1 SPINAL STENOSIS.

| MRI | | CAT SCAN | BONE | ULTRASOUND | NUCLEAR |
|---|---|---|---|---|---|
| OPEN FIELD 1 AT MID FIELD + OPEN MRI | | HELICAL | DENSITOMETRY | HDI | MEDICINE |
| | GENERAL X-RAY | FLUOROSCOPY | MAMMOGRAPHY | | |

ACCREDITED BY THE AMERICAN COLLEGE OF RADIOLOGY
MRI + ULTRASOUND + MAMMOGRAPHY

## Exhibit B
# *CASE STAFFING SESSION FORM* Rev. 3/9/2000

Claimant Name: _Steven Alfano_____   Soc. Sec. Number:__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_____

Diagnosis: _Chronic Low Back Pain_____   Incur Date: ____6/6/2000_____

Any Occ. Date: _own occ duration of claim___ Occupation: _Wage & Salary Mgr - Sedentary_

Case Manager: _Lara D'Ambrosio_____   Employer __Weill Med College_____

Purpose of the Staffing: Aging II – 42 year old male 300 lbs. with increase in LBP 4/2000.
Disability commenced 6/2000.. Init treated by Dr. Schiff – PCP who referred CX to Dr.
Alexiades. Dr. Alexiades saw CX 6/5/2000 for c/o left leg radic. Referred for MRI. 6/12/2000
MRI showed moderate to severe L5-S1 spondylosis and mild impingement on the inferior aspect
of the left L5 nerve root and moderate L5-S1 spinal stenosis. CX saw Dr. Scelsa – neuro on
7/20/2000. AP reports conservative TX is planned. CX may return to work but should get up
from desk a few times an hour to stretch and avoid heavy lifting. CX did not f/u with Dr. Scelsa.
CX saw Dr. McCance, spinal surgeon 8/17/2000. CX reports left leg weakness has been going
on for 1-2 yrs. CX advsied to have surgery. Recommended L5-S1 fusion. CX did not f/u. CX
had neurosurgical consult 8/23/2000 with Dr. Snow. AP recommended lumbar laminectomy with
possible discectomy. CX did not f/u. CX f/u with Dr. Farmer 8/31/2000. AP recommended PT
– 3 times per week, anti-inflammatories and f/u 4-6 wks.  9/14/2000 eval CX states PT has
exacerbated pain. CX feels pain is severe and limits him on a daily basis. AP feels pain is a
result of degerative changes at L5-S1. AP recommends a discogram then will refer for additional
MRI. CX f/u with PCP 10/16 & 10/23. AP reports need for surgery. RX – Celexa.

Multiple PAA's completed.
Dr. Alexiades – occas lift and carry 10 lbs, push and pull 10 lbs, occ climb stairs. Occ reach
overhead and desk level.
Dr. Scelsa – Freq lift and carry 10 lbs. Push & pull 20 lbs. Freq sit and stand, occ walk. Occ
reach overhead and desk level.
Dr. Snow – Freq lift and carry 20 lbs. Occ up to 50. Occ able to sit, stand and walk. Cont reach
overhead , desk level and below waist.

Still waiting for PT notes and current notes from Dr. Farmer – last f/u 1/30/2001

Date of Staffing: _1/31/2001_____

Staffing Participants Signatures:

*Linda Catain, RN*
*Maria A. Colucci, SCOT).*
*Susan Hopkins*

will contact CX - discuss need for
PT notes & discuss time
referral.

CLICNY 0416

 **CIGNA Claims Services**
Rochester Claims Service Center





## Permanent Telephone Record

| Claimant: | Steven Alfano | SSN: | 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 |
|---|---|---|---|
| Policyholder: | Weill Med College | Policy #: | NYK 1972 |

**Date:** 01/30/01    **Time:** 9:57 AM

**To:** ☐ **From:** ☒ Joe Mauro    **Cx:** ☐ **ER:** ☐ **MD:** ☐ **Other:** ☐
Therapist

**Phone Number:**

**Spoke With:** Joe    **Relationship:**

**Call Content/Message:**
Joe called asking why we were requesting med beginning 6/2000.
Stated that CX was first treated 9/2000.

I advised that CX was first unable to work beginning 6/2000 and we wanted to
make sure we request the time period to cover his disability.

Joe stated that he would fax the initial evaluation and the notes.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern

Signature: _Anna D'Onbroma_
*Case Manager*



## DISCLOSURE AUTHORIZATION

Insured's Name (Please Print)  STEVEN ALFANO

I AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, or pharmacy to give the CIGNA Companies (LINA, INA, CG, INA Life) or their employees and authorized agents, or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: i) cause, treatment, diagnoses, prognoses, consultations, examinations, tests or prescriptions or advice of my physical or mental condition of information concerning me which may be needed to determine policy claim benefits with respect to Insured. This may also include (but is not limited to) information concerning: mental illness, psychiatric, alcohol or drug use and any disability, and also HIV related testing, infection, illness, and AIDS (Acquired Immune Deficiency Syndrome).

I AUTHORIZE: any financial institution, accountant, tax preparer, insurer or reinsurance consumer reporting agency, insurance support organization, insured's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the CIGNA Companies (LINA, INA, CG, INA Life) or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, driving records, earnings or finances, applications for insurance coverage, prior claim history, work history, and work related activities.

I AUTHORIZE: the CIGNA Companies (LINA, INA, CG, INA Life) to contact my employer to investigate and evaluate return to work opportunities. I understand that in doing so the CIGNA companies may release medical information and other information related to my physical limitations to my employer.

I UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used by the insurance company to determine eligibility for claim benefits and any amounts payable with respect to the Claimant. This authorization shall apply to all records, information and events that occurred prior to execution of this authorization and it also applies to all records, information and events that occur over the duration of the claim. A photo copy of this Form is as valid as the original and I may request one. I may revoke this authorization at any time for information not then obtained by writing to the CIGNA Companies (LINA, INA, CG, INA Life). The information obtained will not be released to anyone else EXCEPT: a) reinsuring companies; b) the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c) fraud or overinsurance detection bureaus; d) anyone performing business, medical or legal functions with respect to the claim; e) for audit or statistical purposes; f) as may be required by law; g) as I may further authorize.

Date: 12/15/00      Claimant's Signature _____
                    (Claimant or Claimant's authorized representative)

Relationship, if other than Claimant _____

Claimant's Social Security Number    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

CIGNA Life Insurance Company of New York

CIGNA Life Insurance Company of New York
Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
Subsidiaries of CIGNA Corporation



01/30/2001 10:55 FAX 716 231 8502    CIGNA INTEGRATED CLAIM    ☒001

```
*********************
***    TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO                1990
CONNECTION TEL                    819144780948
CONNECTION ID
ST. TIME                01/30 10:50
USAGE T                 04'51
PGS. SENT               2
RESULT                  OK
```

## *Facsimile Transmission Cover Sheet*



CIGNA

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet) : 2 |
|---|---|---|---|
| 914.476.0948 | January 30, 2001 | 9:35 AM | |

| To | From |
|---|---|

| **Name**<br>Attn: Joe Mauro, PT | **Name**<br>Lara D'Ambrosio |
| **Company**<br>Thera-Ex | **Department**<br>Long Term Disability |
| **Phone**<br>914.476.0951 | **Phone**<br>800.532.9288 ext 6523 |
| **Address** | **Address**<br>255 East Ave<br>Rochester, NY 14604 |

**Comments**

RE:     Steven Alfano          NYK 1972
        SSN: 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       Weill Medical College
        DOB: 1/14/58           CIGNA Life Insurance Company of New York

To assist in our evaluation of the Long Term Disability claim for the above mentioned patient, medical information is needed in regards to his current level of functioning and limitations and restrictions.

Please provide us with the following:

* Initial evaluation
* Copies of PT progress notes from 6/2000 to the present

# *Facsimile Transmission Cover Sheet* 


**CIGNA**

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet) : 2 |
|---|---|---|---|
| 914.476.0948 | January 30, 2001 | 9:35 AM | |

**To**

**Name**
Attn: Joe Mauro, PT

**Company**
Thera-Ex

**Phone**
914.476.0951

**Address**

**From**

**Name**
Lara D'Ambrosio

**Department**
Long Term Disability

**Phone**
800.532.9288 ext 6521

**Address**
255 East Ave
Rochester, NY 14604

---

**Comments**

RE:    Steven Alfano                 NYK 1972
       SSN: 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              Weill Medical College
       DOB: 1/14/58                  CIGNA Life Insurance Company of New York

To assist in our evaluation of the Long Term Disability claim for the above mentioned patient, medical information is needed in regards to his current level of functioning and limitations and restrictions.

Please provide us with the following:

- Initial evaluation
- Copies of PT progress notes from 6/2000 to the present

Your patient's authorization to release information is attached.

A response no later than 1/31/2001 would be appreciated as disability benefits are pending and numerous requests have been made for the above information.

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

Life Insurance of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

{ } Acknowledgment Requested                    To Fax a reply, dial : 716.258.1780

CLICNY 0420



01/30/2001 16:41 FAX 716 231 6502          CIGNA INTEGRATED CLAIM                          ☑001

```
****************************
***    ERROR TX REPORT    ***
****************************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO           1988
CONNECTION TEL.              819144760948
CONNECTION ID
ST. TIME           01/30 10:39
USAGE T            02'23
PGS. SENT          0
RESULT             NG        #N0287
```

## *Facsimile Transmission Cover Sheet*



**CIGNA**

| Transmit to FAX number 914.476.0948 | Date January 30, 2001 | Time 9:35 AM | Total number of pages (including this sheet) : 2 |
|---|---|---|---|

| To | From |
|---|---|

Name
Attn: Joe Mauro, PT

Name
Lara D'Ambrosio

Company
Thera-Ex

Department
Long Term Disability

Phone
914.476.0951

Phone
800.532.9288 ext 6521

Address

Address
255 East Ave
Rochester, NY 14604

**Comments**

RE:     Steven Alfano          NYK 1972
        SSN: 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       Weill Medical College
        DOB: 1/14/58           CIGNA Life Insurance Company of New York

To assist in our evaluation of the Long Term Disability claim for the above mentioned patient, medical information is needed in regards to his current level of functioning and limitations and restrictions.

Please provide us with the following:

• Initial evaluation
• Copies of PT progress notes from 6/2000 to the present

Your patient's authorization to release information is attached.

CLICNY 0421

 **CIGNA Claims Services**
Rochester Claims Service Center



 CIGNA

## Permanent Telephone Record

| | | | |
|---|---|---|---|
| **Claimant:** | Steven Alfano | **SSN:** | 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 |
| **Policyholder:** | Weill Med College | **Policy #:** | NYK 1972 |

**Date:** 01/30/01          **Time:** 9:33 AM

**To:** ☒ **From:** ☐ Thera-Ex          **Cx:** ☐ **ER:** ☐ **MD:** ☐ **Other:** Rehab

**Phone Number:** 914.476.0951

**Spoke With:** Ron          **Relationship:**

**Call Content/Message:**
Called to advise that we did not receive all the information requested.

Advised that the PT notes were not provided.
Ron stated that he would tell the therapist.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern

**Signature:** _Hene D'Ambrosio_
*Case Manager*

Thera Ex Orthopedic and Sports Physical Therapy. P.
984 North Broadway, Suite LL-02
Yonkers, New York 10701

Te. 913 476-0951                                          Fax 914 17.

