Acenza: Task

🔲 Task    📞 Contents    📑 Notes (0/0)

Logs (0)

## Task: Internal Resource Response

**Start Date:** 08/08/2005          **Due Date:**          08/17/2005

### Details

| | | | | |
|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |

**Account Name** WEILL MEDICAL COLLEGE          **Account #** NYK0001972    **Incurred Date** 06/06/2000

**Claim Manager** Mark Sodders          **Incident #** 513554    **Claim Eff Dt-Status** 01/21/2003 - Active

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.), Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

**Referral Type** Vocational

**Role** Vocational Rehab Counselor          **Name** Ginny Schmidt    ☒ New Nurse/VRC of Record

Check all that apply for Medical or Vocational

☒ Symptoms insufficient to support diagnosis
☐ Treatment plan and/or provider specialty is not consistent with Claimant's Diagnosis
☐ Occupational requirements assessment is needed
☐ Determine Functional Capacity
☐ Projected return to work date is unclear or undetermined
☐ Return to Work Assistance
☐ Internal Transferable Skills Assessment
☒ Claim Complexity Changed
☒ Other          Specify Other [          ]

**Comments**

08/08/05 referring for TSA based on L/R provided by the 07/26/05 FCE. Please note that
there is no A/O date. However, Disability is defined as either unable to perform all the
material duties of the regular occupation, or an inability to earn more than 80% of the
Indexed BME.

As such, if cx's own occ is not identified on the TSA, then the earnings requirement is
$5,172.32 monthly.

MDSodders    CM

CLICNY 0719

Acenza: Task

| Title | TSA Results |
| --- | --- |
| Referral Accepted Comments | Yes |

Date | 08/09/2005

Investigation Result

The TSA has been performed using the sedentary restrictions from the FCE done on 7/26/05
on the claimant, along with his work history of being a Wage and Salary Manager twice in
his history, and as an Asst. Director of Human Resources, having a Bachelors Degree in
Business Administration/Psychology, and having taken 1 year of classwork in Graduate
School for MIS, and the wage requirement of $5,172.63 a month. Using these criteria,
several jobs were indicated for his current abilities, which should allow alternation of
physical positions throughout the workday, at his will, including his own job as a Salary
and Wages Manager Compensation Manager for the Policyholder. Along with this position,
several others were indicated, including management in data processing and computer
operations, employee welfare and mediation and credit analysis. See full report in the
file. Returning file and report to the CM for review.

| Last Changed User | Ginny Schmidt | Last Changed Date | 08/09/2005 11:20 AM |
| --- | --- | --- | --- |

**Active Contents**

| | Type | Due Date | Created By | Assigned To | Title |
| --- | --- | --- | --- | --- | --- |
| | LTD | 06/06/2000 | | Mark Sodders | ALFANO,STEVEN – 099449648 – 01/14/1958 |

**Status:** Completed   **Assigned To:** Ginny Schmidt

Created: | 08/08/2005 09:15 AM

CLICNY 0720

# CIGNA

## Transferable Skills Analysis Referral Form
## Labor Market Survey Referral Form

| | |
|---|---|
| **Claimant Name:** Steven Alfano | **Date of Referral:** _8/8/2005_ |
| **Policyholder:** Weill Meidcal College | **Policy #:** NYK 1972 |
| **Case Manager:** Mark Sodders | **RUSH/TL Signature:** |

**List Primary Diagnosis:** Spinal Stenosis

| | |
|---|---|
| **Indexing required according to policy?** | yes |
| **Is the account ERISA or Non-ERISA?** | yes |

| | |
|---|---|
| **Earnings threshold for this referral:** | 80% |
| (based on contract and/or procedure) | |

| | | | |
|---|---|---|---|
| **Index Earnings as of this date:** | 8/8/2005 | | |
| **Initial Covered Earnings (BME) AS OF:** | 6/6/2000 | = | $5,933.32 |
| | **Incurred Date** | | |
| *Current Indexed Covered Earnings:* | | 8.97% | CPI for **2000** |
| | | $6,465.79 | through **2003** |

**Wage Requirement for this referral** = $ 5,172.63

---

**1    Why are you referring this file for a TSA?** Other          **Other Reason** Continuing TD

**Any Occ Date:** n/a

**2 LMS will be conducted if necessary.        Please provide:**

| | |
|---|---|
| **City:** | Bronx |
| **State:** | NY |
| **Zip:** | 10463 |

**3 For work history information, TAB the following documents in the file for use in performing TSA:**

| **Document** | **Tabbed in File?** |
|---|---|
| *1* DQ | yes |
| *2* Job Description | yes |
| *3* Resume/Job Application | -- |
| *(From ER if possible)* | |

**4 For Limitations and Restrictions, please TAB the following items in the file:**

| **Document** | **Tabbed in File?** |
|---|---|
| Current Medical (< 6 mos. old) | yes |

**examples:** *PAA, Psych Abilities Form, IME,*
*FCE, AMD/NCM Documentation of*
*L's / R's*

**5 State any other pertinent information or other specific issues which need to be addressed by the TSA.**

There is no A/O date. However, Disability is defined as either unable to perfom all the material duties of the regular occupation, or an inability to earn more than 80% of the Indexed BME.

**Select Office Location:** Dallas

Return this form and the file to : **Ginny Schmidt, MS, CRC**
**Rehabilitation Specialist**
**Extension 7158**

CLICNY 0721

Acenza: Task

File being given to Tiffany to set up 1 day FCE. GS Appt now set for 7/26/05. GS

**Investigation Result**

The FCE report has been received. The claimant was found to be able to function at the sedentary level of work, for and 8 hour workday, but it would have to be a position in which he would not have to perform any lifting and carrying of more than negligible amounts, and he will need to be able to be able to change positions while sitting approximately every 10-15 minutes. They were unable to complete the dynamic and static lifting tests, the aerobic testing on the treadmill and much of the other testing due to his complaints of pain and needing to lie down to get relief. He was found to be able to perform fine manipulation, handling, reaching, pushing/pulling, climb stairs, sitting, standing and walking all on an occasional basis, and was unable to climb ladders, stoop, kneel, crouch, crawl, or balance, and had the need to use a cane for ambulation. On a constant basis, he is able to see, hear, talk. They felt he gave a maximum effort during testing, due to his increase in respiration and heart rate during the tests. See full report in the file. Returning file and report to the CM for review.

| Last Changed User | Ginny Schmidt | Last Changed Date | 08/05/2005 03:38 PM |
|---|---|---|---|

| Created By | Assigned To | | Title |
|---|---|---|---|
| Ginny Schmidt | Mark Sodders | | ALFANO, STEVEN – 099449648 – 01/14/1958 |

**Active Contents**

| Type | Due Date | Assigned To: Ginny Schmidt |
|---|---|---|
| LTD | 08/08/2000 | |

**Status:** Completed

Created: 08/09/2005 01:37 PM

CLICNY 0722

Acenza: Task

**Task** | **Contents** | **Notes (0/0)**

## Task: Internal Resource Response

Start Date: 07/05/2005          Due Date:          07/29/2005

### Details

| | | | | | |
|---|---|---|---|---|---|
| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
| Account Name | WEILL MEDICAL COLLEGE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 01/21/2003 - Active |

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.), Legal, Pre-SAM/ISAM, Overpayment, Settlement, Social Security and Other Benefits*

Referral Type: Vocational

Role: Vocational Rehab Counselor          Name: Ginny Schmidt          ☒ New Nurse/VRC of Record

Check all that apply for Medical or Vocational

- ☒ Symptoms insufficient to support diagnosis
- ☒ Treatment plan and/or provider specialty is not consistent with Claimant's Diagnosis
- ☐ Occupational requirements assessment is needed
- ☒ Determine Functional Capacity
- ☐ Projected return to work date is unclear or undetermined
- ☐ Return to Work Assistance
- ☐ Internal Transferable Skills Assessment
- ☐ Claim Complexity Changed
- ☐ Other          Specify Other

Comments

referring for 1-day FCE.
MDsodders   CM

Title: FCE Scheduling

Referral Accepted: Yes          Date: 06/10/2005

Comments

CLICNY 0723

AUG-04-2005 THU 01:04 PM   FAX NO.    P. 01

## HealthSouth Network Services

# *FAX TRANSMITTAL SHEET*

P.O. Box 382647
Birmingham, AL 35238-2647
Phone (800) 634-8536, ext. 7729
Fax (800) 634-8532; (205) 262-4394

**TO:** Tiffany Brown

**FROM:** Frances McDowell

**DATE:** 08/04/05

**FAX NUMBER:** 1-860-731-3244

**TOTAL PAGES:** 26   **(including cover sheet)**

**COMMENTS:** Here is the report and invoice for Steven Alfano.

If there are problems receiving this transmittal please call:

Frances McDowell
1-800-634-8536, ext. 7729

CONFIDENTIALITY NOTE: The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of federal or state law. If you have received this telecopy in error, please notify us immediately by calling (collect) the telephone number above and destroy the original message. Thank you.

Facility Fax Cover 01/07/02

CLICNY 0724

AUG-04-2005 THU 01:04 PM           FAX NO.                    P. 02

## HealthSouth Network Services          *FAX TRANSMITTAL SHEET*

P.O. Box 382647
Birmingham, AL 35238-2647
Phone (800) 634-8536, ext. 7729
Fax (800) 634-8532; (205) 262-4394


TO:  **Tiffany Brown**

FROM:  **Frances McDowell**

DATE:  **08/04/05**

FAX NUMBER:  **1-860-731-324426**

TOTAL PAGES:   26          (including cover sheet)

COMMENTS:  Here is the report and invoice for Steven Alfano.

If there are problems receiving this transmittal please call:

Frances McDowell
1-800-634-8536, ext. 7729

CONFIDENTIALITY NOTE: The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of federal or state law. If you have received this telecopy in error, please notify us immediately by calling (collect) the telephone number above and destroy the original message. Thank you.

Facility Fax Cover 01/07/02

CLICNY 0725



## *Sports Physical Therapy of New York, P.C.*

## FUNCTIONAL CAPACITY EVALUATION

CLIENT: Steven Alfano
EMPLOYER: Cornell Medical College
DATE OF INJURY/ILLNESS: 05/05/00
DATE OF EVALUATION: 07/26/05
DATE OF REPORT: 07/25/05
SPORTS PHYSICAL THERAPY OF NY
I.D. NO.: N/A
DATE OF BIRTH: 01/14/1958

REFERRED BY: Mark Sodders
PHYSICIAN: Keith Roach MD
INSURANCE CARRIER: Cigna Insurance
INSURANCE REP.: Mark Sodders
INSURANCE I.D. NO.: N/A
SOCIAL SECURITY NO.: xxx-xx-9648
DIAGNOSIS: Lumbar Stenosis

### VITAL SIGNS

HEIGHT: 72 "  WEIGHT: 270 lbs.
RESTING HEART RATE: 80 bpm
Starting Time: 10:00am Ending Time 1:30pm

HAND DOMINANCE: LEFT
RESTING BLOOD PRESSURE: 138/80 mm/Hg

### PURPOSE OF ASSESSMENT

☒ Comprehensive Functional Evaluation
☐ Return to Work
☐ See Attached

☐ Occupational/Work Capacity
☒ Address Specific Referral Questions
☒ Other/Comments: Please qualify the patients capability to perform any occupation for an eight hour period. Determine safe, permissible lifting abilities and general physical demand demand category. Did the individual demonstrate a maximal effort throughout testing. Provide report of any discrepancies between subjective complaints and observed behaviors.

### CONCLUSION

The results of this evaluation indicate that Steven Alfano is currently functioning safely at a sedentary level for an eight hour period according to NY Department of Labor Standards. He is able to manipulate objects at desk level, push 20 lbs and pull 14 lbs. He was unable to stoop, kneel, crouch, or crawl due to decreased range of motion as well as weakness and buckling of his lower extremities. Although, Mr. Alfano was very cooperative attempting all required tasks, he was unable to complete the lifting, both static and dynamic, as well as the step test. I stopped these tests due to frequent buckling and increased risk of falling. He had two episodes of loss of balance due to buckling requiring the assistance of the examiner in order to prevent a fall. As described by Mr. Alfano, his job required him to be in a prolonged sitting posture. The clinical data obtained at this evaluation does not support his ability to tolerate sitting for any duration greater than 10-15 minutes without a drastic change in position. During the exam he frequently lied down to elevate symptoms. His physiologic changes were appropriate with his increased subjective complaints. His effort during the exam was maximal and consistent with a negative REG score and appropriate physiological changes. His range of motion was severely limited both when the patient was aware and unaware of observation. He was driven and accompanied to the exam by his wife.

### PHYSICAL DEMAND CATEGORY [U.S. Department of Labor, Dictionary of Occupational Titles]

☒ **Sedentary Work:** Exerting up to 10 lbs. force occasionally and/or a negligible amount of force frequently to lift, carry, push, pull or otherwise move objects, including human body.

☐ **Light Work:** Exerting up to 20 lbs. force occasionally, and/or up to 10 lbs. force frequently, and/or a negligible amount of force constantly to move objects.

☐ **Medium Work:** Exerting 20 lbs. to 50 lbs. of force occasionally, and/or 10 lbs. to 25 lbs. of force frequently, and/or greater than negligible up to 10 lbs. of force constantly to move objects.

☐ **Heavy Work:** Exerting 50 lbs. to 100 lbs. of force occasionally, and/or 25 lbs. to 50 lbs. of force frequently, and/or 10 lbs. to 20 lbs. of force constantly to move objects.

☐ **Very Heavy Work:** Exerting in excess of 100 lbs. of force occasionally, and/or in excess of 50 lbs. of force frequently, and/or in excess of 20 lbs. of force constantly to move objects.

Thank you for referring Steven Alfano to *Sports Physical Therapy of New York, P.C.*  If you have any further questions regarding this evaluation, please do not hesitate to contact us.

33 Irving Place Floor 9 • New York • NY • 10003 • 212-677-3989 •

PAGE 2/25 * RCVD AT 8/4/2005 12:24:53 PM [Central Daylight Time] * SVR:HS01MS13/4 * DNIS:3121 * CSID:8452941423 * DURATION (mm-ss):07-30

CLICNY 0726

AUG-04-2005 THU 01:05 PM                    FAX NO.                        P. 05

    08/04/2005  01:27    8452941423         SPORTS PT OF NV              PAGE  03/25

**Functional Capacity Evaluation**
Re:  Steven Alfano      SSN:  xxx-xx-9848              Insurance I.D. No.: N/A

Professionally,

Jacqueline Genovese, MSPT
Physical Therapist

    cc: Mark Sodders        file

33 Irving Place Floor 9 • New York • NY • 10003 • 212-677-3989 •

PAGE 3/25 • RCVD AT 8/4/2005 12:24:53 PM [Central Daylight Time] • SVR:HS01MS1314 • DNIS:3121 • CSID:8452941423 • DURATION (mm-ss):07-30

CLICNY 0727

AUG-04-2005 THU 01:05 PM                    FAX NO.                          P. 06

09/04/2005  01:27   8452941423          SPORTS PT OF NY                  PAGE  04/25

## Functional Capacity Evaluation
Re: Steven Alfano       SSN: xxx-xx-9848          Insurance I.D. No.: N/A

| U.S Department of Labor (D.O.T. Category) | | Occasional (1 - 33%) (< 2.5 hrs) | | Frequent (34 - 66%) (2.5 - 5.5hrs) | | Constant (67 - 100%) (5.5 + hrs) | | Occ Required | Adequate |
|---|---|---|---|---|---|---|---|---|---|
| Lifting - Floor to Knuckle | | ☐ | lbs. | ☐ | lbs. | ☐ | lbs. | ☐ | ☒ Unable |
| - Knuckle to Shoulder | | ☐ | lbs. | ☐ | lbs. | ☐ | lbs. | ☐ | ☒ Unable |
| - Floor to Shoulder | | ☐ | lbs. | ☐ | lbs. | ☐ | lbs. | ☐ | ☒ Unable |
| Carrying: | Distance Ft. | ☐ | lbs. | ☐ | lbs. | ☐ | lbs. | ☐ | ☒ Unable |
| Pushing: | (Max. Wt: 20 lbs.) | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| Pulling: | (Max. Wt: 14 lbs.) | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| Sitting: | | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| Standing: | | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| Walking: | | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| Climbing: | Regular Stairs | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| | Regular Ladders | ☐ | | ☐ | | ☐ | | ☐ | ☒ N.T. |
| Balancing: | | ☐ | | ☐ | | ☐ | | ☐ | ☒ Unable |
| Stooping: | | ☐ | | ☐ | | ☐ | | ☐ | ☒ Unable |
| Kneeling: | | ☐ | | ☐ | | ☐ | | ☐ | ☒ Unable |
| Crouching: | | ☐ | | ☐ | | ☐ | | ☐ | ☒ Unable |
| Crawling: | | ☐ | | ☐ | | ☐ | | ☐ | ☒ unable |
| Reaching: | Overhead | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| | Desk Level | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| | Floor Level | ☐ | | ☐ | | ☐ | | ☐ | ☒ Unable |
| Handling: Firm Grasp | Right | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| | Left | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| Handling: Simple Grasp | Right | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| | Left | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| Fingering: Fine Motor | Right | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| | Left | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| Foot Controls | Right | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| | Left | ☒ | | ☐ | | ☐ | | ☐ | ☐ |
| Seeing | | ☐ | | ☐ | | ☒ | | ☐ | ☐ |
| Hearing | | ☐ | | ☐ | | ☒ | | ☐ | ☐ |
| Talking | | ☐ | | ☐ | | ☒ | | ☐ | ☐ |
| Other: | | ☐ | | ☐ | | ☐ | | ☐ | ☐ |

Comments:   Mr. Alfano's cardiovascular endurance was maintained at < or = 65% of his age predicted max heart rate.
See dynamic lifting and positional tolerance section for more details.

