THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano

NYH # 228-41-47

06/05/02 00:00

---

Patient Name: ALFANO, STEVEN
History #: 228-1447
Accession #: 4 1 '18721
Soc Security: 089689968
Date of Birth: 02 , 1/58
Sex: M
Ordered by:
Specimen Date: 06/05/2002 00:00
Repeat Date: 06/06/2002 02:48
Status: Final

COMP METABOLIC PANEL

| | | | |
|---|---|---|---|
| GLUCOSE,FASTING | | mg/dL | 65-109 |

Glucose was performed on the gray-top tube that we received with your chem-screen order. If you have any questions or concerns, please call our client services department at 800-694-1700.

| | | | |
|---|---|---|---|
| SODIUM | 141 | mmol/L | 135-146 |
| POTASSIUM | 4.2 | mmol/L | 3.5-5.3 |
| CHLORIDE | 103 | mmol/L | 98-110 |
| CARBON DIOXIDE | 22 | mmol/L | 21-33 |
| UREA NITROGEN | 19 | mg/dL | 7-25 |
| CREATININE | 1.3 | mg/dL | 0.5-1.4 |
| BUN/CREATININE RATIO | 12.3 | | 6.0-25.0 |
| CALCIUM | 9.6 | mg/dL | 8.5-10.4 |
| PROTEIN,TOTAL | 7.4 | g/dL | 6.0-8.3 |
| ALBUMIN | 4.7 | g/dL | 3.5-4.9 |
| GLOBULIN,CALCULATED | 2.7 | g/dL | 2.2-4.2 |
| A/G RATIO | 1.7 | | 0.8-2.0 |
| BILIRUBIN,TOTAL | 0.75 | mg/dL | 0.20-1.50 |
| ALKALINE PHOSPHATASE | 120 | U/L | 20-125 |
| AST | 41 | U/L | 2-50 |
| ALT | 40 | U/L | 2-60 |
| PTT | 32.9 | Seconds | 22.0-34.0 |
| PROTHROMBIN TIME | | | |
| INR | 0.95 | Ratio | 0.90-1.10 |

No Anticoagulant, Normal      0.9 - 1.1
Oral Anticoagulant, Standard Dose   2.0 - 3.0
Oral Anticoagulant, High Dose     2.5 - 3.5

| | | | |
|---|---|---|---|
| GLUCOSE | 102 | mg/dL | 65-125 |

The glucose reference range is based on a non-fasting state.

CBC W/ DIFF & PLT

| | | | | |
|---|---|---|---|---|
| WBC | 7.6 | Thous/mcL | 3.8-10.8 | |
| RBC | 5.28 | Mill/mcL | 4.20-5.80 | |
| HEMOGLOBIN | 15.5 | g/dL | 13.2-17.1 | |
| HEMATOCRIT | 44.8 | % | 38.5-50.0 | |
| MCV | 84.8 | fL | 80.0-100.0 | |
| MCH | 29.4 | pg | 27.0-33.0 | |
| MCHC | 34.7 | g/dL | 32.0-36.0 | |
| RDW | 12.4 | % | 11.0-15.0 | |
| PLATELET COUNT | 237 | Thous/mcL | 140-400 | |
| MPV | 8.3 | % | 7.5-11.5 | |
| TOTAL NEUTROPHILS,% | 67.8 | % | | |
| TOTAL LYMPHOCYTES,% | 22.9 | % | | |



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
06/05/02 00:00
Page# 2

| | | | |
|---|---|---|---|
| MONOCYTES.% | 6.6 | % | |
| EOSINOPHILS.% | 2.6 | % | |
| BASOPHILS.% | 0.1 | % | |
| NEUTROPHILS.ABSOLUTE | 5153 | Cells/mcL | 1500.7800 |
| LYMPHOCYTES.ABSOLUTE | 1740 | Cells/mcL | 850-3900 |
| MONOCYTES.ABSOLUTE | 502 | Cells/mcL | 200-950 |
| EOSINOPHILS.ABSOLUTE | 198 | Cells/mcL | 50-550 |
| BASOPHILS.ABSOLUTE | 8 | Cells/mcL | 0-200 |
| DIFFERENTIAL | | | |

An instrument differential was performed.

URINALYSIS.COMPLETE

| | | | |
|---|---|---|---|
| COLOR | Dark Yellow | | Yellow |
| APPEARANCE | Clear | | Clear |
| GLUCOSE.QL | Negative | mg/dL | Negative |
| BILIRUBIN | Negative | | Negative |
| KETONES | Negative | mg/dL | Negative |
| SPECIFIC GRAVITY | 1.035 H | | 1.001-1.030 |
| BLOOD | Negative | | Negative |
| PH | 6.0 | | 5.0-8.0 |
| PROTEIN.TOTAL.QL | 30 (1+) | mg/dL | Negative |
| NITRITE | Negative | | Negative |
| LEUKOCYTE ESTERASE | Negative | | Negative |
| SQUAMOUS EPITHELIAL CELLS | 2-5 | /hpf | 0-5 |
| WBC | 0-2 | /hpf | 0-3 |
| BACTERIA | None | /hpf | None |
| RBC | rare | /hpf | 0-2 |



CLICNY 0821

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER 

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH # 228-41-47

06/11/02 17:58

Progress Note: Steven Alfano   /   June 11, 2002

Subjective: 44 year old man with
preoperative visit - no changes since last visit 1/02

femur lesion - reassured by orthopaedic oncologist
dx LSMFT (? liposclerosing myxofibrous tumor)

depression - feeling better with benign diagnosis above

erectile dysfunction - also contributing to depression

Objective:

BP 124/84 P 88 GPM   Wt 298 LBS Height 6FT 3IN

HEENT: PERRL, EOMI w/out nystagmus, discs flat B, no H/E.
OP, TMs and cares clr, no sinus tenderness.
Neck: no LN, no myromegaly/nodules, carotids 2+B, no bruits.
Lungs and Chest: CTA and P.  No axillary or SC LN.
Cor: PMI nonenlarged, nondisplaced, RRR s1s2, no m/g/r.

Back: no spinous tenderness or scoliosis. No CVAT.
Abd: BS active. NT, ND, no HSM.
Rectal:
Lymphatics:  No axillary, supraclavicular, or inguinal LAN.
Ext: DP 2+ B. no edema.
M/S:  moderate R shoulder impingement
Neuro: Nonfocal. Strength 5/5 B UE and LE. DTR's 2+ throughout.
Skin: No rashes or dysplastic nevi.
GU: testes NL, size, no masses, no scrotal masses, no inguinal hernia B.

Current Medications:

VICODIN 5/500 TABLET / 1 tab po q 4 h prn
TRIAMCINOLONE 0.1% CREAM / apply bid
VIOXX 50MG TABLET / 1 tab po qd
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd

Allergies:

Impression:

Plan:
low risk for planned surgery

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
06/11/02 17:58
Page# 2

ED

New medications:   VIAGRA 50MG TABLET / 1 tab po 1-2 h if intercourse

tobacco use
WELLBUTRIN SR 150MG TABLET / t tab po bid
may have benefit in depression

RTC

Keith Roach, MD



CLICNY 0823



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH # 228-41-47

09/27/02 15:48

Progress Note: Steven Alfano  /  September 27, 2002

Subjective: 44 year old man with
low back pain - on social security disability

femur lesion - co-cavared by orthopaedic oncologist
dx LSMFT (? ..osclerosing myxofibrous tumor)

depression - feeling better with benign diagnosis above
doing better on Wellbutrin

erectile dysfunction - also contributing to depression
get prescription

quit smoking

hernia
c/o pain under It testicle
worse after sex

hip pain - L shice - only once

HTN - on Zestril

Objective:

BP 130/90 by P 80 bpm  Wt 295 lbs Height 6FT 3IN
small bulging, no frank herniation

Current Medications:

VIAGRA 50MG TABLET / 1 tab po 1-2 h a intercourse
WELLBUTRIN SR 150MG TABLEY / 1 tab po bid
VICODIN 5/500 TABLET / 1 tab po q 4 h prn
TRIAMCINOLONE 0.1% CREAM / apply bid
VIOXX 50MG TABLET / 1 tab po qd
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd

Allergies:

Impression: -

Plan:recurrence re hernia

depression - better



CLICNY 0824

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
09/27/02 15:48
Page# 2

back pain - in plans to get back surgery eventually

Refilled: WELLBUTRIN SR 150MG TABLET / 1 tab po bid
VICODIN 5/500 TABLET / 1 tab po q 4 h prn

RTC

Keith Roach, m.r

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
12/11/02 00:00

Patient Name: ALFANO, STEVEN
History #: 228-1147
Accession #: 901 10627
Soc Security: 079499648
Date of Birth: 01/14/58
Sex: M
Ordered by:
Specimen Date: 12/11/2002 00:00
Report Date: 12/11/2002 12:35
Status: Final

