## What has been Paid

**From:** 12/03/04 **Through:** [illegible] **# of Months:** [illegible]

| | |
|---|---|
| Gross Benefit | $4,155.32 |
| Other Benefits: | $1,510.00 |
| | $775.00 |
| Tax Year: 2004 | |
| Net Benefit | $1,868.32 |
| - FICA | $0.00 |
| - FIT | $0.00 |
| Payment Amount: | $2,607.54 |

(1925.00 for 28 days + 141.69 for COLA Adj)
(2063.41/30*28) (2179.32/30*2)

| Totals this period: | |
|---|---|
| X # of Months: | $1,868.32 |
| | $0.00 |
| | $0.00 |
| | $1,867.55 |

**From:** 01/03/05 **Through:** 02/02/05 **# of Months:** [illegible]

| | |
|---|---|
| Gross Benefit | $4,155.32 |
| Other Benefits: | $3,510.00 |
| | $775.00 |
| Tax Year: 2005 | |
| Net Benefit | $1,868.32 |
| - FICA | $0.00 |
| - FIT | $0.00 |
| Payment Amount: | $2,125.37 3% COLA Adj |

| Totals this period: | |
|---|---|
| X # of Months: | $1,868.32 |
| | $0.00 |
| | $0.00 |
| | $2,125.37 |

**From:** **Through:** **# of Months:**

| | |
|---|---|
| Gross Benefit | |
| Other Benefits: | |
| Tax Year: | |
| Net Benefit | $0.00 |
| - FICA | |
| - FIT | |
| Payment Amount: | $0.00 |

| Totals this period: | |
|---|---|
| X # of Months: | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |

**From:** **Through:** **# of Months:**

| | |
|---|---|
| Gross Benefit | |
| Other Benefits: | |
| Tax Year: | |
| Net Benefit | $0.00 |
| - FICA | |
| - FIT | |
| Payment Amount: | $0.00 |

| Totals this period: | |
|---|---|
| X # of Months: | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |

**From:** **Through:** **# of Months:**

| | |
|---|---|
| Gross Benefit | |
| Other Benefits: | |
| Tax Year: | |
| Net Benefit | $0.00 |
| - FICA | |
| - FIT | |
| Payment Amount: | $0.00 |

| Totals this period: | |
|---|---|
| X # of Months: | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |

**From:** 12/03/06 **Through:** 01/02/07 **# of Months:** [illegible]

| | |
|---|---|
| Gross Benefit | $4,155.32 |
| Other Benefits: | $3,510.00 SSDI Primary |
| | $1,053.00 SSDI Dependent |
| | $260.44 STD 3 Days |
| Tax Year: 2006 | |
| Net Benefit | $1,534.85 |
| - FICA | $0.00 |
| - FIT | $0.00 |
| Payment Amount: | $1,525.53 |

| Totals this period: | |
|---|---|
| X # of Months: | $4,588.83 |
| | $0.00 |
| | $0.00 |
| | $5,308.81 |

## Corrected Payments

**From:** 12/03/04 **Through:** 01/02/05 **# of Months:** 1

| | |
|---|---|
| Gross Benefit | $4,155.32 |
| Other Benefits: | $1,510.00 |
| | $775.00 |
| Tax Year: 2004 | |
| Net Benefit | $1,850.32 |
| - FICA | $0.00 |
| - FIT | $0.00 |
| Payment Amount: | $2,007.55 |

(1726.86 for 28 days + 141.69 for COLA Adj)
(2063.41/30*28) (2179.32/30*2)

| Totals this period: | |
|---|---|
| X # of Months: | $1,850.32 |
| | $0.00 |
| | $0.00 |
| | $2,007.55 |

**From:** 01/03/05 **Through:** 02/02/05 **# of Months:** 1

| | |
|---|---|
| Gross Benefit | $4,155.32 |
| Other Benefits: | $3,510.00 |
| | $775.00 |
| Tax Year: 2005 | |
| Net Benefit | $1,868.32 |
| - FICA | $0.00 |
| - FIT | $0.00 |
| Payment Amount: | $2,125.37 3% COLA Adj |

| Totals this period: | |
|---|---|
| X # of Months: | $1,868.32 |
| | $0.00 |
| | $0.00 |
| | $2,125.37 |

**From:** **Through:** **# of Months:**

| | |
|---|---|
| Gross Benefit | |
| Other Benefits: | |
| Tax Year: | |
| Net Benefit | $0.00 |
| - FICA | |
| - FIT | |
| Payment Amount: | $0.00 |

| Totals this period: | |
|---|---|
| X # of Months: | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |

**From:** **Through:** **# of Months:**

| | |
|---|---|
| Gross Benefit | |
| Other Benefits: | |
| Tax Year: | |
| Net Benefit | $0.00 |
| - FICA | |
| - FIT | |
| Payment Amount: | $0.00 |

| Totals this period: | |
|---|---|
| X # of Months: | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |

**From:** **Through:** **# of Months:**

| | |
|---|---|
| Gross Benefit | |
| Other Benefits: | |
| Tax Year: | |
| Net Benefit | $0.00 |
| - FICA | |
| - FIT | |
| Payment Amount: | $0.00 |

| Totals this period: | |
|---|---|
| X # of Months: | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |

**From:** 12/03/06 **Through:** 01/02/07 **# of Months:** 1

| | |
|---|---|
| Gross Benefit | $4,155.32 |
| Other Benefits: | $1,800.55 SSDI Primary Original Amount thru 12/31/06 |
| | $540.27 SSDI Dependent Original Amount thru 12/31 |
| | $100.17 SSDI Primary Adjusted Amount thru 01/02/07 |
| | $30.35 SSDI Dependent Adjusted Amount thru 01/02 |
| | $260.44 STD for 3 Days |
| Tax Year: 2006 | |
| Net Benefit | $1,692.52 |
| - FICA | $0.00 |
| - FIT | $0.00 |
| Payment Amount: | $1,692.52 |

| Totals this period: | |
|---|---|
| X # of Months: | $1,692.52 |
| | $0.00 |
| | $0.00 |
| | $1,692.52 |

## Totals

| Totals | | | Totals | | |
|---|---|---|---|---|---|
| | Benefits Paid | $82,447.02 | | Corrected Benefits | $78,040.60 |
| | FICA Withheld | $0.00 | | Corrected FICA | $0.00 |
| | FIT Withheld | $0.00 | | Corrected FIT | $0.00 |
| | Total of all payments: | $82,567.85 | | Total of Corrected Payments: | $78,062.48 |

### Overpayment Totals

| | | |
|---|---|---|
| Case Manager: | Credit for Attorney Fees (if applicable) : | |
| Phone Number: | Overpayment Total : | $4,501.37 |
| Claim Office: | : | $0.00 |
| | : | $0.00 |



**Sodders, Mark D 212**

**From:** Sodders, Mark D 212
**Sent:** Friday, January 07, 2005 2:28 PM
**To:** 'Steven Alfano'
**Cc:** Goff, Kevin R 1475; 'rcius@med.cornell.edu'; Harvey, Kathy L 212; SecureMessage
**Subject:** COLA Adjustment

Hi Mr. Alfano:

I've reviewed the calculations made on your claim concerning the COLA's (Cost of Living Adjustments) to your Monthly Benefits according to your policy.

Your policy states the following:

> "Cost of Living Adjustment.
>
> On January 1, any Employee who is entitled to received a Monthly Benefit and has been disabled for 12 months following the end of the Benefit Waiting Period will be eligible for a Cost of Living Adjustment. The Monthly Benefit payable to him, beginning with the month of January, will be increased by 3%.
>
> The Cost of Living Adjustment will be determined on each January 1 until a total of 5 annual adjustments have been made. This adjustment will not be subject to the overall maximum Monthly Benefit."

On July 12, 2004, you were notified by our office via written correspondence that no COLA's have been applied to your disability benefits, and that you will be receiving $6,866.93 for these past due benefits. On November 30, 2004, you were notified that another COLA is due as of January 1, 2005.

Upon further review of the accuracy of the increase in benefits, it was determined that the 3% COLA was applied to the gross amount of your Monthly Benefit, prior to any deductions and not the net amount of your Monthly Benefit. If you'll note the language above, the 3% COLA is applied to your Monthly Benefit payable. This means that the 3% COLA is applied to the lesser of either:

- "60% of the Employee's Monthly Basic Earnings at the time he becomes Disabled, rounded to the nearer dollar up to a maximum of $15000, and reduced by the amount of all Other Benefits, for that month, excluding any Other Benefits received by or on behalf of the Employee's dependents.
- 70% of the Employee's Basic Earnings at the time he becomes Disabled, reduced by the amount of all Other Benefits which the Employee and his dependents receive for that month."

Different language is applied if you are working, approved by CIGNA. However, as you are not working, the above language applies to your Monthly Benefits.

This means that the total amount paid to you from December 3, 2001 through December 2, 2004 is $76,772.10. However, as mentioned above, the COLA should have been applied to the Monthly Benefit (which means the net amount after Other Benefits (i.e., SSDI Primary and Dependent) are deducted and totals $71,977.09. This yields an Overpayment in the amount of $4,795.01.

Your Overpayment total was reduced by $293.64, as there was an error in calculating the correct Social Security Disability offsets for the month of December 3, 2000 through January 2, 2001.

The remaining $4,501.37 Overpayment has been waived, and your new Monthly Benefit payable to you through December of 2005 is $2,152.32. Your fifth and final COLA will occur as of January 1, 2006.

A letter is being sent to you, including the calculation sheets, detailing this e-mail. Should you have any questions, please contact me at 800.352.0611 x5693.

Sincerely,

Mark Sodders
Case Manager



CIGNA Disability Management Solutions
972.907.5693 Network: 933.5693
800.352.0611 Ext. 5693
Fax: 860.731.2907
mark.sodders@CIGNA.com

CONFIDENTIALITY NOTICE: If you have received this communication in error, please immediately notify the sender at the address shown. This transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete or destroy from your files if you are not the intended recipient. Thank you for your compliance.

Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2002 by CIGNA

From: Eva Alfano To: Chris Sherer Date: 12/29/2004 Time: 9:52:00 AM Page 1 of 8

# FACSIMILE COVER PAGE

| | | | |
|---|---|---|---|
| To : | Chris Sherer | From : | Eva Alfano |
| Sent : | 12/29/2004 at 9:51:58 AM | Pages : | 8 (including Cover) |
| Subject : | Steven Alfano pol# NYK 1972 | | |

Chris,

Sorry to have to bother you again but I don't understand what's going on with my LTD payments. I was expecting another 5% increase this December, but instead got a $200 reduction to my payment. Please see attached fax sheets including:
email to and from M. Sodders, M.Sodders letter and DBL adjustment sheets, and check stubs past and present.
My original question to Mr. Sodders was, what effect do Social Security increases have on my Cigna payments? and, Aren't I due for a 5% increase in my Cigna benefits?

What I got was a reduction in my monthly Cigna checks from $2,272.45 to $2,067.45.
As I said in my phone message, the "benefit rate" on the check stub never increases so that checking calculations is impossible from my end.