TO: CIGNA                          DATE: 01/30/01
                                   RE: S. ALFANO

ATT:                               FILE/CLAIM#:

REQUEST FOR MEDICAL INFORMATION

(X) We are enclosing the information you requested.

KINDLY FORWARD ADVANCE PAYMENT FOR THE FOLLOWING AMOUNT:

(X) Fee for copy of medical records; Each copy ($.75) X  4 =  $3.00

( ) Fee for NARRATIVE REPORT is $400.00

( ) FEE FOR MEDICAL RECORDS AND/OR NARRATIVE REPORT $___

( ) An authorization signed by the patient is required; if minor,
by parent or guardian; if patient is deceased, by the administrator
or executor.

( ) This authorization you sent us is not valid for the following
reason: _____

( ) Additional information is required to locate the patient's
records:
_____
_____
_____

( ) Other: _____

(X) Fee for Postage/Handling:    X     10 < - $2.50
                                _____  11-19 - $3.50
                                _____  20> - $5.00

(X) TOTAL ADVANCE PAYMENT PAYABLE TO  THERAEX:    $ 5.50

CLICNY 0423

JAN-30-2001 10:01 AM   6                          5621314                P.01



# Thera Ex Orthopedic and Sports Physical Therapy, PC
984 North Broadway, Suite LL-02
Yonkers, New York 10701

Tel: (914) 476-0951                                          Fax: (914) 476-0918

**FAX  SHEET**

Fax # (914) 476-0918                                          Page  (6)

Date:  01/30/01

To:         CIGNA

FAX #   714 - 231 - 6502.

Comments:    Re.  S. ALFANO

ENCLOSED  ARE:

① P.T.  NOTES.

② FEE  FOR  RECORDS.

SORRY  FOR  THE  DELAY;  THE  CHART

WAS  MISFILED.

JOE  MAURO, PT

if you have any problem with this transmission, please call (914)476-0951.

Form 006

JAN-30-2001 19:01 AM    6                          3821314                    P.02

Telephone: (212) 533-1591                    DEA NO.:BF 5037858
                                             N.Y. LIC NO.: 210358

### JAMES C. FARMER, M.D.

HOSPITAL FOR SPECIAL SURGERY
535 EAST 70TH STREET
NEW YORK, N.Y. 10021

Name: Alfano, Steven                    Age: _____

Address: _____        Date: 3/A4600

R        Dx: LBP/ODD

        PTconsult: extension
        based lumbo-sacral spine
        stabilization program 3X/week
        for 4week. Other modalities
        needed.
                                James C.          M.D.

        THIS PRESCRIPTION WILL BE FILLED GENERICALLY
        UNLESS PRESCRIBER WRITES "D.A.W." IN THE BOX BELOW

                    ☐
                Dispense As Written

REFILL:  ☐ NONE   ☐ 1   ☐ 2   ☐ 3   ☐ 4   ☐ 5

CLICNY 0425

## Section 6- Standing

__ I can stand as long as I want without extra pain
__ I can stand as long as I want but it gives me extra pain.
__ Pain prevents me from standing for more than 1 hour.
__ Pain prevents me from standing for more than 30 mins.
__ Pain prevents me from standing for more than 10 mins.
__ Pain prevents me from standing at all.

## Section 7- Sleeping

__ Pain does not prevent me from sleeping well.
__ I can sleep well only by using tablets.
__ Even when I take tablets I have less than six hours sleep.
__ Even when I take tablets I have less than four hours sleep.
__ Even when I take tablets I have less than two hours sleep.
__ Pain prevents me from sleeping at all.

## Section 8- Sex Life

__ My sex life is normal and causes no extra pain.
__ My sex life is normal but causes some extra pain.
__ My sex life is nearly normal but is very painful.
__ My sex life is severely restricted by pain.
__ My sex life is nearly absent because of pain.
__ Pain prevents any sex at all.

## Section 9- Social Life

__ My social life is normal and gives me no extra pain.
__ My social life is normal but increases the degree of pain.
__ Pain has no significant effect on my social life apart from limiting my more energetic interests, e.g. dancing, etc.
__ Pain has restricted my social life and I do not go out as often.
__ Pain has restricted my social life to my home.
__ I have no social life because of pain.

## Section 10- Traveling

__ I can travel anywhere without extra pain.
__ I can travel anywhere but it gives me extra pain.
__ Pain is bad but I manage journeys over two hours.
__ Pain restricts me to journeys of less than one hour.
__ Pain restricts me to short necessary journeys under 30 mins.
__ Pain prevents me from traveling except to the doctor or hospital.

Comments

CLICNY 0426



CIGNA Claims Services
Rochester Claims Service Center



## Permanent Telephone Record

| Claimant: | Steven Alfano | SSN: | 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 |
|---|---|---|---|
| Policyholder: | Weill Med College | Policy #: | NYK 1972 |

Date: 01/30/01                    Time: 7:57 AM

To: ☒ From: ☐ Thera-Ex          Cx: ☐ ER: ☐ MD: ☐ Other: Rehab

Phone Number:   914.476.0951

Spoke With:                        Relationship:

**Call Content/Message:**
***Left message on answering machine.

Called to f/u on status of progress notes that were requested numerous times.

Advised that Ron had promised to fax the notes several times and to date the information still has not been provided.