Clinician's Name:    Jacqueline Genovese, MSPT    Clinician's Signature:
Company:             SPORTS PHYSICAL THERAPY       Date:                          07/26/05
                     OF NEW YORK, P.C.

33 Irving Place Floor 9 • New York • NY • 10003 • 212-677-3989 •   v2-070505          3

CLICNY 0728

### Functional Capacity Evaluation
Re:  Steven Alfano    SSN:  xxx-xx-9648            Insurance I.D. No.: N/A

#### SUBJECTIVE HISTORY

Steven Alfano is a 57 year old male with the current diagnosis of Lumbar Stenosis, onset 06/05/05. He had on and off pain in his lumbar spine and then went to reach for a bottle falling from the refrigerator and experienced intense and severe pain that persisted. .
He is presently not working.    Current medication includes:  Oxycontin 80 mg 4x/ day, Nexium 40 mg 1x/day, Lisinopril 20 mg 1x/day, and Aspirin 81mg 1x/ day. He did take his medication as he normally would this morning. He was planning on taking his second dose this afternoon.

Previous treatment for this injury/illness (as reported by patient) includes:
        He followed up with the MD who sent him for an MRI and physical therapy. He had two bouts of 4 weeks at therapy without much success. He also saw a neurosurgeon and pain management doctor. He opted to avoid surgery due to the reported limited success rate. Physical therapy two separate clinics for four weeks. He had a combination of treatments including exercises, modalities and manual therapy with limited success. He also had epidural injections with limited success.

Steven Alfano reported severe pain at an intensity of 7 (0 = no pain; 1,2,3 = low; 4,5,6 = moderate; 7,8,9 = severe 10 = emergency pain). He reported that the pain ranges from 7 at best to 10 at its worst. He states that prolonged sitting aggravate lumbar symptoms, and that lying down and ice provides relief. Perceived abilities include:  sitting 10-15 minutes, standing 10-15 minutes, walking 10-20 minutes, driving 10-20 minutes, and lifting 0 lbs.

The patient requires minimal assistance with activities of daily living (ADL's).
His wife aids in his ADL's including dressing, his children also help him with grocery shopping by carrying groceries. He describes a typical day as: waking and dressing with wifes assistance, walking his children to the bus, coming home to rest, getting children from the bus and maybe go to the store, then returning home to rest. He eats his dinner in his recliner as it is reported easier for him to tolerate a reclined position than an upright one. Sleep is disturbed with frequent awakenings. He reported difficulty with finding comfortable positions. The patient reports that he does not perform an exercise program.

Additional subjective information includes: (N/A)

#### VOCATIONAL/JOB HISTORY: Job description reported by client.

Mr. Alfano described his job as primarily a desk position working on a computer. He was interviewing candidates for positions and negotiating salaries. He did state that sometimes he went from site to site for the interviews but mostly was at his desk.

#### DOT #: NA

33 Irving Place Floor 9 · New York · NY · 10003 · 212-677-3988 ·    v2-070505        4

PAGE 5/25 ' RCVD AT 8/4/2005 12:24:53 PM [Central Daylight Time] ' SVR:HS01/MS13/4 ' DNIS:3121 ' CSID:8452941423 ' DURATION (mm-ss):07-30

CLICNY 0729

### Functional Capacity Evaluation
Re:  Steven Alfano    SSN:  xxx-xx-9648                    Insurance I.D. No.: N/A

#### MUSCULOSKELETAL SCREENING

| | |
|---|---|
| Gait: | Mr. Alfano ambulates with a straight cane for support and to prevent buckleing of his lower extremities.  He did buckle twice during the evaluation when he did not have the support of the cane. |
| Posture: | Mr. Alfano presents with a forward flexed trunk posture.  He compensates for lack of mobility by turning his whole body,  he reports that he does not bend at all at home without assistance. |
| Soft Tissue: | Increased tightness noted in soft tissue of his entire lumbar spine and lower extremities.  He reported "a good pain" during the straight leg raise portion of the screen. |
| Flexibility: | Mr. Alfano demonstrates limited flexibility in his spine and lower extremities that was consistent when he was aware and unaware of the testing.  He uses compensatory movement of his entire body to change positions. |
| Range of Motion: | Significant Limitation in lumbar range of motion as noted in the attached range of motion screen.  The limitations were consistant when the client was aware verses unaware of testing.  He was able to increase his lumbar range with upper extremity support. |
| Strength: | Mr. Alfano's lower extremity strength was  limited and grossly assessed at 3+/5.  He did have frequent episodes of buckeling in his lower extremities which twice required the assistance of the examener to prevent a fall. Upper extremity was screened and was within normal limits |
| Neurological: | Symmetrical bilaterally; mildly decreased in lower extremities. |
| Additional Testing: | Mr Alfano was unable to complete the jamar grip test without frequent rests to lie down supine due to report of increased pain with sitting. |

#### ENDURANCE / AEROBIC CAPACITY

Modified Canadian Fitness Test          ☐ Completed Test    ☒ Incomplete Test
    ml/kg/min      Classification: Unable to Determine      <= 2 METS
HR Increase:  YES    Respiration Increase: YES    Blood Pressure:

    Comments: Mr. Alfano was unable to maintain cadence on the step test.  He attempted to perform the step three or four times with upper extremity support and while climbing his left lower extremity buckeled and he lost his balance and required assistance from the evaluator to prevent his falling.  The test was stopped due to the safety risk.  His heart rate with this incident elevated from 80bpm at resting to 114bpm when the test was stopped.  His functional cardiovascular endurance was unable to be assessed due to the exam being stopped.

#### DYNAMIC LIFT TESTING:
Comments:  Mr. Alfano attempted to complete the lifting component of this exam and during the knuckle to shoulder occasional lift he was able to pick up the box, but when he attempted to bring it over his head his left lower extremity buckeled and he dropped the box.  He reported his pain was too severe to continue and he had to lie down.  His heart rate elevated 10% with each attempt supporting a maximal effort.

#### POSITIONAL TOLERANCE TESTING:

CLICNY 0730

AUG-04-2005 THU 01:06 PM                    FAX NO.                          P. 09

08/04/2005  01:27    8452941423            SPORTS PT OF NV              PAGE  07/25

## Functional Capacity Evaluation
Re:  Steven Alfano      SSN:  xxx-xx-9848                    Insurance I.D. No.: N/A

Comments:  Mr. Alfano was unable to tolerate sitting greater than approximately 10-15 minutes. He frequently
changed positions lying down and sitting in a reclined position on the plinth. His decreased range of motion and
flexibility limits his ability to kneel, stoop, and crawl.

CONSISTENCY OF PERFORMANCE SUMMARY:  13 of 15 Consistent Tests

PERFORMANCE :   ☒ Consistent Performance  ☐ Inconsistent Performance  ☐ Self Limiting Behavior

Discomfort/Pain:Post  Mr. Alfano post test pain level was at 9/10 with increased soreness in overall lumbar area.
Comments: Mr. Alfano's effort was consistent throughout the exam attempting each task required.  His physiologic
responses had a direct correlation with his subjective complaints.


ADDITIONAL TESTING / COMMENTS:  N/A

33 Irving Place Floor 9 · New York · NY · 10003 · 212-677-3989 ·      v2-070805                    6

PAGE 7/25 · RCVD AT 8/4/2005 12:24:33 PM [Central Daylight Time] · SVR:H301MS1304 · DNIS:3121 · CSID:8452941423 · DURATION (mm-ss):07-30

CLICNY 0731

AUG-04-2005 THU 01:06 PM                          FAX NO.                        P. 10

08/04/2005   01:27     8452941423            SPORTS PT OF NY                  PAGE   08/25

**Functional Capacity Evaluation**
Re:  Steven Allano      SSN:  xxx-xx-9648              Insurance I.D. No.: N/A

<u>**ADDITIONAL INFORMATION:**</u>
N/A

Professionally,

Jacqueline Genovese, MSPT
Physical Therapist

---

PAGE 8/25 ' RCVD AT 8/4/2005 12:24:53 PM [Central Daylight Time] ' SVR:HSO1/MS13/4 ' DNIS:3121 ' CSID:8452941423 ' DURATION (mm-ss):07-30

CLICNY 0732

AUG-04-2005 THU 01:06 PM                    FAX NO.                        P. 11

08/04/2005  01:27   8452941423            SPORTS PT OF NY            PAGE   09/25

**Functional Capacity Evaluation**
Re:  Steven Alfano      SSN:  xxx-xx-9648              Insurance I.D. No.: N/A

*Sports Physical Therapy of New York, P.C.*
33 Irving Place Floor 9
New York, NY 10003
Phone: 212-677-3989
Fax:

33 Irving Place Floor 9 · New York · NY · 10003 · 212-677-3989 ·     v2-070505                          8

PAGE 9/25 · RCVD AT 8/4/2005 12:24:53 PM [Central Daylight Time] · SVR:HS01/MS13/4 · DNIS:3121 · CSID:8452941423 · DURATION (mm-ss):07-30

CLICNY 0733

AUG-04-2005 THU 01:06 PM        FAX NO.                    P. 12

08/04/2005  01:27   8452941423        SPORTS PT OF NY          PAGE 18/25

JUN-29-05 WED 04:09 PM          FAX NO.                    P. 08

## PHYSICAL ABILITY ASSESSMENT

are evaluating your patient's disability claim in order to determine functional impairment
ease check the boxes corresponding to the patient's level of physical functioning. Please
bstantiate your findings with medical documentation.   (Failure to provide the requested
ports/data may result in delay in claim determinations).

tient Name _Steven Albano_____   Date of Birth _11/14/5X_

iagnosis(es)/ICD-9 Code_____

roughout an 8-hour workday, the patient can tolerate, with positional changes and meal
reaks, the following activities for the specified durations:

| | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 - hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (≤2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| Sitting: | | | | X | |
| Standing: | | | | X | |
| Walking: | | | | X | |
| Reaching: overhead | | | | X | |
| Desk Level | | | | | Unable X |
| Below Waist Fine Manipulation: Right: | | | | X | |
| Left: | | | | X | |
| Simple Grasp: Right: | | | | X | |
| Left: | | | | X | |
| Firm Grasp: Right: | | | | X | |
| Left: | | | | | Unable X |
| Lifting: 10 lbs. | | | | | Unable X |
| 11-20 lbs. | | | | | Unable X |
| 21-50 lbs. | | | | | Unable X |
| 51-100 lbs. | | | | | Unable X |
| 100+ lbs. | 10 | | | 2 | Unable X |
| Carrying: lbs. | | | | | Unable X |
| 11-30 lbs. | | | | | Unable X |
| 21-50 lbs. | | | | | Unable X |
| 51-100 lbs | | | | | Unable X |
| 100+ lbs. | | | | | Unable X |

CLICNY 0734

AUG-04-2005 THU 01:06 PM                      FAX NO.                          P. 13

08/04/2005  01:27   8452941423              SPORTS PT OF NY              PAGE  11/25

JUN-28-05 WED 04:08 PM                        FAX NO.                          P. 08

| | Not applicable to diagnosis(es) | Continuously (67-100%) (9.5 + hrs) | Frequently (34-66%) (5.5 - 5.5 hrs) | Occasionally (1-33%) (≤2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| Pushing:   (Max. t.:  50lbs) | | | | X | |
| Pulling:   (Max. t.:  44lbs) | | | | X | |
| Climbing:   Regular stairs | | | | | Unable X |
| Regular ladders | | | | | Not X |
| Balancing: | | | | | Unable X |
| Stooping: | | | | | Unable X |
| Kneeling: | | | | | Unable X |
| Crouching: | | | | | Unable X |
| Crawling: | | | | | Unable X |
| Seeing: | | X | | | |
| Hearing: | | X | | | |
| Smell/Taste: | | X | | | |
| Environmental Conditions: | | | | | |
| Exposure to extremes in heat | X | | | | |
| Exposure to extremes in cold | X | | | | |
| Exposure to wet / humid conditions | X | | | | |
| Exposure to vibration | X | | | | |
| Exposure to odors / fumes / particles | X | | | | |
| Can work around machinery | X | | | | Unable X |
| Ability to work extended shifts/ overtime: | | | | X | |
| Use lower extremities for foot controls: | | | | X | |

Please use this space to elaborate on ANY of the above categories:
Please see Report for more details

Name: Jacquelin Genovese
~~Steven Hyard~~

Signature: [signature]

Medical Specialty: Physical Therapy

Date:

Address:                                    Phone:

Federal ID tax number:

| Please include any objective test or narrative if available. |
|---|

PAGE 11/25 * RCVD AT 8/4/2005 12:24:53 PM [Central Daylight Time] * SVR:HS01NS13/4 * DNIS:3121 * CSID:8452941423 * DURATION (mm-ss):07-30

CLICNY 0735

# FUNCTIONAL ABILITIES EVALUATION

## Client Information

Client Name: Mr. Steven Alfano
Address:

Dominant Hand: Left Hand
SSN: 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

Date of Birth: January 14, 1958
Gender: Male
Height: 76 inches
Weight: 270 lbs
Marital Status: Married

## Employment Information

Occupation: Wage and Salary Manager
Employer: Cornell Medical College
Address:

Department: Personnel

Work Status: Not currently working

Start & Finish Date: Jul 26, 2005

### Canadian Aerobic Fitness Test (mCAFT) Test Summary

© 1996 Phillip Osborne, M.D.

| HR at start of test | Peak HR | HR at end of recovery | Pain Rating | Blood pressure Start | Finish | VO2 Max ml/kg/min | MET level | Work equivalency |
|---|---|---|---|---|---|---|---|---|
| 108 BPM | 114 BPM | 114 BPM | | 138/80 | N/A | -0.1 | 0 | Light |

He was unable to continue the test due to biomechanical factors. He was unable to complete test and right leg buckeled twice and client lost his balance and was assisted by evaluator and wife to a plinth.

### Isometric Strength Testing Summary

© 1996 Phillip Osborne, M.D.

| Posture | Results | H Changes | Results | Appropriate | Start HR | Max HR | Final HR | Expected |
|---|---|---|---|---|---|---|---|---|
| Squat Lift | | H Squat Lift | . | Decrease? N/A | | | | |
| Back Lift | | H Back Lift | | Increase? N/A | | | | |
| Pull Out | 14.8 lbs. | L=7.7 R=7.1 | | | | | | N/A |
| Push In | 21.2 lbs. | L=12.8 R=8.4 | | | | | | N/A |
| High Near Lift | | H High Near Lift | | Decrease? N/A | | | | |

Graphs below shows the change in heart rate for each test.

☐ Before & After Test (BPM)
☐ During Test (BPM)

PUSH IN NOTE: Test 2 right foot forward, test 3 left foot forward

SPORTS PHYSICAL THERAPY OF NY MANAGED BY HEALTHSOUTH
33 IRVING PLACE, NINTH FLOOR NEW YORK NY 10003 (212) 667-3789
The Hanson evaluation & rehabilitation system is a patented (US patent #6186681) product of Hanson Medical Inc.

P. 1

CLICNY 0736



### Jamar Grip Testing Summary
© 1996 Phillip Osborne, M.D.

**Left Hand   MVE Dominant Hand Strength** | **Right Hand MVE Non-Dominant Hand Strength**

| REG RESULTS | MVE Performance | REG Performance | REG Test Score | REG% Change |
|---|---|---|---|---|
| Dominant (L) | 55.1 lbs | 50.2 lbs. | -4.9 lbs. | -8.9% |
| Non-Dominant (R) | 74.1 lbs | 53.8 lbs. | -20.3 lbs. | -27.4% |
| AMA Norms | • Right Strength = 33.7 kg, AMA Norm = 47.3 kg, Percent of Norm = 71.2%<br>• Left Strength = 25.0 kg, AMA Norm = 49 kg, Percent of Norm = 51.1% | | | |
| Validity | • Coefficients of variation greater than or equal to 15% on the left (dominant) side are 2 and 4 on the right (non-dominant) side (MVE).<br>• Inappropriate strength curves were exhibited (MVE).<br>• The variation in the greatest strength position #2 was 8.2% in the left (dominant) side and 23.6% in the right (non-dominant) side.<br>• Negative REG score on both of the sides (REG). | | | |

SPORTS PHYSICAL THERAPY OF NY MANAGED BY HEALTHSOUTH
33 IRVING PLACE, NINTH FLOOR NEW YORK NY 10003  (212) 667-4999

Mr. Steven Alfano


P. 2

CLICNY 0737

## EPIC Lifting Summary

© 1996 Phillip Osborne, M.D.

### Lumbar 1. Knuckle to Shoulder (Occasional)

| Final Weight | Perceived Load | Termination Reason | Work Equivalency | HR Start of Test | HR Peak | Final HR | Expected |
|---|---|---|---|---|---|---|---|
| 20 Lbs. | 7-Heavy | Psychophysical | Light | 115 | 114 | 102 | NO |

### Lumbar 2. Floor to Knuckle (Occasional)

| Final Weight | Perceived Load | Termination Reason | Work Equivalency | HR Start of Test | HR Peak | Final HR | Expected |
|---|---|---|---|---|---|---|---|
| 0 Lbs. | | Psychophysical | Sedentary | 106 | 109 | 103 | NO |

### Lumbar 3. Floor to Shoulder (Occasional)

| Final Weight | Perceived Load | Termination Reason | Work Equivalency | HR Start of Test | HR Peak | Final HR | Expected |
|---|---|---|---|---|---|---|---|
| 0 Lbs. | None | Biomechanical | Sedentary | 107 | 107 | 106 | NO |

### Lumbar 4. Knuckle to Shoulder (Frequent)

| Final Weight | Perceived Load | Termination Reason | Work Equivalency | HR Start of Test | HR Peak | Final HR | Expected |
|---|---|---|---|---|---|---|---|
| 0 Lbs. | None | Biomechanical | Sedentary | 105 | 0 | None | NO |

### Lumbar 5. Floor to Knuckle (Frequent)

| Final Weight | Perceived Load | Termination Reason | Work Equivalency | HR Start of Test | HR Peak | Final HR | Expected |
|---|---|---|---|---|---|---|---|
| 0 Lbs. | None | Biomechanical | Sedentary | 104 | 0 | None | NO |

### Lumbar 6. Floor to Shoulder (Frequent)

| Final Weight | Perceived Load | Termination Reason | Work Equivalency | HR Start of Test | HR Peak | Final HR | Expected |
|---|---|---|---|---|---|---|---|
| 0 Lbs. | None | Biomechanical | Sedentary | 99 | 0 | None | NO |

- The peak heart rates for each subtest are NOT in the expected ascending order.
- 6 of the EPIC subtests did NOT display the expected 10% increase in heart rate.
- Based on the documented physiological and biomechanical changes it is our opinion that the evaluee did provide a maximal acceptable effort during the ELC evaluation.