TESTOSTERONE TOT & FREE

| | | | | |
|---|---|---|---|---|
| TESTOSTERONE,% FREE | | 2.3 H | Percent | 1.0-2.7 |
| TESTOSTERONE,FREE | 93.2 | | pg/mL | 50.0-210.0 |
| TOTAL TESTOSTERONE | 336 | | ng/dL | 260-1000 |

CLICNY 0826

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano
NYH # 228-41-47
12/11/02 14:04

Progress Note: Steven Alfano  /  December 11, 2002

Subjective: 42 year old man with
raised spots in mouth

low back pain - got social security disability
taking Vioxx, ibuprofen, Vicodin

femur lesion - reassured by orthopaedic oncologist
dx LSMFT (? liposclerosing myxofibrous tumor)

depression - feeling better with benign diagnosis above
doing better w/u. Wellbutrin

erectile dysfunction - also contributing to depression
got prescription

quit smoking

hernia
c/o pain under R testicle
worse after sex

hip pain - L sided  only once
R sided labral tear

HTN - on Zestril

SH: did get disability
financially doing much better

Objective:

BP 136/88 P 92bpm  RR 12   Wt 283.5lbs  Height 6FT 3IN
looks like root of wisdom tooth - supposedly all removed

Current Medications:

VIAGRA 50MG TABLET / 1 tab po 1-2 h a intercourse
WELLBUTRIN SR 150MG TABLET / 1 tab po bid
VICODIN 5/500 TABLET / 1 tab po q 4 h prn
TRIAMCINOLONE 0.1% CREAM / apply bid
VIOXX 50MG TABLET / 1 tab po qd
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano
NYH # 228-41-47
12/11/02 14:04
Page# 2

IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd

Allergies:

Impression:
eruption of part of tooth
LSFT
HTN

Plan:
ORAL SURGERY CONSULT
ORTHOPEDIC CONSULT
FEMUR
TESTOSTERONE; FREE AND TOTAL

Discontinued: VIOXX-50MG TABLET / 1 tab po qd

Refilled: VICODIN 5/500 TABLET / 1 tab po q 4 h prn

New medication: IBUPROFEN 600MG TABLET / 1 tab po tid

RTC

Keith Roach, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Progress Note:  Steven Allano  /  April 7, 2003

CIMA/GMC Preoperative Evaluation
Requested by: Dr Alexiades (fax 212-439-6855)
Referring Physician's address/telephone #: fax to Lenox Hill 434 3358
Planned surgery: advectomy, arthroscopic
Surgery date: 4/10/03

HPI:  45 year old man with

PMH:
low back pain - on social security disability
taking Vioxx,  Vicodin; off ibuprofen (headaches)

bone lesion - reassured by orthopedic oncologist
dx LSMFT (? [somethings] myxofibrous tumor)

depression - feeling better with benign diagnosis above
doing better with Wellbutrin

erectile dysfunction - also contributing to depression
got prescription

quit smoking

hernia
c/o pain and/or R testicle
worse after sex

HTN - on Zestril

Coronary artery disease: none
Diabetes mellitus requiring therapy (other than diet): none
COPD: none
Asthma: none

PSH: hernia repair

Fhx: NC

Shx: living at home with wife
Work: on disability
Relationships:
Cigarette use: quit x 1 month
Alcohol: rare
Drugs: none

Health maintenance: up-to-date
Immunizations: up-to-date



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano
NYH # 228-41-47
04/07/03 11:15
Page# 2

Current Medications:

WELLBUTRIN SR 150MG TABLET / 1 tab po bid
VIAGRA 50mg TABLET / 1 tab po 1-2 h a intercourse
VICODIN 5/5tu TABLET / 1 tab po q 4 h prn
TRIAMCINOLONE 0.1% CREAM / apply bid
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20mG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd
Allergies:

Review of Systems:
Problems with anesthesia some difficulty last time with waking up after general anesthetic
Bleeding problems: none
Exercise:
Blocks walked before needing to rest: 1 block
Flights of steps climbed before needing to rest: 1
Reason for stopping: back pain, neuropathic pain in back/leg
Pulm: neg
Card: no chest discomfort
GI: neg
GU: neg

Objective:
healthy looking man in no distress
BP 130/HR? P 10.4 bpm    Wt 300 lbs  Height 6ft 3in
HEENT: PERRL, EOMI w/out nystagmus, discs flat B. no H/E.
OP,TM's and ones clr. no sinus tenderness.
Neck: no LN, no myomegaly/nodules, carotids 2+B, no limits.
Lungs and Chest: CTA and P. No axillary or SC LN.
Car: PMI nonenlarged. nondisplaced, RRR s1s2, no m/g/r.

Back: no spinous tenderness or scoliosis. No CVAT.
Abd: BS active, NT, ND, no HSM.
Rectal:
Lymphatics:  No axillary, supraclavicular, or inguinal LAN.
Ext: DP 2+ lt. no edema.
M/S:
Motor: Nomincal, Strength 5/5 B UE and LE, DTR's 2+ throughout.
Skin: No moles, or dysplastic nevi.
GU: testes NI, size no masses, no scrotal masses, no inguinal hernia B.

Data (as clinically indicated):
Chemistry battery:
Patient Name: ALFANO, STEVEN

CBC W/ DIFF + PLT
    WBC                     6.6              Thous/mcL    3.8-10.8

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH # 228-41-47

04/07/03 11:15

Page# 3

| | | | |
|---|---|---|---|
| RBC | 5.16 | Mill/mcL | 4.20-5.80 |
| HEMOGLOBIN | 15.3 | g/dL | 13.2-17.1 |
| HEMATOCRIT | 45.0 | % | 38.5-50.0 |
| MCV | 87.2 | fL | 80.0-100.0 |
| MCH | 29.6 | pg | 27.0-33.0 |
| MCHC | 33.9 | g/dL | 32.0-36.0 |
| RDW | 13.0 | % | 11.0-15.0 |
| PLATELET COUNT | 297 | Thous/mcL | 140-400 |
| MPV | 8.2 | % | 7.5-11.5 |
| TOTAL NEUTROPHILS.% | 66.9 | % | 38-80 |
| TOTAL LYMPHOCYTES.% | 24.2 | % | 15-49 |
| MONOCYTES.% | 6.8 | % | 0-13 |
| EOSINOPHILS.% | 1.8 | % | 0-8 |
| BASOPHILS.% | 0.3 | % | 0-2 |
| NEUTROPHILS.ABSOLUTE | 3753 | Cells/mcL | 1500-7800 |
| LYMPHOCYTES.ABSOLUTE | 2081 | Cells/mcL | 850-3900 |
| MONOCYTES.ABSOLUTE | 585 | Cells/mcL | 200-950 |
| EOSINOPHILS.ABSOLUTE | 155 | Cells/mcL | 15-550 |
| BASOPHILS.ABSOLUTE | 26 | Cells/mcL | 0-200 |
| DIFFERENTIAL | | | |

      No instrument differential was performed.

| | | | |
|---|---|---|---|
| COMP METABOLIC PANEL | | | |
| GLUCOSE.FASTING | | mg/dL | 65-109 |

      Glucose was performed on the gray-top tube that we received
      with your chem-screen order. If you have any questions or
      concerns, please call our client services department at
      800-631-1390.

| | | | |
|---|---|---|---|
| SODIUM | 142 | mmol/L | 135-146 |
| POTASSIUM | 4.6 | mmol/L | 3.5-5.3 |
| CHLORIDE | 103 | mmol/L | 98-110 |
| CARBON DI.OXIDE | 25 | mmol/L | 21-33 |
| UREA NITROGEN | 18 | mg/dL | 7-25 |
| CREATININE | 1.1 | mg/dL | 0.5-1.4 |
| BUN/CREATININE RATIO | 18.4 | | 6.0-25.0 |
| CALCIUM | 9.6 | mg/dL | 8.5-10.4 |
| PROTEIN, TOTAL | 7.5 | g/dL | 6.0-8.3 |
| ALBUMIN | 4.7 | g/dL | 3.5-4.9 |
| GLOBULIN,CALCULATED | 2.8 | g/dL | 2.2-4.2 |
| A/G RATIO | 1.7 | | 0.8-2.0 |
| BILIRUBIN,TOTAL | 0.63 | mg/dL | 0.20-1.50 |
| ALKALINE PHOSPHATASE | 113 | U/L | 20-125 |
| AST | 23 | U/L | 2-50 |
| ALT | 43 | U/L | 2-60 |
| PTT | 30.0 | Seconds | 22.0-34.0 |
| PROTHROMBIN TIME | | | |
| INR | 8.95 | Ratio | 0.90-1.10 |

      N. Anticoagulant, Normal     0.9 - 1.1
      Oral Anticoagulant, Standard Dose   2.0 - 3.0
      Oral Anticoagulant, High Dose    2.5 - 3.5

| | | | |
|---|---|---|---|
| URINALYSIS, COMPLETE | | | |
| COLOR | Dark Yellow | | Yellow |
| APPEARANCE | Clear | | Clear |
| GLUCOSE.QL | Negative | | Negative |
| BILIRUBIN | Negative | | Negative |
| KETONES | Negative | | Negative |
| SPECIFIC GRAVITY | 1.035 H | | 1.001-1.030 |

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER 

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH # 228-41-47

04/07/03 11:15

Page# 4

| | | | |
|---|---|---|---|
| BLOOD | Negative | | Negative |
| PH | 6.0 | | 5.0-8.0 |
| PROTEIN, TOTAL, UL | Trace | mg/dL | Negative |
| NITRITE | Negative | | Negative |
| LEUKOCYTE ESTERASE | Negative | | Negative |
| SQUAMOUS EPITHELIAL CELLS | None | /hpf | 0-5 |
| WBC | None | /hpf | 0-3 |
| BACTERIA | None | /hpf | None |
| RBC | None | /hpf | 0-2 |
| GLUCOSE | 46 | mg/dL | 65-125 |

The glucose reference range is based on a non-fasting state.