Please call me to discuss, 718-884-2067

Thanks,
Steve Alfano
ss# 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

RECEIVED
JAN 07 2005
CIGNA DALLAS

Subject: RE: Steve Alfano pol # 1972
From: "Sodders, Mark D 212" <Mark.Sodders@cigna.com>
Date: Wed, 8 Dec 2004 15:29:54 -0500
To: "Steven Alfano" <steven.alfano@verizon.net>

Mr. Alfano:

Thank you for your inquiry. The 3% Cost Of Living Adjustment (COLA) is for your Long Term Disability benefits only. Your policy should stipulate a 3% COLA, not a 5% COLA.

The annual increases in your Social Security Disability Income (SSDI) should not further reduce your Long Term Disability benefits.

I will double-check for you your policy and the prior calculations to insure the accuracy.

Sincerely,

Mark Sodders
Case Manager
CIGNA Disability Management Solutions
972.907.5693 Network: 933.5693
800.352.0611 Ext. 5693
Fax: 860.731.2907
mark.sodders@CIGNA.com

**CONFIDENTIALITY NOTICE:** If you have received this communication in error, please immediately notify the sender at the address shown. This transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete or destroy from your files if you are not the intended recipient. Thank you for your compliance.

**Confidential, unpublished property of CIGNA. Do not duplicate or** distribute. Use and distribution limited solely to authorized personnel.
(c) Copyright 2002 by CIGNA

-----Original Message-----
From: Steven Alfano [mailto:steven.alfano@verizon.net]
Sent: Wednesday, December 08, 2004 12:26 PM
To: Sodders, Mark D 212
Subject: Steve Alfano pol # 1972

Hi Mr. Sodders,

From: Eva Alfano To: Clvit Shaios Date: 12/29/2004 Time: 8:52:00 AM Page 3 of 6

CIGNA COMPANIES
12225 GREENVILLE AVENUE
SUITE 532 (SAMS-RT)
DALLAS TX 75243

CIGNA LIFE INSURANCE COMPANY OF NEW YORK

MARK D SODDERS
972-907-5893

Please direct any questions to the above analyst. Be sure to provide your account and ID numbers in all letters and telephone calls.

# Explanation Of Benefits

CIGNA

Page 1

Certholder: STEVEN ALFANO
Claimant: STEVEN ALFANO
ID#: Special ID#:
Account Name: WEILL MEDICAL COLLEGE OF CORNELL UNIVERSITY
Account#: 5019322
Policy NYK 0001972 OR 000

STEVEN ALFANO
3500 WALDO AVE, 13-E
BRONX NY 10463

C020

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 08/03/2004 - 09/02/2004 | 30 DAYS | 4153.32/MO | 2272.45 | |

Deductions:

TOTAL PAYMENT $ 2,272.45

Messages

Payments Issued 08/27/2004
STEVEN ALFANO 2,272.45

Total amount paid to date, including taxes, for this claim is $ 92,322.15 for the period 12/03/2000 thru 09/02/2004

G2014A (SRO Check Quantum) 6-11-2003 Detach on Perforation Below - Please Cash Promptly

I'm not sure if I understand the COLA adjustment made to my benefit. Is

the 3% adjustment you sent the detail based from a Social Security dbl benefit increase?

Also I believe I'm due an annual 5% gross benefit increase as well this month. Please let me know.
Chris Sherer our group's Cigna rep (1-800-238-2125 ext 3431)and is familiar with our policy details. She assisted me last year in getting past due increases paid to me.

Thanks for your assistance
and Happy Holidays,

Steve Alfano
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

------------------------------------------------------------CONFIDENTIALITY NOTICE: If you have received this e-mail in error, please immediately notify the sender by e-mail at the address shown. This e-mail transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete it from your files if you are not the intended recipient. Thank you for your compliance. Copyright (c) 2004 CIGNA
------------------------------------------------------------

Mark Sodders
Case Manager
Disability Management Solutions

November 30, 2004

Routing D212
12225 Greenville Ave.
Suite 1000 -- LB 179
Dallas TX 75243
Telephone 1.800.352.6641 Ext. 3663
Facsimile 860-731-3413
Mark.Sodders@cigna.com

Steven Alfano
3800 Waldo Avenue
13-G
Bronx, NY 10463

Re: Claimant: Steven Alfano
Policyholder: Weill Medical College
Policy Number: NYK 1972
CIGNA Life Insurance Company of New York

Dear Ms. Alfano:

This letter is in reference to the captioned Long Term Disability claim.

As of this date, we have not received the information requested from you in our November 9, 2004 letter. Please provide us with the following information by December 21, 2004:

1. **The enclosed Supplementary Claim Disability Benefits form.**

You may fax this information to the undersigned at 860-731-3413.

A copy of the original request is enclosed with this notice. If this information has already been sent, please disregard this notice.

In addition, please be advised that, as of January 1, 2005, your Gross Monthly Benefit will be subject to a 3% Cost Of Living Adjustment. Your benefit check for the time period of December 3, 2004 through January 2, 2005, will be for the net amount of $2,282.53. Your new Gross Monthly benefit amount, prior to deductions from Other Benefits, will be $4,674.60 beginning January 1, 2005.

Please refer to the enclosed calculation sheets for details.

Your assistance in providing this information is appreciated and will aid in the prompt handling of the claim.

Sincerely,

Mark Sodders

From: Eva Adams To: Chris Shaver Date: 1/20/2004 Time: 9:52:00 AM Page 6 of 8

## Disability Benefit Adjustment

Version Date: [illegible]

Date: 1/20/2004

Statement Name: [illegible]

Policyholder: [illegible]

Policy Number: [illegible]

Maximum Benefit: [illegible]

Reason for Adjustment: [illegible]

What has been Paid | Corrected Payments

Period: [illegible] Through: [illegible]

Gross Benefit [illegible] Gross Benefit 28 Days

Other Benefits: [illegible] SSDI 28 Days

[illegible] Fam SSDI 28 Days

Tax Year: [illegible]

Totals this period:

Net Benefit [illegible] Adjustments: [illegible]

- FICA [illegible] [illegible]

- FIT [illegible] [illegible]

Payment Amount: [illegible] [illegible]

Period: [illegible] Through: [illegible]

Gross Benefit [illegible] COLA Adjustment [illegible]

Other Benefits: [illegible] SSDI 2 Days

[illegible] Fam SSDI 2 Days

Tax Year: [illegible]

Totals this period:

Net Benefit [illegible] Adjustments: [illegible]

- FICA [illegible] [illegible]

- FIT [illegible] [illegible]

Payment Amount: [illegible] [illegible]

Period: [illegible] Through: [illegible]

Gross Benefit [illegible] (New Gross Benefit)

Other Benefits: [illegible] SSDI

[illegible] Fam SSDI

Tax Year: [illegible]

Totals this period:

Net Benefit [illegible] Adjustments: [illegible]

- FICA [illegible] [illegible]

- FIT [illegible] [illegible]

Payment Amount: [illegible] [illegible]



From: Eva [illegible] To: Chris [illegible] Date: [illegible] Time: [illegible] Page [illegible]

What has been P[illegible] [illegible]rected Payments

| Totals: | | |
|---|---|---|
| | Benefits Paid | $[illegible] |
| | FICA Withheld | $0.00 |
| | FIT Withheld | $0.00 |
| | Total of [illegible] payments: | $[illegible] |

Case Manager: Mark [illegible]
Phone Number: [illegible]
Claim Office: [illegible]

From: Erin Alfano To: Chris Sherer Date: 12/29/2006 Time: 9:52:00 AM Page 9 of

CIGNA COMPANIES
12225 GREENVILLE AVENUE
SUITE 532 (SAMS-RT)
DALLAS TX 75243

CIGNA LIFE INSURANCE COMPANY OF NEW YORK

MARK B SODDERS
972-007-5693

Please direct any questions to the above analyst. Be sure to provide your account and ID numbers in all letters and telephone calls.

STEVEN ALFANO
5800 WALDO AVE, 15-G
BRONX NY 10463

Explanation Of Benefits

Page 1

CIGNA

Certholder: STEVEN ALFANO
Claimant: STEVEN ALFANO
ID#: Special ID#:
Account Name: WEILL MEDICAL COLLEGE OF CORNELL UNIVERSITY
Account#: 5010322
Policy: NYK 0001972 Div 000

C020

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deductions |
|---|---|---|---|---|---|
| DISABILITY INCOME | 12/03/2006 - 01/02/2006 | 30 DAYS | 4153.22/MO | 2067.55 | .00 |

Deductions:

TOTAL PAYMENT $ 2,067.55

Messages:

Payments Issued 12/22/2006
STEVEN ALFANO 2,067.55

Total amount paid to date, including taxes, for this claim is $ 101,210.05 for the period 12/03/2000 thru 01/02/2006

Detach on Perforation Below - Please Cash Promptly

CIGNA LIFE INSURANCE COMPANY OF NEW YORK

NO 01263700

POLICY NO. NYK0001972 Certholder S. ALFANO Claimant STEVEN ALFANO Office C020 Date 12-22-2006

**TWO THOUSAND SIXTY SEVEN DOLLARS AND 55 CENTS**

PAY $ ****2,067.55

VOID AFTER 90 DAYS

Pay to the Order of STEVEN ALFANO 5800 WALDO AVE 15-G BRONX NY 10463

BANK OF NEW YORK
NEW YORK NY 10015

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW

⑈0001263700⑈ ⑆021000018⑆ ⑈890 0653571⑈

**Sodders, Mark D 212**

From: Sodders, Mark D 212
Sent: Friday, January 07, 2005 8:44 AM
To: Goff, Kevin R 1475; Kettering, Clara R 212; High, Malinda 212
Cc: Harvey, Kathy L 212; Rayburg, Sandra L (Sandi) 250; Sherer, Chris A 250; Griffis, John E 212
Subject: RE: LTD

Hi Kevin:

Yes, I'll copy you on the e-mails to the employer and Mr. Alfano.

As for the other calcs, if they are SAMS claims, then either Malinda or John Griffis would need to be contacted, and I've copied them both on this particular e-mail.

Thanks

Mark

-----Original Message-----
From: Goff, Kevin R 1475
Sent: Friday, January 07, 2005 8:30 AM
To: Sodders, Mark D 212; Kettering, Clara R 212; High, Malinda 212
Cc: Harvey, Kathy L 212; Rayburg, Sandra L (Sandi) 250; Sherer, Chris A 250
Subject: RE: LTD

Thank you very much Mark. Can you please copy me on the email to Rosemary and Mr. Alfano? I need to follow up with the consultant/broker to explain on the side.

Can you respond to the calcs on other Weill Medical employees or would Malinda have to address this? I just want to be able to tell them how or when we will be handling all of the other claimants on an overall basis.

Kevin

-----Original Message-----
From: Sodders, Mark D 212
Sent: Friday, January 07, 2005 9:26 AM
To: Goff, Kevin R 1475; Kettering, Clara R 212; High, Malinda 212
Cc: Harvey, Kathy L 212; Rayburg, Sandra L (Sandi) 250; Sherer, Chris A 250
Subject: RE: LTD

Hi Kevin:

I notified Mr. Alfano that I would be rechecking his benefit amount to ensure accuracy. He e-mailed me this week, and I'm sending him a letter detailing the events that have happened on benefits. I was actually in the process of replying to his e-mail when I received notification of his correspondence with the employer. Yesterday evening is when I received the final approval on the recalcs, so I didn't wish to take a chance and have a financial mistake after all of this again for him.