Stated that this information is needed to assess CX's functional status to make a determination regarding DBL benefits.

Advised that I would like a call back to today if the notes cannot be faxed or would like the information faxed today.

Left my name, phone number and fax number.

**Comments/Action Items:**
Callback Required: ☐
Time Zone:  Eastern

Signature: _Anne D'Ambrosio_
Case Manager

CLICNY 0427

  

**CIGNA Claims Services**
Rochester Claims Service Center

## Permanent Telephone Record

| | | | | |
|---|---|---|---|---|
| **Claimant:** | Steven Alfano | **SSN:** | 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 | |
| **Policyholder:** | Weill Med College | **Policy #:** | NYK 1972 | |

**Date:** 01/29/2001          **Time:** 10:07 AM

**To:** ☒ **From:** ☐ Thera-Ex          **Cx:** ☐ **ER:** ☐ **MD:** ☐ **Other:** Rehab

**Phone Number:** 914.476.0951

**Spoke With:** Ron          **Relationship:**

**Call Content/Message:**
Called to f/u on notes.

Ron stated that he left a note for the therapist and cannot interrupt the therapist as he is with a patient.

Ron promised again to fax the notes today.
I advised Ron that CX's benefits are pending receipt of the information.

I advised that I would call back tomorrow if they are not faxed today.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern

**Signature:** _Nora D'Ambrosio_
                              *Case Manager*

CLICNY 0428

 

**CIGNA Claims Services**
Rochester Claims Service Center

## Permanent Telephone Record

| Claimant: | Steven Alfano | SSN: | 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 |
|---|---|---|---|
| Policyholder: | Weill Med College | Policy #: | NYK 1972 |

**Date:** 01/29/2001          **Time:** 9:15 AM

**To:** ☒ **From:** ☐ Dr. Farmer          **Cx:** ☐ **ER:** ☐ **MD:** ☒ **Other:**

**Phone Number:** 212.606.1591

**Spoke With:** Joanne          **Relationship:**

**Call Content/Message:**
Called to f/u on status of progress notes.

Joanne stated that the request is on AP's desk.
Joanne will f/u with AP.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern

**Signature:** _Anna D'Ambrosio_
Case Manager

 **CIGNA Claims Services**
Rochester Claims Service Center



## Permanent Telephone Record

| | | | | |
|---|---|---|---|---|
| **Claimant:** | Steven Alfano | **SSN:** | 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 | |
| **Policyholder:** | Weill Med College | **Policy #:** | NYK 1972 | |

**Date:** 01/29/2001          **Time:** 9:11 AM

**To:** ☒ **From:** ☐ Thera-Ex          **Cx:** ☐ **ER:** ☐ **MD:** ☐ **Other:** Rehab
**Phone Number:** 914.476 6951

**Spoke With:** Ron          **Relationship:**

**Call Content/Message:**
Called to f/u on progress notes.

Ron asked if he could call me back in 30 minutes as therapist is responsible for faxing the notes and he is not in.

I advised Ron that I would call back at 10 am if I did not hear fromhim.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern

**Signature:** Dana D'Antonio
*Case Manager*

*Facsimile Transmission Cover Sheet* 

 2nd Request

| Transmit to FAX number<br>212.774.2909 | Date<br>December 28, 2000 | Time<br>10:31 AM | Total number of pages<br>(including this sheet) : 4 |
|---|---|---|---|

| To | From |
|---|---|
| **Name**<br>James C. Farmer, MD    *Attn: Joanne* | **Name**<br>Lara D'Ambrosio |
| **Company** | **Department**<br>Long Term Disability |
| **Phone**<br>212.606.1591 | **Phone**<br>800.532.9288 ext 6521 |
| **Address** | **Address**<br>255 East Ave<br>Rochester, NY 14604 |

**Comments**

RE:    Steven Alfano          NYK 1972
       SSN: 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      Weill Medical College
       DOB: 1/14/58          CIGNA Life Insurance Company of New York

To assist us in our evaluation of the Long Term Disability claim for the above mentioned patient, medical information is needed in regards to his disability status.

Please provide us with the following:

- Copies of progress notes from 6/2000 to the present
- Copies of test results from 6/2000 to the present

In addition, please complete the attached physical ability assessment in regards to your patient's current level of functioning.

Thank you for your time and attention to this matter.
My fax number is 716.231.6502.

Your patient's authorization to release information is attached.

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individuals or entity named above. Thank you for your compliance.*

Life Insurance of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

[ ] Acknowledgment Requested                    To Fax a reply, dial : 716.258.1780

CLICNY 0431

```
01/23/2001 12:09 FAX 716 233 6602        CIGNA INTEGRATED CLAIM                    ☎001
```

```
                              ***********************
                         ***    TX REPORT    ***
                              *********************

              TRANSMISSION OK

              TX/RX NO              1842
              CONNECTION TEL                    812127742908
              CONNECTION ID
              ST. TIME             01/23 12:08
              USAGE T              03'05
              PGS. SENT            2
              RESULT               OK
```

## Facsimile Transmission Cover Sheet



**CIGNA**

2nd Request

1/23/01

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet): 4 |
|---|---|---|---|
| 212.774.2909 | December 28, 2000 | 10:31 AM | |

**To**

Name
James C. Farmer, MD          Attn: Joanne

Company

Phone
212.606.1591

Address

**From**

Name
Lara D'Ambrosio

Department
Long Term Disability

Phone
800.532.9288 ext 6521

Address
255 East Ave
Rochester, NY 14604

**Comments**

RE:     Steven Alfano            NYK 1972
        SSN: 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         Weill Medical College
        DOB: 1/14/58             CIGNA Life Insurance Company of New York

To assist us in our evaluation of the Long Term Disability claim for the above mentioned patient, medical information is needed in regards to his disability status.