SPORTS PHYSICAL THERAPY OF NY MANAGED BY HEALTHSOUTH
33 IRVING PLACE, NINTH FLOOR NEW YORK NY 10003  (212) 667-5989

Mr. Steven Albano

P. 3

PAGE 14/25 * RCVD AT 8/4/2005 12:24:33 PM [Central Daylight Time] * SVR:HS01/MS1334 * DNIS:3121 * CSID:8452941423 * DURATION (mm-ss):07-30

CLICNY 0738

AUG-04-2005 THU 01:08 PM                FAX NO.                          P. 17

08/04/2005  01:27  8452941423          SPORTS PT OF NY                 PAGE  15/25

### Range of Motion  ▶  Lumbar

Jul 26, 2005 11:48:57 AM

|          | True Lumbar Flexion | True Lumbar Extension | Left Lateral Flexion | Right Lateral Flexion | Left Straight Leg Raise | Right Straight Leg Raise |
|----------|------|------|------|------|------|------|
| Normals: | 60   | 25   | 25   | 25   | 80   | 80   |
| Trial 1: | 0    | 1    | 2    | 1    | 36   | 12   |
| Trial 2: | 1    | 4    | 2    | 4    | 26   | 13   |
| Trial 3: | 0    | 3    | 2    | 7    | 18   | 11   |
| Average  | 0.3  | 2.7  | 2.0  | 4.0  | 26.7 | 12.0 |
| Maximum  | 1.0  | 4.0  | 2.0  | 7.0  | 36.0 | 13.0 |
| AMA Valid | YES | YES  | YES  | YES  | NO   | YES  |
| % of Normal | 1% | 11% | 8%   | 16%  | 33%  | 15%  |



**Reference Information**
American Medical Association Guides to the Evaluation of Permanent Impairment, Fifth Edition

SPORTS PHYSICAL THERAPY OF NY MANAGED BY HEALTHSOUTH
33 IRVING PLACE NINTH FLOOR NEW YORK NY 10003 (212) 667-3989



Mr. Steven Alfano

P. 4

PAGE 15/25 * RCVD AT 8/4/2005 12:24:33 PM [Central Daylight Time] * SVR:HS01/HS13/4 * DNIS:3121 * CSID:8452941423 * DURATION (mm-ss):07-30

CLICNY 0739

AUG-04-2005 THU 01:08 PM                    FAX NO.                        P. 18

08/04/2005  01:27  8452941423          SPORTS PT OF NY                PAGE 16/25

**Hand Grip Strength**  The JAMAR hand dynamometer was used in order to quantify grip strength and determine whether Mr. Steven Alfano exerted consistent effort during grip strength testing. Mr. Steven Alfano was tested using the maximum voluntary effort and rapid exchange hand grip protocols. Mr. Steven Alfano is left hand dominant. Normative data is based on the assumption that right and left hand dominant subjects, analyzed separately show little functional difference between their mean scores.[1, 2]

## Maximum Voluntary Effort (MVE)                                    Jul 26, 2005 11:59:28 AM



|        | Left | COV | Right | COV |
|--------|------|------|-------|------|
| Pos #1 | 47.3 Lbs. | 13.1% | 54.2 Lbs. | 17.7% |
| Pos #2 | 55.1 Lbs. | 3.6% | 74.1 Lbs. | 12.5% |
| Pos #3 | 61.5 Lbs. | 7.8% | 55.9 Lbs. | 18.0% |
| Pos #4 | 51.9 Lbs. | 19.3% | 46.2 Lbs. | 23.4% |
| Pos #5 | 43.9 Lbs. | 15.0% | 37.6 Lbs. | 28.7% |
| St. Dev. | 6.8 Lbs. | | 12.1 Lbs. | |

The hand dynamometer is set to each of the five available positions which vary the client's grip size. The readings for each of the average maximum forces during each position are displayed by the corresponding bar graphs.

Using the Maximum Voluntary Effort (MVE) protocol over a range of five positions on the hand dynamometer, it is expected that the strength graphs obtained results in a bell-shaped graph[11, 12, 13] even in a disabled population or if the client's hand is injured[8, 10] with at least 6 of the 10 coefficients of variation within the acceptable 15% or less limit.[20]

The graph obtained for Mr. Steven Alfano did not demonstrate a bell shaped curve which may be an indicator of submaximal effort and the coefficients of variation of the underlying data may be an indicator of varied effort with only 5 out of the 10 coefficients of variation within the 15% acceptable limits.

## Rapid Exchange Grip (REG)                                         Jul 26, 2005 11:46:23 AM



|          | Left | Right |
|----------|------|-------|
| Trial #1 | 49.0 Lbs. | 53.9 Lbs. |
| Trial #2 | 57.5 Lbs. | 60.2 Lbs. |
| Trial #3 | 47.9 Lbs. | 65.9 Lbs. |
| Trial #4 | 51.5 Lbs. | 53.7 Lbs. |
| Trial #5 | 44.3 Lbs. | 54.6 Lbs. |
| Trial #6 | 59.1 Lbs. | 34.3 Lbs. |
| Average  | 50.2 Lbs. | 53.8 Lbs. |
| Maximum  | 67.6 Lbs. | 65.9 Lbs. |
| Diff L vs. R | | 6.6% |

The hand dynamometer is set to position 2. The client applies a maximum force for a very several trial duration quickly alternating between hands. The average maximum force for all six trials is compared to the maximum voluntary effort value in the same position for reliability purposes.

The peak average force value recorded during the maximum voluntary effort protocol was 74.1 Lbs performed at position 2. The Rapid Exchange Grip (REG) protocol was therefore administered at this position. A negative rapid exchange grip (REG) occurs when the average of the values recorded during the rapid exchange grip protocol are less than the average of the values recorded during the maximum voluntary effort protocol in the same position and for the same hand. Conversely, a positive REG occurs when the average of the values recorded during the rapid exchange grip protocol exceed the average of the values recorded during the maximum voluntary effort protocol in the same position and for the same hand. A negative REG allows the evaluator to have more confidence that the evaluee is performing maximally. A positive REG may be an indicator of submaximal effort.[19] Mr. Steven Alfano produced an average value of 50.2 Lbs for the left hand and 53.8 Lbs for the right hand during the rapid exchange grip protocol. He produced an average value of 55.1 Lbs for the left hand and 74.1 Lbs for the right hand during the maximum voluntary effort protocol. Mr. Steven Alfano therefore demonstrated a negative REG which may be an indicator of maximal effort.

[8] Stokes H. 1983. The seriously uninjured hand - weakness of grip. J Occup Med 25(9):683-684.
[11] Niebuhr B, Marion R. 1990. Voluntary control of submaximal grip strength. Am J Phys Med Rehabil 69(2): 96-101.
[13] Matheson L, Csefton R, Niemeyer L. 1988. Grip strength in a disabled sample: reliability and normative standards. Ind Rehabil Q 1(3):9,17-23.
[19] Hildreth D, Breidenbach W, Lister G, Hodges A. 1989. Detection of submaximal effort by use of the rapid exchange grip. J Hand Surgery 14A(4): 742-745.
[20] Klasum B, Smit J. 1997. Volition in impairment rating: the validity of effort assessment. J Occup Med 6(1) 9-18.

SPORTS PHYSICAL THERAPY OF NY MANAGED BY HEALTHSOUTH
33 IRVING PLACE, NINTH FLOOR NEW YORK NY 10003  (212) 667-3989

Mr. Steven Alfano                                            P. 5

CLICNY 0740

### ☞ Pull Out Test

This test is designed to measure the pull force of the patient at a cart-height equivalent. The test measures the average force of the patient over a five-second time period.

**Test Date:** Jul. 26, 2005 12:07:05 PM

**Combined Average Force: 10.3 Lbs.**



| Trial 1: 5.0 Lbs | Average: 5.0 Lbs | | Trial 1: 5.3 Lbs | Average: 5.3 Lbs |

% Diff: 5.7%

Mr. Steven Alfano reached a combined average force of 10.3 Lbs. during the pull out test. The combined average is calculated by adding the average force of 5.0 Lbs. for the left side and 5.3 Lbs. for the right side. This yields 5.7% difference between the sides.

**Test Date:** Jul. 26, 2005 12:07:22 PM

**Combined Average Force: 9.6 Lbs.**



| Trial 1: 4.6 Lbs | Average: 4.6 Lbs | | Trial 1: 5.0 Lbs | Average: 5.0 Lbs |

% Diff: 8.0%

Mr. Steven Alfano reached a combined average force of 9.6 Lbs. during the pull out test. The combined average is calculated by adding the average force of 4.6 Lbs. for the left side and 5.0 Lbs. for the right side. This yields 8.0% difference between the sides.



Mr. Steven Alfano

CLICNY 0741



**Test Date:** Jul. 26, 2005 12:07:35 PM

**Combined Average Force: 14.8 Lbs.**



| Trial 1: 7.7 Lbs | Average:  7.7 Lbs | Trial 1: 7.1 Lbs | Average:  7.1 Lbs |

% Diff : 8.5%

Mr. Steven Alfano reached a combined average force of 14.8 Lbs. during the pull out test. The combined average is calculated by adding the average force of 7.7 Lbs. for the left side and 7.1 Lbs. for the right side. This yields 8.5% difference between the sides.

 **Push In Test**

This test is designed to measure the push force of the patient at a cart-height equivalent. The test measures the average force of the patient over a five-second time period.

**Test Date:** Jul. 26, 2005 12:05:16 PM

**Combined Average Force: 26.7 Lbs.**



| Trial 1: 13.8 Lbs | Average:  13.8 Lbs | Trial 1: 12.9 Lbs | Average:  12.9 Lbs |

% Diff : 7.0%

Mr. Steven Alfano reached a combined average force of 26.7 Lbs. during the push in test. The combined average is calculated by adding the average force of 13.8 Lbs. for the left side and 12.9 Lbs. for the right side. This yields 7.0% difference between the sides.

SPORTS PHYSICAL THERAPY OF NY MANAGED BY HEALTHSOUTH
31 IRVING PLACE, NINTH FLOOR NEW YORK NY 10003  (212) 667-3989

Mr. Steven Alfano                                                                    P. 7

PAGE 19/25 * RCVD AT 8/4/2005 12:24:53 PM [Central Daylight Time] * SVR:HS01MS134 * DNIS:3121 * CSID:8452941423 * DURATION (mm-ss):07-30

CLICNY 0742

Test Date: Jul. 26, 2005 12:05:47 PM

**Combined Average Force: 20.6 Lbs.**



| Trial 1: 9.5 Lbs | Average: 9.5 Lbs | Trial 1: 11.1 Lbs | Average: 11.1 Lbs |

% Diff: 14.4%

Mr. Steven Alfano reached a combined average force of 20.6 Lbs. during the push in test. The combined average is calculated by adding the average force of 9.5 Lbs. for the left side and 11.1 Lbs. for the right side. This yields 14.4% difference between the sides.

Test Date: Jul. 26, 2005 12:06:12 PM

**Combined Average Force: 21.2 Lbs.**



| Trial 1: 12.8 Lbs | Average: 12.8 Lbs | Trial 1: 8.4 Lbs | Average: 8.4 Lbs |

% Diff: 52.4%

Mr. Steven Alfano reached a combined average force of 21.2 Lbs. during the push in test. The combined average is calculated by adding the average force of 12.8 Lbs. for the left side and 8.4 Lbs. for the right side. This yields 52.4% difference between the sides.

**Evaluator Comments**

Test 2 right foot forward, test 3 left foot forward

CLICNY 0743

## Epic Lifting Capacity ▶



Under Stress From EPIC

The client performs dynamic lifts to and from various starting and ending locations with gradually increasing weight while their physiological, biomechanical and psychophysical changes are documented.

Jul 26, 2005 12:17:44 PM

The EPIC Lift Capacity Test (ELC) was used to determine Mr. Steven Alfano's dynamic lifting and lowering capacity. The ELC is a progressive anthropometric protocol designed to determine the maximal acceptable load someone is capable of manually handling on a safe and dependable basis. The ELC is administered over three shelf heights at two rates of frequency. The two rates of frequency correspond to the occasional and frequent lifting demands as defined by the Dictionary of Occupational Titles. For each subtest the load is systematically increased until one of the three termination criteria (physiological, biomechanical or psychophysiological) are met. During the evaluation physiological, biomechanical and psychophysiological observational data are utilized to determine if the participant provided a maximal acceptable effort.

Mr. Steven Alfano provided the following results:

| Test | Range | Frequency | Job Demand | Load | %tile | RAW | %tile | Termination |
|---|---|---|---|---|---|---|---|---|
| 1 | Knuckle to Shoulder | 1/cycle | | 30 Lbs | <10th | 0.074 | <5th | Psychophysical |
| 2 | Floor to Knuckle | 1/cycle | | 0 Lbs | <10th | 0.000 | <5th | Psychophysical |
| 3 | Floor to Shoulder | 1/cycle | | 0 Lbs | <10th | 0.000 | <5th | Biomechanical |
| 4 | Knuckle to Shoulder | 4/cycle | | 0 Lbs | <10th | 0.000 | <5th | Biomechanical |
| 5 | Floor to Knuckle | 4/cycle | | 0 Lbs | <10th | 0.000 | <5th | Biomechanical |
| 6 | Floor to Shoulder | 4/cycle | | 0 Lbs | <10th | 0.000 | <5th | Biomechanical |

The results from tests numbers 3 & 6 are used to determine the participant's occasional and frequent physical demand level as defined by the Dictionary of Occupational Titles (DOT). Based on these results Mr. Steven Alfano has demonstrated at minimum a sedentary occasional strength demand and at minimum a sedentary frequent strength demand.

### Physiological and Biomechanical Changes

Under normal test conditions it is expected that the participant provided the following physiological responses:

1) 10% increase in heart rate for each subtest
2) The peak heart rate for each of the 6 subtests are in ascending order.

Mr. Steven Alfano provided the following physiological responses:




### Global Effort Rating

Based on the documented physiological and biomechanical changes it is our opinion that Mr. Steven Alfano did provide a maximal acceptable effort during the ELC evaluation.

1. Matheson L.N., Mooney V., Grant J., Affleck M, Hall H, Melles T, Lichter R, McIntosh G. A test to measure lift capacity of physically impaired persons. Part I - Development and reliability testing. SPINE, 1995; 20(19): 2119-2129; Matheson L.N, Mooney V., Holmes D., Leggett S., Gant J., Negri S., Holmes B. A test to measure lift capacity of physically impaired adults. Part II - Reactivity in a patient sample. SPINE, 1995; 20(19): 2130-2134; Matheson L.N, Mooney V., Grant J., Leggett S., Kenny K. Standardized evaluation of work capacity. Journal of Back and Musculoskeletal Rehabilitation, 1996; (6): 249-264; Matheson L. Relationship between work, body weight, resting heart rate, and performance in a work test of lift capacity. Journal of Occupational Rehabilitation, 1996; (6): 225-237.

2. "Maximum acceptable weight" is demonstrated by loads lifted by the subject, based on standard criteria provided in the ELC test protocol, a copy of which is available at the site for review.

3. Matheson, 1996, above.

4. Relative acceptable weight, based on N.A.S., defined by the subject's body weight. The proportion of body weight the subject is able to lift. This can be used to compare the subject to healthy people of (the/his) age and gender using standardized normative data.

5. Percent (the) yourself as working, comparing the exertion in terms of (the/his) age and gender by terms of proportion of body weight. The number of the percentile indicates the percent of people in the position's norms group/those which the subject is performing. For example, a 25th percentile ranking indicates performance above 25 percent of the people in that norms group. Can be used to the planning to assist the position to achieve a normal level of performance.

6. The degree to which the subject differs from the expected normal value for both age and gender.

SPORTS PHYSICAL THERAPY OF NY MANAGED BY HEALTHSOUTH
33 IRVING PLACE, NINTH FLOOR NEW YORK NY 10003 (212) 667-3989


P. 9

Mr. Steven Alfano

**Occasional - F.R.O.M.
Axial Rotation Reach**



The allied while performing the analyzed posture moves five rows of pegs from one panel to another and back using a hand to hand transfer. A total of five cycles are completed.

The Sustained Standing Reach with Axial Rotation Evaluation protocol was used to determine Mr. Steven Alfano's ability to perform axial rotation activities in a standing position and performing functional reaching on a sustained basis. Mr. Steven Alfano was tested using the Functional Range of Motion (FROM) System and the performance was calculated using the internationally-recognized MTM (methods-time measurement) standard. Methods-Time Measurement (MTM) is the industrial engineering-based method for the determination of time-motion performance in conjunction with work-related activities. The MTM standard score allows for the means to determine an exact percentage score of performance against the most widely recognized criteria for the assessment of time-motion activities. MTM scoring is based on a criterion referenced time-motion standard to complete a task as opposed to an estimate of ability.

| Test Date | Time (min) | MTM Percentage | MTM Rating |
|---|---|---|---|
| Jul 26, 2005 12:24:14 PM | 10:40 | 54% | Below Competitive |

The test scoring is based upon the total time necessary to complete five cycles of the task. The time required to complete the test is converted automatically into the equivalent MTM (methods-time measurement) standard score. Mr. Steven Alfano had a MTM score of 54% which correlates to a rating of below competitive.