CBC:
PT/PTT:
ECG: annual
Chest X-ray, 2002 annual, not indicated today
Stress test: not indicated

Impression:
low risk for planned surgery
HTN - well controlled
back pain - OK on analgesics
ibuprofen d/c'd
hold aspirin surcmp today

Recommendations:
no medical contraindications to planned surgery

Keith Roach, MD

CLICNY 0832

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano

NYH # 228-41-47

04/07/03 11:41

Patient Name: ALFANO, STEVEN
History #: 228-4147
Accession #: 23446202
Soc Security: 057449648
Date of Birth: 01/34/58
   Sex: M
Ordered by:
Specimen Date: 04/07/2003 11:41
Report Date: 04/08/2003 04:05
   Status: Final

CBC W/ DIFF & PLT

| | | | |
|---|---|---|---|
| WBC | 8.6 | Thous/mcL | 3.8-10.8 |
| RBC | 5.16 | Mill/mcL | 4.20-5.80 |
| HEMOGLOBIN | 15.3 | g/dL | 13.2-17.1 |
| HEMATOCRIT | 45.0 | % | 38.5-50.0 |
| MCV | 87.2 | fL | 80.0-100.0 |
| MCH | 29.6 | pg | 27.0-33.0 |
| MCHC | 33.9 | g/dL | 32.0-36.0 |
| RDW | 13.0 | % | 11.0-15.0 |
| PLATELET COUNT | 297 | Thous/mcL | 140-400 |
| MPV | 8.2 | fL | 7.5-11.5 |
| TOTAL NEUTROPHILS.% | 66.9 | % | 38-80 |
| TOTAL LYMPHOCYTES.% | 20.2 | % | 15-49 |
| MONOCYTES.% | 6.8 | % | 0-13 |
| EOSINOPHILS.% | 1.8 | % | 0-8 |
| BASOPHILS.% | 0.3 | % | 0-2 |
| NEUTROPHILS.ABSOLUTE | 5753 | Cells/mcL | 1500-7800 |
| LYMPHOCYTES.ABSOLUTE | 2081 | Cells/mcL | 850-3900 |
| MONOCYTES.ABSOLUTE | 585 | Cells/mcL | 200-950 |
| EOSINOPHILS.ABSOLUTE | 155 | Cells/mcL | 15-550 |
| BASOPHILS.ABSOLUTE | 26 | Cells/mcL | 0-200 |

DIFFERENTIAL
   An instrument differential was performed.

COMP METABOLIC PANEL

| | | | |
|---|---|---|---|
| GLUCOSE.FASTING | | mg/dL | 65-109 |

   Glucose was performed on the gray-top tube that we received
   with your chemiscreen order. If you have any questions or
   concerns, please call our client services department at
   800-633-1390.

| | | | |
|---|---|---|---|
| SODIUM | 142 | mmol/L | 135-146 |
| POTASSIUM | 4.6 | mmol/L | 3.5-5.3 |
| CHLORIDE | 103 | mmol/L | 98-110 |
| CARBON DIOXIDE | 25 | mmol/L | 21-33 |
| UREA NITROGEN | 18 | mg/dL | 7-25 |
| CREATININE | 1.1 | mg/dL | 0.5-1.5 |
| BUN/CREATININE RATIO | 16.4 | | |
| CALCIUM | 9.6 | mg/dL | 8.5-10.9 |
| PROTEIN.TOTAL | 7.5 | g/dL | 6.0-8.3 |
| ALBUMIN | 4.7 | g/dL | 3.5-4.9 |
| GLOBULIN.CALCULATED | 2.8 | g/dL | 2.0-4.0 |
| A/G RATIO | 1.7 | | 0.8-2.0 |
| BILIRUBIN.TOTAL | 0.63 | mg/dL | 0.20-1.50 |
| ALKALINE PHOSPHATASE | 113 | U/L | 20-125 |
| AST | 23 | U/L | 2-50 |
| ALT | 23 | U/L | 2-60 |



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
04/07/03 11:41
Page# 2

```
PTT                       30.0      Seconds    22.0-34.0
PROTHROMBIN TIME
INR                       0.95      Ratio      0.90-1.10
        No Anticoagulant, Normal              0.9 - 1.1
        Oral Anticoagulant, Standard Dose     2.0 - 3.0
        Oral Anticoagulant, High Dose         2.5 - 3.5

URINALYSIS COMPLETE
COLOR                    Dark Yellow               Yellow
APPEARANCE               Clear                     Clear
GLUCOSE QL               Negative       mg/dL    Negative
BILIRUBIN                Negative                Negative
KETONES                  Negative       mg/dL    Negative
SPECIFIC GRAVITY             1.035 H             1.001-1.030
BLOOD                    Negative                Negative
PH                           6.0               5.0-8.0
PROTEIN TOTAL QL             Trace     mg/dL    Negative
NITRITE                  Negative                Negative
LEUKOCYTE ESTERASE       Negative                Negative
SQUAMOUS EPITHELIAL CELLS    None      /spf     0-5
WBC                      None          /hpf     0-3
BACTERIA                 None          /hpf     None
RBC                      None          /hpf     0-2
GLUCOSE                      96        mg/dL    65-125
```

The glucose reference range is based on a non-fasting state.





THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
05/01/03 11:23

Mt Sinai School Of Medicine

January 224th 2003

Dr. Dempsey S. Sprinfield, MD
Orthopaedic Surgeon
212-241-8343
fax # 212-534-6145

DX: LSMFT

Impression:
Left hip remains the same with an occasional discomfort. He has no limp and he functions well.
He has more difficulty with his right hip and has decided to have the labral tear repaired.

AP and lateral x-rays today show no change in the lesion in the proximal intertrochanteric and
subtrochanteric areas with radiolucencies and reradiodensities. I compared it to the one taken in
July.

ms

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano
NYH # 228-41-47
05/21/03 22:09

Progress Note: Steven Alfano  /  May 21, 2003

Subjective: 43 y or old man with skin tags
for removal

surgery for torn rotator went well

back pain - considering surgery
one problem at a time?

quit smoking

forms filled out

Objective:

BP 130/90 P 80 bpm  RR 12   Temp 99.1 F Wt 294 lbs  Height 6ft 3in   Pain usual
multiple skin tags

Current Medications:

WELLBUTRIN SR 150MG TABLET / 1 tab po bid
VIAGRA 50MG TABLET / 1 tab po 1-2 h a intercourse
VICODIN 5/500 TABLET / 1 tab po q 4 h prn
TRIAMCINOLONE 0.1% CREAM / apply bid
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MCGSPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd

Allergies:

Impression:

Plan:
removed with sterile scissors without lidocaine per pt request

discussed options for back pain

RTC 3 mo

Keith Roach, MD
Electronic Signature on File



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES



Steven Alfano
NYH # 228-41-47
09/22/03 10:01

Progress Note, Steven Alfano   /  September 22, 2003

Subjective: 43 year old man with
quit smoking

hog 4 lb

musculoskeletal
R hip - will see Alexandes
neck - C5 stenosis
shoulder - fixed!

sleep apnea

concera abuse CNS

skin tag

Objective:

BP 110/80 P 80 rpm  RR 12   Temp 98.2 F Wt 290lbs!  Height 6ft 3in
looks well
small, benign appearing skin tags

Current Medications:

WELLBUTRIN SR 150MG TABLET / 1 tab po bid
VIAGRA 50MG TABLET / 1 tab po 1-2 h a intercourse
VICODIN 5/500 TABLET / 1 tab po q 4 h prn
TRIAMCINOLONE 0.1% CREAM / apply bid
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd
OXYCONTIN 10MG TABLETS / 1 tab po q6 h

Allergies:

Impression:

Plan:
smoking - congratulations

hip pain - will do Dr Alexander

spinal stenosis - critical narcotics - pt to revisit more aggressive treatment
has lost weight