I was not aware that the employer needed to be notified until today, so I'll e-mail Rosemary with the notification and provide her with my number so she may contact me directly if necessary.

Thank you.

Mark

-----Original Message-----
From: Goff, Kevin R 1475

Sent: Friday, January 07, 2005 8:16 AM
To: Sodders, Mark D 212; Kettering, Clara R 212; High, Malinda 212
Cc: Harvey, Kathy L 212; Rayburg, Sandra L (Sandi) 250; Sherer, Chris A 250
Subject: RE: LTD

Hi Mark,

Thank you very much for the detailed explanation. Just so that I do not do any double-work, has the below information been provided to Mr. Alfano and Rosemary Cius in HR at Weill Medical College?

Thanks,
Kevin

-----Original Message-----
From: Sodders, Mark D 212
Sent: Friday, January 07, 2005 7:34 AM
To: Goff, Kevin R 1475; Kettering, Clara R 212; High, Malinda 212
Cc: Harvey, Kathy L 212; Rayburg, Sandra L (Sandi) 250; Sherer, Chris A 250
Subject: RE: LTD

Hi Kevin:

No, this COLA for Mr. Alfano has been completed correctly. Unfortunately, the original case manager performing the COLA did the increase based on the Gross Monthly Benefit, not the Net Monthly Benefit. And this took place at one time as no one did the COLA increase for the past few years.

Therefore, a recalc was completed to apply the increase to the Net benefit, and there is an overpayment on the claim,. However, since it is CIGNA's error to the cx for the original COLA increase, we are not going to re-collect the overpayment, but simply pay the correct amount going forward.

Mark

-----Original Message-----
From: Goff, Kevin R 1475
Sent: Thursday, January 06, 2005 4:12 PM
To: Evans, Carolyn B 212; High, Malinda 212
Cc: Rayburg, Sandra L (Sandi) 250; Sherer, Chris A 250; Sodders, Mark D 212
Subject: RE: LTD

Thanks Carolyn.

Malinda - on an overall account basis, I need to make sure that we have (or are) processing the annual COLA adjustments. This has been a recurring problem with this account and they are not happy with us. Please let me know that we will be reviewing all the open claims under this policy and doing the adjustments.

Thanks,
Kevin

-----Original Message-----
From: Evans, Carolyn B 212
Sent: Thursday, January 06, 2005 5:04 PM
To: Goff, Kevin R 1475; High, Malinda 212
Cc: Rayburg, Sandra L (Sandi) 250; Sherer, Chris A 250; Sodders, Mark D 212
Subject: RE: LTD

Hi Kevin,

This claim is being handled by Mark Sodders over in Recertification right now. I have copied him in.

Mark, please respond.

thanks

Carolyn Evans
SAMs Benefit Administrator
Disability Management Solutions
12225 Greenville Avenue, Ste. 532
Dallas, TX 75243
Telephone: 1.800.352.0611, ext 8725
Facsimile: 860.298.6526
carolyn.evans@cigna.com

>CONFIDENTIALITY NOTICE: If you have received this facsimile in error,
>please immediately notify the sender by telephone at the number above.
>The documents accompanying this facsimile transmission contain
>confidential information. This information is intended only for the use
>of the individual(s) or entity named above. Thank you for your
>compliance
>
>

-----Original Message-----
From: Goff, Kevin R 1475
Sent: Thursday, January 06, 2005 3:07 PM
To: High, Malinda 212; Evans, Carolyn B 212
Cc: Rayburg, Sandra L (Sandi) 250; Sherer, Chris A 250
Subject: FW: LTD

Malinda and Carolyn,

This is a SAM claim under the Weill Medical College plan (NYK-1972) and we issue/calculate their COLA increases each year. Please review the claimants file below and assist.

Chris - I see the claimant mentioning your name, but I know what the interaction was. I understand that this would not be a claim that you handle, but please just make sure that you warm transfer to a live person in Dallas so that the claimant is not confused. If you did this, then disregard. I can't tell from his email, but it sounds like we didn't follow this through. Please let me know if the claimant has not shared the full story of the conversation.

Thanks,
Kevin

-----Original Message-----
From: Rosemary Cius [mailto:rcius@med.cornell.edu]
Sent: Thursday, January 06, 2005 3:19 PM
To: Goff, Kevin R 1475
Subject: Fwd: LTD

>Date: Wed, 05 Jan 2005 08:43:09 -0500
>From: Steven Alfano <steven.alfano@verizon.net>
>User-Agent: Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.0.2)
>Gecko/20030208 Netscape/7.02
>X-Accept-Language: en-us, en
>To: rcius@med.cornell.edu
>Subject: LTD
>X-Authentication-Info: Submitted using SMTP AUTH at out011.verizon.net
>from [68.161.16.152] at Wed, 5 Jan 2005 07:43:17 -0600
>X-PMX-Version: 4.7.0.111621, Antispam-Engine: 2.0.1.0, Antispam-Data:
>2005.1.5.1
>

>
>Hey Rose,
>Happy New Year.
>
>I'm having problems with Cigna again. I was expecting my annual COLA
>from them, but instead my check came in with a >$200 reduction. I
>called Chris, but she didn't want to interfere with the Texas office.
>She even backed off from 5% annual increases.
>
>What exactly does the contract provide for in COLA adjustments?
>
>My Summary description only states that I would get annual increases in
>accordance with the CPI (no limits). They don't provide any information
>for me to check calculations or formula. God knows I know how to figure
>percentage increases but for the life of me I can't figure out what
>they're doing. Please help. Steve
>

1/5/05

Mark -

I reviewed this for some time -
it appears we are re-cal the
entire claim - correct ?
then I didn't see the months
for 1/3/01 - 12/2/01 ?
if re-cal entire cal - the
paid to date does not match -

did I miss something here ?

Kathy -

your cal on right hand correct
w/ cola - but missing the above
dates -

12/03/00 - 1/02/01 8.32

1/3/01 - 2/02/2003 48,798.56

101,210.05
78,062.48

23,147.57

12/03/00 - 1/02/01

1/03/01 - 12/02/01 where's cal for this period -

12/03/01 - 1/2/02

**Sodders, Mark D 212**

From: Sodders, Mark D 212
Sent: Friday, January 07, 2005 6:16 AM
To: Harvey, Kathy L 212
Subject: RE: Alfano, Steven

Thank you.

No, I didn't re-calc the entire claim, just the portion that deals with the COLA.

Mark

-----Original Message-----
From: Harvey, Kathy L 212
Sent: Thursday, January 06, 2005 11:57 AM
To: Sodders, Mark D 212
Subject: Alfano, Steven

Mark
I returned the file to you after checking the cals. After talking with you I checked them again and your numbers are right on the cola. But I didn't a re cal for the period of 1/3/01 - 12/02/01.

Was it your intension to re cal the entire cal?

Let me know....maybe I missed it.

*Kathy L. Harvey*
*Senior Case Manager*
*CIGNA Disability Management Solutions*
*Phone: (972) 907-5641*
*Network: 931-5641*
*(800) 352-0611 Ext. 5641*
*Fax: (860) 731-3413*
*kathy.harvey@cigna.com*

CONFIDENTIALITY NOTICE: If you have received this communication in error, please immediately notify the sender at the address shown. This transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete or destroy from your files if you are not the intended recipient. Thank you for your compliance.

## *Disability Benefit Adjustment*

Version Date: [illegible]

Date: 12/22/2004

Claimant Name: Steven Afano

Policyholder: Weil Medical College

Policy Number: NYX 1072

Minimum Benefit: $ 100.00

Reason for Adjustment: COLA as of January 1, 2002

### What has been Paid

**From:** 12/01/01 **Through:** [illegible] **# of Months:** 1

| | | |
|---|---|---|
| Gross Benefit | $4,181.02 | ($3971.42 for 29 days + 265.19 for COLA Adj.) |
| Other Benefits: | $1,510.00 | ($153.32/30*29) ($427.32/30*2) |
| | $750.00 | |
| Tax Year: 2002 | | |
| Net Benefit | $1,896.02 | X # of Months — Totals this period: $1,896.02 |
| - FICA | $0.00 | $0.00 |
| - FIT | $0.00 | $0.00 |
| Payment Amount: | $1,896.02 ✓ | $1,896.02 |

**From:** 01/01/02 **Through:** 12/01/02 **# of Months:** [illegible]

| | | |
|---|---|---|
| Gross Benefit | $4,277.92 | |
| Other Benefits: | $1,510.00 | |
| | $750.00 | |
| Tax Year: 2003 | | |
| Net Benefit | $2,012.92 | X # of Months — Totals this period: $22,142.12 |
| - FICA | $0.00 | $0.00 |
| - FIT | $0.00 | $0.00 |
| Payment Amount: | $2,012.92 ✓ | $22,142.12 |

**From:** 12/01/02 **Through:** [illegible] **# of Months:** 1

| | | |
|---|---|---|
| Gross Benefit | $4,296.49 | ($4279.79 for 29 days + 265.19 for COLA Adj.) |
| Other Benefits: | $1,510.00 | ($427.32/30*29) ($400.29/30*2) |
| | $750.00 | |
| Tax Year: 2003 | | |
| Net Benefit | $2,021.46 | X # of Months — Totals this period: $2,021.46 |
| - FICA | $0.00 | $0.00 |
| - FIT | $0.00 | $0.00 |
| Payment Amount: | $2,021.46 | $2,021.46 |

**From:** [illegible] **Through:** 12/01/03 **# of Months:** [illegible]

| | | |
|---|---|---|
| Gross Benefit | $4,400.29 | |
| Other Benefits: | $1,510.00 | |
| | $750.00 | |
| Tax Year: 2003 | | |
| Net Benefit | $2,141.29 | X # of Months — Totals this period: $23,553.60 |
| - FICA | $0.00 | $0.00 |
| - FIT | $0.00 | $0.00 |
| Payment Amount: | $2,141.29 | $23,553.60 |

**From:** 12/01/03 **Through:** 01/01/04 **# of Months:** 1

| | | |
|---|---|---|
| Gross Benefit | $4,416.07 | ($4412.51 for 29 days + 322.50 for COLA Adj.) |
| Other Benefits: | $1,510.00 | ($400.29/30*29) ($533.45/30*2) |
| | $750.00 | |
| Tax Year: 2003 | | |
| Net Benefit | $2,150.07 | X # of Months — Totals this period: $2,150.07 |
| - FICA | $0.00 | $0.00 |
| - FIT | $0.00 | $0.00 |
| Payment Amount: | $2,150.07 | $2,150.07 |

**From:** 01/01/04 **Through:** 12/01/04 **# of Months:** 11

| | | |
|---|---|---|
| Gross Benefit | $4,533.45 | |
| Other Benefits: | $1,510.00 | |
| | $750.00 | |
| Tax Year: 2004 | | |
| Net Benefit | $2,273.45 | X # of Months — Totals this period: $25,007.95 |
| - FICA | $0.00 | $0.00 |
| - FIT | $0.00 | $0.00 |
| Payment Amount: | $2,273.45 | $25,007.95 |