Please provide us with the following:

- Copies of progress notes from 6/2000 to the present
- Copies of test results from 6/2000 to the present

In addition, please complete the attached physical ability assessment in regards to your patient's current level of functioning.

CLICNY 0432

**CIGNA Claims Services**
Rochester Claims Service Center



## Permanent Telephone Record

| Claimant: | Steven Alfano | SSN: | | 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 |
|---|---|---|---|---|
| Policyholder: | Weill Med College | | Policy #: | NYK 1972 |

| | | | |
|---|---|---|---|
| Date: 01/23/2001 | | Time: 11:00 AM | |
| To: ☒  From: ☐  Thera-Ex | | Cx: ☐  ER: ☐  MD: ☐  Other: Rehab | |
| Phone Number: | 914.476.0951 | | |
| Spoke With: | Ron | Relationship: | |

**Call Content/Message:**
Called to f/u on status of PT progress notes.

Advised that I spoke with him twice and was advised that the notes would be faxed.

Ron stated that he would leave a note for the therapist to fax the information.
Ron confirmed the fax number.

I asked when I could expect to receive them. Ron promised I would have the notes by tomorrow.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern

Signature: _Anna D'Ambra_
                        *Case Manager*

FROM : SAGA SPORTS MEDICINE  FAX NO. : 212 2881524  Jan. 23 2001 10:16AM P1

MICHAEL M. ALEXIADES, M.D., P.C.
159 EAST 74TH STREET
NEW YORK, N.Y. 10021

TELEPHONE (212) 734-1200

JAN 2 3 2001

Alfano, Steven
Page 2

06/05/00                           Mr. Steven Alfano returns complaining of lumbar
radiculopathy into the left leg for the last couple of weeks. It has gotten quite severe. He
is taking Motrin with only minimal relief. Physical Examination reveals normal
heel/toe/tandem gait; decreased range of motion of the LS spine; motor is 5 out-of 5;
reflexes are 1+ both knees, 2+ both ankles. Plan: We will get an MRI to evaluate for a
herniated disc. He is unable at this point to work. We will discuss treatment options after
the test.

07/31/00                           Mr. Steven Alfano returns with persistent low back
pain with occasional numbness in the left leg. He saw a neurologist who felt he had some
nerve damage but did not justify surgery. However, his back pain is quite severe despite
two epidural injections. He is neurologically intact today although he has difficulty with toe
walking. Plan: My recommendation is that he see a spine surgeon for possible fusion at L5
– S1.

CLICNY 0434

FROM : SAGA SPORTS MEDICINE          FAX NO. : 212 2881524          Jan. 23 2001 10:16AM P2

# LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.

Page 1 of 2

Carmel Dunovan, M.D.

Erich Eidenschenk, M.D.

David A. Follett, M.D.

Hisoo Jeannie Choe, M.D.

William Louie, M.D.

Keith S. Tobin, M.D.

61 East 77th Street

New York, NY 10021

TEL 212-772-3111

FAX 212-288-1637

FAX 212-861-1796

June 12, 2000

MICHAEL ALEXIADES, MD

Patient:   ALFANO, STEVEN          ID: 139521
           MRI LUMBAR SPINE          200096081395211

## MRI OF THE LUMBAR SPINE 6/9/2000:

Sagittal and coronal proton density, sagittal T1 and T2 FSE weighted images of the lumbar spine with axial proton density weighted images of L1-2 through L5-S1 were obtained on a 1.5 Tesla MRI unit.

42 year-old with low back pain and left-sided radiculopathy. There are no prior studies for comparison.

There is normal lumbar lordosis and alignment. There are no fractures or subluxations. There is moderate-to-severe L5-S1 spondylosis with disc space narrowing, disc desiccation, degenerative type III end-plate marrow change and prominent posterolateral osteophyte formation. The remaining lumbar discs are within normal. Small, benign-appearing hemangiomata are seen within the L4 and L5 vertebral bodies. No destructive marrow lesions are seen. The conus medullaris is at the lower L1 level. There are no abnormalities of the distal thoracic spinal cord or conus medullaris. There are no intraspinal mass lesions. Paraspinal soft tissues are grossly normal.

At the L1-2 through L4-5 levels, there are no disc protrusions, significant disc bulges, spinal stenosis or neural foraminal narrowing.

At L5-S1, there is anular disc bulge and posterolateral osteophytes and facet osteoarthritis present. There is impingement upon the inferior aspect of the exiting left L5 nerve root seen on the sagittal images. There is moderate spinal stenosis. The right neural foramen is patent.

IMPRESSION: MODERATE-TO-SEVERE L5-S1 SPONDYLOSIS.
MILD IMPINGEMENT ON THE INFERIOR ASPECT OF THE LEFT L5 NERVE ROOT AS DESCRIBED ABOVE.
MODERATE L5-S1 SPINAL STENOSIS.