**SPORTS PHYSICAL THERAPY OF NY MANAGED BY HEALTHSOUTH**
33 IRVING PLACE, NINTH FLOOR NEW YORK NY 10003  (212) 667-3989



P. 10

Mr. Steven Alfano

PAGE 21/25 * RCVD AT 8/4/2005 12:24:53 PM [Central Daylight Time] * SVR:HS01HS1304 * DNIS:3121 * CSID:8452941423 * DURATION (mm-ss):07-30

## Dallas Pain Questionnaire

| | |
|---|---|
| **Please read:** This questionnaire has been designed to give the doctor information as to how your pain has affected your life. Be sure that these are your answers. Do not ask someone else to fill out the questionnaire for you. Please click on the line in the position that expresses your thoughts from 0 to 100% in each section. | **Scoring:** Factor I:    93%  Daily Activities<br>Factor II:   95%  Work/Leisure Activities<br>Factor III:  95%  Anxiety/Depression<br>Factor IV:  85%  Social Interest<br>**Primary Approach:** Combined medical & behavioral intervention |

Jul 26, 2005

### SECTION I: PAIN AND INTENSITY

To what degree do you rely on pain medications or pain relieving substances for you to be comfortable?

NONE                          SOME                          ALL THE TIME

0%                                                              X         [5]
                                                            )100%

### SECTION II: PERSONAL CARE

How much does pain interfere with your personal care (getting out of bed, teeth brushing, dressing, etc)?

NONE (NO PAIN)                     SOME               I CANNOT GET OUT OF BED

0%                                        X                         [4]
                                                            )100%

### SECTION III: LIFTING

How much limitation do you notice in lifting?

NONE                              SOME                  I CANNOT LIFT
(I CAN LIFT AS I DID)                                      ANYTHING

0%                                              X                   [5]
                                                            )100%

### SECTION IV: WALKING

Compared to how far you could walk before your injury or back trouble, how much does pain restrict your walking now?

I CAN WALK          ALMOST          VERY LITTLE          I CANNOT
THE SAME            THE SAME                              WALK

0%                                              X                   [4]
                                                            )100%

### SECTION V: SITTING

Back pain limits my sitting in a chair to:

NONE                              SOME                  I CANNOT
PAIN SAME AS BEFORE                                     SIT AT ALL

0%                                                          X       [5]
                                                            )100%

### SECTION VI: STANDING

How much does your pain interfere with your tolerance to stand for long periods?

NONE                              SOME                  I CANNOT
SAME AS BEFORE                                          STAND

0%                                              X                   [4]
                                                            )100%

CLICNY 0746

08/04/2005  01:27    8452941423              SPORTS PT OF NY              PAGE  23/25



### SECTION VII: SLEEPING
How much does pain interfere with your sleeping?

NONE
SAME AS BEFORE                              SOME                          I CANNOT
                                                                         SLEEP AT ALL

0%(                                                              X            )100%          4

### SECTION VIII: SOCIAL LIFE
How much does pain interfere with your social life (dancing, games, going out, eating with friends, etc)?

NONE
SAME AS BEFORE                              SOME                          NO ACTIVITIES
                                                                         TOTAL LOSS

0%(                                                                   X       )100%          7

### SECTION IX: TRAVELING
How much does pain interfere with traveling in a car?

NONE
SAME AS BEFORE                              SOME                          I CANNOT
                                                                         TRAVEL

0%(                                                              X            )100%          8

### SECTION X: VOCATIONAL
How much does pain interfere with your job?

NONE
NO INTERFERENCES                            SOME                          I CANNOT
                                                                         WORK

0%(                                                                   X       )100%          7

### SECTION XI: ANXIETY/MOOD
How much control do you feel that you have over demands made on you?

(NO CHANGE)
TOTAL                                       SOME                          NONE

0%(                                                                   X       )100%          6

### SECTION XII: EMOTIONAL CONTROL
How much control do you feel you have over your emotions?

(NO CHANGE)
TOTAL                                       SOME                          NONE

0%(                                                                   X       )100%          7

### SECTION XIII: DEPRESSION
How depressed have you been since the onset of pain?

NOT DEPRESSED
SIGNIFICANTLY                                                            OVERWHELMED
                                                                        BY DEPRESSION

0%(                                                              X            )100%          6

---

SPORTS PHYSICAL THERAPY OF NY MANAGED BY HEALTHSOUTH
33 IRVING PLACE, NINTH FLOOR NEW YORK NY 10003  (212) 667-3989

Mr. Steven Aitken                                                              P. 12

CLICNY 0747

08/04/2005  01:27  8452941423          SPORTS PT OF NY          PAGE  24/25



**SECTION XIV:  INTERPERSONAL RELATIONSHIPS**
How much do you think your pain has changed your relationships with others?

NOT CHANGED
                                                      DRASTICALLY
                                                      CHANGED

0%                    .        .        .        .        .        X        .   )100%    7

**SECTION XV:  SOCIAL SUPPORT**
How much support do you need from others to help you during this onset of pain (taking over chores, fixing meals, etc.)?

NONE NEEDED
                                                      ALL THE TIME

0%          .            .            .            .            X      )100%    6

**SECTION XVI:  PUNISHING RESPONSE**
How much do you think others express irritation, frustration or anger toward you because of your pain?

NONE                              SOME                      ALL THE TIME

0%          .        .        .        .        X        .        .   )100%    4

**Cardiovascular Intake**        Jul 26, 2005

| | Resting Rate (b/min) | Systolic (mm Hg) | Diastolic (mm Hg) |
|---|---|---|---|
| | 81 | 138 | 80 |

| Result | Normal Heart Rate | Normal Blood Pressure | Normal Blood Pressure |
|---|---|---|---|
| | | | |

SPORTS PHYSICAL THERAPY OF NY MANAGED BY HEALTHSOUTH
33 IRVING PLACE, NINTH FLOOR NEW YORK NY 10003  (212) 667-3989

Mr. Steven Alfano                                    
                                                          P. 10

CLICNY 0748

AUG-04-2005 THU 01:10 PM  FAX NO. P. 27

08/04/2005  01:27  8452941423                SPORTS PT OF NY                      PAGE  25/25

## Modified Canadian Aerobic Fitness Test (mCAFT)



The client does a double step and if necessary a single step while their heart rate is being monitored. When their heart rate reaches the 85% age predictive maximum heart rate load the test is stopped.

▶ The Canadian Aerobic Fitness Test (CAFT) consists of a series of step tests used to determine aerobic fitness. It consists of a succession of different stepping sequences varying in tempo and step height. The test is performed using a double 20.3 cm step and a single 40.6 cm step and a computerized metronome that sets the appropriate tempo. Participants begin with a warm-up exercise at a cadence intensity of 65 to 70% of the average aerobic power of a person 10 years older. The participant performs the test until one of the following end points: 1) The patient can no longer continue, 2) The patient's heart rate reaches the predetermined 85% age predictive maximum heart rate level, or 3) The instructor terminates testing for biomechanical reasons. During the evaluation physiological, biomechanical and psychophysiological observational data are utilized to determine if the participant provided a maximum acceptable effort.

Mr. Steven Alfano provided the following results :                Jul 26, 2005 11:22:06 AM

| Level | Cadence (steps/min) | Step Height (cm) | Age Predicted 85% Max Heart Rate (bpm) | Initial Heart Rate (bpm) | Peak Heart Rate (bpm) |
|-------|---------------------|------------------|----------------------------------------|--------------------------|-----------------------|
| 3     | 102                 | 20.3             | 114>147                                | 108                      | 114                   |

The test was stopped during the 3 stage due to biomechanical factors.

### Physiological Changes

Under normal test conditions it is expected that the patient's peak heart rate for each stage successfully completed should be in ascending order.

In Mr. Steven Alfano's case it was noted that he did achieve the anticipated physiological result.

### Physical Work Intensity by Oxygen Consumption

| Max VO2 | -0.20 ml/kg/min | Sustained Max VO2 | -0.08 ml/kg/min | MET Level | 0 METS |
|---------|-----------------|-------------------|-----------------|-----------|--------|

| Work Intensity for 70-kg Person | Oxygen Consumption | Excess Energy Expenditure |
|---------------------------------|--------------------|---------------------------|
| Light work                      | 7 mL/kg; 0.5 L/min | <~ 2 METS                 |
| Moderate work                   | 8-15 mL/kg; 0.6-1.0 L/min | 2-4 METS           |
| Heavy work                      | 16-20 mL/kg; 1.1-1.5 L/min | 5-6 METS          |
| Very heavy work                 | 21-30 mL/kg; 1.6-2.0 L/min | 7-8 METS          |
| Arduous work                    | >30 mL/kg; > 2.0 L/min | > 8 METS              |

### Evaluator Comments

He was unable to continue the test due to biomechanical factors.  He was unable to complete test and right leg buckeled twice and client lost his balance and was assisted by evaluator and wife to a plinth.



| | Systolic | Diastolic |
|---|---|---|
| Initial Heart Rate: | 108 BPM | |
| Peak Heart Rate: | 114 BPM | |
| Final Heart Rate: | 114 BPM | |
| Heart Rate Cut off: | 147 BPM | |
| Initial Blood Pressure: | 138 | 80 |

Mr. Steven Alfano



P. 16

PAGE 25/25 * RCVD AT 8/4/2005 12:24:53 PM [Central Daylight Time] * SVR:HS01/MS13/4 * DNIS:3121 * CSID:8452941423 * DURATION (mm-ss):07-39

CLICNY 0749

## CIGNA REFERRAL FORM

**Underwriter:**    □ Connecticut General Life    X  CIGNA Life Insurance Company of New York

**Service Requested:**    X  1-Day FCE    □ 2-Day FCE

**FCE Preference:**    □ Own Occupation    X  Any Occupation

**Has the claimant been notified of the referral for a FCE?**    X Yes    □ No

| CLAIMANT INFORMATION | | |
|---|---|---|
| **Date Referred:**<br>June 9, 2005 | **Claim #**<br>01-LTS | |
| **Last Name:**<br>Alfano | **First Name:**<br>Steven | |
| **Claimant's Home Address: 3800 Waldo Drive, 13-G<br>Bronx, NY 10463** | | |
| **Home Phone:**<br>718-884-2067 | **D.O.B.:**<br>01/14/1958 | □ Female    X  Male |
| **Most Recent Employer:**<br>Weill Medical College | **Job Title:**<br>Wage and Salary Manager | |

| REFERRAL SOURCE INFORMATION | | |
|---|---|---|
| **Referral Source:**<br>Ginny Schmidt | **Phone: 800-352-0611, ext. 7158**<br>Fax  860-731-3244 | **Office Location:**<br>Dallas, TX |
| **Billing Contact/Case Manager:**<br>Mark Sodders | **Phone: 800-352-0611, ext. 5693**<br>Fax:  860-731-2907 | **Office Location:**<br>Dallas, TX |

| INJURY INFORMATION | | |
|---|---|---|
| **Attending Physician:**<br>Keith Roach, MD (IM) | **Phone: 212-746-2879**<br><br>Fax: 212-746-8127 | **Address: 505 E. 70th Stret/HT 450<br>NYC 10021** |
| **Date of Disability:**<br>June 6, 2000 | **Diagnosis:**<br>Lumbar Spinal Stenosis, Cervical DDD | |

**SPECIAL INSTRUCTIONS/REFERRAL QUESTIONS:**

9/11/00

CLICNY 0750

# FCE Referral Questions

Claimant Name: Steven Alfano

Case Manager: Mark Sodders                          Date: June 9, 2005

CIGNA Group Insurance                               FCO location:_____

The Functional Capacity Evaluation has been requested to determine the following information or because of the following: (Please check all that are applicable.)

**X**  1. Please quantify physical and functional abilities to determine individual's capability to perform any occupation for an 8-hour day. Provide objective rationale if unable to perform a full 8-hour day.

☐  2. Can this individual safely return to his/her occupation? (Determine work ability based on: DOT and/or job description enclosed.)

☐  3. Does the functional level of the client match those of his/her own occupation, or are reasonable accommodations needed to return to work?

☐  4. If the client is unable to safely perform his/her own occupation, what are the limiting factors from performing the job in a safe manner?

☐  5. Can the individual return to work in a modified or light duty status?

**X**  6. Determine safe, permissible lifting abilities and general physical demand category.

**X**  7. Perform consistency of effort testing and correlate clinical versus functional presentation.

**X**  8. Did individual demonstrate maximal effort throughout testing, or were self limiting behaviors observed?

**X**  9. Provide a report of any discrepancy between the subjective complaints, objective findings, and observed behavior.

☐  10. Complicated case presentation involving multiple systems, i.e. fibromyalgia, RSD, chronic fatigue syndrome, myofascial syndrome, cancer, diabetes, etc.

☐  11. Provide treatment recommendations with objective rationale explaining purpose, goal and prognosis for improved functioning.

**X**  12. **Do not provide treatment recommendations with report.**

**X**  13. Provide written observations of the individual's physical appearance, timeliness, mode of transportation, and if anyone accompanied the individual to the evaluation.

**X**  14. Provide physical abilities or capabilities form with final report.

☐  15. Other Specific Instructions: _____

CLICNY 0751

 

**HEALTHSOUTH.**
One HEALTHSOUTH Parkway
Birmingham, AL 35243

07/05/05

Mr. Steven Alfano
3800 Waldo Drive
Bronx, NY 10463

Dear Steven:

Cigna has referred you to HealthSouth Sports Medicine and Rehabilitation for a 1-Day Functional Capacity Evaluation. **Your appointment has been scheduled for July 26, 2005 at 10:00 a.m.. Please make sure you bring a picture id with you to your appointment.** This is a very comprehensive series of tests, which takes approximately 4 hours. It is very important that you be on time.

You will need to wear comfortable, loose fitting clothes and sneakers for your evaluation. If you wear eyeglasses or use back or knee supports, please bring them with you as well. If you have been prescribed any medications, please take them as usual.

**Please contact our office at (212) 677-3989 upon receipt of this letter to obtain directions to our facility. PLEASE REVIEW THE HEART QUESTIONNARE THAT IS ENCLOSED WITH THE LETTER.** Please be aware that HealthSouth requires a minimum of 72 hours notice in the event of a cancellation. Your insurance company will be notified if you cancel or do not show for this appointment.

Sincerely,
*Shewana R. Harris*

HealthSouth
33 Irving Place, 9th Floor
New York, NY 10003
212-677-3989

cc: Cigna

CLICNY 0752

**Mark Sodders**
Claim Manager
CIGNA Disability Management Solutions





**CIGNA Group Insurance**
Life · Accident · Disability

June 13, 2005

Routing 212E
12225 Greenville Avenue
Suite 1000 LB 179
Dallas, TX 75243-9382
Telephone 800.352.0611 x5693
Facsimile 860.731.2907
Mark.Sodders@Cigna.com

Steven Alfano
3800 Waldo Avenue,
#13-G
Bronx, NY 10463

Re:     Claimant:          Steven Alfano
        Policyholder:      Cornell University Medical College
        Policy Number:     NYK    1972
        CIGNA Life Insurance Company of New York

Dear Mr. Alfano:

This letter is in reference to the captioned Long Term Disability (LTD) claim.

Thank you for your inquiry received in our office on June 10, 2005. Enclosed is a copy of your
Long Term Disability Policy for which you are covered for Long Term Disability benefits.

Should you have any questions, please contact the undersigned at 800.352.0611 x5693.

Sincerely,

Mark Sodders

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of
North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries
and is a registered service mark.

**Sodders, Mark D    212**

| | |
|---|---|
| **From:** | Steven Alfano [steven.alfano@verizon.net] |
| **Sent:** | Friday, June 10, 2005 3:18 PM |
| **To:** | Sodders, Mark D    212 |
| **Subject:** | function test |

Hi Mark,

Can you send me a full copy of  Cornell's LTD policy with Cigna, I have
only a Summary Plan description.
Also, please include any information you have decribing the function
test itself.
Thanks,
Steve Alfano

1



**HEALTHSOUTH.**
One HEALTHSOUTH Parkway
Birmingham, AL 35243

07/05/05

Mr. Steven Alfano
3800 Waldo Drive
Bronx, NY 10463

Dear Steven:

Cigna has referred you to HealthSouth Sports Medicine and Rehabilitation for a 1 -Day Functional Capacity Evaluation. **Your appointment has been scheduled for July 26, 2005 at 10:00 a.m.. Please make sure you bring a picture id with you to your appointment.** This is a very comprehensive series of tests, which takes approximately 4 hours. It is very important that you be on time. ·

You will need to wear comfortable, loose fitting clothes and sneakers for your evaluation. If you wear eyeglasses or use back or knee supports, please bring them with you as well. If you have been prescribed any medications, please take them as usual.

**Please contact our office at (212) 677-3989 upon receipt of this letter to obtain directions to our facility. PLEASE REVIEW THE HEART QUESTIONNARE THAT IS ENCLOSED WITH THE LETTER.** Please be aware that HealthSouth requires a minimum of 72 hours notice in the event of a cancellation. Your insurance company will be notified if you cancel or do not show for this appointment.

Sincerely,
*Shewana R. Harris*

HealthSouth
33 Irving Place, 9th Floor
New York, NY 10003
212-677-3989

cc: Cigna

CLICNY 0755



**HEALTHSOUTH.**
One HEALTHSOUTH Parkway
Birmingham, AL 35243

06/29/05

Mr. Steven Alfano
3800 Waldo Drive, 13-G
Bronx, NY 10463

Dear Steven:

Cigna has referred you to HealthSouth Sports Medicine and Rehabilitation for a 1 -Day Functional Capacity Evaluation. **Your appointment has been scheduled for July 7, 2005 at 10:00 a.m.**. **Please make sure you bring a picture id with you to your appointment.** This is a very comprehensive series of tests, which takes approximately 4 hours. It is very important that you be on time.