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Allano

NYH # 228-41-47

09/22/03 10:01

Page# 2

sleep apnea - no evidence end-organ damage, no daytime somnolence - no need for CPAP at this time

? CAD - as-chem. scan

RTC

Keith Reach, MD
Electronic Signature on file



CLICNY 0838



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
09/22/03 22:10

Patient Name: ALFANO, STEVEN
History #: 228-1147
Accession #: 70479879
Soc Security: 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
Date of Birth: 07/11/58
Sex: M
Ordered by: RYAN, KEITH
Specimen Date: 09/22/2003 22:10
Report Date: 09/23/2003 06.37
Status: Final

LIPID PANEL
| TRIGLYCERIDES | 130 | mg/dL | <150 |
| HDL CHOLESTEROL | 46 | mg/dL | >/=40 |
| CHOLESTEROL.TOTAL | 224 H | mg/dL | <200 |
| HDL CHOLESTEROL | 46 | mg/dL | >/=40 |
| CHOLESTEROL/HDL RATIO | 4.9 | | <5.0 |
| LDL CHOL, CALCULATED | 152 H | mg/dL | <130 |
| TRIGLYCERIDES | 130 | mg/dL | <150 |

COMP METABOLIC PANEL
| GLUCOSE | 69 | mg/dL | 65-125 |

The glucose reference range is based on a non-fasting state.
| SODIUM | 143 | mmol/L | 135-146 |
| POTASSIUM | 4.4 | mmol/L | 3.5-5.3 |
| CHLORIDE | 102 | mmol/L | 98-110 |
| CARBON DIOXIDE | 26 | mmol/L | 21-33 |
| UREA NITROGEN | 20 | mg/dL | 7-25 |
| CREATININE | 1.0 | mg/dL | 0.5-1.4 |
| BUN/CREATININE RATIO | 20.0 | | 6.0-25.0 |
| CALCIUM | 9.4 | mg/dL | 8.5-10.4 |
| PROTEIN,TOTAL | 7.4 | g/dL | 6.0-8.3 |
| ALBUMIN | 4.7 | g/dL | 3.5-4.9 |
| GLOBULIN,CALCULATED | 2.7 | g/dL | 2.2-4.2 |
| A/G RATIO | 1.7 | | 0.8-2.0 |
| BILIRUBIN,TOTAL | 0.66 | mg/dL | 0.20-1.50 |
| ALKALINE PHOSPHATASE | 118 | U/L | 20-125 |
| AST | 21 | U/L | 2-50 |
| ALT | 32 | U/L | 2-60 |

C-REACTIVE PROTEIN
| C-REACTIVE PROTEIN | 0.1 | mg/dL | <0.8 |





THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
01/22/04 15:42

Mt Sinai School of Medicine

IMPRESSION:

Mr. ALfano remains asymptomatic . X-rays show no change in the ledsion in his proximal femur.
We will follow him on and annual basis.

Dempsey S. Springfield, MD

ms

 

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER
CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
09/10/04 22:44

Progress Note: Steven Alfano  /  September 10, 2004

Subjective: 40 year old man with
lumbar spinal stenosis - also out of Oxycontin - did very poorly, now better

HTN - attributes high BP today to running out of meds

neck pain - currently complaining of neck pain/stiffness
R > L

Objective:

BP 140/100 P    wt 275 lbs  Height 6ft 5in
126/96 repeat
-upper shoulder/neck: B muscle tenderness R > L

Current Medications:

LISINOPRIL 20MG TABLET / 1 tab po qd
TRIAMCINOLONE 0.1% CREAM / apply bid
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migraine
ASPIRIN 81MG TABLET EC / 1 po qd
OXYCONTIN 40MG TABLETS / 1 tab po tid
ZESTRIL 20MG TABLET / 1 po qd

Allergies:

Impression:

Plan:
-neck pain: discussed problem of deciding whether to treat if identified
CERVICAL SPINE, 4 VIEWS

HTN - may need additional therapy
Discontinued: ZESTRIL 20MG TABLET / 1 po qd

RTC:

Keith Roach, M.D.
Electronic Signature on File



JUN. 14. 2005  3:32PM     NYPH

NO. 483    P. 1

Keith Roach, MD
Cornell Internal Medicine Associates
505 East 70th Street
New York, NY 10021
Tel: 212-746-2076  Fax: 212-746-5127
ksr2001@med.cornell.edu



New York
Presbyterian
Hospital

# Fax

| To: | Dr. Scott C. Taylor | From: | Dr. Roach |
|---|---|---|---|
| Fax: | 860-731-3211 | Pages: | 2 |
| Phone: | | Date: | 06/14/05 |
| Re: | Steven Alfano | cc: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

CONFIDENTIALITY NOTICE

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION, BELONGING
TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL
ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE,
COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY
PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO
ARRANGE FOR RETURN OF THESE DOCUMENTS.

CLICNY 0842

JUN. 14. 2005  3:32PM    NYPH                                    NO. 483    P. 2





Joan and Sanford I. Weill
Medical College

Keith W. Roach, M.D.

*Associate Professor of Clinical Medicine*
*Associate Professor of Public Health and Epidemiology*
*Program Director, Primary Care Residency Program*
*Cornell Internal Medicine Associates*
*Department of Medicine*

525 East 70th Street
Helmsley Tower, Suite 450
New York, NY 10021
Telephone: 212 746-2879
Fax: 212 746-4609

Dr Scott C. Taylor, D.O.                    June 14, 2005
Cigna Insurance
By fax 860-731-3211

Dear Dr Taylor:

I wanted to provide a summary of Mr Alfano's condition and my recommendations for
his future work, following our telephone conversation and the summary you sent me on
June 8, 2005.

Mr. Alfano has some residual functional capacity to do sedentary work. He is limited,
however, by his need for sitting, standing, and laying down ad lib frequently during the
day. I do not think Mr Alfano is capable of performing even sedentary work for more
than ½ hour at a time, nor for more than two hours total during the day. While it is
possible that he may improve his ability to do work, he unfortunately has not improved in
the last five years and it seems to be less likely that he will have significant improvement.
He continues to require daily narcotics, and frequent hot baths for pain control. The neck
and back are the primary problem; the LSMFT of the femur is not a disabling condition.

My recommendations are indeed based primarily on the history of Mr Alfano, but also on
my direct observation of his level of discomfort in a 20 to 30 minute office visit. I
continue to affirm the findings of the prior disability determinations.

Sincerely,

Keith W. Roach, M.D.

CLICNY 0843

**Message Confirmation Report**

JUN-10-2005 12:54 PM FRI

Fax Number : 9729521262
Name : CIGNA DALLAS

| | | |
|---|---|---|
| Name/Number | : | 9120526239D2----88595 |
| Page | : | 7 |
| Start Time | : | JUN-10-2005 12:52PM FRI |
| Elapsed Time | : | 01'33" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

*Facsimile Transmission Cover Sheet*

CIGNA Group Insurance
Life-Accident-Disability

| Transmit to FAX number 1-800-634-8532 | Date June 10, 2005 | Time 12:01 PM | Total number of pages Including this sheet 7 |
|---|---|---|---|

**To**

**From**

Name
Melissa Harrison

Company
Healthsouth

Phone
205-269-3902

Address

Name
Tiffany Brown

Department
Expert Resource

Phone
1-800-352-0611 *3002

Address
12225 Greenville Ave
Dallas, TX 75243

Claimant: Alford, Steven

1 Day FCE request please. Attached are the documents. Please contact me with any questions.

Please Rush

Please

Thank you,

Tiffany Brown

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The document acknowledging this facsimile transmission contains confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of the CIGNA Corporation. Insurance products are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America and Connecticut General Life Insurance Company.