### Correct Payments

**From:** 12/01/01 **Through:** 01/01/02 **# of Months:** 1

| | | |
|---|---|---|
| Gross Benefit | $4,153.32 | |
| Other Benefits: | $1,510.00 | |
| | $750.00 ✓ | |
| Tax Year: 2002 | | ($1782.59 for 29 days + 120.00 for COLA Adj.) ($158.32/30*29) ($544.31/30*2) ✓ |
| Net Benefit | $1,880.37 | X # of Months — Totals this period: $1,892.09 |
| - FICA | $0.00 | $0.00 |
| - FIT | $0.00 | $0.00 |
| Payment Amount: | $1,892.09 ✓ | $1,892.09 |

**From:** 01/01/02 **Through:** 12/01/02 **# of Months:** 11

| | | |
|---|---|---|
| Gross Benefit | $4,153.32 | |
| Other Benefits: | $1,510.00 | |
| | $750.00 | |
| Tax Year: 2002 | | |
| Net Benefit | $1,880.32 | X # of Months — Totals this period: $20,171.52 |
| - FICA | $0.00 | $0.00 |
| - FIT | $0.00 ✓ | $0.00 |
| Payment Amount: | $1,944.87 3% COLA Adj | $21,394.57 |

**From:** 12/01/02 **Through:** 01/01/03 **# of Months:** 1

| | | |
|---|---|---|
| Gross Benefit | $4,153.32 | |
| Other Benefits: | $1,510.00 ✓ | ✓ |
| | $750.00 | |
| Tax Year: 2003 | | ($1831.31 for 29 days + 120.00 for COLA Adj.) ($544.97/30*29) ($2003.32/30*2) ✓ |
| Net Benefit | $1,880.32 | X # of Months — Totals this period: $1,880.32 |
| - FICA | $0.00 | $0.00 |
| - FIT | $0.00 ✓ | $0.00 |
| Payment Amount: | $1,949.86 | $1,949.86 |

**From:** 01/01/03 **Through:** 12/01/03 **# of Months:** 11

| | | |
|---|---|---|
| Gross Benefit | $4,153.32 | |
| Other Benefits: | $1,510.00 | |
| | $750.00 | |
| Tax Year: 2003 | | |
| Net Benefit | $1,880.32 | X # of Months — Totals this period: $20,771.52 |
| - FICA | $0.00 | $0.00 |
| - FIT | $0.00 | $0.00 |
| Payment Amount: | $2,003.37 3% COLA Adj | $22,005.57 |

OK this is correct

**From:** 12/01/03 **Through:** 01/01/04 **# of Months:** 1

| | | |
|---|---|---|
| Gross Benefit | $4,153.32 | |
| Other Benefits: | $1,510.00 ✓ | ✓ |
| | $750.00 | |
| Tax Year: 2003 | | ($2006.77 for 29 days + 101.50 for COLA Adj.) ($2003.32/30*29) ($2063.42/30*2) ✓ |
| Net Benefit | $1,880.32 | X # of Months — Totals this period: $1,880.32 |
| - FICA | $0.00 | $0.00 |
| - FIT | $0.00 | $0.00 |
| Payment Amount: | $2,007.33 | $2,007.33 |

**From:** 01/01/04 **Through:** 12/01/04 **# of Months:** 11

| | | |
|---|---|---|
| Gross Benefit | $4,153.32 | |
| Other Benefits: | $1,510.00 | |
| | $750.00 | |
| Tax Year: 2004 | | |
| Net Benefit | $1,880.32 | X # of Months — Totals this period: $20,771.52 |
| - FICA | $0.00 | $0.00 |
| - FIT | $0.00 ✓ | $0.00 |
| Payment Amount: | $2,063.42 3% COLA Adj | $22,697.62 |

[illegible signature]

*What has been Paid*

From: [illegible] Through: [illegible] # of Months: [illegible]
Gross Benefit $4,155.32
Other Benefits: $1,510.00
$755.00
Tax Year: 2004
($1905.65 for 28 days + 111.59 for COLA Adj.)
(2053.47/30*28) (2175.35/30*7)
Totals this period:
Net Benefit $1,890.32 X # of Months: $1,898.32
- FICA $0.00 $0.00
- FIT $0.00 $0.00
Payment Amount: $2,067.59 $2,067.59

From: [illegible] Through: [illegible] # of Months: [illegible]
Gross Benefit $4,155.32
Other Benefits: $1,510.00
$755.00
Tax Year: 2005
Totals this period:
Net Benefit $1,890.32 X # of Months: $1,890.32
- FICA $0.00 $0.00
- FIT $0.00 $0.00
Payment Amount: $2,125.52 3% COLA Adj $2,125.52

From: Through: # of Months:
Gross Benefit
Other Benefits:
Tax Year:
Totals this period:
Net Benefit $0.00 X # of Months: $0.00
- FICA $0.00
- FIT $0.00
Payment Amount: $0.00 $0.00

From: Through: # of Months:
Gross Benefit
Other Benefits:
Tax Year:
Totals this period:
Net Benefit $0.00 X # of Months: $0.00
- FICA $0.00
- FIT $0.00
Payment Amount: $0.00 $0.00

From: Through: # of Months:
Gross Benefit
Other Benefits:
Tax Year:
Totals this period:
Net Benefit $0.00 X # of Months: $0.00
- FICA $0.00
- FIT $0.00
Payment Amount: $0.00 $0.00

From: [illegible] Through: [illegible] # of Months: [illegible]
Gross Benefit $4,155.32
Other Benefits: $1,510.00 SSDI Primary
$755.00 SSDI Dependent
$209.64 STD 3 Days
Tax Year: 2005
Totals this period:
Net Benefit $1,590.68 X # of Months: $1,590.68
- FICA $0.00 $0.00
- FIT $0.00 $0.00
Payment Amount: $1,590.68 $1,590.68

Totals
Benefits Paid $82,447.67
FICA Withheld $0.00
FIT Withheld $0.00
Total of all payments: $82,563.85

*Corrected Payments*

From: [illegible] Through: [illegible] # of Months: [illegible]
Gross Benefit $4,155.32
Other Benefits: $1,550.00
$775.00
Tax Year: 2004
($595.65 for 28 days + 197.00 for COLA Adj)
(2003.42/30*28) (2175.32/30*7)
Totals this period:
Net Benefit $1,830.32 X # of Months: $1,830.32
- FICA $0.00 $0.00
- FIT $0.00 $0.00
Payment Amount: $2,007.55 $2,007.55

From: [illegible] Through: [illegible] # of Months: [illegible]
Gross Benefit $4,155.32
Other Benefits: $1,550.00
$775.00
Tax Year: 2005
Totals this period:
Net Benefit $1,830.32 X # of Months: $1,830.32
- FICA $0.00 $0.00
- FIT $0.00 $0.00
Payment Amount: $2,175.52 3% COLA Adj $2,175.52

From: Through: # of Months:
Gross Benefit
Other Benefits:
Tax Year:
Totals this period:
Net Benefit $0.00 X # of Months: $0.00
- FICA $0.00
- FIT $0.00
Payment Amount: $0.00 $0.00

From: Through: # of Months:
Gross Benefit
Other Benefits:
Tax Year:
Totals this period:
Net Benefit $0.00 X # of Months: $0.00
- FICA $0.00
- FIT $0.00
Payment Amount: $0.00 $0.00

From: Through: # of Months:
Gross Benefit
Other Benefits:
Tax Year:
Totals this period:
Net Benefit $0.00 X # of Months: $0.00
- FICA $0.00
- FIT $0.00
Payment Amount: $0.00 $0.00

From: [illegible] Through: [illegible] # of Months: [illegible]
Gross Benefit $4,155.32
Other Benefits: $1,490.00 SSDI Primary Original Amount thru 12/31/[illegible]
$745.00 SSDI Dependent Original Amount thru 12/31
$160.07 SSDI Primary Adjusted Amount thru 01/07/0[illegible]
$80.00 SSDI Dependent Adjusted Amount thru 01/0[illegible]
Tax Year: 2005
$209.64 STD for 3 Days Totals this period:
Net Benefit $1,607.22 X # of Months: $1,452.52
- FICA $0.00 $0.00
- FIT $0.00 $0.00
Payment Amount: $1,607.22 $1,502.72

Totals
Corrected Benefits $78,048.65
Corrected FICA $0.00
Corrected FIT $0.00
Total of Corrected Payments: $78,062.48

Overpayment Totals

Case Manager:
Phone Number:
Claim Office:

Credit for Attorney Fees (if applicable):
Overpayment Total: $4,501.37
: $0.00
: $0.00

GXICM01 SRO NON-MEDICAL TRANSACTION LISTING 01/06/05

CERTHOLDER ID CD S NO 099449648 NAME STEVEN ALPANO
CLAIMANT CD 0001 NAME STEVEN ALPANO
CLAIM NUMBER 01 COV CODE/SML 80B POLICY KEY NYK 0001972 000

| SEL ONE | TRN TYP | TRN DATE | TRN NO | PAY FROM DATE | PAY THRU DATE | PAYEE 1 PRTAX AMT | TAX DED | PAYEE 2 PRTAX AMT | SDV IND | ADD PAYEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | 04 26 2004 | 99 | 04 03 2004 | 05 02 2004 | 1888.32 | N | | | N |
| | A | 03 26 2004 | 99 | 03 03 2004 | 04 02 2004 | 1888.32 | N | | | N |
| | A | 02 25 2004 | 99 | 02 03 2004 | 03 02 2004 | 1888.32 | N | | | N |
| | A | 01 27 2004 | 99 | 01 03 2004 | 02 02 2004 | 1888.32 | N | | | N |
| | A | 12 19 2003 | 99 | 12 03 2003 | 01 02 2004 | 1888.32 | N | | | N |
| | A | 11 25 2003 | 99 | 11 03 2003 | 12 02 2003 | 1888.32 | N | | | N |
| | A | 10 27 2003 | 99 | 10 03 2003 | 11 02 2003 | 1888.32 | N | | | N |
| | A | 09 26 2003 | 99 | 09 03 2003 | 10 02 2003 | 1888.32 | N | | | N |
| | A | 08 26 2003 | 99 | 08 03 2003 | 09 02 2003 | 1888.32 | N | | | N |
| | I | 08 06 2003 | 01 | 07 24 2003 | 07 24 2003 | 50.00 | N | | | |
| | A | 07 25 2003 | 99 | 07 03 2003 | 08 02 2003 | 1888.32 | N | | | N |

#67,681.78

PF1-PAGE FORWARD, PF2-PAGE BACK, PF9-ADDL PAYEES
NEXT TASK: FUNCTION: KEYS : NYK 0001972 000
KEYS CONTINUED : S099449648 0001 01 80B