MRI                    CAT SCAN         BONE           ULTRASOUND        NUCLEAR
HIGHFIELD 1-ST · MID FIELD · OPEN MRI    HELICAL    DENSITOMETRY         HDI       MEDICINE
                       GENERAL X-RAY    FLUOROSCOPY    MAMMOGRAPHY
                ACCREDITED BY THE AMERICAN COLLEGE OF RADIOLOGY
                      MRI · ULTRASOUND · MAMMOGRAPHY

CLICNY 0435

 

CIGNA Claims Services
Rochester Claims Service Center

## Permanent Telephone Record

| | | | |
|---|---|---|---|
| **Claimant:** | Stephen Alfano | **SSN:** | 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 |
| **Policyholder:** | Weill Med College | **Policy #:** | NYK 1972 |

**Date:** 01/23/2001                    **Time:** 10:04 AM

**To:** ☒ **From:** ☐ Dr. Alexiades          **Cx:** ☐ **ER:** ☐ **MD:** ☒
**Other:**

**Phone Number:** 212.734.1288

**Spoke With:** Wilda          **Relationship:**

### Call Content/Message:
Called to f/u on request for progress notes and test results from 4/2000 to the present.

Wilda stated that CX was seen in 6/2000 and 7/2000.
Will fax copies of the progress notes and copy of MRI report.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern

Signature: _Sara D'Ambrosio_
                    *Case Manager*

FRM : SAGA SPORTS MEDICINE    FAX NO. : 212 2881524    Jan. 18 2001 10:58AM  P3
                                          CIGNA INTEGRATED CLAIM              ☐001/002

## Facsimile Transmission Cover Sheet


**CIGNA**

212-939-6855              2nd request

| Transmit to FAX number | Date | Time | Total number of pages |
|---|---|---|---|
| 212.288.1524 | December 14, 2000 | 8:28 AM | (including this sheet) : 4 |

**To**                                             **From**

Name                                               Name
Michael Alexiades, MD                              Shannon Bailey

Company                                            Department
                                                   Long Term Disability

Phone                                              Phone
212.734.1288                                       800.532.9288 ext. 6541

Address                                            Address
                                                   255 East Avenue
                                                   Rochester, NY 14604

**Comments**

RE: Stephen Alfano                    NVK 1972
SSN: 099449648                        Weill Medical College
DOB: 1/24/60                          CIGNA Life Insurance Company of New York

We recently received a Long Term Disability Claim for your patient, Mr. Alfano. In order to assist us with, properly assessing his current medical claim, could you please complete the enclosed "Physical Ability Assessment" form and forward us the following information:

- Copies of progress notes and test results for the period 4/1/2000 to the patient.

I have also sent a signed authorization to release information. Please forward the information within the next 14 days. I would like to thank you in advance for taking the time to help us obtain this necessary information.

Sincerely,

Shannon Bailey , Case Manager

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone or the number above. The documents accompanying this facsimile transmittal contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

! ] Acknowledgment Requested              To Fax a reply, dial : 716.201.0502

CLICNY 0437

## PHYSICAL ABILITY ASSESSMENT
*(To be completed by the medical professional)*

Please complete the following items based on your clinical evaluation of:

Patient Name_____Steven Alfano_____    SS#____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_____
Diagnosis(es)/ICD9 Code(s)_____

### In an 8-hour workday, the patient can perform the following activities:

| | | Continuously (67-100%) (5½ + hrs) | Frequently (34-66%) (2½ - not more) | Occasionally (1-33%) (½ - 2 hrs) | Not applicable to this situation |
|---|---|---|---|---|---|
| **Lifting:** | 10 lbs. | | | ✓ | |
| | 11-20 lbs. | | | | |
| | 21-50 lbs. | | | | |
| | 51-100 lbs. | | | | |
| | 100+ lbs. | | | | |
| **Carrying:** | 10 lbs. | | | ✓ | |
| | 11-20 lbs. | | | | |
| | 21-50 lbs. | | | | |
| | 51-100 lbs. | | | | |
| | 100+ lbs. | | | | |
| **Pushing:** | (Max. Wt.: _10_) | | | ✓ | |
| **Pulling:** | (Max. Wt.: _10_) | | | ✓ | |
| **Sitting:** | | | | | |
| **Standing:** | | | | | |
| **Walking:** | | | | | |
| **Climbing:** | Regular Stairs | | | ✓ | |
| | Regular Ladders | | | | |
| **Balancing:** | | | | | |
| **Stooping:** | | | | | |
| **Kneeling:** | | | | | |
| **Crouching:** | | | | | |
| **Crawling:** | | | | | |
| **Seeing:** | | | | | ✓ |
| **Hearing:** | | | | | ✓ |
| **Smell/Taste:** | | | | | ✓ |

CLICNY 0438

| | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 4.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Not applicable to diagnosis(es) |
|---|---|---|---|---|
| **Reaching:** Overhead | | | | |
| Desk Level | | | ✓ | |
| Below Waist | | | ✓ | |
| **Fine Manipulation:** Right | | | | ✓ |
| Left | | | | ✓ |
| **Simple Grasp:** Right | | | | ✓ |
| Left | | | | ✓ |
| **Firm Grasp:** Right | | | | ✓ |
| Left | | | | ✓ |
| **Environmental Conditions** | | | | |
| Exposure to extremes in heat | | | | ✓ |
| Exposure to extremes in cold | | | | |
| Exposure to wet / humid conditions | | | ✓ | |
| Exposure to vibration | | | | ✓ |
| Exposure to odors / fumes / particles | | | | ✓ |
| Ability to work extended shifts/ overtime: | | | | |
| Use of lower extremities for foot controls: | | | | ✓ |

*Please use this space to elaborate on ANY of the above categories:*

L S, Now T michard lich, pain +
vodioograft
Surgery recommended

Name: M. Atoimos    Signature: _____
Specialty: Ortho    Date: 1/15/02
Address: 798 PES Murray    Phone: 25 412 ___

---

**Please include any objective test or narrative if available.**

---

**Thank you for your time.**

---

*Please return this form in the enclosed addressed envelope.*

CLICNY 0439

CIGNA Claims Services 
Rochester Claims Service Center



## Permanent Telephone Record

| | | | |
|---|---|---|---|
| **Claimant:** | Stephen Alfano | **SSN:** | 099449648 |
| **Policyholder:** | Weill | **Policy #:** | NYK 1972 |