You will need to wear comfortable, loose fitting clothes and sneakers for your evaluation. If you wear eyeglasses or use back or knee supports, please bring them with you as well. If you have been prescribed any medications, please take them as usual.

**Please contact our office at (212) 677-3989 upon receipt of this letter to obtain directions to our facility. PLEASE REVIEW THE HEART QUESTIONNARE THAT IS ENCLOSED WITH THE LETTER.** Please be aware that HealthSouth requires a minimum of 72 hours notice in the event of a cancellation. Your insurance company will be notified if you cancel or do not show for this appointment.

Sincerely,

Sports Physical Therapy of New York, P.C.
33 Irving Place, 9th Floor
New York, NY 10003
Phone (212) 677-3989

cc: Cigna

  

## Message Confirmation Report

JUN-21-2005 10:38 AM TUE

Fax Number  :  9729521262
Name        :  CIGNA DALLAS

| | | |
|---|---|---|
| Name/Number | : | 918006348532----88595 |
| Page | : | 9 |
| Start Time | : | JUN-21-2005 10:37AM TUE |
| Elapsed Time | : | 01'09" |
| Mode | : | STD ECM |
| Results | : | [O. K] |

---

### Facsimile Transmission Cover Sheet



CIGNA Group Insurance
Life · Accident · Disability

| Transmit to FAX number 1-800-634-8532 | Date July 21, 2005 | Time 10:38 AM | Total number of pages (Including this sheet) 9 |
|---|---|---|---|
| To | | From | |

| To | From |
|---|---|
| Name Melissa Harrison | Name **Tiffany Brown** |
| Company Healthsouth | Department Expert Resource |
| Phone 1-800-634-8536 | Phone 1-800-352-0611 *1082 |
| Address | Address 12225 Greenville Ave Dallas, TX 75243 |

Claimant: Alfano, Steven

1 Day FCE request please. Attached are the documents. Please contact me with any questions.

Please **Rush**

Please
Thank you,

*Tiffany Brown*

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

[ ] Acknowledgment Requested                                        To Fax a reply, dial :

# *Facsimile Transmission Cover Sheet*



**CIGNA** Group Insurance
Life · Accident · Disability

| Transmit to FAX number | Date | Time | Total number of pages |
|---|---|---|---|
| 1-800-634-8532 | **July 21, 2005** | 10:38 AM | (including this sheet) 9 |

| To | From |
|---|---|
| Name<br>Melissa Harrison | Name<br>**Tiffany Brown** |
| Company<br>Healthsouth | Department<br>Expert Resource |
| Phone<br>1-800-634-8536 | Phone<br>1-800-352-0611 *1082 |
| Address | Address<br>12225 Greenville Ave<br>Dallas, TX 75243 |

---

Claimant: Alfano, Steven

1 Day FCE request please. Attached are the documents. Please contact me with any questions.

Please **Rush**

Please

Thank you,

*Tiffany Brown*

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

[ ] Acknowledgment Requested                              To Fax a reply, dial .

## CIGNA REFERRAL FORM

<u>Underwriter:</u>  ☐ Connecticut General Life  X  CIGNA Life Insurance Company of New York

<u>Service Requested:</u>  X  1-Day FCE  ☐ 2-Day FCE

<u>FCE Preference:</u>  ☐ Own Occupation  X  Any Occupation

<u>Has the claimant been notified of the referral for a FCE?</u>  X Yes  ☐ No

| CLAIMANT INFORMATION | |
|---|---|
| Date Referred:<br>June 9, 2005 | Claim #<br>01-LTS |
| Last Name:<br>Alfano | First Name:<br>Steven |
| Claimant's Home Address: 3800 Waldo Drive, 13-G<br>                              Bronx, NY 10463 | |

| Home Phone:<br>718-884-2067 | D.O.B.:<br>01/14/1958 | ☐ Female    X  Male |
|---|---|---|

| Most Recent Employer:<br>Weill Medical College | Job Title:<br>Wage and Salary Manager |
|---|---|

| REFERRAL SOURCE INFORMATION | | |
|---|---|---|
| Referral Source:<br>Ginny Schmidt | Phone: 800-352-0611, ext. 7158<br>Fax 860-731-3244 | Office Location:<br>Dallas, TX |
| Billing Contact/Case Manager:<br>Mark Sodders | Phone: 800-352-0611, ext. 5693<br>Fax:  860-731-2907 | Office Location:<br>Dallas, TX |

| INJURY INFORMATION | | |
|---|---|---|
| Attending Physician:<br>Keith Roach, MD (IM) | Phone: 212-746-2879<br><br>Fax: 212-746-8127 | Address: 505 E. 70th Stret/HT 450<br>NYC 10021 |
| Date of Disability:<br>June 6, 2000 | Diagnosis:<br>Lumbar Spinal Stenosis, Cervical DDD | |

SPECIAL INSTRUCTIONS/REFERRAL QUESTIONS:

9/11/00

CLICNY 0759

# FCE Referral Questions

Claimant Name: Steven Alfano

Case Manager: Mark Sodders                    Date: June 9, 2005

CIGNA Group Insurance                    FCO location: _____

The Functional Capacity Evaluation has been requested to determine the following information or because of the following: (Please check all that are applicable.)

X  1. Please quantify physical and functional abilities to determine individual's capability to perform any occupation for an 8-hour day. Provide objective rationale if unable to perform a full 8-hour day.

☐  2. Can this individual safely return to his/her occupation? (Determine work ability based on: DOTand/or job description enclosed.)

☐  3. Does the functional level of the client match those of his/her own occupation, or are reasonable accommodations needed to return to work?

☐  4. If the client is unable to safely perform his/her own occupation, what are the limiting factors from performing the job in a safe manner?

☐  5. Can the individual return to work in a modified or light duty status?

X  6. Determine safe, permissible lifting abilities and general physical demand category.

X  7. Perform consistency of effort testing and correlate clinical versus functional presentation.

X  8. Did individual demonstrate maximal effort throughout testing, or were self limiting behaviors observed?

X  9. Provide a report of any discrepancy between the subjective complaints, objective findings, and observed behavior.

☐  10. Complicated case presentation involving multiple systems, i.e. fibromyalgia, RSD, chronic fatigue syndrome, myofascial syndrome, cancer, diabetes, etc.

☐  11. Provide treatment recommendations with objective rationale explaining purpose, goal and prognosis for improved functioning.

X  12. Do **not** provide treatment recommendations with report.

X  13. Provide written observations of the individual's physical appearance, timeliness, mode of transportation, arid if anyone accompanied the individual to the evaluation.

X  14. Provide physical abilities or capabilities form with final report.

☐  15. Other Specific Instructions: _____

CLICNY 0760

# PHYSICAL ABILITY ASSESSMENT

We are evaluating your patient's disability claim in order to determine functional impairment Please check the boxes corresponding to the patient's level of physical functioning.  **Please substantiate your findings with medical documentation.  (Failure to provide the requested reports/data may result in delay in claim determinations).**

Patient Name_____ Date of Birth_____
Diagnosis(es)/ICD-9 Code_____

*Throughout* an 8-hour workday, the patient can tolerate, *with positional changes and meal breaks*, the following activities for the specified durations:

| | | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|---|
| Sitting: | | | | | | |
| Standing: | | | | | | |
| Walking: | | | | | | |
| Reaching: | Overhead | | | | | |
| | Desk Level | | | | | |
| | Below Waist | | | | | |
| Fine Manipulation: | Right: | | | | | |
| | Left: | | | | | |
| Simple Grasp: | Right: | | | | | |
| | Left: | | | | | |
| Firm Grasp: | Right: | | | | | |
| | Left: | | | | | |
| Lifting: | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs. | | | | | |
| | 100+ lbs. | | | | | |
| Carrying: | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs | | | | | |
| | 100+ lbs. | | | | | |

CLICNY 0761

# THE NEW YORK HOSPITAL CORNELL MEDICAL CENTER



45104

**CORNELL INTERNAL MEDICINE ASSOCIATES**

Steven Alfano
NYH #  228-41-47
01/22/04 15:42

Mt Sinai School of Medicine

IMPRESSION:

Mr. ALfano remains asymptomatic . X-rays show no change in the ledsion in his proximal femur.
We will follow him on and annual basis.

Dempsey S. Sprinfield, MD

ms

| | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| Pushing: (Max. Wt.:_____) | | | | | |
| Pulling: (Max. Wt.:_____) | | | | | |
| Climbing:    Regular Stairs | | | | | |
|         Regular Ladders | | | | | |
| Balancing: | | | | | |
| Stooping: | | | | | |
| Kneeling: | | | | | |
| Crouching: | | | | | |
| Crawling: | | | | | |
| Seeing: | | | | | |
| Hearing: | | | | | |
| Smell/Taste: | | | | | |
| Environmental Conditions: | | | | | |
|    Exposure to extremes in heat | | | | | |
|    Exposure to extremes in cold | | | | — | |
|    Exposure to wet / humid conditions | | | | | |
|    Exposure to vibration | | | | | |
|    Exposure to odors / fumes / particles | | | | | |
|    Can work around machinery | | | | | |
| Ability to work extended shifts/ overtime: | | | | | |
| Use lower extremities for foot controls: | | | | | |

*Please use this space to elaborate on ANY of the above categories:*

_____
_____
_____
_____

Name: _____    Signature: _____
Medical Specialty: _____    Date: _____
Address: _____    Phone: _____
Federal ID tax number:_____

**Please include any objective test or narrative if available.**
**Thank you for your time.**

Please return this form in the enclosed addressed envelope.

CLICNY 0763

# THE NEW YORK HOSPITAL CORNELL MEDICAL CENTER



45104

Steven Alfano
NYH # 228-41-47
09/10/04 22:44

---

### CORNELL INTERNAL MEDICINE ASSOCIATES

Progress Note: Steven Alfano   /   September 10, 2004

Subjective: 46 year old man with
lumbar spinal stenosis - ran out of Oxycontin - did very poorly, now better

HTN - attributes high BP today to running out of meds

neck pain - currently complaining of neck pain/stiffness
R > L

Objective:

BP 140/100 P    Wt 275 lbs  Height 6fgt 3in
126/96 repeat
upper shoulder/neck: B muscle tenderness R > L

Current Medications:

LISINOPRIL 20MG TABLET / 1 tab po qd
TRIAMCINOLONE 0.1% CREAM / apply bid
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd
OXYCONTIN 40MG TABLETS / 1 tab po tid
ZESTRIL 20MG TABLET / 1 po qd

Allergies:

Impression:

Plan:
neck pain: discussed problem of deciding whether to treat if identified
CERVICAL SPINE, 4 VIEWS

HTN - may need additional therapy
Discontinued:  ZESTRIL 20MG TABLET / 1 po qd

RTC

Keith Roach, M.D.
Electronic Signature on File

**THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER** 



45104

**CORNELL INTERNAL MEDICINE ASSOCIATES**

Steven Alfano
NYH #  228-41-47
05/23/02 12:29

HSS

MRI LOWER EXTREMITY

Dr. Michael Alexiades

IMPRESSION:

Magnetic resonance imaging of the right hip demonstrating
superficial cartilage loss over the hip joint, borderline acetabular
dysplasia and a torn, hyperplastic and degenerated anterior
acetabular labrum.

There is a marrow replacement process affecting the left femur
which overall has a non-aggressive appearance. Differential
possiblities are noted, as above.

Dictated by   Hollis Potter M.D.

CLICNY 0765

# THE NEW YORK HOSPITAL–CORNELL MEDICAL CENTER



45104

**CORNELL INTERNAL MEDICINE ASSOCIATES**

Steven Alfano
NYH #  228-41-47
05/01/03 11:23

Mt Sinai School Of Medicine

January 224th 2003

Dr. Dempsey S. Sprinfield, MD
Orthopaedic Surgeon
212-?11-??11
fax # 212-534-6145

DX: LSMFT

Impression:
Left hip remains the same with an occasional discomfort. He has no limp and he functions well.
He has more difficulty with his right hip and has decided to have the labral tear repaired.

AP and lateral x-rays today show no change in the lesion in the proximal intertrochanteric and
subtrochateric areas with radiolucencies and readiodensities. I compared it to the one taken in
July.

ms

CLICNY 0766





## Facsimile Transmission Cover Sheet

*Medical Records*

**CIGNA Group Insurance**
Life · Accident · Disability

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet):4 |
|---|---|---|---|
| 212-746-8127 | April 28, 2005 | 1:00 p.m. | |

| Name | Name |
|---|---|
| Dr. Roach | Mark Sodders |
| **Company** | **Department** |
| | CIGNA Disability Management Solutions |
| **Phone** | **Phone** |
| 212-746-2879 | 1.800.752.0611 Extension 5693 |
| **Address** | **Address** |
| | 12225 Greenville Avenue |
| | Suite 1000, LB 170 |
| | Dallas Texas 75243 |

**Comments**

| RE: | Steven Alfano |
|---|---|
| DOB: | 01/14/1958 |
| Policyholder: | Weill Medical College NYK 1972 |
| Underwriting Company: | CIGNA Life Insurance Company of New York |

In order to evaluate your patient's eligibility for Long Term Disability benefits (e.g. lost wage income) we are in need of the following information:

- ♦ **Copies of your progress notes, including diagnostic test and lab results, from 8/1/04 to the present.**

- ♦ **A completed Physical Abilities Assessment form (attached).**

We ask that you kindly respond by **5/13/05** to avoid any delay in your patient's claim for lost wages.

Naturally, we will consider a reasonable charge for this medical information. Please include your **tax identification number.** If this request requires a pre-payment, please call me at the phone number above or fax (860.731.2907) a fee request to my attention.

Sincerely,

Mark Sodders

*CONFIDENTIALITY NOTICE: If you did not receive this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

[ ] Acknowledgment Requested

To Fax a reply, dial : 860.731.2907

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

APR-28-2005 11:30 From:                                    To:1212 746 8127        P.2

## PHYSICAL ABILITY ASSESSMENT

We are evaluating your patient's disability claim in order to determine functional impairment Please check the boxes corresponding to the patient's level of physical functioning. **Please substantiate your findings with medical documentation.  (Failure to provide the requested reports/data may result in delay in claim determinations).**

Patient Name_____ Date of Birth_____
Diagnosis(es)/ICD-9 Code_____

***Throughout*** an 8-hour workday, the patient can tolerate, *with positional changes and meal breaks,* the following activities for the specified durations:

| | | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|---|
| Sitting: | | | | | | |
| Standing: | | | | | | |
| Walking: | | | | | | |
| Reaching: | Overhead | | | | | |
| | Desk Level | | | | | |
| | Below Waist | | | | | |
| Fine Manipulation: | Right | | | | | |
| | Left | | | | | |
| Simple Grasp: | Right | | | | | |
| | Left | | | | | |
| Firm Grasp: | Right | | | | | |
| | Left | | | | | |
| Lifting: | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs. | | | | | |
| | 100+ lbs. | | | | | |
| Carrying: | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs | | | | | |
| | 100+ lbs. | | | | | |

CLICNY 0768

APR-28-2005 11:30 From:                                    To:1212 746 8127        P.3

|  | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| **Pushing:**  (Max. Wt.:_____) |  |  |  |  |  |
| **Pulling:**  (Max. Wt.:_____) |  |  |  |  |  |
| **Climbing:**      Regular Stairs |  |  |  |  |  |
|                         Regular Ladders |  |  |  |  |  |
| **Balancing:** |  |  |  |  |  |
| **Stooping:** |  |  |  |  |  |
| **Kneeling:** |  |  |  |  |  |
| **Crouching:** |  |  |  |  |  |
| **Crawling:** |  |  |  |  |  |
| **Seeing:** |  |  |  |  |  |
| **Hearing:** |  |  |  |  |  |
| **Smell/Taste:** |  |  |  |  |  |
| **Environmental Conditions:** |  |  |  |  |  |
|      Exposure to extremes in heat |  |  |  |  |  |
|      Exposure to extremes in cold |  |  |  |  |  |
|      Exposure to wet / humid conditions |  |  |  |  |  |
|      Exposure to vibration |  |  |  |  |  |
|      Exposure to odors / fumes / particles |  |  |  |  |  |
|      Can work around machinery |  |  |  |  |  |
| **Ability to work extended shifts/ overtime:** |  |  |  |  |  |
| **Use lower extremities for foot controls:** |  |  |  |  |  |

*Please use this space to elaborate on ANY of the above categories:*

_____

_____

_____

Name: _____        Signature: _____
Medical Specialty: _____        Date: _____
Address: _____        Phone: _____
Federal ID tax number: _____

**Please include any objective test or narrative if available.**
**Thank you for your time.**

Please return this form in the enclosed addressed envelope.

CLICNY 0769

APR-29-2005 11:30 From:                                To:1212 746 8127        P.4

NOV. 30. 2004  3:30PM    NY                            NO. 279   P. 5

## DISCLOSURE AUTHORIZATION

Claimant's Name (Please Print): _Steven Aicano_

I AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, pharmacy, employee assistance plan, insurance company, health maintenance organization or similar entity to provide access to or to give the company named below (Company) or the Plan Administrator or their employees and authorized agents or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: cause, treatment, diagnoses, prognoses, consultations, examinations, tests, prescriptions, or advice regarding my physical or mental condition, or other information concerning me. This may also include, but is not limited to, information concerning: mental illness, psychiatric, drug or alcohol use and any disability, and also HIV related testing, infection, illness, and AIDS (Acquired Immune Deficiency Syndrome), as well as communicable diseases and genetic testing. If my plan administrator sponsors both a disability plan underwritten or administered by Company and a medical plan of any type written by another CIGNA company, the information and records described in this form may also be given to any CIGNA Company which administers such medical or disability benefits for the purpose of evaluating any claim that may be submitted by me or on my behalf for benefits, for evaluating return to employment opportunities, and for administering any feature described in the plan. This information may also be extracted for use in audits or for statistical purposes.