| # 1 Acknowledgment Received | To Fax # note, file: |
|---|---|

CLICNY 0844

## *Facsimile Transmission Cover Sheet*



**CIGNA** Group Insurance
Life · Accident · Disability

| Transmit to FAX number | Date | Time | Total number of pages |
|---|---|---|---|
| 1-800-634-8532 | **June 10, 2005** | 12:48 PM | (including this sheet) 7 |

| To | | From |
|---|---|---|

**Name**
Melissa Harrison

**Company**
Healthsouth

**Phone**
205-262-3902

**Address**

**Name**
**Tiffany Brown**

**Department**
Expert Resource

**Phone**
1-800-352-0611 *1082

**Address**
12225 Greenville Ave
Dallas, TX 75243

---

Claimant: Alfano, Steven

---

1 Day FCE request please. Attached are the documents. Please contact me with any questions.

Please **Rush**

Please

Thank you,

*Tiffany Brown*

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

| [ ] Acknowledgment Requested | To Fax a reply, dial: |
|---|---|

## CIGNA REFERRAL FORM

**Underwriter:** ☐ Connecticut General Life    X CIGNA Life Insurance Company of New York

**Service Requested:** X 1-Day FCE    ☐ 2-Day FCE

**FCE Preference:** ☐ Own Occupation    X Any Occupation

Has the claimant been notified of the referral for a FCE? X Yes    ☐ No

| CLAIMANT INFORMATION | | | |
|---|---|---|---|
| Date Referred: June 9, 2005 | Claim #: 01-LTS | | |
| Last Name: Alfano | First Name: Steven | | |
| Claimant's Home Address: 3800 Waldo Drive, 13-G Bronx, NY 10463 | | | |
| Home Phone: 718-884-2067 | D.O.B.: 01/14/1958 | ☐ Female    X Male | |
| Most Recent Employer: Weill Medical College | Job Title: Wage and Salary Manager | | |

| REFERRAL SOURCE INFORMATION | | |
|---|---|---|
| Referral Source: Ginny Schmidt | Phone: 800-352-0611, ext. 7158 Fax 860-731-3244 | Office Location: Dallas, TX |
| Billing Contact/Case Manager: Mark Sodders | Phone: 800-352-0611, ext. 5693 Fax: 860-731-2907 | Office Location: Dallas, TX |

| INJURY INFORMATION | | |
|---|---|---|
| Attending Physician: Keith Roach, MD (IM) | Phone: 212-746-2879 Fax: 212-746-8127 | Address: 505 E. 70th Street/HT 450 NYC 10021 |
| Date of Disability: June 6, 2000 | Diagnosis: Lumbar Spinal Stenosis, Cervical DDD | |

SPECIAL INSTRUCTIONS/REFERRAL QUESTIONS:

9/11/00

CLICNY 0846

# FCE Referral Questions

Claimant Name: Steven Alfano

Case Manager: Mark Sodders                Date: June 9, 2005

CIGNA Group Insurance                     FCO location: _____

The Functional Capacity Evaluation has been requested to determine the following information or because of the following: (Please check all that are applicable.)

X  1. Please quantify physical and functional abilities to determine individual's capability to perform any occupation for an 8-hour day. Provide objective rationale if unable to perform a full 8-hour day.

☐  2. Can this individual safely return to his/her occupation? (Determine work ability based on: DOT and/or job description enclosed.)

☐  3. Does the functional level of the client match those of his/her own occupation, or are reasonable accommodations needed to return to work?

☐  4. If the client is unable to safely perform his/her own occupation, what are the limiting factors from performing the job in a safe manner?

☐  5. Can the individual return to work in a modified or light duty status?

X  6. Determine safe, permissible lifting abilities and general physical demand category.

X  7. Perform consistency of effort testing and correlate clinical versus functional presentation.

X  8. Did individual demonstrate maximal effort throughout testing, or were self limiting behaviors observed?

X  9. Provide a report of any discrepancy between the subjective complaints, objective findings, and observed behavior.

☐  10. Complicated case presentation involving multiple systems, i.e. fibromyalgia, RSD, chronic fatigue syndrome, myofascial syndrome, cancer, diabetes, etc.

☐  11. Provide treatment recommendations with objective rationale explaining purpose, goal and prognosis for improved functioning.

X  12. Do **not** provide treatment recommendations with report.

X  13. Provide written observations of the individual's physical appearance, timeliness, mode of transportation, and if anyone accompanied the individual to the evaluation.

X  14. Provide physical abilities or capabilities form with final report.

☐  15. Other Specific Instructions: _____

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

Steven Alfano
NYH # 228-41-47
01/22/04 15:42

45104

CORNELL INTERNAL MEDICINE ASSOCIATES

Mt Sinai School of Medicine

IMPRESSION:

Mr. ALfano remains asymptomatic . X-rays show no change in the ledsion in his proximal femur.
We will follow him on and annual basis.

Dempsey S. Sprinfield, MD

ms

CLICNY 0848

# THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

Steven Alfano
NYH # 228-41-47
09/10/04 22:44

45104

## CORNELL INTERNAL MEDICINE ASSOCIATES

Progress Note: Steven Alfano   /   September 10, 2004

Subjective:  46 year old man with
lumbar spinal stenosis - ran out of Oxycontin - did very poorly, now better

HTN - attributes high BP today to running out of meds

neck pain - currently complaining of neck pain/stiffness
R > L

Objective:

BP 140/100 P    Wt 275 lbs  Height 6ft 3in
126/96 repeat
upper shoulder/neck: B muscle tenderness R > L

Current Medications:

LISINOPRIL 20MG TABLET / 1 tab po qd
TRIAMCINOLONE 0.1% CREAM / apply bid
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd
OXYCONTIN 40MG TABLETS / 1 tab po tid
ZESTRIL 20MG TABLET / 1 po qd

Allergies:

Impression:

Plan:
neck pain: discussed problem of deciding whether to treat if identified
CERVICAL SPINE, 4 VIEWS

HTN - may need additional therapy
Discontinued: ZESTRIL 20MG TABLET / 1 po qd

RTC

Keith Roach, M.D.
Electronic Signature on File

ALEAGY. 30, 2004» 3:30PM41-4kV゚  NO. 779  : 6

09/14/04 107486 7701200  CERVICAL SPINE MINIMUM 4 VIEWS  Final
------------------------------------------------------------------------
Ordered:09/14/2004  Location: COMPRH CARE-HT4
Order time: 0929
                                   Name: ALFANO, STEVEN
                                   MRN:  (00000)002284147.
RADIOLOGY REPORT.                  Age: 46 YRS Sex: M DOB:01/14/58
                                   Admitting M.D.:ROACH, KEITH W DR. MD
EXAM DATE:   Accession #:          Exam Ordered:      Order M.D.
09/14/04     01-RA-04-107486       CSP 4 V    ROACH, KEITH W DR. MD
             FINDINGS:
Clinical History: Neck pain. Lumbar stenosis.
Technique: Frontal lateral and oblique views of the cervical spine. Five
views.
Comparison: None
Findings: Degenerative disk disease with disk space narrowing noted at
C6-C7 with uncal joint osteophyte formation and modic type
this level greater on the left than the right. Remainder of examination
is normal. Alignment is normal and there is no evidence of fracture or
dislocation. Regional soft tissues and osseous structures are normal.
             IMPRESSION:
Degenerative disk disease with disk space narrowing and
osteophyte formation at C6-C7. Left foraminal narrowing secondary to
uncal vertebral joint osteophyte formation.
DIAGNOSIS:
01RA04107486
 Study interpreted and report approved by: Robert D. Zimmerman M.D.
 Electronically signed Diagnostic Imaging Report
 14SEP200/ 14SEP2004/ RZ
 Exam start / Sign-off / Transcription initials.

CLICNY 0850

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

||||||||||||||||||||
45101

**CORNELL INTERNAL MEDICINE ASSOCIATES**

Steven Alfano
NYH # 228-41-47
05/01/03 11:23

Mt Sinai School Of Medicine

January 224th 2003

Dr. Dempsey S. Sprinfield, MD
Orthopaedic Surgeon

fax # 212-534-6143

DX: LSMFT

Impression:
Left hip remains the same with an occasional discomfort. He has no limp and he functions well.
He has more difficulty with his right hip and has decided to have the labral tear repaired.

AP and lateral x-rays today show no change in the lesion in the proximal intertrochanteric and
subtrochateric areas with radiolucencies and readiodensities. I compared it to the one taken in
July.

ms

CLICNY 0851

Mark Sodders
Claim Manager
CIGNA Disability Management Solutions



**CIGNA Group Insurance**
Life · Accident · Disability

June 8, 2005

Routing 212E
12225 Greenville Avenue
Suite 1000 LB 179
Dallas, TX 75243-9382
Telephone 800.352.0611 x5693
Facsimile 860.731.3707
Mark.Sodders@Cigna.com

Steven Alfano
3800 Waldo Avenue, 13-G
Bronx, NY 10463

Re:    Claimant:              Steven Alfano
       Policy Number:         NYK 1972
       Policy Holder:         Weill Medical College
       Underwriting Company:  CIGNA Life Insurance Company of New York

Dear Mr. Alfano:

This letter is in reference to the above-mentioned claim for long term disability benefits.

Please be advised that after a review of the medical information your physician submitted, we are in the process of scheduling a Functional Capacity Evaluation (FCE) for you. A representative from HealthSouth will be contacting you to discuss the date, time and place of the FCE. This exam will be at our expense.

Your policy through Weill Medical College does include a provision that allows us to send you for an exam as often as reasonably required.

Should you have any questions concerning this matter, please do not hesitate to contact this office.