1888.32

```
GXICM01                    SRO NON-MEDICAL TRANSACTION LISTING                    01/06/05

CERTHOLDER ID CD S NO 099449648  NAME STEVEN              ALFANO
     CLAIMANT CD 0001            NAME STEVEN              ALFANO
    CLAIM NUMBER 01      COV CODE/SML 80B  POLICY KEY NYK       0001972 000

SEL TRN    TRN      TRN PAY FROM   PAY THRU    PAYEE 1    TAX  PAYEE 2    SDV ADD
ONE TYP    DATE     NO   DATE       DATE      PRTAX AMT   DED PRTAX AMT  IND PAYEE
     B 12 22 2004 01 12 03 2004  01 02 2005    2067.55    N                      N
     A 11 26 2004 99 11 03 2004  12 02 2004    2273.45    N                      N
     A 10 27 2004 99 10 03 2004  11 02 2004    2273.45    N                      N
     A 09 24 2004 99 09 03 2004  10 02 2004    2273.45    N                      N
     I 08 30 2004 01 08 19 2004  08 19 2004      20.00    N
     A 08 27 2004 99 08 03 2004  09 02 2004    2273.45    N                      N
     A 07 27 2004 99 07 03 2004  08 02 2004    2273.45    N                      N
     G 07 12 2004 01 01 01 2002  07 02 2004    5885.80    N               X      N
     G 07 12 2004 02 01 01 2002  07 02 2004    6866.93    N                      N
     A 06 25 2004 99 06 03 2004  07 02 2004    1888.32    N                      N
     A 05 26 2004 99 05 03 2004  06 02 2004    1888.32    N                      N
PF1-PAGE FORWARD, PF9-ADDL PAYEES
NEXT TASK:     FUNCTION:    KEYS  : NYK                       0001972          000
               KEYS CONTINUED    : S099449648 0001 01 80B
```

Paid to Date 101.210.05

GXICN01 SRO NON-MEDICAL TRANSACTION LISTING 01/06/05

CERTHOLDER ID CD S NO 099449648 NAME STEVEN ALFANO
CLAIMANT CD 0001 NAME STEVEN ALFANO
CLAIM NUMBER 01 COV CODE/SML 80B POLICY KEY NYK 0001972 000

| SEL ONE | TRN TYP | TRN DATE | TRN NO | PAY FROM DATE | PAY THRU DATE | PAYEE 1 PRTAX AMT | TAX DED | PAYEE 2 PRTAX AMT | SDV IND | ADD PAYEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | 06 26 2003 | 99 | 06 03 2003 | 07 02 2003 | 1888.32 | N | | | N |
| | A | 05 27 2003 | 99 | 05 03 2003 | 06 02 2003 | 1888.32 | N | | | N |
| | A | 04 25 2003 | 99 | 04 03 2003 | 05 02 2003 | 1888.32 | N | | | N |
| | A | 03 27 2003 | 99 | 03 03 2003 | 04 02 2003 | 1888.32 | N | | | N |
| | A | 02 24 2003 | 99 | 02 03 2003 | 03 02 2003 | 1888.32 | N | | | N |
| | B | 01 24 2003 | 01 | 12 03 2000 | 02 02 2003 | 48798.56 | N | | | N |
| | G | 01 24 2003 | 02 | 12 03 2000 | 02 02 2003 | 8.32 | N | | | N |
| | I | 01 08 2003 | 01 | 12 06 2002 | 12 20 2002 | 661.80 | N | | | |

PF2-PAGE BACK, PF9-ADDL PAYEES
NEXT TASK: FUNCTION: KEYS : NYK 0001972 000
KEYS CONTINUED : S099449648 0001 01 80B

NO MORE RECORDS

48,798.56 12/03-2000 - 2/2/03

**Sodders, Mark D 212**

From: Steven Alfano [steven.alfano@verizon.net]
Sent: Monday, January 03, 2005 2:40 PM
To: Sodders, Mark D 212
Subject: Re: Steve Alfano pol # 1972

Mark,

What happened to my benefit payment? My payment for 12/3/04-1/2/05 went down over $200 from the preceding month.
Your letter of 11/30/04 said my new net amount would be $2,282.53. The check came in at $2,067.55
I had been receiving $2,273.45 monthly checks before this all started.

I don't understand what is happening. I thought I was supposed to get Cost of Living Adjustment increases not decreases.

Please look into this and tell me what's going on, and when it will be corrected.

Steve Alfano

**Sodders, Mark D 212**

From: Sodders, Mark D 212
Sent: Tuesday, December 07, 2004 10:33 AM
To: 'Steven Alfano'
Subject: RE: Steven Alfano - pol# NYK 1972

Mr. Alfano:

Yes, we did receive the requested form. Thank you for your attention to this matter.

Sincerely,

Mark Sodders
Case Manager
CIGNA Disability Management Solutions
972.907.5693 Network: 933.5693
800.352.0811 Ext. 5693
Fax: 860.731.2907
mark.sodders@CIGNA.com

009-514-9647

>CONFIDENTIALITY NOTICE: If you have received this communication in
>error, please immediately notify the sender at the address shown. This transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete or destroy from your files if you are not the intended recipient. Thank you for your compliance.
>
>Confidential, unpublished property of CIGNA. Do not duplicate or
>distribute. Use and distribution limited solely to authorized
>personnel. © Copyright 2002 by CIGNA
>

-----Original Message-----
From: Steven Alfano [mailto:steven.alfano@verizon.net]
Sent: Monday, December 06, 2004 4:34 PM
To: Sodders, Mark D 212
Subject: Re: Steven Alfano - pol# NYK 1972

Hi Mr. Sodders,
Re: your letter of 11/30/04
I just want to confirm that you received my Supp. Claim DBL form via fax from Dr. Roach. They said it went through with confirmation of receipt last week.
I have the original in my possession and can transmit it to you again if necessary.

Thanks for the notification of the benefit COLA.

Steven Alfano

Task | Contents | Notes (0/0)

## Task: General Follow-Up

Start Date: 12/23/2004 Due Date: 12/24/2004

Logs (0)

Details

| | | | | | |
|---|---|---|---|---|---|
| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
| Account Name | WEILL MEDICAL COLLEGE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 01/21/2003 - Active |

Title: f/u TSA

Comment/Instruction:

12/02/04 referred. Send DOT's to AP for comment
12/17/04 received today

Date: 12/20/2004 08:31 AM User ID: Mark Sodders

Last Changed User: Mark Sodders Last Changed Date: 12/20/2004 08:31 AM

Active Contents

| Type | Due Date | Created By | Assigned To | Title |
|---|---|---|---|---|
| LTD | 06/06/2000 | | Mark Sodders | ALFANO,STEVEN -- 099449648 -- 01/14/1958 |

Status: Completed Assigned To: Mark Sodders Created: 12/02/2004 10:02 AM

 

**Sodders, Mark D 212**

From: Jule, Holly 212
Sent: Monday, December 13, 2004 2:49 PM
To: Sodders, Mark D 212
Subject: Steven Allano DOT's

Hi Mark,
This file and DOT's are ready. Acclaim would not let me print
Out my summary in IRR. Let me know if you have any questions.
Thanks!

Holly Jule, M.S., CRC
Vocational Rehabilitation Counselor
Cigna Disability Management Solutions
12225 Greenville Avenue
Dallas, Texas 75243
Phone 972-952-1019
Toll Free 1800-352-0611 EXT. 1019

Confidential, unpublished property of CIGNA.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© Copyright 2004 by CIGNA

# OCCUPATIONAL DESCRIPTION

166.117-018 Manager, Personnel
O*NET SOC Code: 11-3040.00 Human Resources Managers

Alternate Titles: Manager, Human Resources
Plans and carries out policies relating to all phases of personnel activity: Recruits, interviews, and selects employees to fill vacant positions. Plans and conducts new employee orientation to foster positive attitude toward company goals. Keeps record of insurance coverage, pension plan, and personnel transactions, such as hires, promotions, transfers, and terminations. Investigates accidents and prepares reports for insurance carrier. Conducts wage survey within labor market to determine competitive wage rate. Prepares budget of personnel operations. Meets with shop stewards and supervisors to resolve grievances. Writes separation notices for employees separating with cause and conducts exit interviews to determine reasons behind separations. Prepares reports and recommends procedures to reduce absenteeism and turnover. Represents company at personnel-related hearings and investigations. Contracts with outside suppliers to provide employee services, such as canteen, transportation, or relocation service. May prepare budget of personnel operations, using computer terminal. May administer manual and dexterity tests to applicants. May supervise clerical workers. May keep records of hired employee characteristics for governmental reporting purposes. May negotiate collective bargaining agreement with BUSINESS REPRESENTATIVE, LABOR UNION (profess & kin.) 187.167-018.

DLU: 1988

O*NET SOC Title: Human Resources Managers
O*NET SOC Code: 11-3040.00

Plan, direct, and coordinate human resource management activities of an organization to maximize the strategic use of human resources and maintain functions such as employee compensation, recruitment, personnel policies, and regulatory compliance.

Formulates policies and procedures for recruitment, testing, placement, classification, orientation, benefits, and labor and industrial relations. Plans, directs, supervises, and coordinates work activities of subordinates and staff relating to employment, compensation, labor relations, and employee relations. Directs preparation and distribution of written and verbal information to inform employees of benefits, compensation, and personnel policies. Evaluates and modifies benefits policies to establish competitive programs and to ensure compliance with legal requirements. Analyzes compensation policies, government regulations, and prevailing wage rates to develop competitive compensation plan. Develops methods to improve employment policies, processes, and practices and recommends changes to management. Prepares personnel forecast to project employment needs. Prepares budget for personnel operations. Prepares and delivers presentations and reports to corporate officers or other management regarding human resource management policies and practices and recommendations for chan Negotiates bargaining agreements and resolves labor disputes. Meets with shop stewards and supervisors to resolve grievances. Conducts exit interviews to identify reasons for employee termination and writes separation notices. Plans and conducts new employee orientation to foster positive attitude toward organizational objectives. Writes directives advising department managers of organization policy in personnel matters such as equal employment opportunity, sexual harassment, and discrimination. Studies legislation, arbitration decisions, and collective bargaining contracts to assess industry trends. Maintains records and compiles statistical reports concerning personnel-related data such as hires, transfers, performance appraisals, and absenteeism rates. Analyzes statistical data and reports to identify and determine causes of personnel problems and develop recommendations for improvement of organization's personnel policies and Represents organization at personnel-related hearings and investigations. Contracts with vendors to provide employee services, such as canteen, transportation, or relocation service. Investigates industrial accidents and prepares reports for insurance carrier.

Preliminary Crosswalk shows this DOT Occupation is 1 of 6 DOT's under this O*NET Code.

Please note: O*NET Codes are under development and subject to change.