**Date:** 01/16/01    **Time:** 11:50 AM

**To:** ☒  **From:** ☐  Dr. Farmer    **Cx:** ☐  **ER:** ☐  **MD:** ☒  **Other:**

**Phone Number:** 212.606.1591

**Spoke With:** Wanda    **Relationship:**

**Call Content/Message:**
Called to f/u on med request.

Left message.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern

Signature: _S. Shannon Bailey_
Case Manager

CLICNY 0440

 **CIGNA Claims Services**
Rochester Claims Service Center



## Permanent Telephone Record

| | | | |
|---|---|---|---|
| **Claimant:** | Stephen Alfano | **SSN:** | 099449648 |
| **Policyholder:** | Weill | **Policy #:** | NYK 1972 |

**Date:** 01/16/01                    **Time:** 11:37 AM

**To:** ☒ **From:** ☐ Dr. Alexiandes          **Cx:** ☐ **ER:** ☐ **MD:** ☒
**Other:**

**Phone Number:** 212.734.1288

**Spoke With:**                    **Relationship:**

**Call Content/Message:**
Called to f/u on med request.

PAA is on AP's desk-should go out later this week.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern


**Signature:** _Shannon Bailey_
                                   *Case Manager*

 **CIGNA Claims Services**
Rochester Claims Service Center



## Permanent Telephone Record

| Claimant: | Stephen Alfano | SSN: | 099449648 |
|---|---|---|---|
| Policyholder: | Weill | Policy #: | NYK 1972 |

**Date:** 01/16/01          **Time:** 11:45 AM

To: ☒ From: ☐ Steven Digiovani, MD          Cx: ☐ ER: ☐ MD: ☒
Other:

**Phone Number:** 212.434.3432

**Spoke With:** Wanda          **Relationship:**

**Call Content/Message:**
Called to f/u on med request.
Per Wanda, I called the Ambulatory Surgery Center, and although AP performs surgery there, she said they do have office notes. She is going to have the AP call me and let me know where to get notes from.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern

Signature: _Shannon Bailey_
Case Manager

# Facsimile Transmission Cover Sheet

 

**CIGNA**

439 - 6865

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet) : 2 |
|---|---|---|---|
| 212.6848665 | January 10, 2001 | 10:43 AM | |

| To | | From | |
|---|---|---|---|
| Name | Dr. Alexjandes | Name | Shannon Bailey |
| Company | | Department | Long Term Disability |
| Phone | 212.734.1288 | Phone | 800.532.9288 ext. 6541 |
| Address | | Address | 255 East Avenue Rochester, NY 14604 |

**Comments**

RE: Steven Alfano            LK 1972
SSN: 099449648              Weill Medical College
DOB: 1/14/58                 Life Insurance Company of North America

Here is the "Physical Abilities Assessment" form you did not receive.

Thank you,
Shannon Bailey, Case Manager

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

[ ] Acknowledgment Requested                    To Fax a reply, dial : 716.231.8502

CLICNY 0443



## PHYSICAL ABILITY ASSESSMENT
*(To be completed by the medical professional)*

Please complete the following items based on your clinical evaluation of:

Patient Name_____Steven Alfano_____ SS#_____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_____
Diagnosis(es)/ICD9 Code(s)_____

## In an 8-hour workday, the patient can perform the following activities:

| | | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Not applicable to diagnosis(es) |
|---|---|---|---|---|---|
| **Lifting:** | 10 lbs. | | | | |
| | 11-20 lbs. | | | | |
| | 21-50 lbs. | | | | |
| | 51-100 lbs. | | | | |
| | 100+ lbs. | | | | |
| **Carrying:** | 10 lbs. | | | | |
| | 11-20 lbs. | | | | |
| | 21-50 lbs. | | | | |
| | 51-100 lbs. | | | | |
| | 100+ lbs. | | | | |
| **Pushing:** | (Max. Wt.:_____) | | | | |
| **Pulling:** | (Max. Wt.:_____) | | | | |
| **Sitting:** | | | | | |
| **Standing:** | | | | | |
| **Walking:** | | | | | |
| **Climbing:** | Regular Stairs | | | | |
| | Regular Ladders | | | | |
| **Balancing:** | | | | | |
| **Stooping:** | | | | | |
| **Kneeling:** | | | | | |
| **Crouching:** | | | | | |
| **Crawling:** | | | | | |
| **Seeing:** | | | | | |
| **Hearing:** | | | | | |
| **Smell/Taste:** | | | | | |

| | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Not applicable to diagnosis(es) |
|---|---|---|---|---|
| **Reaching:** Overhead | | | | |
| Desk Level | | | | |
| Below Waist | | | | |
| **Fine Manipulation:** Right | | | | |
| Left | | | | |
| **Simple Grasp:** Right | | | | |
| Left | | | | |
| **Firm Grasp:** Right | | | | |
| Left | | | | |
| **Environmental Conditions:** | | | | |
| Exposure to extremes in heat | | | | |
| Exposure to extremes in cold | | | | |
| Exposure to wet / humid conditions | | | | |
| Exposure to vibration | | | | |
| Exposure to odors / fumes / particles | | | | |
| **Ability to work extended shifts/ overtime:** | | | | |
| **Use of lower extremities for foot controls:** | | | | |