I AUTHORIZE: any financial institution, accountant, tax preparer, insurance company or reinsurer, consumer reporting agency, insurance support organization, Claimant's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the Company or the Plan Administrator or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, earnings or finances, applications for insurance coverage, prior claim files and claim history, work history and work related activities.

I UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used to determine eligibility for claim benefits, any amounts payable, return to employment opportunities, and to administer any other feature described in the plan with respect to the Claimant. This authorization shall remain valid and apply to all records, information and events that occur over the duration of the claim, but not to exceed 24 months. A photocopy of this form is as valid as the original and I or my authorized representative may request one. I or my representative may revoke this authorization at any time as it applies to future disclosures by writing the Company. The information obtained will not be disclosed to anyone EXCEPT: a) reinsuring companies; b) the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c) fraud or overinsurance detection bureaus; d) anyone performing business, medical or legal functions with respect to the claim or the plan, including any entity providing assistance to the Company under its Social Security Assistance Program and employers involved in return to employment discussions; e) for audit or statistical purposes; f) as may be required or permitted by law; g) as I may further authorize. A valid authorization or court order for information does not waive other privacy rights.

If my medical information contains information regarding drug or alcohol abuse, I understand that my records may be protected under federal (42 CFR Part 2) and some state laws. To the extent permitted under law, I can ask the party that disclosed information to the Company to permit me to inspect and copy the information it disclosed. I understand that I can refuse to sign this disclosure authorization; however, if I do so, Company may deny my claim for benefits pursuant to the plan. The use and further disclosure of information disclosed hereunder may not be subject to the Health Insurance Portability and Accountability Act (HIPAA).

Signature of Claimant or
Claimant's Authorized Representative: _[signature]_                      Date: _11/4/04_

Relationship,
if other than Claimant: _____  Claimant's Social Security Number: _089-44-96 48_

Company Name: _CIGNA Life Insurance Company of New York_

## PROHIBITION ON RE-DISCLOSURE

If the medical information contains information regarding drug or alcohol abuse, it may be protected under federal law. Federal regulations (42 CFR Part 2) prohibit any person or entity who receives such protected information from the Company from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of such protected information to criminally investigate or prosecute any alcohol or drug abuse patient.

Page 4 of 5

CLICNY 0770

CICMU-D373
8-73-02

6/05

60505

# PATIENT INFORMATION SHEET

**EMERGENCY CONTACT**
NAME   Eva Alfano
PHONE   718-884-2067

Steven Alfano
3800 Waldo Ave #13G
Bronx, NY 10463

| HOME | OFFICE |
|---|---|
| 718-884-2067 | (212)746-1036 |

| SOC. SEC. # | HOSP. # | SEX | DATE OF BIRTH | PLACE OF BIRTH | MARITAL STATUS | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | M | W | D | S |
| 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 | 228-41-47 | M | 01/14/1958 | | X | | | |

| SPOUSE'S NAME | MOTHER'S NAME | FATHER'S NAME |
|---|---|---|
| Eva Alfano | | |

| INS. CO. NAME (Primary) | INS. CO. NAME (Secondary) |
|---|---|
| United HealthCare  (Employee) | Medicare |

| PLAN # | GROUP # | PLAN # | GROUP # |
|---|---|---|---|
| 963375884 | | 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-A | |

| Diagnoses | Medications |
|---|---|
| ICD 722.4  CERVICAL DISC DEGEN[09/29/01-09/29/04]<br>ICD 781.99  NERVE/MUSCULSKEL SYM HLC[09/10/04-09/10/04]<br>ICD 780.57  SLEEP APNEA NEC/NOS[09/22/03-09/22/03]<br>ICD V70.0  GENERAL MEDICAL EXAM NEC[09/22/03-09/22/03]<br>ICD 782.1  NON-SPEC/F SKIN ERUPT NEC[05/21/03-05/21/03]<br>ICD 843.8  SPRAIN HIP -THIGH NEC[3X4/703-04/07/03]<br>ICD 607.84  IMPOTENCE, ORGANIC ORIGIN[12/11/02-12/11/02]<br>ICD 520.9  TOOTH DEVELERUP DIS NOC[12/11/02-12/11/02]<br>ICD 311  DEPRESSIVE DISORDER NEC[09/27/02-09/27/02]<br>ICD 213.7  BEN NEO LONG BONES LEG[05/13/02-12/11/02]<br>ICD V72.84  PREOP EXAMINATION NOS[04/07/02-04/07/03]<br>ICD 724.02  SPINAL STENOSIS-LUMBAR[09/06/00-09/10/04]<br>ICD 724.00  SPINAL STENOSIS NOS[06/19/00-09/27/03]<br>ICD 600.  HYPERPLASIA OF PROSTATE[03/13/00-03/13/00]<br>ICD 535.40  GASTRITIS NEC[06/03/00-06/03/00]<br>ICD 535.50  GASTRITIS/DUODENITIS +US[06/03/00-03/13/00]<br>ICD 735.9  ACQ DEFORMITY OF TOE NOS[04/23/99-04/23/99]<br>ICD 681.9  CELLULITIS OF DIGIT NOS[07/22/99-03/22/00]<br>ICD 716.84  ARTHROPATHY NEC HAND[02/18/00-02/18/00]<br>ICD 346.00  CLSSIC MIGRAINE/NOT INTRC[02/18/00-01/18/00]<br>ICD 490  -BRONCHITIS NOS[00/08/00-11/30/00]<br>ICD 784.0  HEADACHE[03/02/00-03/21/00]<br>ICD 278.00  OBESITY NOS[06/30/97-10/25/00]<br>ICD 6929.0  LATE EFF MOTOR VEHIC ACC[06/00/27-06/30/97]<br>ICD 305.11  TOBACCO ABUSE-CONTINUOUS[04/00/97-12/21/99]<br>ICD 726.10  ROTATOR CUFF DIS NEC[00/06/97-06/11/02]<br>ICD 478.9  UPPER RESP DIS NEC/NOS[01/17/07-01/17/07]<br>ICD 346.0  CLASSICAL MIGRAINE[10/01/06-10/01/06]<br>ICD 401.9  HYPERTENSION NOS[10/01/06-09/10/04]<br>ICD 716.17  TRAUM ARTHROPATHY-ANKLE[04/50/06-05/22/00]<br>ICD 727.41  GANGLION OF JOINT[03/12/05-03/12/97]<br>ICD 462  ACUTE PHARYNGITIS[11/01/05-11/01/05]<br>ICD 278.0  OBESITY[10/17/05-01/04/98]<br>ICD 401.  ESSENTIAL HYPERTENSION[04/29/05-04/29/05]<br>ICD 686.9  LOCAL SKIN INFECTION NOS[07/31/05-04/27/01]<br>ICD 079.99  VIRAL INFECTION NOS[12/21/99-12/21/99] | OXYCONTIN 80MG TABLETS / 1 tab po qid<br>LISINOPRIL 20MG TABLET / 1 tab po qd<br>TRIAMCINOLONE 0.1% CREAM / apply bid<br>PREVACID 30MG CAPSULES / 1 po qd<br>IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn<br>IMITREX 50MG TABLET / 1-2 tabs with onset of migrain<br>ASPIRIN 81MG TABLET EC / 1 po qd<br>VIOXX 50MG TABLET / 1 tab po qd |

CLICNY 0772

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano

NYH #  228-41-47

12/15/95 16:24

Progress Note: Steven Alfano   /   December 15, 1995

Subjective:
still wants to lose the weight
and stop smoking
wife was sick with infectious diarrhea recently

Objective:

BP  P  WT 264.5 d/s
L: clear
C: rrr

Current Medications:

AMOXICILLIN 250MG CAPSULE / 1 po tid
NICORETTE 2MG CHEWING GUM / no more than 8 per day
ASPIRIN 81MG TABLET EC / 1 po qd

Impression:

Plan:
primatene tabs
ruq pain resolved
cont. diet
smoking program

Andrew Schiff, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH #  228-41-47

05/16/96 16:29

Dear Mr Alfano:

Xray revelas question of stress fracture
pl ortho follow up.

Sincerely.

Andrew Schiff, MD





THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH #  228-41-47
06/30/97 15:06

Progress Note: Steven Alfano  /  June 30, 1997

Subjective:
Patient experienced Motor Vehicle Accident yesterday when he was hit
on the driver's side door resulting in contusions of the left side of his body.

No loss of consciousness, no visual changes, no head trauma.

complains of:
contusion on medial aspect of left knee
contusion of lateral aspect of left thigh
tenderness of the lower left side of his back.
tenderness and stiffness of his right neck.

Objective:

BP 130/96  P 84 reg  Wt
Op: clear
L: clear
C: RRR no murmur
Full range of motion at knee left side
full range of motion of hip and left side
straight leg raise to 75 degrees
contusion on medial aspect of left knee
some stiffness on rotation of neck
N: intact
2-12 intact
balance intact

Current Medications:

ESGIC-PLUS TABLET / 1-2 tabs po prn headache
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd

Impression:
s/p MVA

Plan:
flexeril
rest



CLICNY 0775



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH #  228-41-47

12/29/97 10:53

Message from Steven Alfano:

Reason for call:
Pt w/ sore throat, + fever, no cough, [+] fam, tonsils were removed
child sick at home

Assessment:
1)Rx Biaxin 500 mg po bid x7
2)DJ pharmacy . 18-569-6709

Glen B Gechlik, MD





THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH # 228-41-47

03/02/98 14:55

Progress Note: Steven Alfano   /   March 2, 1998

Subjective: 40 year old man with

Objective:

BP 150/90 P 72 : cg Wt

Current Medications:

BACTRIM DS TABLET / 1 po bid
TENORMIN 50MG TABLET / 1 po daily
ESGIC-PLUS TABLET / 1-2 tabs po prn headache
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
BACTROBAN 2% OINTMENT / apply bid as directed

Impression:

Plan.

MRI BRAIN W/O CONTRAST
CARDIOVASCULAR EVAL

Andrew Schiff, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano

NYH # 228-41-47

03/02/98 15:30

Progress Note: Steven Alfano    /    March 2, 1998

Subjective: 46 year old man with
sinus congestion
yellow discharge
chronic headaches (common migraine variant)
esgic not working
will try tenormin
his daughter has headaches
obesity
diet needs substantial work
hypercholesterolemia
needs work
persistent URI
probably relates to fatigue stress
joint pain
right shoulder
left knee
would benefit from pa

Objective:

BP 150/90 P 72 reg Wt
from all joints
N entirely intact, II-XII

Current Medications:

BACTRIM DS TABLET / 1 po bid
TENORMIN 50MG TABLET / 1 po daily
ESGIC-PLUS TABLET / 1-2 tabs po prn headache
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
BACTROBAN 2% OINTMENT / apply bid as directed

Impression:
as above

Plan:

MRI BRAIN w/o CONTRAST
CARDIOVASCULAR EVAL
TYPE & SCREEN BATTERY
revisit 1 week
Andrew Schiff, MD



 

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH #  228-41-47

03/31/98 10:15

Progress Note:  Steven Alfano   /  March 31, 1998

Subjective:  13 year old man with
headaches
   respond to stimulant
     maybe should use coffee bid
     excercise
   over left temporal lobe
   also with involvement of left nasal passage
   tenormin does not improve it
     may try ca blocker
     sumatriptan prn
     taper off tenromin

Objective:

BP 130/88 P 84 reg Wt

Current Medications:

VERELAN 240MG CAPSULE SA / 1 po qd
BACTRIM DS TABLET / 1 po bid
TENORMIN 50MG TABLET / 1 po bid
ESGIC-PLUS TABLET / 1-2 tabs po prn headache
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
BACTROBAN 2% OINTMENT / apply bid as directed

Impression:
headaches
   multifactorial

Plan:
as above

Andrew Schiff, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH # 228-41-47

04/06/98 17:17

Dear Mr Alfano:

Enclosed are radiology films that were sent to us by your radiologist. These films were taken on .

The best way for you and your caregivers to ensure that these films are available to you for use in the future is to give them to you for safekeeping. It is important for your physician or nurse practitioner to have old films available to compare with films that may be taken of you in the future. This is true even if the films we are sending you are normal.

If you have any questions about your films, please feel free to ask your Doctor or Nurse Practitioner about them at the time of your next visit.

Sincerely,

Cornell Internal Medicine Associates



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano
NYH #  228-41-47
09/08/98 14:30

Progress Note: Steven Alfano   /   September 8, 1998

Subjective: 40 year old man with no significant PMHx now with 2 day h/o sore throat, coughing up yellow mucus, burning in chest assoc with coughing, mild DOE, and congestion in ears. +/- fevers. (+) h/a, generalized muscle aches. (+) sick contacts at home (wife and daughter with URI sxs over past few days). Pt 25 pack year smoker, quit 2 days ago and now on nicotine patch. No recent travel hx. No known TB exposure; last PPD 4 years ago, negative. Never had pneumovax. Otherwise, no chills, no discharge from eyes/ears/nose, no nasal congestion, no swelling of nodes in neck, no dizziness or lightheadedness. No known HIV risk factors.

NKDA

Objective:

BP: 145/90  P: 80 regular  T: 96.5  RR: 20
HEENT: conjunctivae pink; TMs clear b/l with good light reflex, OP with minimal erythema
Neck: supple, no LAD, no masses
Lungs: CTA b/l
Heart: RRR, No M/R/G

Current Medications:
Imitrex 50mg po prn migraines, last time few days ago
Axid 150mg po qd prn, last time 5 days ago
ECASA 81 mg po qd

Impression:
40 yo man with 25 pack year smoking hx presents with tracheobronchitis v. atypical pneumonia. Given significant h/o smoking, will elect to Rx with Biaxin despite probable viral etiology given co-morbid condition.

Plan:
1. Tracheobronchitis v. atypical pneumonia:
   -Biaxin 500mg po bid x5 days
   -fluids
   -OTC guaifenesin for cough prn

2. HCM:
   -encouraged pt to follow through with smoking cessation
   -cont current medications

3. F/u:
   -Dr. Schiff in 6 month

Pt seen and d/w Dr. Anderson.

Steve Sang-Yoon Kim, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano

NYH #  228-41-47

09/08/98 14:57

PIC Note: Steven Alfano  /  September 8, 1998

Case reviewed with Dr Kim.  Patient seen and examined by me.

Details of history and physical as per resident's note.

   40 year old man here for sore throat, cough productive of yellow mucous, burning sensation in chest when coughs. He also has congestion in ears.  These sxs have been going on for the past 2 days.

Objective:

BP=145/90  P=90  Afebrile

HEENT-


Current Medications:

AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:

Plan:


Sheila Anderson, MD
AN028



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH # 228-41-47

09/28/98 12:39

Progress Note: Steven Alfano / September 28, 1998

Subjective: 40 year old man with

smoking cessation
with encouragement stopped smoking
over labor day
used nicoteral patches briefly

shoulder
prior surgery of right shoulder
notes some discomfort

weight
has gained weight
since smoking cessation
advised him to reduce carbohydrates

migraine headaches
vont imitrex

foot
some pain esp with weight bearing

Objective:

BP 120/80 ( once he rested in the room for 5 minutes)
P 72 reg Wt 300 lbs
L: clear
C: RRR
A: soft
foot: normal exam
shoulder: some pain with abduction with resistance
n: intact

Current Medications:

BIAXIN 500MG TABLET / 1 po bid with meals
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:
deltoid bursitis
rotator cuff strain
alexudtes
pt
watch carbohydrates
imitrex for migraine
foot
better arch support



Plan:

ORTHOPEDIC CONSULT

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano

NYH #  228-41-47

09/28/98 12:39

Page# 2

Andrew Schill, MD

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER 

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH #  228-41-47

11/24/98 15:04

Progress Note: Steven Alfano  /  November 24, 1998

Subjective:  40 year old man with
revisit
(1) weight-still over 300 lbs, decreased headache sx on low carbohydrate, improved bm/less constipation, generally
feels better
(2) wants inspection to small cyst on anterior right leg- ok prob small dermal cysts, also has skin tag in groin
region-where should be removed.
neither are painful and both have been there for awhile

pfsh:
unchanged still stress at work

Objective:
well-appear
nl thyroid
no cerv, sc, axill lymphs
skin: multiple skin tags
BP 130/80 P72  Wt 302 lbs
L: clear, no wheezes
C: RRR, no m,r,g
A: soft, nt (+) bs
n: intact

Current Medications:

BIAXIN 500MG TABLET / 1 po bid with meals
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:
derm for skin tag removal
continue on low carbohydrate diet

Plan:
Andrew Schiff, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano

NYH #  228-41-47

02/18/99 13:43

Progress Note: Steven Alfano  /  February 18, 1999

Subjective: 31 year old man with
left thumb pain
playing with son
jammed thumb

smoking cessation
with encouragement stopped smoking
over labor day
used nicoderm patches briefly

shoulder
prior surgery of right shoulder
notes some discomfort

weight
has gained weight
since smoking cessation
advised him to reduce carbohydrates

migraine headaches
vont imitrex

foot
some pain esp with weight bearing

Objective:

BP  P  Wt
from at thumb
no contusions

Current Medications:

BIAXIN 500MG TABLET / 1 po bid with meals
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:
prob ligamentous tear/ thumb sprain
nsaids conservative tx

try intranasal imitrex

Plan:
Andrew Schift, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER 

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH # 228-41-47

02/22/99 11:14

Progress Note: Steven Alfano  /  February 22, 1999

Subjective: 41 year old man with
swollen right thumb over weekend
no trauma
no clear infection
painful
no hx of gout

Objective:

BP  P  Wt
red swollen soft tissue surrounding thumb

Current Medications:

KEFLEX 500MG PULVULE / 1 po bid
INDOCIN 50MG CAPSULE / 1 po tid with food
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
BIAXIN 500MG TABLET / 1 po bid with meals
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:
indocin
keflex

Plan:
call if no improvement

Andrew Schiff, MD



CLICNY 0787



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH # 228-41-47

03/05/99 08:47

Dear Mr Alfano:

Enclosed are radiology films that were sent to us by your radiologist. These films were taken on .

The best way for you and your caregivers to ensure that these films are available to you for use in the future is to give them to you for safekeeping. It is important for your physician or nurse practitioner to have old films available to compare with films that may be taken of you in the future. This is true even if the films we are sending you are normal.

If you have any questions about your films, please feel free to ask your Doctor or Nurse Practitioner about them at the time of your next visit.

Sincerely.

Cornell Internal Medicine Associates



CLICNY 0788

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano

NYH #  228-41-47

04/23/99 09:30

PIC Note: Steven Alfano   /  April 23, 1999

Case reviewed with Dr Malebranche.

Details of history and physical as per resident's note.

41 year old man here for fracture fifth toe-happened a few days ago-got an xray which shows fracture of 5th metatarsal which is nondisplaced and not going through joint. Pt buddytaped. Here for eval...

Objective:

BP  P  T  Wt
ecchymoses toe

Current Medications:

KEFLEX 500MG PULVULE / 1 po bid
INDOCIN 50MG CAPSULE / 1 po tid with food
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
BIAXIN 500MG TABLET / 1 po bid with meals
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:Uncomplicated fracture 5th metatarsal

Plan:prn NDSAIDS
    no further intervention necessary

Leanne Forman, MD
FO046

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER 

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Altano

NYH # 228-41-47

04/23/99 09:37

Progress Note:  Steven Altano   /   April 23, 1999

Subjective:  an year old man with hx of migraines, here for eval of toe.  Hit right foot on table tuesday night, stubbed right pinky toe, with pain, swelling - called Dr. Schiff, went to XRAY, found to have fx.  Pt buddy taped toes that night til yesterday, but removed tape at time of xray, no pain meds taken

Objective:

right foot - erythema with ecchymotic areas around small toe, tender to palpation.  2+ DP pulse, adequate sensation to LT.

Foot film - linear fx at proximal phalynx of small toe

Current Medications:

IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression: young male with proximal phalynx toe fx

Plan:
- motrin 400 q4 prn
- warm compresses
- soft shoes as needed
- f/u with Dr. Schiff prn

David Malebranche, MD



CLICNY 0790

 

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH #  228-41-47

05/07/99 13:24

Progress Note: Steven Alfano    /   May 7, 1999

Subjective: 41 year old man with
5th toe fracture discussed

Objective:

BP  P  Wt

Current Medications:

MOTRIN 400MG TABLET / one tab po q 4 hrs prn
KEFLEX 500MG PULVULE / 1 po bid
INDOCIN 50MG CAPSULE / 1 po tid with food
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
BIAXIN 500MG TABLET / 1 po bid with meals
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:

Plan:

Andrew Schiff, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
06/03/99 14:17

Progress Note: Steven Alfano  /  June 3, 1999

Subjective:  a  year old man with
occasional epigastric sx
sometimes nocturnal; never
related to exercise

imitrex working wll

Objective:

BP  P  Wt
no ventral hernia
slight eakness in RA muscles

Current Medications:

MOTRIN 400MG TABLET / one tab po q 4 hrs prn
KEFLEX 500MG PULVULE / 1 po bid
INDOCIN 50MG CAPSULE / 1 po tid with food
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
BIAXIN 500MG TABLET / 1 po bid with meals
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:
RX imitrex
UGI series
RX axid

Plan:

Andrew Schiff, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
07/14/99 03:09

Patient Name: ALFANO, STEVEN
History #: 228-41-47
Accession #: NY192124U
Soc Security: 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
Date of Birth: 01/7/1958
    Sex: M
Ordered by: SCHIFF
Specimen Date: 07/14/1999 03:09
Report Date: 07/20/1999 09:05
    Status: Final

GLUCOSE, PLASMA        104        MG/DL
      1997 AMERICAN DIABETES ASSOCIATION
      DIAGNOSTIC CRITERIA FOR DIABETES MELLITUS

          GLUCOSE VALUE (MG/DL)
  INTERPRETATION    FASTING    RANDOM
  NORMAL        <110
  IMPAIRED FASTING    110-126
  DIABETES        >OR=126*    >OR=200**

  * MUST BE CONFIRMED BY TESTING ON A SUBSEQUENT DAY.
  **SYMPTOMS OF DIABETES AND CONFIRMED BY TESTING ON
   A SUBSEQUENT DAY.

COMPREHENSIVE METABOLIC PANEL WITHOUT CO2

| | | | | |
|---|---|---|---|---|
| GLUCOSE | 69 L | MG/DL | 70-115 | |
| UREA NITROGEN (BUN) | 14 | MG/DL | 7-25 | |
| CREATININE | 1.1 | MG/DL | 0.5-1.4 | |
| BUN/CREATININE RATIO | 13 | (CALC) | 6-25 | |
| SODIUM | 142 | MEQ/L | 135-146 | |
| POTASSIUM | 3.6 | MEQ/L | 3.5-5.3 | |
| CHLORIDE | 103 | MEQ/L | 95-108 | |
| CALCIUM | 8.8 | MG/DL | 8.5-10.3 | |
| PROTEIN, TOTAL | 7.2 | G/DL | 6.0-8.5 | |
| ALBUMIN | 4.4 | G/DL | 3.2-5.0 | |
| GLOBULIN | 2.8 | G/DL (CALC) | 2.2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | 0.5 | MG/DL | 0.0-1.3 | |
| ALKALINE PHOSPHATASE | 99 | U/L | 20-125 | |
| AST (SGOT) | 23 | U/L | 0-42 | |

CBC (INCLUDES DIFF/PLT)

| | | | | |
|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 9.0 | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | 4.91 | MILL/MCL | 4.40-5.80 | |
| HEMOGLOBIN | 14.6 | G/DL | 13.8-17.2 | |
| HEMATOCRIT | 42.9 | % | 41.0-50.0 | |
| MCV | 87.3 | FL | 80.0-100.0 | |
| MCH | 29.7 | PG | 27.0-33.0 | |
| MCHC | 34.0 | G/DL | 32.0-36.0 | |
| RDW | 12.8 | % | 9.0-15.0 | |
| PLATELET COUNT | 244 | THOUS/MCL | 150-400 | |
| ABSOLUTE NEUTROPHILS | 6300 | CELLS/MCL | 1500-7800 | |
| NEUTROPHILS | 70 | % | | |
| ABSOLUTE LYMPHOCYTES | 2160 | CELLS/MCL | 850-4100 | |
| LYMPHOCYTES | 24 | % | | |
| ABSOLUTE MONOCYTES | 450 | CELLS/MCL | 200-1100 | |
| MONOCYTES | 5 | % | | |

CLICNY 0793

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH # 228-41-47

07/14/99 03:09

Page# 2

| | | | | |
|---|---|---|---|---|
| ABSOLUTE EOSINOPHILS | 90 | | CELLS/MCL | 50-550 |
| EOSINOPHILS | 1 | % | | |
| ABSOLUTE BASOPHILS | 0 | | CELLS/MCL | 0-200 |
| BASOPHILS | 0 | % | | |
| TOTAL PSA | 0.5 | | NG/ML | < OR = 4.0 |

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano

NYH # 228-41-47

07/14/99 15:03

Progress Note: Steven Alfano    /   July 14, 1999

Subjective:  41 year old man with
cyst in mouth for 3 weeks
although, of late, seems to be improving
no fever, chills, n.v.d

headaches now seems to be better controlled
on imitrex with refill nasal imitrex
also encourage low carbohydrate diet
given information

prior stress fracture

smoking cessation
with encouragmeent stopped smoking
over labor day
usesd nicoderm patches briefly

shoulder
prior surgery of right shoulder
notes some discomfort

weight
has gained weight
since smoking cessation
advised him to reduce carbohydrates

migraine headaches
vomt imitrex

foot
some pain esp with weight bearing

fmh
father colon cancer
prostate cancer

sh
mother-in-law dying
married
kids
works in human resources





THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH #  228-41-47
07/14/99 15:03
Page# 2

Objective:
well-appearing, has a beard
ears: clear, nl hearing
BP 140/90 P72 Wt 302 lbs
op: clear, no erythema
no cerv, ax, se nodes
L: clear, no wheezes
C: RRR, no m/r/g
A: soft, nt t/p/s, nl bs obese
extr: no edema
n: intact
small inclusion cyst on posterior portion of right side of mouth.

Current Medications:

IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:
weioght loss
cloonscopy- father had colon ca, and multiple polyps
labs
refill imitrex
reassure about cyst in mouth

Plan:

PROSTATIC SPECIFIC ANTIGEN (PSA)
CBC COMPLETE WITH DIFFERENTIAL
COMPLETE METABOLIC PANEL (12 TESTS)
COLONOSCOPY

Andrew Schiff, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER 

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH #  228-41-47

10/18/99 09:44

Progress Note, Steven Alfano   /   October 18, 1999

Subjective:  44 year old man with

erosive duodenitis by egd/ basuk
on prevacid
Objective:

BP  P  Wt

Current Medications:

IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:

Plan:

Andrew Schiff, MD

CLICNY 0797

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano
NYH #  228-41-47
12/21/99 14:15

PIC Note: Steven Alfano  /  December 21, 1999

Case reviewed with Dr Dye.

Details of history and physical as per resident's note.

41 year old man here for ...
several days on joint pains, myalgias, cough, chills, and burning sensation in chest.

PMH: HTN
    smoker
    migraine

ROS: some loose stools
    no sick contacts @ home

Objective: Obese man in NAD

T=98.6 F

EXAM as documented by Dr. Dye

Current Medications:
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression: Viral URI

Plan: Supportive care w/ fluids, OTC cold remedies, tylenol prn.

Sheila Anderson, MD
AN028



CLICNY 0798

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano
NYH # 228-41-47
12/21/99 14:20

Progress Note: Steven Alfano    /    December 21, 1999

Subjective: 41 year old man with mild headache, muscle aches loose stools dry cough with substernal burning, burning NOt assoc with exertion not had before. +smoking. no asthma no known wheezing in past. no fever sweat mild chills.

Objective:
T 98.6
heent conjunctiva clear nares clear no mucus op clear no exudates
neck - no lad
lungs clear no wheeze/rales
card - regular s1 s2
abd - +bs soft obese

Current Medications:

IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:
mild viral illness.

Plan:
1. humidify air passages as much as possible: saline nasal spray/humidifier at night; drink fluids
2. tylenol or nsaid for aches
3. discussed merits of smoking cessation
4. call clinic if develop purulent cough for eval poss abx and bacterial infection developing in pt with significant tobacco use
5. routine f/u 7/00

James Clayton Dye. MD
d/w Dr. Sheila Anderson





THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
03/13/00 11:18

Progress Note, Steven Alfano  /  March 13, 2000

Subjective: 42 year old man with
bph symptoms
and will send to urology
normal psa at tdy

sx of right sided ? loss of periph vision momentary
yesterday with kid
lasted momentarily
then resolved
has not occurred again
though bp is elevated
today

erosive gastritis by egd
on prilosec

headaches now seems to be better controlled
on imitrex with refill nasal imitrex
also encourage low carbohydrate diet
given information

prior stress fracture

smoking cessation
with encouragment stopped smoking
over labor day
usesd nicoderm patches briefly

shoulder
prior surgery of right shoulder
notes some discomfort

weight
has gained weight
since smoking cessation
advised him to reduce carbohydrates

migraine headaches
vont imitrex

foot



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH #  228-41-47
03/13/00 11:18
Page# 2

some pain esp with weight bearing

fmh
father colon cancer
prostate cancer

sh
mother-in-law dying
married
kids
works in human resources

Objective:
well-appearing, has a beard
ears: clear, nl hearing
BP 160/100 P72 Wt 302 lbs
op: clear, no erythema
no cerv, ax, sc nodes
L: clear, no wheezes
C: RRR, no m.r.g
A: soft, nt (+) bs, nl bs obese
extr: no edema
n: intact
2-12 intact
motor 5/5
vflte
perrla

Current Medications:

IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:
colon
begin norvasc for bp 5 then 10
restunr 2 weeks
call immediately if other neuro sx



Plan:

UROLOGY CONSULT

CLICNY 0801

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
03/13/00 11:18
Page# 3

New medications: NORVASC 10MG TABLET / 1 po qd
    NORVASC 5MG TABLET / 1 po qd

RTC 2 wks

Andrew Schaff, MD



CLICNY 0802



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH #  228-41-47

03/27/00 11:27

Progress Note: Steven Alfano  /  March 27, 2000

Subjective: 42 year old man with
now on bp meds
and bp improved and headaches improved

Objective:

BP 140/90 P  Wt 302 lbs
(130/80 when I took it

Current Medications:

NORVASC 10MG TABLET / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
AXID 150MG PULVULE / 1 po bid
ASPIRIN 81MG TABLET EC / 1 po qd
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain

Impression:
cont norvasc 10 qd

Plan:

Discontinued:  NORVASC 5MG TABLET / 1 po qd

Refilled: NORVASC 10MG TABLET / 1 po qd
   PROSTEP 22MG/24HR PATCH / as directed

RTC 6 months

Andrew Schiff, MD



CLICNY 0803

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH #  228-41-47
09/06/00 00:00

Patient Name: ALFANO, STEVEN
  History #: ?
  Accession #: 6-116245
  Soc Security: 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
  Date of Birth: 01/13/58
    Sex: M
  Ordered by:
Specimen Date: 09/06/2000 00:00
  Report Date: 09/07/2000 07:11
    Status: Final

COMP METABOLIC PANEL
  GLUCOSE                        mg/dL

    Glucose was performed on the gray-top tube that we received
    with your chem-screen order. If you have any questions or
    concerns, please call our chem services department at
    800-651-1390.

| | | | |
|---|---|---|---|
| SODIUM | 142 | mmol/L | 136-144 |
| POTASSIUM | 4.2 | mmol/L | 3.6-5.1 |
| CHLORIDE | 104 | mmol/L | 99-109 |
| CARBON DIOXIDE | 24 | mmol/L | 21-31 |
| UREA NITROGEN | 15 | mg/dL | 9-24 |
| CREATININE | 1.1 | mg/dL | 0.7-1.3 |
| BUN/CREATININE RATIO | 13.6 | | |
| CALCIUM | 9.3 | mg/dL | 8.7-10.3 |
| PROTEIN,TOTAL | 7.9 | g/dL | 6.5-8.2 |
| ALBUMIN | 4.8 | g/dL | 3.9-5.0 |
| GLOBULIN,CALCULATED | 3.1 | g/dL | 2.3-3.6 |
| A/G RATIO | 1.5 | | 1.1-2.0 |
| BILIRUBIN,TOTAL | 0.56 | mg/dL | 0.20-1.50 |
| ALKALINE PHOSPHATASE | 127 | U/L | 30-115 |
| AST | 31 | U/L | 5-43 |
| ALT | 68 H | U/L | 5-60 |

GLUCOSE
  GLUCOSE,FASTING          94        mg/dL
    65-125

    The glucose reference range is based on a non-fasting state.

| HEMOGLOBIN A1C | 5.9 | Percent |
|---|---|---|

    A hemoglobin A1c of less than 7.0 percent meets the
    ADA's recommended goal for therapy.



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER 

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH #  228-41-47

09/06/00 16:59

Progress Note  Steven Alfano    /   September 6, 2000

Subjective: 42 year old man with
L5-s1 stenosis/spondylosis
for neurosurgery

erosive gastritis by egd
on prilosec

prior stress fracture

shoulder
 prior surgery of right shoulder

weight
 has gained weight
 since smoking cessation
 advised him to reduce carbohydrates
 anbd stop smoking entirely down
 to 1/2 ppd

migraine headaches
stable at present now that he is on bp meds

foot
some pain esp with weight bearing

fmh
father colon cancer
prostate cancer

sh
mother-in-law dying
married
kids
works in human resources

Objective:

BP 150/100 P  RR  Wt 202 lbs
perrla
op: clear, no erythema
no cerv, ax, sc nodes
L: clear, no wheezes



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano

NYH #  228-41-47

09/06/00 16:59

Page# 2

---

C: RRR, no m.r.g

A: soft, nt (+) bs, nt l.s obese

extr: no edema

nr: intact

2-12 intact

motor 5/5

Current Medications:

NORVASC 10MG TABLET / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasaly prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migram
ASPIRIN 81MG TABLET EC / 1 po qd

Impression:

PHYSICAL THERAPY CONSULT
discogram
GLYCO HEMOGLOBIN (ROUTINE)
COMPLETE METABOLIC PANEL (12 TESTS)
STRESS TEST (ETT)
-will need colon in future if not already
will deal with issue of lumbar disc first
plan for neurosurgery dr. tamer at HSS in about 1 month after pt

Discontinued: AXID 150MG PULVULE / 1 po bid

New medications: PREVACID 30MG CAPSULES / 1 po qd

RTC after surgery or for pre-op

Andrew Schit, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano
NYH #  228-41-47
10/16/00 12:22

Progress Note: Steven Alfano   /   October 16, 2000

Subjective:  42 year old man with
needs surgery for
l5-s1 stenosis/spondylosis
for neurosurgery
now on disability

will rx celexa for depression

also
will try zestril for bp instead of norvasc
and see him back next week

Objective:

BP 160/100 P  Wt 303 lbs
L: clear
C: RRR, no murg

Current Medications:

PREVACID 30MG CAPSULES / 1 po qd
NORVASC 10MG TABLET / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd

Impression:
rx zestril
rx celexa

Plan:

New medications: CELEXA 20MG TABLET / 1 po qd
    ZESTRIL 10MG TABLET / 1 po qd

RTC Mon 10/23/2000 11:20am

CLICNY 0807

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH #  228-41-47

10/16/00 12:22

Page# 2

Andrew Schiff, MD

CLICNY 0808



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH #  228-41-47
10/23/00 11:34

Progress Note: Steven Alfano   /   October 23, 2000

Subjective:  42 year old man with
doing well on celexa
sleeping better
and bp well controlled on zestril

Objective:

BP 130/100 P   Wt 304 lbs
unchanged

Current Medications:

CELEXA 20MG TABLET / 1 po qd
ZESTRIL 10MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
NORVASC 10MG TABLET / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd

Impression:
cont zestril
cont celexa

Plan:
Andrew Schiff, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH #  228-41-47

11/07/00 11:20

Patient Name: ALFANO, STEVEN
History #:
Accession #: 9-1105767
Soc Security: 099-49068
Date of Birth: 01/14/58
    Sex: M
Ordered by:
Specimen Date: 11/07/2000 11:20
Report Date: 11/08/2000 04:07
    Status: Final

COMP METABOLIC PANEL
    GLUCOSE                         mg/dL

Glucose was performed on the gray-top tube that we received
with your chem-screen order. If you have any questions or
concerns, please call our client services department at
800-633-1390.

| | | | | |
|---|---|---|---|---|
| SODIUM | 142 | mmol/L | 136-144 | |
| POTASSIUM | 4.0 | mmol/L | 3.6-5.1 | |
| CHLORIDE | 104 | mmol/L | 99-109 | |
| CARBON DIOXIDE | 22 | mmol/L | 21-31 | |
| UREA NITROGEN | 21 | mg/dL | 9-24 | |
| CREATININE | 1.1 | mg/dL | 0.7-1.3 | |
| BUN/CREATININE RATIO | 19.1 | | | |
| CALCIUM | 9.5 | mg/dL | 8.7-10.3 | |
| PROTEIN, TOTAL | 7.5 | g/dL | 6.5-8.2 | |
| ALBUMIN | 4.7 | g/dL | 3.9-5.0 | |
| GLOBULIN, CALCULATED | 2.8 | g/dL | 2.1-3.6 | |
| A/G RATIO | 1.7 | | 1.1-2.0 | |
| BILIRUBIN, TOTAL | 0.86 | mg/dL | 0.20-1.50 | |
| ALKALINE PHOSPHATASE | | 132 H | U/L | 30-115 |
| AST | 20 | U/L | 5-43 | |
| ALT | 39 | U/L | 5-60 | |
| GLUCOSE | 97 | mg/dL | 65-125 | |

The glucose reference range is based on a non-fasting state.



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH #  228-41-47
03/22/01 10:47

43 year old man with

## CC:

Spinal stenosis... following with neurology (Steinberger) and neurosurgery (Farmer)

Urinary frequency

constipation/diarrhea

hemorrhoids

## SH:
Marital Status:
Occupation:
Employment Status:
Employer:

## Habits:
Smoking:
Alcohol:
Drug abuse:

HR at Cornell - starting LTD

## FH:

**PSH:** unremarkable

**PMH:** unremarkable

**Allergies:**  None Known

## Current Medications:

LAMISIL 1% CREAM apply bid x 2 weeks
CELEXA 20MG TABLET 1 po qd
VIOXX 50MG TABLET 1 tab po qd
ZESTRIL 10MG TABLET 1 po qd
PREVACID 30MG CAPSULES 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY 1 spray intranasally prn
IMITREX 50MG TABLET 1-2 tabs with onset of migraine
ASPIRIN 81MG TABLET EC 1 po qd

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano

NYH #  228-41-47

03/22/01 10:47

Page# 2

## ROS:

Constitutional symptoms: Weight loss

## PE:

General Appearance: WDWN white male NAD appearing stated age
Skin: no significant rashes or lesions
Head: NC/AT
Eyes: normal conjunctivae, lids, PERLA, EOMI
ENT: normal dentition, normal mucosa
Neck: supple, no masses, trachea midline, no thyromegaly, no JVD, no bruit
Respiratory: clear to P & A
Cardiovascular: PMI MCL, normal S1, S2, no m/g/r
Abdomen: soft, nontender, nondistended, normal BS, no hepatosplenomegaly, no masses
Extremities: no CCE / normal ROM / normal femoral / popliteal / PT / DP pulses
GU: normal male
Neuro: awake, alert, O x 3, CN II-XII intact, normal strength, normal sensation, DTRs symmetric
Psychiatric: normal mood, normal affect

1. Spinal stenosis: agree with plan for PT, consideration of surgery if fails

2. Urinary retention: concern for neurologic cause, however, this seems not to be the case based
on exams by urology and neurology - will follow

Keith Roach, MD



CLICNY 0812

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH #  228-41-47

08/16/01 00:00

Patient Name: ALFANO, STEVEN
History #:
Accession #: 50247805
Soc Security: 099409648
Date of Birth: 01/14/58
    Sex: M
Ordered by:
Specimen Date: 08/16/2001 00:00
Report Date: 08/16/2001 23:39
    Status: Final

COMP METABOLIC PANEL

GLUCOSE,FASTING               mg/dL      65-109

Glucose was performed on the gray-top tube that we received
with your chem-screen order. If you have any questions or
concerns, please call our client services department at
800-631-1390.

| | | | |
|---|---|---|---|
| SODIUM | 140 | mmol/L | 135-146 |
| POTASSIUM | 4.2 | mmol/L | 3.5-5.3 |
| CHLORIDE | 102 | mmol/L | 98-110 |
| CARBON DIOXIDE | 22 | mmol/L | 21-33 |
| UREA NITROGEN | 22 | mg/dL | 7-25 |
| CREATININE | 1.1 | mg/dL | 0.5-1.4 |
| BUN/CREATININE RATIO | 20.0 | | 6.0-25.0 |
| CALCIUM | 9.4 | mg/dL | 8.5-10.4 |
| PROTEIN,TOTAL | 7.3 | g/dL | 6.0-8.3 |
| ALBUMIN | 4.5 | g/dL | 3.5-4.9 |
| GLOBULIN,CALCULATED | 2.8 | g/dL | 2.2-4.2 |
| A/G RATIO | 1.6 | | 0.8-2.0 |
| BILIRUBIN,TOTAL | 0.65 | mg/dL | 0.20-1.50 |
| ALKALINE PHOSPHATASE | 97 | U/L | 20-125 |
| AST | 16 | U/L | 2-50 |
| ALT | 29 | U/L | 2-60 |

HEMOGRAM & PLATELET COUNT

| | | | |
|---|---|---|---|
| WBC | 7.6 | Thous/cu.mm | 3.9-11.1 |
| RBC | 5.15 | Mil/cu.mm | 4.20-5.60 |
| HEMOGLOBIN | 15.1 | g/dL | 13.2-16.9 |
| HEMATOCRIT | 44.6 | Percent | 38.5-49.0 |
| MCV | 86 | fl | 80-97 |
| MCH | 29.4 | pg | 27.4-33.5 |
| MCHC | 34.0 | Percent | 32.0-36.0 |
| RDW | 12.5 | Percent | 11.0-15.0 |
| PLATELET COUNT | 249 | Thous/cu.mm | 140-390 |
| MPV | 8.2 | fl | 7.5-11.5 |
| GLUCOSE | 96 | mg/dL | 65-125 |

The glucose reference range is based on a non-fasting state.

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano
NYH # 228-41-47
01/18/02 00:00

Patient Name: ALFANO, STEVEN
History #: 228-41-47
Accession #: 98374556
Soc Security: 099949648
Date of Birth 07/14/58
Sex: M
Ordered by:
Specimen Date: 01/18/2002 00:00
Report Date: 01/19/2002 08:18
Status: Final

COMP METABOLIC PANEL

| Test | Value | Units | Range |
|---|---|---|---|
| ALT | 33 | U/L | 2-60 |
| AST | 19 | U/L | 2-50 |
| ALKALINE PHOSPHATASE | 107 | U/L | 20-125 |
| A/G RATIO | 1.6 | | 0.8-2.0 |
| GLOBULIN,CALCULATED | 2.8 | g/dL | 2.2-4.2 |
| ALBUMIN | 4.5 | g/dL | 3.5-4.9 |
| PROTEIN,TOTAL | 7.3 | g/dL | 6.0-8.3 |
| CALCIUM | 9.6 | mg/dL | 8.5-10.4 |
| BUN/CREATININE RATIO | 15.5 | | 6.0-25.0 |
| CREATININE | 1.1 | mg/dL | 0.5-1.4 |
| UREA NITROGEN | 17 | mg/dL | 7-25 |
| CARBON DIOXIDE | 22 | mmol/L | 21-33 |
| CHLORIDE | 103 | mmol/L | 98-110 |
| POTASSIUM | 4.2 | mmol/L | 3.5-5.3 |
| GLUCOSE,FASTING | | mg/dL | 65-109 |

Glucose was performed on the gray-top tube that we received
with your chem-screen order. If you have any questions or
concerns, please call our client services department at
800-631-1390.

| Test | Value | Units | Range |
|---|---|---|---|
| SODIUM | 142 | mmol/L | 135-146 |
| POTASSIUM | 4.2 | mmol/L | 3.5-5.3 |
| CHLORIDE | 103 | mmol/L | 98-110 |
| CARBON DIOXIDE | 22 | mmol/L | 21-33 |
| UREA NITROGEN | 17 | mg/dL | 7-25 |
| CREATININE | 1.1 | mg/dL | 0.5-1.4 |
| BUN/CREATININE RATIO | 15.5 | | 6.0-25.0 |
| CALCIUM | 9.6 | mg/dL | 8.5-10.4 |
| PROTEIN,TOTAL | 7.3 | g/dL | 6.0-8.3 |
| ALBUMIN | 4.5 | g/dL | 3.5-4.9 |
| GLOBULIN,CALCULATED | 2.8 | | 2.2-4.2 |
| A/G RATIO | 1.6 | | 0.8-2.0 |
| BILIRUBIN,TOTAL | 0.45 | mg/dL | 0.20-1.50 |
| ALKALINE PHOSPHATASE | 107 | U/L | 20-125 |
| AST | 19 | U/L | 2-50 |
| ALT | 33 | U/L | 2-60 |
| PTT | 30.9 | Seconds | 22.0-34.9 |

PROTHROMBIN TIME

| Test | Value | Units | Range |
|---|---|---|---|
| INR | 0.93 | Ratio | 0.90-1.10 |
| No Anticoagulant, Normal | | | 0.9 - 1.1 |
| Oral Anticoagulant, Standard Dose | | | 2.0 - 3.0 |
| Oral Anticoagulant, High Dose | | | 2.5 - 3.5 |

| GLUCOSE | 101 | mg/dL | 65-125 |

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano
NYH #  228-41-47
01/18/02 00:00
Page# 2

The glucose reference range is based on a non-fasting state.
CBC W/ DIFF & PLT

| | | | |
|---|---|---|---|
| WBC | 2 | Thous/mcL | 3.8-10.8 |
| RBC | 5.10 | Mill/mcL | 4.20-5.80 |
| HEMOGLOBIN | 15.2 | g/dL | 13.2-17.1 |
| HEMATOCRIT | 44.1 | % | 38.5-50.0 |
| MCV | 86.5 | fL | 80.0-100.0 |
| MCH | 29.8 | pg | 27.0-33.0 |
| MCHC | 34.4 | g/dL | 32.0-36.0 |
| RDW | 13.2 | % | 11.0-15.0 |
| PLATELET COUNT | 267 | Thous/mcL | 140-400 |
| MPV | 8.2 | % | 7.5-11.5 |
| TOTAL NEUTROPHILS.% | 66.4 | % | |
| TOTAL LYMPHOCYTES.% | 24.0 | % | |
| MONOCYTES.% | 6.1 | % | |
| EOSINOPHILS.% | 2.8 | % | |
| BASOPHILS.% | 0.7 | % | |
| NEUTROPHILS.ABSOLUTE | 4781 | cells/mcL | 1500-7800 |
| LYMPHOCYTES.ABSOLUTE | 1728 | cells/mcL | 850-3900 |
| MONOCYTES.ABSOLUTE | 439 | cells/mcL | 200-950 |
| EOSINOPHILS.ABSOLUTE | 202 | cells/mcL | 50-550 |
| BASOPHILS.ABSOLUTE | 50 | cells/mcL | 0-200 |

DIFFERENTIAL.
    An instrument differential was performed.
    Please note new reference range
URINALYSIS.COMPLETE

| | | | |
|---|---|---|---|
| COLOR | Yellow | | Yellow |
| APPEARANCE | Clear | | Clear |
| GLUCOSE.QL | Negative | mg/dL | Negative |
| BILIRUBIN | Negative | | Negative |
| KETONES | Negative | mg/dL | Negative |
| SPECIFIC GRAVITY | 1.030 | | 1.001-1.030 |
| BLOOD | Negative | | Negative |
| PH | 7.0 | | 5.0-8.0 |
| PROTEIN.TOTAL.QL | 30 (1+) | mg/dL | Negative |
| NITRITE | Negative | | Negative |
| LEUKOCYTE ESTERASE | Negative | | Negative |
| SQUAMOUS EPITHELIAL CELLS | 3-5 | /hpf | 0-5/hpf |
| WBC | 0-2 | /hpf | 0-3/hpf |
| BACTERIA | None | /hpf | None |
| RBC | 0-2 | /hpf | 0-2/hpf |
| MUCUS | Trace | /hpf | |



CLICNY 0815



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
01/18/02 08:39

Progress Note: Steven Alfano  /  January 18, 2002

CIMA/GMC Preoperative Evaluation
Requested by: Dr. Michael Alexaides
Referring Physician's address/telephone #: 159 E 74th St., New York
fax 212 439 0856
Planned surgery: arthroscopic shoulder surgery, decompression
Surgery date: 1/18/02

HPI: 44 year old man with R shoulder separation, operated on before for rotator cuff tear, now for arthroscopic
decompression. Major complaint is pain, limitation of movement.

PMH: severe spinal stenosis - L5-S1
HTN - good control
headaches - relieved by imitrex

Coronary artery disease: none
Diabetes mellitus requiring therapy other than diet: never
COPD: no diagnosis, no symptoms
Asthma: none

PSH: previous shoulder surgery, tonsils, soft palate reduction for sleep apnea

Fhx: HTN, no CAD

Shx: lives with wife, 2 children
Work-trying to get disability, unable to work secondary to back pain
Relationships: lives with wife, stressed about financial issues, health concern
Cigarette use: 30 pack-years
Alcohol: rare
Drugs: no

Health maintenance:
Immunizations:
Last Td: doesn't remember
Flu vaccine: doesn't want
Pneumovax: not indicated
PPD: not indicated

Current Medications: vioxx 50 qd
lisinopril 10 qd
prevacid 30 q HS
ASA 81 mg qd
imitrex nasal spray 20

Allergies:
codeine - nausea

Review of Systems:





THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
01/18/02 08:39
Page# 2

Problems with anesthesia:never
Bleeding problems:none
Exercise: limited by spinal stenosis, limited by back pain, weakness in leg
Blocks walked before needing to rest <1
Flights of steps climbed before needing to rest: 1
Reason for stopping: loss of strength in legs
Pulm: no problems
Card: no chest discomfort or palpitations
GI: constipation
GU: urinary retention, evaluated by urology - not felt to need treatment

Objective:

BP Right: 140/104   Left: 140/100   Pulse: 88   Wt: 298   Ht: 6'3"
HEENT: PERRL, EOMI w/out nystagmus, discs flat B, no H/E.
OP, TM's and nares clr, no sinus tenderness.
Neck: no LN, no thyromegaly/nodules, carotids 2+B, no bruits.
Lungs and Chest: CTA and P.  No axillary or SC LN.
Cor: PMI nonenlarged, nondisplaced, RRR s1s2, no m/g/r.

Back: no spinous tenderness or scoliosis. No CVAT.
Abd: BS active, NT, ND, no HSM.
Rectal:
Lymphatics:   No axillary, supraclavicular, or inguinal LAN.
Ext: DP 2+ B, no edema.
M/S:  moderate R shoulder impingement
Neuro: Nonfocal, Strength 5/5 B UE and LE, DTR's 2+ throughout.
Skin: No rashes or dysplastic nevi.
GU: testes NL size, no masses, no scrotal masses, no inguinal hernia B.

Data (as clinically indicated):
Chemistry battery:
CBC:
PT/PTT:
ECG:
Chest X-ray:
Stress test: not indicated

Impression:
low risk for planned procedure

Recommendations:


Keith Roach, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER 

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH # 228-41-47

02/12/02 14:09

Progress Note: Steven Alfano   /   February 12, 2002

Subjective:  44 year old man with
spinal stenosis
needs evaluation for social security

Objective:

BP 130/90 P 88 bpm   Wt 300 lbs Height 6ft 3in
quads 4/5
+ SLR bilaterally
nl sensation
decreased L patellar reflex

Current Medications:

TRIAMCINOLONE 0.1% CREAM / apply bid
VIOXX 50MG TABLET / 1 tab po qd
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd

Allergies:

Impression:

Plan:
forms filled out
f/u with surgery prn

RTC

Keith Roach, MD





THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH #  228-41-47

05/23/02 12:29

HSS

MRI LOWER EXTREMITY

Dr. Michael Alexiades

IMPRESSION:

Magnetic resonance imaging of the right hip demonstrating superficial cartilage loss over the hip joint, borderline acetabular dysplasia and a torn, hyperplastic and degenerated anterior acetabular labrum.

There is a marrow replacement process affecting the left femur which overall has a non-aggressive appearance. Differential possiblities are noted, as above.

Dictated by   Hollis Potter M.D.