Sincerely,

Mark Sodders

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

Acenza: Task

Page 1 of 2

📎 Task | 🔗 Contents | 📑 Notes (0/0)

## 🔲 Task: Claimant Contact

**Start Date:** 06/09/2005          **Due Date:**          06/17/2005

### ⚙ Details

| | | | | |
|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1956 |

**Account Name** WELL MEDICAL COLLEGE    **Account #** NYK00301972    **Incurred Date** 06/06/2000

**Claim Manager** Mark Sodders    **Incident #** 513554    **Claim Eff Dt-Status** 01/21/2003 - Active

Contact Information - Interview Documentation - Spouse Information

### Contact Information                                                    Top

**Title** FCE re-notification

☒ First Phone Call

**Result** Left Message - With Individual    **Date** 06/09/2005 12:49 PM    **User ID** Mark Sodders

☐ Second Phone Call

 **Result** _____    **Date** _____    **User ID** _____

☐ Generate Letter/Fax    **Date** _____    **User ID** _____

☐ Incoming Call    **Date** _____    **User ID** _____

☐ Mail Received    **Date** _____    **User ID** _____

**Contact Comments**

06/09/05 called cx at 718-884-2067 to inform of the FCE.  Cx stated his understanding
MDScodders  CH

### Interview Documentation                                                Top

Primary Diagnosis/Symptoms/Co-Morbid Conditions

Treating Physicians/Treatment Frequency/Current Treatment Plan/Hospitalization

CLICNY 0853

Acenza: Task

Page 2 of 2

Functionality/Job Duties/Set Expectations

**Spouse Information**

| First Name | MI | Last Name |
| --- | --- | --- |

SSN

Date of Birth

Is Spouse Employed?        If Employed

Date of Birth of Youngest Dependent

Other Income Benefits

**Comments**

06/09/05 called cx at 718-884-2067 to inform of the PCB. Cx stated his understanding
MSSodders    CM

| Last Changed User | Mark Sodders | Last Changed Date | 06/09/2005 02:07 PM |
| --- | --- | --- | --- |

**Active Contents**

| Type | Due Date | Created By | Assigned To | Title |
| --- | --- | --- | --- | --- |
| LTD | 06/06/2000 | Mark Sodders | Mark Sodders | ALFANO,STEVEN - 099449648 - 01/140358 |

Status: **Completed**    Assigned To: **Mark Sodders**

Created: 06/09/2005 01:55 PM

CLICNY 0854

Alfano, Steven    Case Manager:    Mark Sodders

**SYNOPSIS:** 6/3/05 Title: Wage & Salary Mgr.  Work Demands: Any Occupation.  Diagnosis: Lumbar spinal stenosis; cervical DDD.  Incur Date: 6/6/2000.

PAA said sedentary. TSA showed transferrable skills for 4 occupations. TSA info sent to Dr but he never answered CM so FCE was ordered. Then Dr changed mind & said Cx could not do any of the 4 occupations found. Says Cx can only work if sits w/o frequent standing, & can lay down as needed & ice. Had hip arthroscopy 4/16/03. No ortho notes since 5/03. Last internal med notes 1/22/04, however DQ says seen 7/20/04. Agree w/ D2D since to information to support L&Rs.

**RECORD REVIEW:**
Medical records reviewed include but are not limited to:
- Lumbar MRI, 6/9/2000 – moderate to severe L5-S1 spondylosis w/ impingement L L5 nerve root.
- Progress notes, Dr Keith Roach (internal Medicine), 1/18/02 – here for pre-operative evaluation from IM standpoint because to have arthroscopic shoulder surgery. Has had previous rotator cuff repair. PMH severe L5-S1 spinal stenosis. BP 140/104. Impression low risk for planned surgery.
- Operative report, Michael Alexiades (orthopedist), 1/28/02 – Right shoulder arthroscopy w/ subacromial decompression, distal claviculectomy, bursectomy, & lysis of subacromial adhesions.
- MRI R Hip, 5/23/02 – superficial cartilage loss over R joint, acetabular dysplasia, torn hyperplastic degenerated anterior acetabular labrum.
- Progress notes, Dr Roach, 6/11/02 – here for pre-operative evaluation from IM standpoint because to have hip surgery. Old benign tumor of femur compatible w/ chondral lesion. BP 124/84. Still has moderate impingement in shoulder. Impression low risk for planned surgery.
- Operative report, Michael Alexiades (orthopedist), 6/13/02 – Left shoulder arthroscopy w/ subacromial decompression & AC joint resection.
- Progress notes, Dr Roach, 9/27/02 – BP 130/90. Using Vicodin prn. No change in tx.
- IME, Dr David Trotter (orthopedist), 12/10/02 – support unable to work normal occupation from 12/3/200 until present.
- Operative report, Dr Alexiades), 4/16/03 –R hip athroplasty & labrectomy. Cx had inverted labral tear. Anterior & posterior labrum removed in entirety.
- Progress notes, Dr Roach, 5/21/03 – surgery for hip went well. Considering surgery for back. BP 130/90.
- Progress notes, Dr Roach, 9/22/03 – BP 110/80. Given Oxycontin for C5 stenosis.
- Progress notes, Dr Dempsey Sprinfield (internal Medicine), 1/22/04 – remains asymptomatic. No change in proximal femur lesion. RTC 1 year.
- Progress notes, Dr Roach, 9/10/04 – ran out of OxyContin. BP 140/100, 326/96. c/o neck pain & stiffness. Using Lisinopril & Zestril. d/c Zestril. Get x-rays of neck.
- Cervical X-rays, 9/14/04 – DDD with space narrowing & osteophytes at C6-7. L foraminal narrowing secondary to osteophyte formation.
- Physical Ability Assessment form, Dr. Roach, 10/20/04 – Occasional sitting, standing, walking, lift/carry up to 10 pounds, push/pull up to 10 pounds, climbing.
- Supplementary Claim Disability Benefits Form, Dr Roach, 11/30/04 – Class 5 Physical limitations; incapable of sedentary activity.
- Transferable Skills Analysis, 12/2/04 – used PAA as basis. Several jobs found.
- Letter from Dr Roach, 4/19/05 – Cx's disability is not able to sit for prolonged periods of time. Unable to sit without frequent positional changes including standing and laying down. He must also be able to ice back.

**PROVIDER ATTEMPTS:**

CLICNY 0855

6/6/05 12:50 CST. 1ˢᵗ call to Dr Keith Roach (Internal Medicine) at 212-746-9663, Carmen says Dr not back in office until 6/7/05. Message left with Carmen for Dr to return call within 24 hours to 800#, extension given. 6/7/05 15:20 CST. 2nd call to Dr Roach, Carmen says Dr is in office. She paged but Dr did not answer. Message left with Carmen for Dr to return call within 24 hours to 800#, extension given. 6/8/05 07:20 CST. Listened to VM message from Dr Roach from 15:37 CST, 6/7/05. Will be available 6/8/05. Call 212-746-2879. 6/8/05 12:15 CST. 3rd call to Dr Roach at 212-746-2879. Number busy. Attempted call to 212-746-9663. Was also busy. 6/8/05 14:55 CST. Another call to Dr Roach at 212-746-2879. Carmen says Dr currently w/ a patient. Message left with Carmen for Dr to return call within 24 hours to 800#, extension given. 6/8/05 15:05 CST. Dr Roach called. Says the difference between the PAA & letter was due to misinterpretation of what the form meant. Dr says that over an entire work day the claimant could probably work 3-4 hours collectively, however could not sit continuously more than 30 minutes at a time and then change to some other activity like standing, walking, etc. He also says that the claimant would have to be able to periodically lay down to take downward pressure off the back at least 15 minutes, 3-4X per day. Dr says the L&Rs are principally based upon what the claimant tells him, however some is based upon what the Dr has observed during exams. Dr says claimant has difficulty sitting continuously during an office visit & he has observed claimant changing body positions, standing, etc during visits. Dr says the limiting condition is the back. The hip is not impairing. Dr said that if claimant returns to work, there needs to be a gradual transition. Dr recommends should be limited to no more than 4 hours total work time then increased as tolerated. Dr said that in his opinion there is no reason an FCE could not be done & he felt it would give more specific functionality guidelines.

ASSESSMENT: Based upon the medical data available at the time of the review, which includes speaking with the attending internist, the L&Rs of no sitting for prolonged periods of time and the requirement that claimant be allowed frequent positional changes including standing and laying down along with ability to apply ice to the back are not supported as evidenced by absence of clinically measurable tests or documented abnormalities in strength or ROM testing. Clinically measurable tests like an FCE might be helpful in determining functional capacities. Scott C. Taylor, DO

Scott C. Taylor, DO, FAOC
Medical Director
Disability Management Solutions

CIGNA Group Insurance

⊞Group Insurance
Life · Accident · Disability

June 8, 2005

12225 Greenville Avenue
Suite 655
Dallas, Texas 75243
Telephone 800-352-0611, ext
7112
scott.taylor2@cigna.com

Keith Roach, MD
Fax: 212-746-8127
Re: Steven Alfano

Dr. Roach,

Thank you for speaking with me about Mr. Steven Alfano. This letter includes a summary of our telephone conversation in the paragraph below. I appreciate your time and help in this matter.

Telephone Conversation
"6/8/05 15:05 CST. Dr Roach called. Dr indicates that the difference between the FAA & letter was due to misinterpretation of what the form meant. He indicates that overall an entire work day the claimant could probably work 3-4 hours collectively, however he could not sit continuously more than 30 minutes at a time and then change to some other activity like standing, walking, etc. He also says that the claimant would have to be able to periodically lay down to take downward pressure off the back at least 15 minutes, 3-4X per day. He says that the L&Rs are principally based upon what the claimant tells him, however some is based upon what the Dr has observed during exams. Dr says claimant has difficulty sitting continuously during an office visit & he has observed claimant changing body positions, standing, etc during visits. Dr says the limiting condition is the back. The hip is not impairing. Dr also said that if claimant returns to work, there needs to be a gradual transition. Dr recommends should be limited to no more than 4 hours total work time then increased as tolerated. Dr said that in his opinion an FCE there is no reason an FCE could not be done & he felt it would give more specific functionality guidelines."

If you agree with my summary, please sign the letter below. If I have not captured our conversation accurately, please amend the letter to reflect your understanding of our conversation and sign it. Please fax this letter back to me at 860-731-3211 at your earliest convenience. If I do not receive a return fax of this letter within 7 days, I will assume you are in essential agreement with the contents of the telephone conversation above. Thank you again for the time to speak with me concerning the basis for the restrictions you recommended on Mr. Steven Alfano.

Sincerely,

Scott C. Taylor, DO, FAOCOPM
Diplomate, American Osteopathic Board of Preventive Medicine In Occupational Medicine

I am in agreement with the above brief summary of the telephone conversation with Dr. Taylor on June 8, 2005.

_____            _____
Keith Roach, MD                          Date



06/09/05  08:24 FAX 972 582 7820        INTEGRATEDCARE                    ☒001

```
                              ********************
                        ***   TX REPORT    ***
                        ********************

            TRANSMISSION OK

            TX/RX NO           4638
            CONNECTION TEL     912127488127p79156
            SUBADDRESS
            CONNECTION ID
            ST. TIME           06/09 08:23
            USAGE T            00'53
            PGS. SENT          2
            RESULT             OK
```

## *Facsimile Transmission Cover Sheet*

**CIGNA** Group Insurance
Life · Accident · Disability

| Transmit to FAX number | Date | Time | Total number of pages |
| --- | --- | --- | --- |
| 212-746-8127 | June 9, 2005 | 8:19 AM | (including this sheet) : 2 |

| To | From |
| --- | --- |
| Name<br>Keith Roach, MD | Name<br>Scott C. Taylor, DO  |
| Company | Department |
| Phone | Phone<br>800-352-0611, ext 7112 |
| Address | Address<br>Routing 212<br>12225 Greenville Avenue<br>Suite 655<br>Dallas, Texas 75243 |

Comments

Please return signed copy of agreement with summary and if necessary any additions or deletions you feel
are necessary.

CLICNY 0858

*Facsimile Transmission Cover Sheet*



**CIGNA Group Insurance**
Life - Accident - Disability

| Transmit to FAX number 212-746-8127 | Date June 9, 2005 | Time 8:19 AM | Total number of pages (including this sheet): 2 |
|---|---|---|---|

| To | From |
|---|---|

| Name Keith Roach, MD | Name Scott C. Taylor, DO |
| Company | Department |
| Phone | Phone 800-352-0611, ext 7112 |
| Address | Address Routing 212 12225 Greenville Avenue Suite 655 Dallas, Texas 75243 |

Comments

Please return signed copy of agreement with summary and if necessary any additions or deletions you feel are necessary.

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

[ ] Acknowledgment Requested                  To Fax a reply, dial : 860-731-3211

CLICNY 0859

Acenza: Task

Task | Contents | Notes (0/0)

Re-route

## Task: Internal Resource Response

**Start Date:** 06/01/2005          **Due Date:**          06/10/2005

Details

**Name** STEVEN ALFANO          **SSN** 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    **DOB** 01/14/1958

**Account Name** WEILL MEDICAL COLLEGE    **Account #** NYK0G01972    **Incurred Date** 06/06/2000

**Claim Manager** Mark Sadders          **Incident #** 513554          **Claim Eff Dt-Status** 01/21/2003 - Active

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.), Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

**Referral Type** Medical

**Role** Associate Medical Director          **Name** Scott Taylor          ☐ New Nurse/VRC of Record

**Check all that apply for Medical or Vocational**
☐ Symptoms insufficient to support diagnosis
☐ Treatment plan and/or provider specialty is not consistent with Claimant's Diagnosis
☐ Occupational requirements assessment is needed
☐ Determine Functional Capacity
☐ Projected return to work date is unclear or undetermined
☐ Return to Work Assistance
☐ Internal Transferable Skills Assessment
☐ Claim Complexity Changed
☒ Other          Specify Other          contact AP

**Comments**
From 04/27/05 staffing with AMD. As AP provided W/R's for the DOT's found, and then stated cx unable to perform those DOT's. AMD to contact AP to discuss this alleged reversal. Updated 05 from 08/01/04 through present obtained.
Dr. Roach's number is 212-746-8127.
kDesadders  CN

**Title**

**Referral Accepted Comments**          **Date**

CLICNY 0860

Acenza: Task

Page 2 of 2

Investigation Result

**Active Contents**

| Type | Due Date | Created By | Assigned To | Title |
|------|----------|-----------|-------------|-------|
| LTD | 06/05/2001 | Scott Taylor | Mark Sodders | ALFANO,STEVEN - 099449648 - 01/24/1958 |

Created: 5/6/01/2005 11:25 AM

Status: New    Assigned To: Scott Taylor

CLICNY 0861

Acenza: Task

Page 1 of 3

## Task: Claim Strategy

| | | | | |
|---|---|---|---|---|
| Start Date: | 04/28/2005 | Due Date: | | 05/06/2005 |

**Details**

| | | | | |
|---|---|---|---|---|
| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
| Account Name | WEILL MEDICAL COLLEGE | Account # | NYKG001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Scidders | Incident # | 513554 | Claim Eff Dt-Status | 01/21/2003 - Active |

Update Rationale - Claim Status Information - Duration Information - Strategy Documentation

**Update Rationale**

| | |
|---|---|
| Title | AMD Staffing |
| Update Rationale | Other New Information |

**For Walk-up and Nurse Interaction Only**

| | |
|---|---|
| Role | Name |

**For Staffings Only - Indicate Resources Present (check all that apply)**

☒ AMD
☐ NCM
☐ VRC
☐ CBH Specialist
☐ On-Site Psych
☐ Network Orthopedist

**Claim Status Information**

| | |
|---|---|
| Status | Active |
| Status Reason | Own Occ - Receiving Payments |
| Reopened Reason | |
| Second Eye Review | |

CLICNY 0862

Acenza: Task

Required

☐ Second Eye Review
Complete

Date

UserID

Comments

04/27/05 staffed claim with AMD. As AP provided L/R's for the DOT's found, and then
states ex unable to perform those DOT's, AMD to contact AP to discuss this alleged
reversal, after CM obtains updated O/N from 08/01/04 through present.
Kitsodders  CM

tas

Duration Information

Part Time                    Full Time                    Red Flag

☐ Does Not Exist

Provider's
Estimated
RTW Date                     Days

ERD                          ERD Reason

Primary ICD Code  72252      Primary ICD      LUMB/LUMBOSAC DISC DEGEN
                             Description

tas

Strategy Documentation

Level of Functional
Capacity

Restrictions & Limitations

Subjective / Objective Findings / Treatment

Outstanding Issues and Follow-up Dates

Strategy

CLICNY 0863

-16-2005 13:04 From:    To:1212 746 8127    P.1

# *Facsimile Transmission Cover Sheet*

## 2nd Request

May 16, 2005 TS
2:05 p.m



**CIGNA Group Insurance**
Life · Accident · Disability

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet):4 |
|---|---|---|---|
| 212-746-8127 | April 28, 2005 | 1:00 p.m. | |

| Name | Name |
|---|---|
| Dr. Roach | Mark Sodders |
| **Company** | **Department** |
| | CIGNA Disability Management Solutions |
| **Phone** | **Phone** |
| 212-746-2879 | 1.800.352.0611 Extension 5693 |
| **Address** | **Address** |
| | 12225 Greenville Avenue |
| | Suite 1000, LB 170 |
| | Dallas Texas 75243 |

**Comments:**

| RE: | Steven Alfano |
|---|---|
| DOB: | 01/34/1958 |
| Policyholder: | Weill Medical College  NYK 1972 |
| Underwriting Company: | CIGNA Life Insurance Company of New York |

In order to evaluate your patient's eligibility for Long Term Disability benefits (e.g. lost wage income) we are in need of the following information:

- **Copies of your progress notes, including diagnostic test and lab results, from 8/1/04 to the present.**

We ask that you kindly respond by **5/11/05** to avoid any delay in your patient's claim for lost wages.

Naturally, we will consider a reasonable charge for this medical information. Please include your **tax identification number**. If this request requires a pre-payment, please call me at the phone number above or fax (860.731.2907) a fee request to my attention.

Sincerely,

Mark Sodders

## 2nd Request
May 16, 2005 TS
2:05 p.m.

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error please immediately notify the sender by telephone at the number above. This document accompanying this facsimile transmission contains confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your cooperation.*

[ ] Acknowledgement of question

MAY-16-2005 13:04 From:                                    To:1212 746 8127    P.2

NOV. 30 2004  3:30PM                                              NO. 279    P. 5

## DISCLOSURE AUTHORIZATION

Claimant's Name (Please Print):  Steven Aisano

I AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, pharmacy, employe assistance plan, insurance company, health maintenance organization or similar entity to provide access to or to give the company named below (Company) or the Plan Administrator or their employees and authorized agents or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: cause, treatment, diagnoses, prognoses, consultations, examinations, tests, prescriptions, or advice regarding my physical or mental condition, or other information concerning me. This may also include, but is not limited to, information concerning: mental illness, psychiatric, drug or alcohol use and any disability, and also HIV related testing, infection, illness, and AIDS (Acquired Immune Deficiency Syndrome), as well as communicable diseases and genetic testing. If my plan administrator sponsors both a disability plan underwritten or administered by Company and a medical plan of any type written by another CIGNA company, the information and records described in this form may also be given to any CIGNA Company which administers such medical or disability benefits for the purpose of evaluating any claim that may be submitted by me or on my behalf for benefits, for evaluating return to employment opportunities, and for administering any feature described in the plan. This information may also be extracted for use in audits or for statistical purposes.

I AUTHORIZE: any financial institution, accountant, tax preparer, insurance company or reinsurer, consumer reporting agency, insurance support organization, Claimant's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the Company or the Plan Administrator or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, earnings or finances, applications for insurance coverage, prior claim files and claim history, work history and work related activities.

I UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used to determine eligibility for claim benefits, any amounts payable, return to employment opportunities, and to administer any other feature described in the plan with respect to the Claimant. This authorization shall remain valid and apply to all records, information and events that occur over the duration of the claim, but not to exceed 24 months. A photocopy of this form is as valid as the original and I or my authorized representative may request one. I or my representative may revoke this authorization at any time as it applies to future disclosures by writing the Company. The information obtained will not be disclosed to anyone EXCEPT: a) reinsuring companies; b) the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c) fraud or business/large detection bureaus; d) anyone performing business, medical or legal functions with respect to the claim of the plan, including any entity providing assistance to the Company under its Social Security Assistance Program and employers involved in return to employment discussions; e) for audit or statistical purposes; f) as may be required or permitted by law; g) as I may further authorize. A valid authorization or court order for information does not waive other privacy rights.

If my medical information contains information regarding drug or alcohol abuse, I understand that my records may be protected under federal (42 CFR Part 2) and some state laws. To the extent permitted under law, I can ask the party that disclosed information to the Company to permit me to inspect and copy the information it disclosed. I understand that I can refuse to sign this disclosure authorization; however, if I do so, Company may deny my claim for benefits pursuant to the plan. The use and further disclosure of information disclosed hereunder may not be subject to the Health Insurance Portability and Accountability Act (HIPAA).

Signature of Claimant or
Claimant's Authorized Representative: _____   Date: 11/4/04

Relationship,
if other than Claimant: _____   Claimant's Social Security Number: 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

Company Name: CIGNA Life Insurance Company of New York

## PROHIBITION ON RE-DISCLOSURE

If the medical information contains information regarding drug or alcohol abuse, it may be protected under federal law. Federal regulations (42 CFR Part 2) prohibit any person or entity who receives such protected information from the Company from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of such protected information to criminally investigate or prosecute any alcohol or drug abuse patient.

Page 4 of 5

# PATIENT INFORMATION SHEET

Steven Alfano
3800 Waldo Ave #13G
Bronx, NY 10463
HOME
718-884-2067
OFFICE
(212)746-1038

**EMERGENCY CONTACT**
NAME  Eva Alfano
PHONE  718-884-2067

| SOC SEC | HOSP # | SEX | DATE OF BIRTH | PLACE OF BIRTH | MARITAL STATUS |
|---|---|---|---|---|---|
| | | | | | M | W | D | S |
| 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 | 228-41-47 | M | 01/14/1958 | | X | | | |

SPOUSE'S NAME: Eva Alfano
MOTHER'S NAME: 
FATHER'S NAME:

INS. CO. NAME (Primary)
United HealthCare  (Employee)

INS. CO. NAME (Secondary)
Medicare

| PLAN # | GROUP # | PLAN # | GROUP # |
|---|---|---|---|
| 963376884 | | 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-A | |

**DIAGNOSIS**

ICD 722.4  CERVICAL DISC DEGEN(OS/31/04-09/03/04)
ICD 780.99  NERVOUSNESS(04/01, 6TM 1)(CD09/10/04-09/10/04)
ICD 760.64  SLEEP APNEA I4(CD/03/26/2003-02/2003)
ICD V70.8  GENERAL MEDICAL EXAM(4(CD02/20/03-02/22/03)
ICD 782.1  NONSPECIF SKIN ERUPT N(CD03/21/03-03/21/03)
ICD 842.9  SPRAIN NP THIGH N(CD04/01/03-04/01/03)
ICD 607.84  IMPOTENCE, ORGANIC ORIG(03/21/02-03/21/02)
ICD 520.9  TOOTH DEVELDISRUP DIS N(CD12/14/02-12/14/02)
ICD 311,  DEPRESSIVE DISORDER N(CD12/09/02-12/09/02)
ICD 212.7  BGN NEO LONG BONES LEG(05/13/02-12/11/02)
ICD V72.84  PREOP EXAMINATION N(CD10/14/02-04/07/02)
ICD 724.02  SPINAL STENOSIS-LUMBAR(09/00/00-05/10/04)
ICD 724.00  SPINAL STENOSIS N(CD06/10/00-05/22/03)
ICD 600.  HYPERPLASIA OF PROSTATE(04/10/00-03/11/04)
ICD 535.00  GASTRITIS N(CD05/09/99-04/04/02)
ICD 535.50  GASTRITIS/DUODENITIS N(CD04/04/99-03/13/00)
ICD 735.9  ACQ DEFORMITY OF TOE N(CD04/04/99-04/03/99)
ICD 681.9  CELLULITIS OF DIGIT N(CD02/23/99-02/23/99)
ICD 716.84  ARTHROPATHY NEC-HAND N(CD12/18/99-02/18/99)
ICD 346.90  CLSSC MIGRAINE/NOT INTRC(09/14/98-01/14/02)
ICD 490.  BRONCHITIS NOS N(04/16/98-16/23/98)
ICD 784.0  HEADACHE(02/06/98-02/05/98)
ICD 278.00  OBESITY N(CD04/00/07-10/23/03)
ICD 820.21  LATE EFF MOTOR VEHIC ACC(06/00/97-06/00/97)
ICD 305.1x  TOBACCO ADJUST-CONTROU(12/04/97-12/04/97)
ICD 726.19  ROTATOR CUFF DIS N(CD04/02/97-04/11/02)
ICD 478.9  UPPER RESP DIS NEC N(CD02/18/97-02/18/97)
ICD 346.9  CLASSICAL MIGRAINE(10/04/96-10/04/96)
ICD 401.9  HYPERTENSION NOS(10/01/96-03/04/06)
ICD 726.17  TRAUM ARTHROPTHY-ANKLE(04/30/96-05/20/96)
ICD 727.41  GANGLION OF JOINT(01/30/96-11/30)
ICD 462.  ACUTE PHARYNGITIS(11/01/95-11/01/95)
ICD 278.0  OBESITY(01/31/95-01/30/96)
ICD 401.  ESSENTIAL HYPERTENSION(02/23/93-02/23/93)
ICD 686.9  LOCAL SKIN INFECTION NOS(27/31/95-04/27/93)
ICD 079.99  VIRAL INFECTION NOS(12/31/89-12/21/99)

**MEDICATION**

OXYCONTIN 80MG TABLETS / 1 tab po qid
LISINOPRIL 20MG TABLET / 1 tab po qd
TRIAMCINOLONE 0.1% CREAM / apply bid
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasaly prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd
VIOXX 60MG TABLET / 1 tab po qd

ALLERGIES

# THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

Steven Alfano
NYH # 228-41-47
01/22/04 15:42

45104

## CORNELL INTERNAL MEDICINE ASSOCIATES

Mt Sinai School of Medicine

IMPRESSION:

Mr. ALfano remains asymptomatic . X-rays show no change in the ledsion in his proximal femur.
We will follow him on and annual basis.

Dempsey S. Sprinfield, MD

ms