# OCCUPATIONAL REQUIREMENTS

Title: Manager, Personnel
Industry: Professional and Kindred

DOT Code: 166.117-018

Specific Vocational Preparation: Level 8 (4 to 10 years)

General Educational Development: Reasoning Level 5
Mathematics Level 5
Language Level 5

Strength: Sedentary

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| Physical Demands: | |
|---|---|
| Climbing | Never |
| Balancing | Never |
| Stooping | Never |
| Kneeling | Never |
| Crouching | Never |
| Crawling | Never |
| Reaching | Frequently |
| Handling | Frequently |
| Fingering | Frequently |
| Feeling | Never |
| Talking | Frequently |
| Hearing | Frequently |
| Tasting/Smelling | Never |
| Near Acuity | Frequently |
| Far Acuity | Never |
| Depth Perception | Never |
| Accommodation | Occasionally |
| Color Vision | Never |
| Field of Vision | Never |

| Environmental Conditions: | |
|---|---|
| Noise Intensity Level | Moderate |
| Exposure to Weather | Never |
| Extreme Cold | Never |
| Extreme Heat | Never |
| Wet and/or Humid | Never |
| Vibration | Never |
| Atmospheric Conditions | Never |
| Proximity to Moving Mechanical Parts | Never |
| Exposure to Electrical Shock | Never |
| Working in High Exposed Places | Never |
| Exposure to Radiation | Never |
| Working with Explosives | Never |
| Exposure to Toxic or Caustic Chemicals | Never |
| Other Environmental Conditions | Never |

Work Situations: Performing a Variety of Duties
Directing, Controlling, or Planning Activities of Others
Dealing with People (Beyond receiving work instructions)
Making Judgments and Decisions

Data: Coordinating
People: Negotiating
Things: Handling

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 1 (Above 89%) | 3+ (56 - 66%) |
| Verbal Aptitude | 1 (Above 89%) | 3- (34 - 44%) |
| Numerical Aptitude | 2 (67-89%) | 3 (46 - 54%) |
| Spatial Aptitude | 3 (34-66%) | Not Included |
| Form Perception | 3 (34-66%) | Not Included |
| Clerical Aptitude | 3 (34-66%) | 3 (46 - 54%) |
| Motor Coordination | 4 (11-33%) | Not Included |
| Finger Dexterity | 4 (11-33%) | Not Included |
| Manual Dexterity | 4 (11-33%) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11%) | |
| Color Discrimination | 5 (Below 11%) | |

# OCCUPATIONAL DESCRIPTION

166.167-030 Manager, Employment
O*NET SOC Code: 11-3040.00 Human Resources Managers

Alternate Titles: Employment Supervisor
Manages employment activities of establishment: Plans and directs activities of staff workers concerned with such functions as developing sources of qualified applicants, conducting screening interviews, administering tests, checking references and background, evaluating applicants' qualifications, and arranging for preliminary indoctrination and training for newly hired employees according to policy formulated by DIRECTOR, INDUSTRIAL RELATIONS (profess. & kin.) 166.117-010. Keeps records and compiles statistical reports concerning recruitments, interviews, hires, transfers, promotions, terminations, and performance appraisals, utilizing knowledge of job requirements, valid selection processes, and legislation concerning equal employment practices. Coordinates employment activities, such as those concerned with preparing job requisitions; interviewing, selecting, and hiring candidates; on-the-job indoctrination and additional training; supervisory follow-up, development, and rating of employees; and conducting exit interviews. Analyzes statistical data and other reports concerning all aspects of employment function in order to identify and determine causes of personnel problems and to develop and present recommendations for improvement of establishment's employment policies, processes, and practices.

DLU: 1987

---

O*NET SOC Title: Human Resources Managers
O*NET SOC Code: 11-3040.00

Plan, direct, and coordinate human resource management activities of an organization to maximize the strategic use of human resources and maintain functions such as employee compensation, recruitment, personnel policies, and regulatory compliance.

Formulates policies and procedures for recruitment, testing, placement, classification, orientation, benefits, and labor and industrial relations. Plans, directs, supervises, and coordinates work activities of subordinates and staff relating to employment, compensation, labor relations, and employee relations. Directs preparation and distribution of written and verbal information to inform employees of benefits, compensation, and personnel policies. Evaluates and modifies benefits policies to establish competitive programs and to ensure compliance with legal requirements. Analyzes compensation policies, government regulations, and prevailing wage rates to develop competitive compensation plan. Develops methods to improve employment policies, processes, and practices and recommends changes to management. Prepares personnel forecast to project employment needs. Prepares budget for personnel operations. Prepares and delivers presentations and reports to corporate officers or other management regarding human resource management policies and practices and recommendations for chan Negotiates bargaining agreements and resolves labor disputes. Meets with shop stewards and supervisors to resolve grievances. Conducts exit interviews to identify reasons for employee termination and writes separation notices. Plans and conducts new employee orientation to foster positive attitude toward organizational objectives. Writes directives advising department managers of organization policy in personnel matters such as equal employment opportunity, sexual harassment, and discrimination. Studies legislation, arbitration decisions, and collective bargaining contracts to assess industry trends. Maintains records and compiles statistical reports concerning personnel-related data such as hires, transfers, performance appraisals, and absenteeism rates. Analyzes statistical data and reports to identify and determine causes of personnel problems and develop recommendations for improvement of organization's personnel policies and Represents organization at personnel-related hearings and investigations. Contracts with vendors to provide employee services, such as canteen, transportation, or relocation service. Investigates industrial accidents and prepares reports for insurance carrier.

Preliminary Crosswalk shows this DOT Occupation is 1 of 6 DOTs under this O*NET Code.

Please note: O*NET Codes are under development and subject to change.

# OCCUPATIONAL REQUIREMENTS

Title: Manager, Employment
Industry: Professional and Kindred

DOT Code: 166.167-030

Specific Vocational Preparation: Level 8 (4 to 10 years)

General Educational Development: Reasoning Level 5
Mathematics Level 4
Language Level 5

Strength: Sedentary

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| Physical Demands: | |
|---|---|
| Climbing | Never |
| Balancing | Never |
| Stooping | Never |
| Kneeling | Never |
| Crouching | Never |
| Crawling | Never |
| Reaching | Frequently |
| Handling | Frequently |
| Fingering | Frequently |
| Feeling | Never |
| Talking | Frequently |
| Hearing | Frequently |
| Tasting/Smelling | Never |
| Near Acuity | Frequently |
| Far Acuity | Never |
| Depth Perception | Never |
| Accommodation | Never |
| Color Vision | Never |
| Field of Vision | Never |

| Environmental Conditions: | |
|---|---|
| Noise Intensity Level | Quiet |
| Exposure to Weather | Never |
| Extreme Cold | Never |
| Extreme Heat | Never |
| Wet and/or Humid | Never |
| Vibration | Never |
| Atmospheric Conditions | Never |
| Proximity to Moving Mechanical Parts | Never |
| Exposure to Electrical Shock | Never |
| Working in High Exposed Places | Never |
| Exposure to Radiation | Never |
| Working with Explosives | Never |
| Exposure to Toxic or Caustic Chemicals | Never |
| Other Environmental Conditions | Never |

Work Situations: Directing, Controlling, or Planning Activities of Others
Dealing with People (Beyond receiving work instructions)
Making Judgments and Decisions

Data: Coordinating
People: Speaking-Signaling
Things: Handling

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 2 (67-89%) | 3+ (56 - 66%) |
| Verbal Aptitude | 2 (67-89%) | 3- (34 - 44%) |
| Numerical Aptitude | 3 (34-66%) | 3 (46 - 54%) |
| Spatial Aptitude | 5 (Below 11%) | Not Included |
| Form Perception | 5 (Below 11%) | Not Included |
| Clerical Aptitude | 3 (34-66%) | 3 (46 - 54%) |
| Motor Coordination | 5 (Below 11%) | Not Included |
| Finger Dexterity | 5 (Below 11%) | Not Included |
| Manual Dexterity | 5 (Below 11%) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11%) | |
| Color Discrimination | 5 (Below 11%) | |

# OCCUPATIONAL DESCRIPTION

187.167-098 Manager, Employment Agency
O*NET SOC Code: 41-1012.00 First-Line Supervisors/Managers of Non-Retail Sales Workers

Manages employment services and business operations of private employment agency: Directs hiring, training, and evaluation of employees. Analyzes placement reports to determine effectiveness of EMPLOYMENT INTERVIEWERS (profess. & kin.). Participates in development and utilization of job development methods to promote business for agency. Enforces, through subordinate staff, agency policies, procedures, safety rules, and regulations. Approves or disapproves requests for purchase of new equipment and supplies. Ensures maintenance and repair of facilities and equipment. Prepares budget requests. Investigates and resolves customer complaints. May negotiate leases and order equipment and supplies for agency.

DLU: 1977

---

O*NET SOC Title: First-Line Supervisors/Managers of Non-Retail Sales Workers
O*NET SOC Code: 41-1012.00

Directly supervise and coordinate activities of sales workers other than retail sales workers. May perform duties, such as budgeting, accounting, and personnel work, in addition to supervisory duties.

Directs and supervises employees engaged in sales, inventory-taking, reconciling cash receipts, or performing specific service such as pumping gasoline for customers. Plans and prepares work schedules and assigns employees to specific duties. Hires, trains, and evaluates personnel in sales or marketing establishment. Coordinates sales promotion activities and prepares merchandise displays and advertising copy. Listens to and resolves customer complaints regarding service, product, or personnel. Examines merchandise to ensure that it is correctly priced, displayed or functions as advertised. Inventories stock and reorders when inventories drop to specified level. Examines products purchased for resale or received for storage to determine condition of product or item. Prepares rental or lease agreement, specifying charges and payment procedures, for use of machinery, tools, or other such items. Formulates pricing policies on merchandise according to requirements for profitability of store operations. Keeps records pertaining to purchases, sales, and requisitions. Assists sales staff in completing complicated and difficult sales. Prepares sales and inventory reports for management and budget departments. Confers with company officials to develop methods and procedures to increase sales, expand markets, and promote business.

Preliminary Crosswalk shows this DOT Occupation is 3 of 17 DOT's under this O*NET Code.

**Please note: O*NET Codes are under development and subject to change.**

# OCCUPATIONAL REQUIREMENTS

Title: Manager, Employment Agency
Industry: Professional and Kindred

DOT Code: 187.167-098

Specific Vocational Preparation: Level 7 (2 to 4 years)

General Educational Development: Reasoning Level 4
Mathematics Level 3
Language Level 4

Strength: Sedentary

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| Physical Demands: | |
|---|---|
| Climbing | Never |
| Balancing | Never |
| Stooping | Never |
| Kneeling | Never |
| Crouching | Never |
| Crawling | Never |
| Reaching | Occasionally |
| Handling | Occasionally |
| Fingering | Occasionally |
| Feeling | Never |
| Talking | Frequently |
| Hearing | Frequently |
| Tasting/Smelling | Never |
| Near Acuity | Occasionally |
| Far Acuity | Never |
| Depth Perception | Never |
| Accommodation | Never |
| Color Vision | Never |
| Field of Vision | Never |

| Environmental Conditions: | |
|---|---|
| Noise Intensity Level | Moderate |
| Exposure to Weather | Never |
| Extreme Cold | Never |
| Extreme Heat | Never |
| Wet and/or Humid | Never |
| Vibration | Never |
| Atmospheric Conditions | Never |
| Proximity to Moving Mechanical Parts | Never |
| Exposure to Electrical Shock | Never |
| Working in High Exposed Places | Never |
| Exposure to Radiation | Never |
| Working with Explosives | Never |
| Exposure to Toxic or Caustic Chemicals | Never |
| Other Environmental Conditions | Never |

Work Situations: Directing, Controlling, or Planning Activities of Others
Making Judgments and Decisions
Performing a Variety of Duties

Data: Coordinating
People: Speaking-Signaling
Things: Handling

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 2 (67-89%) | 3 (46 - 54%) |
| Verbal Aptitude | 2 (67-89%) | 3- (34 - 44%) |
| Numerical Aptitude | 3 (34-66%) | 3- (34 - 44%) |
| Spatial Aptitude | 4 (11-33%) | Not Included |
| Form Perception | 4 (11-33%) | Not Included |
| Clerical Aptitude | 3 (34-66%) | 3 (46 - 54%) |
| Motor Coordination | 4 (11-33%) | Not Included |
| Finger Dexterity | 4 (11-33%) | Not Included |
| Manual Dexterity | 4 (11-33%) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11%) | |
| Color Discrimination | 5 (Below 11%) | |

# OCCUPATIONAL DESCRIPTION

189.167-022 Manager, Department
O*NET SOC Code: 11-1011.02 Private Sector Executives

Alternate Titles: Department Head; Superintendent
Directs and coordinates, through subordinate supervisors, department activities in commercial, industrial, or service establishment: Reviews and analyzes reports, records, and directives, and confers with supervisors to obtain data required for planning department activities, such as new commitments, status of work in progress, and problems encountered. Assigns, or delegates responsibility for, specified work or functional activities and disseminates policy to supervisors. Gives work directions, resolves problems, prepares schedules, and sets deadlines to ensure timely completion of work. Coordinates activities of department with related activities of other departments to ensure efficiency and economy. Monitors and analyzes costs and prepares budget, using computer. Prepares reports and records on department activities for management, using computer. Evaluates current procedures and practices for accomplishing department objectives to develop and implement improved procedures and practices. May initiate or authorize employee hire, promotion, discharge, or transfer. Workers are designated according to functions, activities, or type of department managed.

DLU: 1989

---

O*NET SOC Title: Private Sector Executives
O*NET SOC Code: 11-1011.02

Determine and formulate policies and business strategies and provide overall direction of private sector organizations. Plan, direct, and coordinate operational activities at the highest level of management with the help of subordinate managers.

Directs, plans, and implements policies and objectives of organization or business in accordance with charter and board of directors. Directs activities of organization to plan procedures, establish responsibilities, and coordinate functions among departments and sites. Analyzes operations to evaluate performance of company and staff and to determine areas of cost reduction and program improvement. Confers with board members, organization officials, and staff members to establish policies and formulate plans. Reviews financial statements and sales and activity reports to ensure that organization's objectives are achieved. Assigns or delegates responsibilities to subordinates. Directs and coordinates activities of business involved with buying and selling investment products and financial services. Establishes internal control procedures. Presides over or serves on board of directors, management committees, or other governing boards. Directs inservice training of staff. Administers program for selection of sites, construction of buildings, and provision of equipment and supplies. Screens, selects, hires, transfers, and discharges employees. Promotes objectives of institution or business before associations, public, government agencies, or community groups. Negotiates or approves contracts with suppliers and distributors, and with maintenance, janitorial, and security providers. Prepares reports and budgets. Directs non-merchandising departments of business, such as advertising, purchasing, credit, and accounting. Directs and coordinates activities of business or department concerned with production, pricing, sales, and/or distribution of products. Directs and coordinates organization's financial and budget activities to fund operations, maximize investments, and increase efficiency.

Preliminary Crosswalk shows this DOT Occupation is 1 of 13 DOT's under this O*NET Code.

Please note: O*NET Codes are under development and subject to change.

# OCCUPATIONAL REQUIREMENTS

Title: Manager, Department
Industry: Any Industry

DOT Code: 189.167-022

Specific Vocational Preparation: Level 7 (2 to 4 years)

General Educational Development: Reasoning Level 5
Mathematics Level 4
Language Level 4

Strength: Sedentary

Lifting, Carrying, Pushing, Pulling 10 Lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.

| Physical Demands: | |
|---|---|
| Climbing | Never |
| Balancing | Never |
| Stooping | Never |
| Kneeling | Never |
| Crouching | Never |
| Crawling | Never |
| Reaching | Occasionally |
| Handling | Occasionally |
| Fingering | Occasionally |
| Feeling | Never |
| Talking | Frequently |
| Hearing | Frequently |
| Tasting/Smelling | Never |
| Near Acuity | Frequently |
| Far Acuity | Never |
| Depth Perception | Never |
| Accommodation | Occasionally |
| Color Vision | Never |
| Field of Vision | Never |

| Environmental Conditions: | |
|---|---|
| Noise Intensity Level | Moderate |
| Exposure to Weather | Never |
| Extreme Cold | Never |
| Extreme Heat | Never |
| Wet and/or Humid | Never |
| Vibration | Never |
| Atmospheric Conditions | Never |
| Proximity to Moving Mechanical Parts | Never |
| Exposure to Electrical Shock | Never |
| Working in High Exposed Places | Never |
| Exposure to Radiation | Never |
| Working with Explosives | Never |
| Exposure to Toxic or Caustic Chemicals | Never |
| Other Environmental Conditions | Never |

Work Situations: Directing, Controlling, or Planning Activities of Others
Dealing with People (Beyond receiving work instructions)
Making Judgments and Decisions

Data: Coordinating
People: Speaking-Signaling
Things: Handling

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 2 (67-89%) | 3+ (56 - 66%) |
| Verbal Aptitude | 2 (67-89%) | 3- (34 - 44%) |
| Numerical Aptitude | 3 (34-66%) | 3 (46 - 54%) |
| Spatial Aptitude | 3 (34-66%) | Not Included |
| Form Perception | 3 (34-66%) | Not Included |
| Clerical Aptitude | 3 (34-66%) | 3 (46 - 54%) |
| Motor Coordination | 4 (11-33%) | Not Included |
| Finger Dexterity | 4 (11-33%) | Not Included |
| Manual Dexterity | 4 (11-33%) | Not Included |
| Eye-Hand-Foot Coordination | 5 (Below 11%) | |
| Color Discrimination | 5 (Below 11%) | |

## Transferable Skills Analysis Referral Form

## Labor Market Survey Referral Form

Claimant Name: Steven Alfano
Policyholder: Weill Medical College
CM: Mark Sodders

Date of Referral: December 2, 2004
Policy #: NYK 1972
Ext.5693 RUSH/TL Signature:__________

List primary diagnoses: Spinal Stenosis

BME: $5,933.32/monthly

INDEXING REQUIRED?: (circle one) **YES**
If so, provide calculation: $6,233.21

CONTRACT STIPULATES: (circle one) 80%***
If other, please specify: *** Contract states unable to perform all the material duties of his regular occupation; or he is earning less than 80% of his Indexed Basic Earnings.

WAGE REQUIREMENT: $4986.57/monthly

1. Why are you referring claim for a TSA? (circle one) **OTHER**
   Any Occ Date: n/a
   OTHER-specify reason here: continuing TD

2. LMS will be conducted if necessary. **Please provide:**
   City/State/Zip code for search: Bronx, NY 10463
3. For work history information, TAB the following documents for use in performing TSA:

| | Document | Completed |
|---|---|---|
| • | DQ | (Y) |
| • | Job Description | (Y) |
| • | Resume/Job Application (From ER if possible) | (N) |

4. For Limitations and Restrictions, TAB the following:

| | Document | Completed |
|---|---|---|
| • | Current Medical (< 6 mos. old) examples: *PAA, Psych abilities form, IME, FCE or AMD/NCM documentation of L/Rs.* | (Y) |

5. State any other pertinent information or other specific issues which need to be addressed by the TSA:
Need DOT's to send to AP for review and comment.

Return this form and file to: Holly Jule, MS, CRC
Rehabilitation Specialist
Ext. 1019

**Sodders, Mark D 212**

From: Sodders, Mark D 212
Sent: Wednesday, December 08, 2004 2:30 PM
To: 'Steven Alfano'
Subject: RE: Steve Alfano pol # 1972

Mr. Alfano:

Thank you for your inquiry. The 3% Cost Of Living Adjustment (COLA) is for your Long Term Disability benefits only. Your policy should stipulate a 3% COLA, not a 5% COLA.

The annual increases in your Social Security Disability Income (SSDI) should not further reduce your Long Term Disability benefits.

I will double-check for you your policy and the prior calculations to insure the accuracy.

Sincerely,

Mark Sodders
Case Manager
CIGNA Disability Management Solutions
972.907.5693 Network: 933.5693
800.352.0611 Ext. 5693
Fax: 860.731.2907
mark.sodders@CIGNA.com

>CONFIDENTIALITY NOTICE: If you have received this communication in
>error, please immediately notify the sender at the address shown. This transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete or destroy from your files if you are not the intended recipient. Thank you for your compliance.
>
>Confidential, unpublished property of CIGNA. Do not duplicate or
>distribute. Use and distribution limited solely to authorized
>personnel. © Copyright 2002 by CIGNA
>

-----Original Message-----
From: Steven Alfano [mailto:steven.alfano@verizon.net]
Sent: Wednesday, December 08, 2004 12:26 PM
To: Sodders, Mark D 212
Subject: Steve Alfano pol # 1972

Hi Mr. Sodders,

I 'm not sure if I understand the COLA adjustment made to my benefit. Is the 3% adjustment you sent the detail based from a Social Security dbl benefit increase?

Also I believe I'm due an annual 5% gross benefit increase as well this month. Please let me know.
Chris Sherer our group's Cigna rep (1-800-238-2125 ext 3431) and is familiar with our policy details. She assisted me last year in getting past due increases paid to me.

Thanks for your assistance
and Happy Holidays,

Steve Alfano



SALARY ASSESSOR

Individual Position Profile

| Human Resources Manager | | | |
|---|---|---|---|
| Estimated Survey Median Annual Base Salaries | | | All Industries |
| Years Of Experience | 10th Percentile | Survey Median | 90th Percentile |
| 18 | 90,698 | 107,973 | 135,615 |
| 9 | 75,585 | 89,982 | 113,017 |
| 1 | 59,800 | 71,191 | 89,415 |

**Specifications**

Prepared For:

Area: New York-Manhattan, New York
Industry: All Industries
Industry Codes: eSIC: 0000, NAICS: 000000, usSEC: 0000
Organization Size: (Data reported by years of experience)

Planning Date: December 13, 2004
Database as of: November 1, 2004

Annualized Salary Trend: 2.40% (Adjustment: 0.70%)

eDOT: 166.117-018
O*Net/SOC: 113040

Printout Date: December 13, 2004
ERISA File:

(items in bold affect salary estimates)

**Annual Base Salaries Graph**

137,000
105,250
73,500
41,750
10,000
Salary
1
9
18
Years Of Experience

ERI Economic Research Institute, 8575 164th Avenue NE, Suite 100, Redmond, Washington 98052 USA
(425) 556-0205 FAX: (425) 885-5001 Internet: http://www.erieri.com E-Mail: info.eri@erieri.com

*ERI data is leased to subscribers for internal (see License Agreement) business use only; resale or public distribution of Assessor data is prohibited.*

049815 Copyright © 2004 ERI Economic Research Institute

## SALARY ASSESSOR

### Position Description

Human Resources Manager

**ERI Survey Code: 4065** Human Resources Manager

**Alternate Titles**
Manager Human Resources; Manager Personnel; Personnel Manager

**Overview**
Plans and carries out policies relating to all phases of personnel activity; recruits, interviews, and selects employees to fill vacant positions.

Typically reports to director and has personnel supervisors reporting to this position.

ERI Economic Research Institute, 8575 164th Avenue NE, Suite 100, Redmond, Washington 98052 USA
(425) 556-0205 FAX: (425) 885-5091 Internet: http://www.erieri.com E-Mail: info.eri@erieri.com

*ERI data is leased to subscribers for internal (see License Agreement) business use only; resale or public distribution of Assessor data is prohibited.*

049815 Copyright © 2004
ERI Economic Research Institute



**Sodders, Mark D 212**

**From:** Jenkins, Rosemary 212
**Sent:** Wednesday, December 01, 2004 5:11 PM
**To:** Sodders, Mark D 212
**Subject:** RE: Exp TSA--Steven Alfano

Mark,

For exp TSA, the results are not placed in a file and are to be used only for rtw planning only. Should you want DOT's for AP comment, you can request
a formal TSA from Holly Jule.

Rosemary

-----Original Message-----
**From:** Sodders, Mark D 212
**Sent:** Wednesday, December 01, 2004 11:54 AM
**To:** Jenkins, Rosemary 212
**Subject:** Exp TSA--Steven Alfano

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

Rosemary:

Do you still have the exp TSA results for Steven Alfano?

His doctor is certifying disability, and does state Class 5 PI, but his PAA was utilized for the 11/09/04 exp TSA.

Can I have a print out of the DOT's so that I may send to his doctor for comment?

???

Mark Sodders
Case Manager
CIGNA Disability Management Solutions
972.907.5693 Network: 933.5693
800.352.0611 Ext. 5693
Fax: 860.731.2907
mark.sodders@CIGNA.com

CONFIDENTIALITY NOTICE: If you have received this communication in error, please immediately notify the sender at the address shown. This transmission may contain confidential information. This information is intended only for the use of the individual(s) or entity to whom it is intended even if addressed incorrectly. Please delete or destroy from your files if you are not the intended recipient. Thank you for your compliance.

Confidential, unpublished property of CIGNA. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. © Copyright 2002 by CIGNA

NOV. 30. 2004 3:28PM HYPH NO. 279 P. 1

CORNELL UNIVERSITY
Joan and Sanford Weill Medical College

NEW YORK PRESBYTERIAN HOSPITAL

Keith W. Roach, M.D.
Associate Professor of Clinical Medicine
Associate Professor of Public Health and Epidemiology
Program Director, Primary Care Residency Program
Cornell Internal Medicine Associates

Weill Medical College
Department of Medicine
[illegible] East 70th Street, [illegible]
New York, NY [illegible]

Tel: [illegible]
Fax: [illegible]
[illegible]

## FAX COVER SHEET

CONFIDENTIALITY NOTICE: THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION, BELONGING TO THE SENDER, THAT IS LEGALLY PRIVILEGED. THIS INFORMATIO IS INTENDED ONLY FOR THE USE IF THE INDIVIDUAL ENTITY NAMED BELOW, IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN OF THESE DOCUMENTS.

| | | | |
|---|---|---|---|
| Send to: | Mark Sanders | From: | Dr. Roach |
| Attention: | " | Date: | 11/30/04 |
| Office Location: | | Office Location: | CIMA |
| Fax number: | 860-731-2907 | Phone number: | |
| Pages: | 6 | Attention: | |

| |
|---|
| Comments: Re: Steven Alfano |
| |
| |
| |
| |

Mark Sodders
Case Manager
CIGNA Disability Management Solutions

CIGNA Group Insurance
Life · Accident · Disability

Routing 212B
12225 Greenville Avenue
Suite 1000 LB 179
Dallas, TX 75243-9182
Telephone 800.252.0611 x5693
Facsimile 860.731.2907
Mark.Sodders@Cigna.com

November 9, 2004

Steven Alfano
3800 Waldo Avenue, 13-G
Bronx, NY 10463

| Re: | Claimant: | Steven Alfano |
| --- | --- | --- |
| | Policyholder: | Weill Medical College |
| | Policy Number: | NYK 1972 |
| | CIGNA Life Insurance Company of New York | |

Dear Mr. Alfano:

This letter is in reference to the captioned Long Term Disability claim.

A review of our file reveals the need for updated information. One of the provisions of your contract specifies that you may not be considered totally disabled for any period if you are not under the care of a licensed physician. Please complete the following information and return to this office by November 30, 2004:

- Supplementary Claim Disability Benefits form.

You may fax this information back, attention to the undersigned, to 860-731-2907. Or, a return envelope is enclosed for your convenience.

Your assistance in providing this information is appreciated and will aid in the prompt handling of your claim.

Sincerely,

Mark Sodders

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

NOV. 30. 2004 3:29PM NYPE NO. 279 P. 3

**FRAUD WARNING:** Any person who, knowingly and with intent to defraud any insurance company or other person; (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purpose of misleading, information concerning any material fact thereto, commits a fraudulent insurance act. For residents of the following states, please see the reverse side of this form: *California, Colorado, District of Columbia, Florida, Kentucky, Maryland, Minnesota, New Jersey, New York, Oregon, Pennsylvania, Tennessee, Texas or Virginia.*

**TO BE COMPLETED BY THE CLAIMANT**

NAME OF CLAIMANT (Last Name) (First Name) (Middle Initial): ALFANO STEVEN A
SOCIAL SECURITY NUMBER: 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
TELEPHONE NUMBER: (718) 884 2067

ADDRESS (Street) (City) (State) (Zip Code): 3800 WALDO AVE APT 13-G BRONX NEW YORK 10463

LIST STATES IN WHICH YOU MAY BE LIABLE FOR FILING TAX RETURNS: NY

NAME OF EMPLOYER/ASSOCIATION: WEILL (CORNELL) MEDICAL COLLEGE
POLICY NUMBER: NYK 1972

DATE OF BIRTH OF YOUR YOUNGEST CHILD/DEPENDENT: 5/18/95

NAME OTHER SOURCES OF INCOME TO WHICH YOU AND YOUR DEPENDENTS ARE ENTITLED BY CHECKING THE APPROPRIATE SOURCES LISTED BELOW. SHOW AMOUNTS RECEIVED AND INDICATE PAYMENT FREQUENCY. IF YOU HAVE NOT PREVIOUSLY PROVIDED US WITH A COPY OF THE AWARD LETTER, PLEASE ATTACH A COPY. INDICATE "NONE" IN THE APPROPRIATE BLOCKS IF YOU DO NOT RECEIVE INCOME FROM A NAMED SOURCE.

| ☑ Primary Social Security | ☑ Dependent Social Security | ☐ Pension | ☐ Governmental | ☐ Workers' Compensation | ☐ Other, Identify |
|---|---|---|---|---|---|
| $ 1538/Month | $ 802/Month | $ 0 | $ 0 | $ 0 | $ 0 |

ARE YOU CURRENTLY WORKING? ☐ YES ☑ NO

If yes, please provide name and address of employer, job title, number of hours worked per week, and wage rate.

ARE YOU INTERESTED IN A VOLUNTARY REHABILITATION/RETRAINING PROGRAM? ☐ YES ☑ NO

**TO BE COMPLETED BY ATTENDING PHYSICIAN**

The claimant is responsible for the completion of this form without expense to the company.

**1. PRESENT CONDITION** continued disability

DIAGNOSIS: spinal stenosis
DATE OF LAST VISIT: 9/10/04
FREQUENCY OF VISITS: q 3 mo

SUBJECTIVE SYMPTOMS: back pain

OBJECTIVE FINDINGS (X-RAYS, E.K.G.'S, LABORATORY DATA AND ANY CLINICAL FINDINGS): [illegible]

**2. PROGRESS**

(a) Has patient ☐ Recovered? ☐ Improved? ☑ Unchanged? ☐ Retrogressed?

(b) Is patient ☐ Bed Confined? ☐ Hospital Confined? ☑ Ambulatory? ☐ House Confined?

(c) Has patient been hospital confined? ☐ Yes ☑ No If yes, give Name and Address of Hospital

[illegible] Confined from ______ through ______

**3. CARDIAC (If Applicable)** n/a

(a) Functional capacity ______ (American Heart Ass'n.)

☐ Class 1 (No limitation) ☐ Class 2 (Slight limitation) ☐ Class 3 (Marked limitation) ☐ Class 4 (Complete limitation)

(b) Blood Pressure (last visit) ______ SYSTOLIC ______ DIASTOLIC

**4. LIMITATION** (If there is a limitation, check and describe below)

Standing ✓ Climbing ✓ Bending ✓ Use of hands ______ Sitting ✓

Walking ✓ Stooping ✓ Lifting ✓ Psychological ______ Other (state which) ______

NOV. 30. 2004 3:29PM NYPH NO. 279 P. 4

5. PHYSICAL IMPAIRMENT (* as defined in Federal Dictionary of Occupational Titles)

- ☐ Class 1 - No limitation of functional capacity; capable of heavy work* No restrictions (0 - 10%)
- ☐ Class 2 - Medium manual activity* (15 - 30%)
- ☐ Class 3 - Slight limitation of functional capacity; capable of light work* (35 - 55%)
- ☐ Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60 - 70%)
- ☒ Class 5 - Severe limitations of functional capacity; incapable of minimal (sedentary*) activity (75 - 100%)
- ☐ Remarks: all [illegible] of #7 are [illegible]

6. MENTAL/NERVOUS IMPAIRMENT (if applicable)

(a) Please define "stress" as it applies to the claimant. n/a

- ☐ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations)
- ☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitation)
- ☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
- ☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
- ☐ Class 5 - Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
- ☐ Remarks:

7. EXTENT OF DISABILITY

| | Patient's Regular Occupation | Any Occupation |
|---|---|---|
| When was patient able to go to work? | Mo. ____ Day ____ Yr. ____ | Mo. ____ Day ____ Yr. ____ |

not currently working

8. REHABILITATION

(a) Is patient a suitable candidate for further rehabilitation services? ☐ YES ☒ NO

(b) Can present job be modified to allow for handling with impairment? ☐ YES ☒ NO

(c) When could trial employment commence? ____

PATIENT'S JOB: ___/___/___ (Mo. Day Yr.) Full-time ☐ Part-time ☐

ANY OTHER WORK: ___/___/___ (Mo. Day Yr.) Full-time ☐ Part-time ☐

(d) Would vocational counseling and/or retraining be recommended? ☐ YES ☐ NO

9. REMARKS

| DATE | PRINT NAME | SIGNATURE (ATTENDING PHYSICIAN) | DEGREE | TELEPHONE |
|---|---|---|---|---|
| 11/30/04 | [illegible] | [signature] | M.D. | 212 [illegible] |

| STREET ADDRESS | CITY OR TOWN | STATE (OR PROVINCE) | ZIP CODE |
|---|---|---|---|
| 505 E 70th | New York | NY | 10021 |