*Please use this space to elaborate on ANY of the above categories:*

_____

_____

_____

_____

_____

_____

_____

**Name:** _____      **Signature:** _____

Specialty: _____      Date: _____

Address: _____      Phone: _____

**Please include any objective test or narrative if available.**

**Thank you for your time.**

**Please return this form in the enclosed addressed envelope.**



01/15/2001 11:34 FAX 710 231 6502    CIGNA INTEGRATED CLAIM    ☑601

```
8224542442350842258224045
***    TX REPORT    ***
8542524245042825254042
```

| TRANSMISSION OK | |
|---|---|
| TX/RX NO | 1687 |
| CONNECTION TEL | 812124386855 |
| CONNECTION ID | |
| ST. TIME | 01/15 13:17 |
| USAGE T | 07'04 |
| PGS. SENT | 3 |
| RESULT | OK |

## *Facsimile Transmission Cover Sheet*



**CIGNA**

439 · 6865

| Transmit to FAX number 212.ДАЮ:865. | Date January 30, 2001 | Time 10:43 AM | Total number of pages (including this sheet): 2 |
|---|---|---|---|

**To**

Name
Dr. Alexiandes

Company

Phone
212.734.3288

Address

**From**

Name
Shannon Bailey

Department
Long Term Disability

Phone
800.532.9288 ext. 6541

Address
255 East Avenue
Rochester, NY 14604

**Comments**

RE: Steven Alfano          LK 1972
SSN: 099449648            Weill Medical College
DOB: 1/14/58              Life Insurance Company of North America

Here is the "Physical Abilities Assessment" form you did not receive.

Thank you,
Shannon Bailey, Case Manager

CLICNY 0446

 **CIGNA Claims Services**
Rochester Claims Service Center



## Permanent Telephone Record

| Claimant: | Steven Alfano | **SSN:** | 099449648 |
|---|---|---|---|
| Policyholder: | Weill | **Policy #:** | Lk 1972 |

**Date:** 01/10/01                    **Time:** 10:42 AM

To: ☐ From: ☒ Dr. Alexiandes          Cx: ☐ ER: ☐ MD: ☒
Other:

**Phone Number:**

**Spoke With:**                    **Relationship:**

**Call Content/Message:**
Called to say they don't have the PAA, and asked to fax it over.

**Comments/Action Items:**
Callback Required: ☐
Time Zone: Eastern

Signature: _Shannon Bailey_
                                        *Case Manager*

JAN. 9.2001   5:25AM                                          NO.376   P.1

Cornell Internal Medicine Associates
505 E 70 Street, Suite HT-450
New York, NY 10021
Telephone:212.746.9665
Fax:212-746-4809

## facsimile transmittal

To: Ambrosio                    Fax: 716-231-6502

From: Michelle /Dr.Schiff       Date: 1/8/02

Re: Steven Alfano               Pages:

CC:

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Note: This transmittal is intended only for the use of the individual to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution, or photocopying of this communication is strictly prohibited. If you have received this communication in error, please notify this office immediately by telephone and return the original fax to us at the address above. Thank you.

## CONFIDENTIAL

Labs of Steven Alfano as of 10/23/00 11:35

Mon Jan 08 16:22:33 2001

10/14/99 16:21 #24460 (10/15/99 17:50)
Surgical Pathology

03/17/98 11:18 #3330 (03/18/98 11:00)
BLOOD GROUP AND RH                O RH(D) POS
ANTIBODY SCREEN              NOT IMMUNIZED

03/17/98 11:18 #31267 (03/17/98 15:04)
CARDIOVASCULAR EVAL
TRIGLYCERIDES                          195
CHOLESTEROL                            215
HDL CHOLESTEROL                         39
LDL CHOLESTEROL                        137
CHOL/HDL RATIO                         5.5

04/11/97 16:23 #2191 (04/12/97 15:32)
URINE CULTURE
REPORT STATUS                        FINAL
FINAL REPORT DATE                    06/12
URINE COLONY COUNT                    <100
SOURCE                         CLEAN CATCH
COLLECTION TIME                      16:23
DATE OF SPECIMEN                      4/11

04/11/97 16:23 #6774 (04/11/97 19:20)
URINALYSIS, ROUTINE
COLOR                               YELLOW
APPEARANCE                           CLEAR
PROTEIN                                NEG
BLOOD                                  NEG
GLUCOSE                                NEG
KETONES                                NEG
PH                                     5.5
SPECIFIC GRAVITY                     1.024
BILIRUBIN                              NEG
URINALYSIS, MICRO
RBC                                  NEG.
WBC                                  NEG.
CASTS                                NEG.
URINALYSIS,COMPLETE

04/09/97 16:39 #30997 (04/09/97 21:21)
CBC
WBC                                    8.5

JAN. 9.2001  5:26AM                                          NO.976   P.3



# CORNELL
U N I V E R S I T Y

NEW YORK
PRESBYTERIAN
H O S P I T A L

Joan and Sanford I. Weill
Medical College

Cornell Internal Medicine Associates
Department of Medicine

505 East 70th Street
Helmsley Tower, Suite 4
New York, NY 10021
Telephone: 212-746-2900
Fax: 212-746-8165

January 8, 2001

Steven Alfano                                                NYH # 228-41-47
3800 Waldo Ave #13G
Bronx, NY 10463

Progress Note: Steven Alfano  /  October 16, 2000

Subjective: 42 year old man with
needs surgery for
l5-s1 stenosis/spondylosis
for neurosurgery
now on disability

will rx celexa for depression

also
will try zestril for bp instead of norvasc
and see him back next week

Objective:

BP 160/100 P  Wt 303 lbs
l: clear
C: RRR, no m.r.g

Current Medications:

PREVACID 30MG CAPSULES / 1 po qd
NORVASC 10MG TABLET / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd

Impression:
rx zestril
rx celexa

Plan: