## Claim File Summary Information

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

**Report date: 12/28/2007 7:00:02 AM EST**

CLICNY 0001

## Employee File

### Employee Information

| | | | | |
|---|---|---|---|---|
| **Prefix Name** | | **First Name** | STEVEN | **MI** |
| | | **Last Name** | ALFANO | **Suffix Name** |
| **Certholder Code** | S - Social Security Number | **SSN** | 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 | |
| **Date of Birth** | 01/14/1958 | **Age** | 49 | |
| **Gender** | Male | **Marital Status** | Unknown | **SIT State**  NEW YORK |

### Address Information

| | | | | |
|---|---|---|---|---|
| **Address Line 1** | 3800 WALDO AVE, 13-G | | | |
| **Address Line 2** | | | | |
| **City** | BRONX | **State/Province** | NEW YORK | **Zip Code**  10463 |
| **Country** | United States | **Other** | | |

### Phone Information

| | | | |
|---|---|---|---|
| **Type** | **Number** | **Ext.** |
| **Type** | **Number** | **Ext.** |
| **Type** | **Number** | **Ext.** |
| **Type** | **Number** | **Ext.** |
| **E-Mail Address** | | |

**Last Changed User**  SCOTT KARCH        **Last Changed Date**  12/07/2000 12:00 AM

**Created:**  04/03/2004 05:06 AM

CLICNY 0002

## Primary Claim File

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

### Assignment Information

| | | | |
|---|---|---|---|
| **Team Name** | D-SAM Recert | **Claim Office** | |
| **Nurse** | | **Vocational Rehab** | |
| **Claim Type** | LTD | | |
| **Claim Reopened Reason** | | | |
| **Claim Status Reason** | Denied, Not TD Own Occ | | |
| **Financial Arrangement** | 1 - Fully Insured | | ☐ **In Suit Indicator** |

### Incident Information

| | | | |
|---|---|---|---|
| **Last Day Worked** | 06/06/2000 | **Hours Worked Last Day** | 0 |
| **Benefit Start Date** | 12/03/2000 | **Benefit Term Date** | 09/28/2005 |
| **Benefit Paid Through Date** | 10/27/2005 | **Claim Registered Date** | 12/08/2000 |
| **Received Date** | 12/07/2000 | **STD to LTD Transition Date** | |
| **Any-Occ Date** | 09/28/2005 | **SUTA State** | NEW YORK |
| **Incurred Date** | 06/06/2000 | | |

### Standard Length of Disability Duration (in Days)

| | | | |
|---|---|---|---|
| **Part Time** | **Full Time** | **Red Flag** | ☐ **Does Not Exist** |

### Medical Information

| | | | |
|---|---|---|---|
| **Mental Illness Limit** | 1 - Duration Restricted | **Claim Complexity** | |
| **Primary ICD Code** | 72252 | | |
| **Primary ICD Description** | LUMB/LUMBOSAC DISC DEGEN | | |
| **Secondary ICD Code** | | | |
| **Secondary ICD Description** | | | |
| **Condition** | Illness | | |

### Occupation Information

| | | | |
|---|---|---|---|
| **Occupation Category** | 01 - Officials and Managers | | |
| **Employee ID** | | **Date of Hire** | 05/05/1991 |
| **Job Title** | Officials and Managers | **Work Related?** | |
| **Cause of Loss Description** | 054 - Sickness -- Non-Occ | | |

### Key Dates

| | | | |
|---|---|---|---|
| **ERD** | | | |
| **ERD Reason Code** | | | |
| **Provider's Estimated RTW** | | **Actual RTW** | |
| **Med Approved Through** | | **Proof of Loss Date** | 02/06/2001 |

### SAM Information

**Pre-SAM Effective Date**                          **SAM Effective Date**
**SAM Review Type**

## Policy / Key Change Information

| | | | |
|---|---|---|---|
| **Rated/Ported Code** | 3 - Pooled | | |
| **Number of Months in Split** | | **Split Transition Date** | |
| **LINA Only** | | | |
| **Policy Symbol** | NYK | **Policy Number** | 0001972 |
| **Suffix** | 000 | **Coverage Code** | 80B |
| **CG Only** | | | |
| **Account Number** | | **Policy Code** | |
| **Major/Minor** | | **Division** | |
| **Sub Minor** | | | |
| **Last Changed User ID** | Mark Sodders | **Last Changed Date** | 09/28/2005 03:10 PM |

**Created:**   04/03/2004 11:57 AM

# Med/Voc

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|------|---------------|-----|-------------|-----|------------|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

## Medical Information

| | | | |
|---|---|---|---|
| Date Accident Happened or Symptoms First Appeared | | | |
| Provider's Estimated RTW Date | | ERD | |
| Primary ICD Code | 72252 | Primary ICD Description | LUMB/LUMBOSAC DISC DEGEN |
| Secondary ICD Code | | Secondary ICD Description | |
| Level of Functional Capacity | | Actual RTW Date | |

## Healthcare Connect

| | | |
|---|---|---|
| Healthcare Connect | Early Notice ID | |
| CHC Data Source | CHC Eligibility Source | |
| CHC Medical Product Type | CIGNA Behavioral Type | |
| CHC Well Aware | | |

## Treatment Information

| | | |
|---|---|---|
| Name of Hospital or Clinic | | |
| Date Admitted | Date Discharged | |
| Expected Delivery Date | Delivery Method | |
| Actual Delivery Date | Complications | |
| Date of Surgery | Type of Surgery | |

## Vocational Rehab Information

| | | |
|---|---|---|
| Mandatory Rehab | DOT Description | |
| Occupational Characteristics | | |
| DOT Occupational Titles1 | DOT Occupational Titles2 | |
| DOT Occupational Titles3 | Claimant Educational Background | |
| Claimant Work History | | |
| Rehab Accepted Date | Rehab Closed Date | |
| Outcome | RTW Category | |

| Last Changed User | Acenza Admin | Last Changed Date | 03/09/2007 10:30 PM |
|---|---|---|---|

**Created:** 04/03/2004 11:57 AM

# Financial

| Name | STEVEN ALFANO | SSN | 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 | DOB | | 01/14/1958 |
|---|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | | 09/28/2005 - Closed |

## Compensation Information

| Weekly Amount | $ 1369.23 | Monthly Amount | $ 5933.32 |
|---|---|---|---|
| Average Weekly Wage (for 8 weeks preceding disability) | $ 0.00 | Total Hours Worked per Week | |

## Benefit Information

| Waiting Period | | Specify Other | |
|---|---|---|---|
| Waiting Period Code | 06 - > 154 Days <= 184 Days | | |
| Maximum Period | | Specify Other | |
| Total Benefits Paid Through Amount | $ 122109.03 | | |
| Period Code | 07 - Age 65 | | |

## Contribution Information

| STD Effective Date | | Buy-Up Effective Date | |
|---|---|---|---|
| Contribution Taxability | | Buy-Up Taxability | |
| Tax Contribution | 0% | Post-Tax Buy-Up Contribution | 0% |
| LTD Effective Date | | Employer-Calculated Blended Contribution | 50% |

## Overpayment Information

| Total Amount | $ 0.00 | Deduct Amount | $ 0.00 |
|---|---|---|---|
| Deduct Start Date | | | |

## Social Security Information

| Date of Birth of Youngest Dependent | | Spouse Date of Birth | |
|---|---|---|---|
| Reimbursement Agreement Received Date | | Authorization Form Received Date | |
| Vendor Name | | Own Representation | |
| Vendor Referred Date | | | |

## Benefit Segment Index

| Benefit Segment Number | Net Benefit Effective Date | Gross Benefit Amount | Net Benefit Amount |
|---|---|---|---|
| 1 | 12/03/2000 | $ 4153.32 | $ 100.00 |
| 2 | 12/06/2000 | $ 3560.00 | $ 2050.00 |
| 3 | 12/07/2000 | $ 3560.00 | $ 3560.00 |

| 4 | 02/05/2001 | $ 3560.00 | $ 3560.00 |
| 5 | 02/03/2003 | $ 4153.32 | $ 1888.32 |
| 6 | 07/03/2004 | $ 4153.32 | $ 2273.45 |
| 7 | 12/03/2004 | $ 4153.32 | $ 2125.32 |

## Benefit Segment Information

| | | | |
|---|---|---|---|
| Benefit Frequency | M - One Month (Standard 30 Day) | Benefit Paid Through Date | 10/27/2005 |
| Compensation Frequency | Monthly | Compensation Amount | $ 5933.32 |
| Integration Method | 03 - Backdoor Override | Override | 70 % |
| Calculation Rounding Indicator | A - Basic Amt to Nearer Dollar | Override Amount | $ 4153.32 |
| Calculation Basic | 60 % | Basic Amount | $ 3559.99 |
| Benefit Minimum Amount | $ 100.00 | Benefit Maximum Amount | $ 15000.00 |
| Flat Benefit Amount | $ | Gross Benefit Amount | $ 4153.32 |
| Net Benefit Amount | $ 100.00 | Net Benefit Type | M - Minimum Benefit |
| Net Benefit Effective Date | 12/03/2000 | | |

## Offset Information

| Offset Type | Status | Effective Date | Term Date | Amount |
|---|---|---|---|---|
| 23 - Rehabilitation | T - Expected RTW | 06/06/2000 | | $ 0.00 |
| 01 - Short Term Disability Income | A - Actual or Approved Offset | 06/05/2000 | | $ 2894.41 |
| 04 - Primary Disability w/ freeze | 01 - SS Award @ Initial Application | 12/01/2000 | | $ 1510.00 |
| 06 - Dependent SS with freeze | 01 - SS Award @ Initial Application | 12/01/2000 | | $ 755.00 |
| | | | | $ |

## Benefit Segment Information

| | | | |
|---|---|---|---|
| Benefit Frequency | M - One Month (Standard 30 Day) | Benefit Paid Through Date | 10/27/2005 |
| Compensation Frequency | Monthly | Compensation Amount | $ 5933.32 |
| Integration Method | 03 - Backdoor Override | Override | 70 % |
| Calculation Rounding Indicator | A - Basic Amt to Nearer Dollar | Override Amount | $ 4153.32 |
| Calculation Basic | 60 % | Basic Amount | $ 3559.99 |
| Benefit Minimum Amount | $ 100.00 | Benefit Maximum Amount | $ 15000.00 |
| Flat Benefit Amount | $ | Gross Benefit Amount | $ 3560.00 |
| Net Benefit Amount | $ 2050.00 | Net Benefit Type | N - Gross or Gross less Offsets |
| Net Benefit Effective Date | 12/06/2000 | | |

## Offset Information

| Offset Type | Status | Effective Date | Term Date | Amount |
|---|---|---|---|---|
| 23 - Rehabilitation | T - Expected RTW | 06/06/2000 | | $ 0.00 |
| 01 - Short Term Disability Income | V - Terminated | 12/06/2000 | | $ 0.00 |
| 04 - Primary Disability w/ freeze | 01 - SS Award @ Initial Application | 12/01/2000 | | $ 1510.00 |

$
$

## Benefit Segment Information

| | | | |
|---|---|---|---|
| **Benefit Frequency** | M - One Month (Standard 30 Day) | **Benefit Paid Through Date** | 10/27/2005 |
| **Compensation Frequency** | Monthly | **Compensation Amount** | $ 5933.32 |
| **Integration Method** | 03 - Backdoor Override | **Override** | 70 % |
| **Calculation Rounding Indicator** | A - Basic Amt to Nearer Dollar | **Override Amount** | $ 4153.32 |
| **Calculation Basic** | 60 % | **Basic Amount** | $ 3559.99 |
| **Benefit Minimum Amount** | $ 100.00 | **Benefit Maximum Amount** | $ 15000.00 |
| **Flat Benefit Amount** | $ | **Gross Benefit Amount** | $ 3560.00 |
| **Net Benefit Amount** | $ 3560.00 | **Net Benefit Type** | N - Gross or Gross less Offsets |
| **Net Benefit Effective Date** | 12/07/2000 | | |

### Offset Information

| Offset Type | Status | Effective Date | Term Date | Amount |
|---|---|---|---|---|
| 23 - Rehabilitation | T - Expected RTW | 06/06/2000 | | $ 0.00 |
| 01 - Short Term Disability Income | V - Terminated | 12/06/2000 | | $ 0.00 |
| | | | | $ |
| | | | | $ |
| | | | | $ |

## Benefit Segment Information

| | | | |
|---|---|---|---|
| **Benefit Frequency** | M - One Month (Standard 30 Day) | **Benefit Paid Through Date** | 10/27/2005 |
| **Compensation Frequency** | Monthly | **Compensation Amount** | $ 5933.32 |
| **Integration Method** | 03 - Backdoor Override | **Override** | 70 % |
| **Calculation Rounding Indicator** | A - Basic Amt to Nearer Dollar | **Override Amount** | $ 4153.32 |
| **Calculation Basic** | 60 % | **Basic Amount** | $ 3559.99 |
| **Benefit Minimum Amount** | $ 100.00 | **Benefit Maximum Amount** | $ 15000.00 |
| **Flat Benefit Amount** | $ | **Gross Benefit Amount** | $ 3560.00 |
| **Net Benefit Amount** | $ 3560.00 | **Net Benefit Type** | N - Gross or Gross less Offsets |
| **Net Benefit Effective Date** | 02/05/2001 | | |

### Offset Information

| Offset Type | Status | Effective Date | Term Date | Amount |
|---|---|---|---|---|
| 23 - Rehabilitation | T - Expected RTW | 06/06/2000 | | $ 0.00 |
| 01 - Short Term Disability Income | V - Terminated | 12/06/2000 | | $ 0.00 |
| 04 - Primary Disability w/ freeze | T - Expected RTW | 06/06/2000 | | $ 0.00 |
| | | | | $ |
| | | | | $ |

CLICNY 0008

## Benefit Segment Information

| | | | |
|---|---|---|---|
| **Benefit Frequency** | M - One Month (Standard 30 Day) | **Benefit Paid Through Date** | 10/27/2005 |
| **Compensation Frequency** | Monthly | **Compensation Amount** | $ 5933.32 |
| **Integration Method** | 03 - Backdoor Override | **Override** | 70 % |
| **Calculation Rounding Indicator** | A - Basic Amt to Nearer Dollar | **Override Amount** | $ 4153.32 |
| **Calculation Basic** | 60 % | **Basic Amount** | $ 3559.99 |
| **Benefit Minimum Amount** | $ 100.00 | **Benefit Maximum Amount** | $ 15000.00 |
| **Flat Benefit Amount** | $ | **Gross Benefit Amount** | $ 4153.32 |
| **Net Benefit Amount** | $ 1888.32 | **Net Benefit Type** | X - Override Max less Offsets |
| **Net Benefit Effective Date** | 02/03/2003 | | |

### Offset Information

| Offset Type | Status | Effective Date | Term Date | Amount |
|---|---|---|---|---|
| 04 - Primary Disability w/ freeze | 01 - SS Award @ Initial Application | 12/01/2000 | | $ 1510.00 |
| 06 - Dependent SS with freeze | 01 - SS Award @ Initial Application | 12/01/2002 | | $ 755.00 |
| | | | | $ |
| | | | | $ |
| | | | | $ |

## Benefit Segment Information

| | | | |
|---|---|---|---|
| **Benefit Frequency** | M - One Month (Standard 30 Day) | **Benefit Paid Through Date** | 10/27/2005 |
| **Compensation Frequency** | Monthly | **Compensation Amount** | $ 5933.32 |
| **Integration Method** | 03 - Backdoor Override | **Override** | 70 % |
| **Calculation Rounding Indicator** | A - Basic Amt to Nearer Dollar | **Override Amount** | $ 4153.32 |
| **Calculation Basic** | 60 % | **Basic Amount** | $ 3559.99 |
| **Benefit Minimum Amount** | $ 100.00 | **Benefit Maximum Amount** | $ 15000.00 |
| **Flat Benefit Amount** | $ 0.00 | **Gross Benefit Amount** | $ 4153.32 |
| **Net Benefit Amount** | $ 2273.45 | **Net Benefit Type** | C - COLA Updates |
| **Net Benefit Effective Date** | 07/03/2004 | | |

### Offset Information

| Offset Type | Status | Effective Date | Term Date | Amount |
|---|---|---|---|---|
| 04 - Primary Disability w/ freeze | 01 - SS Award @ Initial Application | 12/01/2000 | | $ 1510.00 |
| 06 - Dependent SS with freeze | 01 - SS Award @ Initial Application | 12/01/2002 | | $ 755.00 |
| | | | | $ 0.00 |
| | | | | $ 0.00 |
| | | | | $ 0.00 |

## Benefit Segment Information

| | | | |
|---|---|---|---|
| **Benefit Frequency** | M - One Month (Standard 30 Day) | **Benefit Paid Through Date** | 10/27/2005 |

CLICNY 0009

| | | | |
|---|---|---|---|
| **Compensation Frequency** | Monthly | **Compensation Amount** | S 5933.32 |
| **Integration Method** | 03 - Backdoor Override | **Override** | 70 % |
| **Calculation Rounding Indicator** | A - Basic Amt to Nearer Dollar | **Override Amount** | S 4153.32 |
| **Calculation Basic** | 60 % | **Basic Amount** | S 3559.99 |
| **Benefit Minimum Amount** | $ 100.00 | **Benefit Maximum Amount** | S 15000.00 |
| **Flat Benefit Amount** | $ 0.00 | **Gross Benefit Amount** | S 4153.32 |
| **Net Benefit Amount** | $ 2125.32 | **Net Benefit Type** | C - COLA Updates |
| **Net Benefit Effective Date** | 12/03/2004 | | |

### Offset Information

| Offset Type | Status | Effective Date | Term Date | Amount |
|---|---|---|---|---|
| 04 - Primary Disability w/ freeze | 01 - SS Award @ Initial Application | 12/01/2000 | | $ 1510.00 |
| 06 - Dependent SS with freeze | 01 - SS Award @ Initial Application | 12/01/2002 | | $ 755.00 |
| | | | | $ 0.00 |
| | | | | $ 0.00 |
| | | | | $ 0.00 |

| **Last Changed User** | Mark Sodders | **Last Changed Date** | 12/22/2004 11:21 AM |
|---|---|---|---|

**Created:**    04/03/2004 11:57 AM

# Eligibility

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

### Decision Information

| | | |
|---|---|---|
| **Core** | | **Date** |
| **Buy-Up** | | **Date** |

### Supplemental Information

| | | | |
|---|---|---|---|
| **CIGNA Life Insurance** | | **Life Policy Number** | |
| **Waiver of Premium** | | **Family Monthly Income** | Yes |
| **Pension Contribution** | | **Total & Permanent Disability** | |
| **Late Submittal** | | **Pension Supplement** | No |
| **Pre-Existing Condition** | 6 - Policy has a PCL -na | **Continuity of Coverage** | |
| **PCL Investigation Begin** | | **PCL Investigation End** | |
| **Date** | | **Date** | |
| **Occupational Provision** | | . | |

### Employer Location Information

| | | | | | |
|---|---|---|---|---|---|
| **Location Number** | 01 | | | **Location** | WEILL CORNELL MEDICAL |
| **Address Line 1** | ATTN: CLARE MCDONOUGH | | | | |
| **Address Line 2** | 445 E. 69TH ST. RM 220 | | | | |
| **City** | NEW YORK | **State/Province** | NY | **Zip Code** | 10021 |

| | | | |
|---|---|---|---|
| **Last Changed User** | JOHN SCHOENER | **Last Changed Date** | 07/03/2003 12:00 AM |

**Created:**   04/03/2004 11:57 AM

## SIU/Appeal

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

### Special Investigation

SIU Acceptance Date                          SIU Completed Date

### Appeal Information

Claim Re-opened Date

### First Appeal

| Appeal Received Date | 05/30/2002 |
|---|---|
| Appeal Acknowledgement Letter Sent Date | |
| Appeal Resolution Date | 03/31/2006 |

### Second Appeal

| Appeal Received Date | 09/21/2006 |
|---|---|
| Appeal Acknowledgement Letter Sent Date | 10/26/2006 |
| Appeal Resolution Date | 12/08/2006 |

| Last Changed User | JOHN SCHOENER | Last Changed Date | 07/03/2003 12:00 AM |
|---|---|---|---|

Created:    04/03/2004 11:57 AM

## Supp Covg

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

### Family Monthly Income

| | | | |
|---|---|---|---|
| **Eligible** | No | **Claim Status** | |
| **Net Benefit Amount** | $ 0.00 | **Benefit %** | 0.00 % |
| **Benefit Start Date** | | **Benefit Term Date** | |
| **Benefit Frequency** | | **Benefit Period Code** | |
| **Employee Contribution %** | 0.00 % | | |

### Pension Supplement

| | | | |
|---|---|---|---|
| **Eligible** | No | **Claim Status** | |
| **Net Benefit Amount** | $ 0.00 | **Benefit %** | 0.00 % |
| **Benefit Start Date** | | **Benefit Term Date** | |
| **Benefit Frequency** | | **Benefit Period Code** | |
| **Employee Contribution%** | 0.00 % | | |

### Pension Contribution

| | | | |
|---|---|---|---|
| **Eligible** | No | **Taxable** | |
| **Net Benefit Amount** | $ 0.00 | **Benefit %** | 0.00 % |
| **Employee Contribution%** | 0.00 % | | |

### Total & Permanent Disability

| | | | |
|---|---|---|---|
| **Interest Rate** | 0.00 % | **Paid Out As** | |
| **TPD Rate** | 0.00 % | **TPD Amount** | $ 0.00 |

### Spouse Information

| | | | |
|---|---|---|---|
| **First Name** | **MI** | **Last Name** | |
| **SSN** | | **Date of Birth** | |
| **Is Spouse Employed?** | | **If Employed** | |

| | | | |
|---|---|---|---|
| **Last Changed User** | JOHN SCHOENER | **Last Changed Date** | 07/03/2003 12:00 AM |

**Created:**    04/03/2004 11:57 AM

## Follow-Up Tasks - General Follow-Up

| Name | STEVEN  ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

Title      file received from closed storage? Ordered 09/10

**Comment/Instruction**

File rec'd and sent to copy service for request by attorney. Copy of file and letter sent to attorney on 09/20/2007.

| Last Changed User | Leon Farmer | | Last Changed Date | 09/20/2007 09:41 AM |
|---|---|---|---|---|
| **Status:** Completed | **Assigned To:** | Leon Farmer | **Created:** | 09/07/2007 05:22 PM |

CLICNY 0014

## Follow-Up Tasks - General Follow-Up

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

**Title**    Please recall from closed storage. Thnx Leon

**Comment/Instruction**

| Last Changed User | Wilma Lord | | Last Changed Date | | 09/14/2007 12:59 PM |
|---|---|---|---|---|---|
| **Status:** Completed | | **Assigned To:** | Wilma Lord | **Created:** | 09/10/2007 12:26 PM |

## Follow-Up Tasks - Correspondence Task

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

**Title**     Core Team Appeal Ack Ltr

**Comment/Instruction**

DocGen System Notice of Letter Creation.
Reference ~1146781~967044~
Role: Attorney
Specialty:
Primary Recipient: DELOTT, JEFFREY
Company: LAW OFFICES OF JEFFREY DELOTT
Category:
System title: Core Team Appeal Ack Ltr
Author: FARMER, CLAUDE
Date Sent: Sep 10 2007 12:41PM
User title: att ack
Enclosures Indicator:
CC Indicator:

| **Last Changed User** | Leon Farmer | | **Last Changed Date** | 09/10/2007 12:41 PM |
|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** Leon Farmer | **Created:** | 09/10/2007 12:41 PM |

## Follow-Up Tasks - General Follow-Up

| Name | STEVEN  ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

**Title**    CX asked for third appeal.

**Comment/Instruction**

Calm was denied on a vol appeal on 12/07/2006. CX sent a letter dated 08/06/2007 wanting another appeal. CX appeal rights were ehausted in letter of 12/07/2006. I talked to Medha in appeals and it was agreed no other appeal would be considered. Letter sent to CX on 08/14/2007 advising we would not consider any additional appeal. Letter is in acclaim.

| Last Changed User | Leon Farmer | | Last Changed Date | 08/14/2007 03:45 PM |
|---|---|---|---|---|

| **Status:** | Completed | **Assigned To:** | Leon Farmer | **Created:** | 08/14/2007 03:44 PM |
|---|---|---|---|---|---|

## Follow-Up Tasks - Correspondence Task

| Name | STEVEN  ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

**Title**   Free Form Letter

**Comment/Instruction**

DocGen System Notice of Letter Creation.
Reference ~1088032~915560~
Role: Claimant
Specialty:
Primary Recipient: ALFANO, STEVEN
Company:
Category:
System title: Free Form Letter
Author: FARMER, CLAUDE
Date Sent: Aug 14 2007 3:37PM
User title: Appeal Ehausted
Enclosures Indicator:
CC Indicator:

| **Last Changed User** | Leon Farmer | | **Last Changed Date** | 08/14/2007 03:37 PM |
|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Leon Farmer | **Created:** | 08/14/2007 03:37 PM |

## Appeal Process

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

### Senior Appeals Specialist/STD Gatekeeper

| Appeal Assignee | Medha Bharadwaj | Date | 10/26/2006 03:30 PM | User ID | Karol Johnson |
|---|---|---|---|---|---|

### Appeal Assignee

**Detailed Acknowledgement Letter Sent Date**    10/27/2006

**Action Plan/Investigation Results**

Voluntary appeal. 48 yom off work since 06/06/00 due to chronic back pain. Cx was paid LTD from 12/03/00 through 10/27/2005. Claim was denied based on an FCE showing cx could do sedentary work and TSA identified cx's own occupation. On voluntary appeal. Claim was staffed with Dr. Mendez as some new medical information was sent in. Medical did not support l/r precluding sedentary work. On voluntary appeal, no medical information was submitted. However, Gary Person, appeal manager, and Karol Johnson, ASCM, directed me to refer file for an orthopaedic peer review. Letter sent to atty advising of PR and PR form emailed to ANCM to facilitate the PR. PR received. see below for summary. PR stated that the l.r precluding sedentary work are not supported per the FCE. PR said cx would need to change positions, however this would still be in the confines of sedentary work. Cx's occ is sedentary. affirm and exhaust.

☑ **Refer to MC/NCM**     **Date** 12/11/2006 10:05 AM    **User ID**    Medha Bharadwaj

### MC/NCM

**Medical Investigation Results**

10-30-06 ANCM received and reviewed referral form requesting Ortho/PR with Intracorp per TL request. Vendor notified of request.
Karen Haley RN
10-31-06 Kathy Douglas from Intracorp copied and delivered medical records to vendor.
Karen Haley RN
11-1-06 ANCM received Acknowledgement letter from Intracorp confirming request for Ortho/PR with a completion date of 11-15-06. ANCM will f/u by 11-16-06 if no report received.
Karen Haley RN
11-29-06 ANCM received Ortho/PR report back from Intracorp, completed by Dr. Weiss who found the provided medical records are insufficient to support R/L that would preclude sedentary abilities during the time period in question. Reviewer does not cx should change positions frequently, limit walking to not greater than one block. Please see report for details. ANCM discussed with ACM and file returned.
Karen Haley RN

☑ **Refer Back To Assignee**     **Date** 11/29/2006 02:16 PM    **User ID**    Karen Haley

### Recommendation

**Appeal Assignee Recommendation**     Upheld Original Denial
*Referred to CAT TL/SCM/TL of Assignee*     **Date** 12/07/2006 01:38 PM    **User ID**    Medha Bharadwaj

### Decision

**CAT TL (LTD)/SCM/TL of Assignee(STD) Decision** Upheld Original Denial

**If decision = Overturned, route task to the TL of the core team. If decison = Upheld, route task to appeal assignee.**

                                      **Date** 12/08/2006 09:35 AM    **User ID**    Gary Person

**Comments**
Decision reviewed

| ☑ **Appeal Decision Letter Sent** | **Date** | 12/11/2006 10:04 AM | **User ID** | Medha Bharadwaj |

| **Last Changed User** | Medha Bharadwaj | **Last Changed Date** | 12/11/2006 11:05 AM |

| **Status:** | Completed | **Assigned To:** | Medha Bharadwaj | **Created:** | 10/26/2006 04:30 PM |

# Peer Review

| Name | STEVEN  ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

## ASO Only

| Customer Approved | | Date | |
|---|---|---|---|
| First Name | | Last Name | |

## Peer Review

| Requested Provider Specialty * | Orthopedist | | |
|---|---|---|---|
| Rationale * | Conflicting Medical Information | Specify Other | |
| Vendor Referred Date * | 10/30/2006 | Vendor Acknowledgement Date * | 11/01/2006 |
| Claimant Notification Date * | 11/01/2006 | | |
| Special Instructions | | | |

## Peer Review Provider

| Provider Specialty * | Orthopedic Surgeon | | | | |
|---|---|---|---|---|---|
| First Name * | michael | Last Name * | weiss | | |
| City * | CARROLLTON | State / Province * | TEXAS | Zip Code * | 75007 |
| Phone Number | | Ext. | | | |
| Fax Number | | | | | |

| Report Received Date * | 11/29/2006 |
|---|---|
| Outcome * | Does Not Support Functionality |
| Complete Vendor QA Form | |

## Vendor Quality Assurance

**Customer Service**

1. The ease in using this vendor service is rated as (on a scale of 1 to 5) *     3
   Where 1 = Very Difficult and 5 = Very Easy

**Impact**

2. Impact/usefulness of the Vendor Service (on a scale of 1 to 5) *     3
   Where 1 = No Impact and 5 = Strong Impact

**Professionalism**

3. Professional Delivery and Quality of Vendor Service (on a scale of 1 to 5) *     3
   Where 1 = Least Professional and 5 = Most Professional

**Follow-up Required**

4. Was an Addendum Needed? *     No
   Reason for Addendum

**Vendor Alert Form**

5. Was a Vendor Alert Form submitted on this referral? *                    No

**Expenses**

6. Were vendor fees within contracted fee schedule? *                    Yes

   Cost *                    $ 0.00

If No, provide rationale for additional costs

**Comments**

10-30-06 ANCM received and reviewed referral form requesting Ortho/PR with Intracorp per TL request. Vendor notified of request.
Karen Haley RN
10-31-06 Kathy Douglas from Intracorp copied and delivered medical records to vendor.
Karen Haley RN
11-1-06 ANCM received Acknowledgement letter from Intracorp confirming request for Ortho/PR with a completion date of 11-15-06. ANCM will f/u by 11-16-06 if no report received.
Karen Haley RN
11-29-06 ANCM received Ortho/PR report back from Intracorp, completed by Dr. Weiss who found the provided medical records are insufficient to support R/L that would preclude sedentary abilities during the time period in question. Reviewer does not cx should change positions frequently, limit walking to not greater than one block. Please see report for details. ANCM discussed with ACM and file returned.
Karen Haley RN

| Last Changed User | Karen Haley | | Last Changed Date | 11/29/2006 03:15 PM |
|---|---|---|---|---|

| Status: | Completed | Assigned To: | Karen Haley | Created: | 11/09/2006 10:10 AM |
|---|---|---|---|---|---|

## Follow-Up Tasks - Correspondence Task

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|------|---------------|-----|-------------|-----|------------|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

**Title**     Free Form Letter

**Comment/Instruction**

DocGen System Notice of Letter Creation.
Reference ~519274~420160~
Role: Attorney
Specialty:
Primary Recipient: COHEN, ADAM
Company: COHEN & SIEGEL, LLP
Category:
System title: Free Form Letter
Author: BHARADWAJ, MEDHA
Date Sent: Nov 13 2006 5:33PM
User title:
Enclosures Indicator:
CC Indicator:

| **Last Changed User** | Medha Bharadwaj | **Last Changed Date** | 11/13/2006 05:33 PM |
|-----------------------|-----------------|-----------------------|---------------------|

| **Status:** | Completed | **Assigned To:** | Medha Bharadwaj | **Created:** | 11/13/2006 05:33 PM |
|-------------|-----------|------------------|-----------------|--------------|---------------------|

## Follow-Up Tasks - General Follow-Up

| Name | STEVEN  ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

Title     017 - BA OF RCD NOT ACTIVE ON SRO OPERATOR SECURITY FILE

Comment/Instruction

017 - BA OF RCD NOT ACTIVE ON SRO OPERATOR SECURITY FILE

| Last Changed User | Karol Johnson | | Last Changed Date | 11/03/2006 07:46 AM |
|---|---|---|---|---|

| Status: | Completed | Assigned To: | Karol Johnson | Created: | 11/03/2006 02:59 AM |
|---|---|---|---|---|---|

## Follow-Up Tasks - General Follow-Up

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

**Title**    017 - BA OF RCD NOT ACTIVE ON SRO OPERATOR SECURITY FILE

**Comment/Instruction**

017 - BA OF RCD NOT ACTIVE ON SRO OPERATOR SECURITY FILE

| | | | |
|---|---|---|---|
| **Last Changed User** | Karol Johnson | **Last Changed Date** | 10/30/2006 07:09 AM |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Karol Johnson | **Created:** | 10/29/2006 02:54 AM |

CLICNY 0025

## Follow-Up Tasks - General Follow-Up

| | | | | |
|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** 09/28/2005 - Closed |

**Title**       017 - BA OF RCD NOT ACTIVE ON SRO OPERATOR SECURITY FILE

**Comment/Instruction**

017 - BA OF RCD NOT ACTIVE ON SRO OPERATOR SECURITY FILE

| | | | |
|---|---|---|---|
| **Last Changed User** | Karol Johnson | **Last Changed Date** | 10/30/2006 07:08 AM |
| **Status:** Completed | **Assigned To:** Karol Johnson | **Created:** | 10/28/2006 03:43 AM |

.

.

.

## Follow-Up Tasks - Correspondence Task

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

**Title**    Free Form Letter

**Comment/Instruction**

DocGen System Notice of Letter Creation.
Reference ~488209~394236~
Role: Attorney
Specialty:
Primary Recipient: COHEN, ADAM
Company: COHEN & SIEGEL, LLP
Category:
System title: Free Form Letter
Author: BHARADWAJ, MEDHA
Date Sent: Oct 27 2006 1:59PM
User title:
Enclosures Indicator:
CC Indicator:

| | | | | |
|---|---|---|---|---|
| **Last Changed User** | Medha Bharadwaj | **Last Changed Date** | 10/27/2006 01:59 PM | |
| **Status:** Completed | **Assigned To:** | Medha Bharadwaj | **Created:** | 10/27/2006 01:59 PM |

## Follow-Up Tasks - General Follow-Up

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

**Title**    009 - REGISTRATION UPDATE ATTEMPTED ON A CLOSED CLAIM

**Comment/Instruction**

009 - REGISTRATION UPDATE ATTEMPTED ON A CLOSED CLAIM

| | | | | |
|---|---|---|---|---|
| **Last Changed User** | Karol Johnson | | **Last Changed Date** | 10/27/2006 07:12 AM |
| **Status:** | Completed | **Assigned To:** Karol Johnson | **Created:** | 10/27/2006 03:03 AM |

## Appeal Referral

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

### Core Team Claim Manager

| | |
|---|---|
| **ERISA Indicator** * | ERISA |
| **Financial Arrangement** | 1 - Fully Insured |
| **Appeal Received Date** * | 09/21/2006 |
| **Appeal Acknowledgement Letter Sent Date** * | 10/26/2006 |
| **Original Denial Date** | 09/28/2005 |
| **Reason for Original Denial** * | A - Denied, Not TD Any Occ |
| **Does new information support re-open of claim?** * | No |

**Rationale / Special Handling Instructions (if applicable)**
Prior review by Noemi Landis.

☐ **Referred to SCM/TL, if required**          **Date**                              **User ID**

### SCM/TL

**Decision** *          Send to CAT (LTD)

**If the decision is not to re-open, then re-route the task to the party selected above.**

**Comments**

**If decision is to Re-open, refer to Claim Manager**

| | | | |
|---|---|---|---|
| **Claim Manager Referral Date (Re-opens only)** | | **User ID** | |
| **Centralized Appeals Team / STD Appeals** | 10/26/2006 03:30 PM | **User ID** | Karol Johnson |
| **Gatekeeper Referral Date** | | | |

☐ **Appeal Decision Letter Sent (Re-Opens only)**   **Date**                  **User ID**

| | | | |
|---|---|---|---|
| **Last Changed User** | Karol Johnson | **Last Changed Date** | 10/26/2006 04:30 PM |

| | | | | | |
|---|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Karol Johnson | **Created:** | 10/26/2006 04:30 PM |

## Follow-Up Tasks - Correspondence Task

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

**Title**    Appeal Ack Ltr - Claimant Request for Appeal

**Comment/Instruction**

DocGen System Notice of Letter Creation.
Reference ~86929~68042~
Role: Attorney
Specialty:
Primary Recipient: COHEN, ADAM
Company: COHEN & SIEGEL, LLP
Category:
System title: Appeal Ack Ltr - Claimant Request for Appeal
Author: SODDERS, MARK
Date Sent: Mar 3 2006 3:37PM
User title: Appeal Ack
Enclosures Indicator:
CC Indicator: Y

| **Last Changed User** | Mark Sodders | | **Last Changed Date** | 09/30/2006 04:59 PM |
|---|---|---|---|---|
| **Status:** Completed | **Assigned To:** | Mark Sodders | **Created:** | 03/03/2006 03:37 PM |

# Appeal Process

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

## Senior Appeals Specialist/STD Gatekeeper

| Appeal Assignee | Noemi Martinez-Landis | Date | 03/07/2006 09:36 AM | User ID | Karol Johnson |
|---|---|---|---|---|---|

### Appeal Assignee

**Detailed Acknowledgement Letter Sent Date**    03/21/2006

**Action Plan/Investigation Results**

48 yom claiming LTD benefits from 10/28/05 forward. Benefits were paid from 12/3/00-10/27/05. Attorney submitting appeal cited tests indicating L5 Nerve Root Impingement and Radiculopathy, and indicates that this is correlated by physical examination. Attorney also indicates that SSA ALJ decision to award Cx. Information posed to this office is prior to FCE dated 07/26/05. Medical submitted from Dr. Alelades and Dr. Roach, indicates both AP's cites findings on PE, imaging tests, and L/R in one actual medical records submitted, which is an MRI Lumbar Spine dates 07/08/2005 showing moderate spinal stenosis L4-L5 and L5-S1. Will staff file with AMD. 3/29/06 based on mr on file fucntional deficits are not supported for time period in question and appeal is affirmed.

☑ **Refer to MC/NCM**    Date    03/22/2006 12:32 PM    User ID    Noemi Martinez-Landis

## MC/NCM

**Medical Investigation Results**

AMD Mendez FCE reviewed along with job requirements. Validity measures met. Exam concluded Mr. Alfano was able to perform his sedentary level work duties. So original decision remains supported.

☑ **Refer Back To Assignee**    Date    03/29/2006 11:51 AM    User ID    Noemi Martinez-Landis

### Recommendation

| Appeal Assignee Recommendation | Upheld Original Denial | | |
|---|---|---|---|
| *Referred to CAT TL/SCM/TL of Assignee* | Date | 03/29/2006 11:55 AM | User ID | Noemi Martinez-Landis |

### Decision

**CAT TL (LTD)/SCM/TL of Assignee(STD) Decision** Upheld Original Denial

**If decision = Overturned, route task to the TL of the core team. If decison = Upheld, route task to appeal assignee.**

Date    03/31/2006 08:46 AM    User ID    Gary Person

**Comments**

Decision reviewed

☑ **Appeal Decision Letter Sent**    Date    04/13/2006 02:29 PM    User ID    Noemi Martinez-Landis

| Last Changed User | Noemi Martinez-Landis | Last Changed Date | 04/13/2006 03:31 PM |
|---|---|---|---|

| Status: | Completed | Assigned To: | Noemi Martinez-Landis | Created: | 03/07/2006 10:35 AM |
|---|---|---|---|---|---|

## Internal Resource Referral

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

*\* Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),*
**Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits**

| | | | | | |
|---|---|---|---|---|---|
| **Title** | needs review | | | | |
| **Referral Type** | Medical | | | | |
| **Role** | Associate Medical Director | **Name** | Scott Taylor | ☐ **New Nurse/VRC of Record** | |

**Check all that apply for Medical or Vocational**

☐ **Symptoms insufficient to support diagnosis**

☐ **Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis**

☐ **Occupational requirements assessment is needed**

☐ **Determine Functional Capacity**

☐ **Projected return to work date is unclear or undetermined**

☐ **Return to Work Assistance**

☐ **Internal Transferable Skills Assessment**

☐ **Claim Complexity Changed**

☑ **Other**                    **Specify Other**

**Comments**

Please determine if medical records on file support functional deficits at a Medium capacity on FT basis beyond the BWP, 7/30/05-1/15/06.

| | | | |
|---|---|---|---|
| **Last Changed User** | Noemi Martinez-Landis | **Last Changed Date** | 04/03/2006 12:12 PM |

| | | | | | |
|---|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Noemi Martinez-Landis | **Created:** | 04/03/2006 12:12 PM |

# Appeal Referral

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|------|---------------|-----|-------------|-----|------------|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

## Core Team Claim Manager

| | |
|---|---|
| ERISA Indicator * | ERISA |
| Financial Arrangement | 1 - Fully Insured |
| Appeal Received Date * | 02/28/2006 |
| Appeal Acknowledgement Letter Sent Date * | 03/03/2006 |
| Original Denial Date | 09/28/2005 |
| Reason for Original Denial * | A - Denied, Not TD Any Occ |
| Does new information support re-open of claim? * | Unable to Evaluate |

**Rationale / Special Handling Instructions (if applicable)**

Attorney submitted appeal letter. This letter states that cx remains TD from both parts of the disability definition. Attny stated cited tests indicating L5 Nerve Root Impingement and Radiculopathy, and indicates that this is correlated by physical examination. Attorney also cited the SSA ALJ decision to award Cx. Information posed to this office is prior to FCE dated 07/26/05, most notably medical from 2002. Attorney submitted medical from 2006 that shows, according to attorney, a worsening of cx's condition. However, no mention was ever made concerning the findings of the FCE in correlation to this medical. Attorney did state that the FCE was the only item we utilized in making the determination. Attorney surmised that, based on the therapists report in the FCE, Sedentary was chosen as it was the lowest available on the form. Attny stated that based on the aforementioned information, and that the sum of evidence also indicates Cx is unable to earn more than 80 indexed covered earnings, Cx's claim should be reopened.

Medical submitted is from Dr. Aleiades and Dr. Roach, which is a form completed from both AP's that cites findings on PE, imaging tests, and L/R only one actual medical records submitted, which is an MRI Lumbar Spine dates 07/08/2005, which indicates moderate spinal stenosis L4-L5 and L5-S1.

Referred medical submitted with Appeal to NCM for review. NCM's review indicates that this additional medical provided is insufficient to support a change in severity of deficits that significantly impacts function after the FCE.

Referring to appeals team for handling.

MDSodders CM

| ☑ Referred to SCM/TL, if required | Date | 03/03/2006 01:51 PM | User ID | Mark Sodders |
|---|---|---|---|---|

## SCM/TL

| | |
|---|---|
| Decision * | Send to CAT (LTD) |

**If the decision is not to re-open, then re-route the task to the party selected above.**

**Comments**

**If decision is to Re-open, refer to Claim Manager**

| | | | | |
|---|---|---|---|---|
| Claim Manager Referral Date (Re-opens only) | | | User ID | |
| Centralized Appeals Team / STD Appeals | | 03/03/2006 04:35 PM | User ID | Kathy Harvey |
| Gatekeeper Referral Date | | | | |

| ☐ Appeal Decision Letter Sent (Re-Opens only) | Date | | User ID | |
|---|---|---|---|---|

| Last Changed User | Karol Johnson | Last Changed Date | 03/07/2006 10:35 AM |
|---|---|---|---|

| Status: | Completed | Assigned To: | Karol Johnson | Created: | 03/03/2006 02:47 PM |
|---|---|---|---|---|---|

## Internal Resource Response

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** NYK0001972 | | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** 513554 | | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),*
*Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

**Referral Type** Medical

**Role** Nurse Case Manager    **Name** Kay Rhodes    ☐ New Nurse/VRC of Record

**Check all that apply for Medical or Vocational**

☐ Symptoms insufficient to support diagnosis

☐ Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis

☐ Occupational requirements assessment is needed

☐ Determine Functional Capacity

☐ Projected return to work date is unclear or undetermined

☐ Return to Work Assistance

☐ Internal Transferable Skills Assessment

☐ Claim Complexity Changed

☑ Other    **Specify** Appeal Medical Review
**Other**

**Comments**

Attorney submitted appeal letter. This letter states that cx remains TD from both parts of the disability definition. Attny stated cited tests indicating L5 Nerve Root Impingement and Radiculopathy, and indicates that this is correlated by physical examination. Attorney also cited the SSA ALJ decision to award Cx. Information posed to this office is prior to FCE dated 07/26/05, most notably medical from 2002. Attorney submitted medical from 2006 that shows, according to attorney, a worsening of cx's condition. However, no mention was ever made concerning the findings of the FCE in correlation to this medical. Attorney did state that the FCE was the only item we utilized in making the determination. Attorney surmised that, based on the therapists report in the FCE, Sedentary was chosen as it was the lowest available on the form. Attny stated that based on the aforementioned information, and that the sum of evidence also indicates Cx is unable to earn more than 80 indexed covered earnings, Cx's claim should be reopened.

Medical submitted is from Dr. Aleiades and Dr. Roach, which is a form completed from both AP's that cites findings on PE, imaging tests, and L/R only one actual medical recrods submitted, which is an MRI Lumbar Spine dates 07/08/2005, which indicates moderate spinal stenosis L4-L5 and L5-S1.

Referring medical submitted with Appeal to NCM for review.

MDSodders CM

| | | | |
|---|---|---|---|
| **Title** | Appeal Medical Review | | |
| **Referral Accepted** | Yes | **Date** | 03/03/2006 |

**Comments**

3/3/06 Additional medical sent w/appeal letter from attorney. Referred to NCM at this time for review of new medical to assess if there has been a change in cx condition providing a severity of deficits that impact functionality since FCE which

identified functionality. Kay Rhodes, RN, CCM

Additional medical-
7/8/05 L/S MRI-L4, L5 mod stenosis, no nerve root displacement, stable.
1/6/06 Form completed by Dr Roach-provided tx dates from 7/6/00-7/1/05. Documented cx condition-chronic and has to lie down several times daily. State medications have S/E. R/L-sit 20 min cont for 2 hrs, stand 15 minutes for 1 hr, walk 1 block for 1 hr. He can never lift, carry, bend, squat, crawl, climb. He can reach occas and use upper extremity to grasp, push/pull, fine manipulation. He can use feet for repetitive mvmts. He has mild R/L for heights, being around machinery, otherwise no environmental R/L. He can travel.
1/11/06 Form completed by Dr Alexiades/orthosx-provided tx dates from 5/15/96-7/14/05. Cont pain-various sites-leg, hip, back, numbness associated w/back pain. Exam-SLR-pos, weakness walking on toes, RT lateral hip pain, bursitis. MRI positive for stenosis, degenerative disc disease. Prognosis-poor. Has to lie down .5-2 hrs, x2-3/day. Meds-Vicodin, Feldene, OTC NSAIDS. No side effects reports. R/L-sit 20 min for 2 hrs, stand 15 min for less than 1.5 hrs, walk less than 1 block less than 1 hr. lift/carry-5 lbs occas, never ben, crawl, climb. Can squat, reach-occas. He can use hands for repetitive action for simple grasp, push/pull, fine manip. He can use feet for repetitive mvmts. He is restricted to mild in heights and being around machinery. He can travel.

**Investigation Result**

NCM ASSESSMENT/PLAN
Additional medical provided is insufficient to support a change in severity of deficits that significantly impacts function after the FCE. This is evidenced by the FCE which was performed on 7/25/06 revealing that the cx had functionality at the sedentary level. The VRC identified positions that included the restrictions and limitations for alternating cx position when necessary. The forms that were completed by the APs with the additional medical provided vague responses from both APs with no objective measureable findings for range of motion and neurological deficits. One form from Dr Roach contained many illegible responses. The R/L the forms gave were inconsistent with what the cx tested in capabilities on the FCE on 7/26/05. Discussed with CM and file returned. Kay Rhodes, RN, CCM

| Last Changed User | Kay Rhodes | | Last Changed Date | 03/03/2006 11:29 AM |
|---|---|---|---|---|
| **Status:** Completed | **Assigned To:** | Kay Rhodes | **Created:** | 03/03/2006 08:49 AM |

## Internal Resource Referral

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

*\* Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),*
*Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

| | |
|---|---|
| **Title** | Appeal Medical Review |
| **Referral Type** | Medical |
| **Role** | Nurse Case Manager  **Name**  Kay Rhodes |

☐ **New Nurse/VRC of Record**

**Check all that apply for Medical or Vocational**

☐ **Symptoms insufficient to support diagnosis**

☐ **Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis**

☐ **Occupational requirements assessment is needed**

☐ **Determine Functional Capacity**

☐ **Projected return to work date is unclear or undetermined**

☐ **Return to Work Assistance**

☐ **Internal Transferable Skills Assessment**

☐ **Claim Complexity Changed**

☑ **Other**     **Specify Other**   Appeal Medical Review

**Comments**

Attorney submitted appeal letter. This letter states that cx remains TD from both parts of the disability definition. Attny stated cited tests indicating L5 Nerve Root Impingement and Radiculopathy, and indicates that this is correlated by physical examination. Attorney also cited the SSA ALJ decision to award Cx. Information posed to this office is prior to FCE dated 07/26/05, most notably medical from 2002. Attorney submitted medical from 2006 that shows, according to attorney, a worsening of cx's condition. However, no mention was ever made concerning the findings of the FCE in correlation to this medical. Attorney did state that the FCE was the only item we utilized in making the determination. Attorney surmised that, based on the therapists report in the FCE, Sedentary was chosen as it was the lowest available on the form. Attny stated that based on the aforementioned information, and that the sum of evidence also indicates Cx is unable to earn more than 80 indexed covered earnings, Cx's claim should be reopened.

Medical submitted is from Dr. Aleiades and Dr. Roach, which is a form completed from both AP's that cites findings on PE, imaging tests, and L/R only one actual medical recrods submitted, which is an MRI Lumbar Spine dates 07/08/2005, which indicates moderate spinal stenosis L4-L5 and L5-S1.

Referring medical submitted with Appeal to NCM for review.

MDSodders CM

| | | | |
|---|---|---|---|
| **Last Changed User** | Mark Sodders | **Last Changed Date** | 03/03/2006 08:49 AM |

| | | | | | |
|---|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Mark Sodders | **Created:** | 03/03/2006 08:49 AM |

## Claim Strategy

| Name | STEVEN  ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

### Update Rationale

| Title | Appeal Medical Received |
|---|---|
| Update Rationale | Other New Information |

### For Walk-up and Nurse Interaction Only

| Role | | Name |
|---|---|---|

### For Staffings Only - Indicate Resources Present (check all that apply)

- ☐ AMD
- ☐ NCM
- ☐ VRC
- ☐ CBH Specialist
- ☐ On-Site Psych
- ☐ Network Orthopedist

### Claim Status Information

| Status | Closed |
|---|---|
| Status Reason | Denied, Not TD Own Occ |
| Reopened Reason | |
| Second Eye Review Required | |

| | Date | User ID |
|---|---|---|
| ☐ Second Eye Review Complete | | |

**Comments**

Attorney submitted appeal letter. This letter states that cx remains TD from both parts of the disability definition. Attny stated cited tests indicating L5 Nerve Root Impingement and Radiculopathy, and indicates that this is correlated by physical examination. Attorney also cited the SSA ALJ decision to award Cx. Information posed to this office is prior to FCE dated 07/26/05, most notably medical from 2002. Attorney submitted medical from 2006 that shows, according to attorney, a worsening of cx's condition. However, no mention was ever made concerning the findings of the FCE in correlation to this medical. Attorney did state that the FCE was the only item we utilized in making the determination. Attorney surmised that, based on the therapists report in the FCE, Sedentary was chosen as it was the lowest available on the form. Attny stated that based on the aforementioned information, and that the sum of evidence also indicates Cx is unable to earn more than 80 indexed covered earnings. Cx's claim should be reopened.

Referring Medical submitted with Appeal to NCM for review.

MDSodders CM

### Duration Information

| Part Time | | Full Time | | Red Flag | |
|---|---|---|---|---|---|
| ☐ Does Not Exist | | | | | |

| Provider's Estimated RTW Date | | | Days | 0 | |
|---|---|---|---|---|---|
| ERD | | | ERD Reason | | |
| Primary ICD Code | 72252 | | Primary ICD Description | LUMB/LUMBOSAC DISC DEGEN | |

## Strategy Documentation

**Level of Functional Capacity**

**Restrictions & Limitations**

**Subjective / Objective Findings / Treatment**

**Outstanding Issues and Follow-up Dates**

**Strategy**

Attorney submitted appeal letter. This letter states that cx remains TD from both parts of the disability definition. Attny stated cited tests indicating L5 Nerve Root Impingement and Radiculopathy, and indicates that this is correlated by physical examination. Attorney also cited the SSA ALJ decision to award Cx. Information posed to this office is prior to FCE dated 07/26/05, most notably medical from 2002. Attorney submitted medical from 2006 that shows, according to attorney, a worsening of cx's condition. However, no mention was ever made concerning the findings of the FCE in correlation to this medical. Attorney did state that the FCE was the only item we utilized in making the determination. Attorney surmised that, based on the therapists report in the FCE, Sedentary was chosen as it was the lowest available on the form. Attny stated that based on the aforementioned information, and that the sum of evidence also indicates Cx is unable to earn more than 80 indexed covered earnings, Cx's claim should be reopened.

Referring Medical submitted with Appeal to NCM for review.

MDSodders CM

| Last Changed User | Mark Sodders | | Last Changed Date | 03/03/2006 08:45 AM | |
|---|---|---|---|---|---|
| Status: | Completed | Assigned To: | Mark Sodders | Created: | 03/03/2006 08:45 AM |

CLICNY 0038

## Claimant Contact

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|------|---------------|-----|-------------|-----|------------|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

### Contact Information

☑ **First Phone Call**

   **Result** Successful     **Date** 09/30/2005 01:11 PM     **User ID**     Mark Sodders

☐ **Second Phone Call**

   **Result**     **Date**     **User ID**

☐ **Generate Letter/Fax**     **Date**     **User ID**

☐ **Incoming Call**     **Date**     **User ID**

☐ **Mail Received**     **Date**     **User ID**

**Contact Comments**

Called cx at 718-884-2067 to inform of denial and appeal process. Cx stated his understanding, and will wait on denial letter to speak with AP. In addition, cx will be faxing over a written request for his file copy.
MDSodders CM

### Interview Documentation

**Primary Diagnosis/Symptoms/Co-Morbid Conditions**

**Treating Physicians/Treatment Frequency/Current Treatment Plan/Hospitalization**

**Functionality/Job Duties/Set Expectations**

### Spouse Information

| First Name | | MI | Last Name | |
|------------|--|----|-----------|--|
| SSN | | Date of Birth | | |
| Is Spouse Employed? | | If Employed | | |
| Date of Birth of Youngest Dependent | | | | |
| Other Income Benefits | | | | |

**Comments**

Called cx at 718-884-2067 to inform of denial and appeal process. Cx stated his understanding, and will wait on denial letter to speak with AP. In addition, cx will be faxing over a written request for his file copy.
MDSodders CM

| Last Changed User | Mark Sodders | | Last Changed Date | 09/30/2005 02:12 PM |
|-------------------|--------------|--|-------------------|---------------------|

| Status: | Completed | Assigned To: | Mark Sodders | Created: | 09/30/2005 01:16 PM |
|---------|-----------|--------------|--------------|----------|---------------------|

CLICNY 0039

## Claim Strategy

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

### Update Rationale

| Title | Denial Team Staffing |
|---|---|
| Update Rationale | Staffing |

**For Walk-up and Nurse Interaction Only**

| Role | | Name | |
|---|---|---|---|

**For Staffings Only - Indicate Resources Present (check all that apply)**

- ☐ AMD
- ☐ NCM
- ☐ VRC
- ☐ CBH Specialist
- ☐ On-Site Psych
- ☐ Network Orthopedist

### Claim Status Information

| Status | Closed |
|---|---|
| Status Reason | Denied, Not TD Own Occ |
| Reopened Reason | |
| Second Eye Review Required | |

| ☐ Second Eye Review Complete | Date | User ID |
|---|---|---|

**Comments**

Staffing. Cx experiences problems secondary to back and neck pain. A Functional Capacity Evaluation shows an ability to operate at a sedentary level occupation. The Transferable Skills Analysis identifies the capacity to perform own occupation. Claim should be denied, not TD OO.
MDSodders CM

### Duration Information

| Part Time | | Full Time | Red Flag | |
|---|---|---|---|---|
| ☐ Does Not Exist | | | | |
| Provider's Estimated RTW Date | | | Days | 0 |
| ERD | | | ERD Reason | |
| Primary ICD Code | 72252 | | Primary ICD Description | LUMB/LUMBOSAC DISC DEGEN |

## Strategy Documentation

**Level of Functional Capacity**

**Restrictions & Limitations**

**Subjective / Objective Findings / Treatment**

**Outstanding Issues and Follow-up Dates**

**Strategy**

Staffing. Cx experiences problems secondary to back and neck pain. A Functional Capacity Evaluation shows an ability to operate at a sedentary level occupation. The Transferable Skills Analysis identifies the capacity to perform own occupation. Claim should be denied, not TD OO.
MDSodders CM

| **Last Changed User** | Mark Sodders | **Last Changed Date** | 09/28/2005 03:13 PM |
| --- | --- | --- | --- |

| **Status:** | Completed | **Assigned To:** | Mark Sodders | **Created:** | 09/28/2005 03:13 PM |
| --- | --- | --- | --- | --- | --- |

## Follow-Up Tasks - General Follow-Up

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

**Title**    f/u TSA

**Comment/Instruction**
08/08/05 referred
08/09/05 received

| **Last Changed User** | Mark Sodders | **Last Changed Date** | 08/09/2005 03:08 PM |
|---|---|---|---|

| **Status:** | Completed | **Assigned To:** | Mark Sodders | **Created:** | 08/08/2005 08:48 AM |
|---|---|---|---|---|---|

## Internal Resource Response

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|------|---------------|-----|-------------|-----|------------|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),*
*Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

**Referral Type** Vocational

| Role | Vocational Rehab Counselor | Name | Ginny Schmidt | ☐ New Nurse/VRC of Record |
|------|----------------------------|------|---------------|----------------------------|

**Check all that apply for Medical or Vocational**

☐ Symptoms insufficient to support diagnosis

☐ Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis

☐ Occupational requirements assessment is needed

☐ Determine Functional Capacity

☐ Projected return to work date is unclear or undetermined

☐ Return to Work Assistance

☑ Internal Transferable Skills Assessment

☐ Claim Complexity Changed

☐ Other              **Specify Other**

**Comments**

08/08/05 referring for TSA based on L/R provided by the 07/26/05 FCE. Please note that there is no A/O date. However, Disability is defined as either unable to perfom all the material duties of the regular occupation, or an inability to earn more than 80% of the Indexed BME.

As such, if cx's own occ is not identified on the TSA, then the earnings requirement is $5,172.32 monthly.

MDSodders CM

| Title | TSA Results | | |
|-------|-------------|---|---|
| Referral Accepted | Yes | Date | 08/09/2005 |

**Comments**

**Investigation Result**

The TSA has been performed using the sedentary restrictions from the FCE done on 7/26/05 on the claimant, along with his work history of being a Wage and Salary Manager twice in his history, and as an Asst. Director of Human Resources, having a Bachelors Degree in Business Administration/Psychology, and having taken 1 year of classwork in Graduate School for MIS, and the wage requirement of $5,172.63 a month. Using these criteria, several jobs were indicated for his current abilities, which should allow alternation of physical positions throughout the workday, at his will, including his own job as a Salary and Wages Manager Compensation Manager for the Policyholder. Along with this position, several others were indicated, including management in data processing and computer operations, employee welfare and mediation and credit analysis. See full report in the file. Returning file and report to the CM for review.

| Last Changed User | Ginny Schmidt | | Last Changed Date | 08/09/2005 11:20 AM |
|-------------------|---------------|---|-------------------|---------------------|
| **Status:** Completed | **Assigned To:** | Ginny Schmidt | **Created:** | 08/08/2005 09:15 AM |

## Internal Resource Referral

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

*\* Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),*
*Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

| | |
|---|---|
| **Title** | TSA |
| **Referral Type** | Vocational |
| **Role** | Vocational Rehab Counselor    **Name**    Ginny Schmidt    ☐ **New Nurse/VRC of Record** |

**Check all that apply for Medical or Vocational**

☐ **Symptoms insufficient to support diagnosis**

☐ **Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis**

☐ **Occupational requirements assessment is needed**

☐ **Determine Functional Capacity**

☐ **Projected return to work date is unclear or undetermined**

☐ **Return to Work Assistance**

☑ **Internal Transferable Skills Assessment**

☐ **Claim Complexity Changed**

☐ **Other**                    **Specify Other**

**Comments**

08/08/05 referring for TSA based on L/R provided by the 07/26/05 FCE. Please note that there is no A/O date. However, Disability is defined as either unable to perform all the material duties of the regular occupation, or an inability to earn more than 80% of the indexed BME.

As such, if cx's own occ is not identified on the TSA, then the earnings requirement is $5,172.32 monthly.

MDSodders CM

| | | | |
|---|---|---|---|
| **Last Changed User** | Mark Sodders | **Last Changed Date** | 08/08/2005 09:15 AM |
| **Status:** Completed | **Assigned To:** Mark Sodders | **Created:** | 08/08/2005 09:15 AM |

## Follow-Up Tasks - General Follow-Up

| Name | STEVEN  ALFANO | SSN | 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 | DOB | 01/14/1958 |
|------|----------------|-----|-------------|-----|------------|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

**Title** f/u FCE report

**Comment/Instruction**

06/09/05 referred
07/26/05 is date of testing
08/05/05 received

| Last Changed User | Mark Sodders | | Last Changed Date | | 08/08/2005 08:44 AM |
|-------------------|--------------|--|-------------------|--|---------------------|

| Status: | Completed | Assigned To: | Mark Sodders | Created: | 06/09/2005 01:35 PM |
|---------|-----------|--------------|--------------|----------|---------------------|

CLICNY 0045

## Internal Resource Response

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),
Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

**Referral Type** Vocational

**Role** Vocational Rehab Counselor    **Name** Ginny Schmidt    ☐ New Nurse/VRC of Record

**Check all that apply for Medical or Vocational**

☐ Symptoms insufficient to support diagnosis

☐ Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis

☐ Occupational requirements assessment is needed

☑ Determine Functional Capacity

☐ Projected return to work date is unclear or undetermined

☐ Return to Work Assistance

☐ Internal Transferable Skills Assessment

☐ Claim Complexity Changed

☐ Other    **Specify Other**

**Comments**

referring for 1-day FCE.
MDsodders CM

**Title** FCE Scheduling

**Referral Accepted** Yes    **Date** 06/10/2005

**Comments**

File being given to Tiffany to set up 1 day FCE. GS Appt now set for 7/26/05. GS

**Investigation Result**

The FCE report has been received. The claimant was found to be able to function at the sedentary level of work, for and 8 hour workday, but it would have to be a position in which he would not have to perform any lifting and carrying of more than negligible amounts, and he will need to be able to be able to change positions while sitting approximately every 10-15 minutes. They were unable to complete the dynamic and static lifting tests, the aerobic testing on the treadmill and much of the other testing due to his complaints of pain and needing to lie down to get relief. He was found to be able to perform fine manipulation, handling, reaching, pushing/pulling, climb stairs, sitting, standing and walking all on an occasional basis, and was unable to climb ladders, stoop, kneel, crouch, crawl, or balance, and had the need to use a cane for ambulation. On a constant basis, he is able to see, hear, talk. They felt he gave a maximum effort during testing, due to his increase in respiration and heart rate during the tests. See full report in the file. Returning file and report to the CM for review.

| Last Changed User | Ginny Schmidt | | Last Changed Date | 08/05/2005 03:38 PM |
|---|---|---|---|---|
| **Status:** Completed | **Assigned To:** | Ginny Schmidt | **Created:** | 06/09/2005 01:37 PM |

CLICNY 0046

## IME and/or FCE

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

**Exam Type** *          Functional Capacity Evaluation

### ASO Only

**Customer Approved**                              **Date**
**First Name**                                     **Last Name**
**Has claim been**
**reviewed by an AMD?**
**Special Instructions**
  Cx rescheduled app. old date 7/7/05 new date 7/26/05. TBrown

| | | | |
|---|---|---|---|
| **Vendor Referred Date** | 06/10/2005 | **Vendor Acknowledgement Date** | 06/10/2005 |
| **Exam Date** | 07/26/2005 | **Claimant Notification Date** | 06/10/2005 |

### Independent Medical Examination

**Requested Provider Specialty**
**Provider Specialty**
**IME Rationale**                                  **Specify Other**
**Provider First Name**                            **Provider Last Name**

### Functional Capacity Evaluation

| | | | |
|---|---|---|---|
| **FCE Rationale** | Functional Capacity is Unclear | **Specify Other** | |
| **FCE Duration** | 1 Day | | |
| **Name of Facility** | Healthsouth | | |
| **City** | BRONX | **State/Province** NEW YORK | **Zip Code** 10463 |
| **Claimant State of Residence** | | **Prescription as of (if required)** | |
| **Report Received Date** * | 08/04/2005 | | |
| **Did Claimant attend appointment?** * | Yes | | |
| **Outcome** * | Supports Functionality | | |

### Vendor Quality Assurance

**Customer Service**
**1. The ease in using this vendor service is rated as (on a scale of 1 to 5)** *          3
   Where 1 = Very Difficult and 5 = Very Easy
**Impact**
**2. Impact/usefulness of the Vendor Service (on a scale of 1 to 5)** *          3

Where 1 = No Impact and 5 = Strong Impact

**Professionalism**

**3. Professional Delivery and Quality of Vendor Service (on a scale of 1 to 5)** [*]    3

Where 1 = Least Professional and 5 = Most Professional

**Follow-up Required**

**4. Was an Addendum Needed?** [*]    No

Reason for Addendum

**Vendor Alert Form**

**5. Was a Vendor Alert Form submitted on this referral?** [*]    No

**Expenses**

**6. Were vendor fees within contracted fee schedule?** [*]    Yes

Cost [*]    $ 0.00

**If No, provide rationale for additional costs**

**Comments**

| Last Changed User | Tiffany Brown | | Last Changed Date | 08/04/2005 02:47 PM |
|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Tiffany Brown | **Created:** | 06/10/2005 10:50 AM |

CLICNY 0048

# Claimant Contact

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

## Contact Information

| | | | | | |
|---|---|---|---|---|---|
| ☐ | **First Phone Call** | | | | |
| | **Result** | **Date** | | **User ID** | |
| ☐ | **Second Phone Call** | | | | |
| | **Result** | **Date** | | **User ID** | |
| ☐ | **Generate Letter/Fax** | **Date** | | **User ID** | |
| ☑ | **Incoming Call** | **Date** | 07/05/2005 01:52 PM | **User ID** | Mark Sodders |
| ☐ | **Mail Received** | **Date** | | **User ID** | |

**Contact Comments**

Cx called about FCE. Wanted to inform me of the date of the FCE, and had question concerning the physical exam language in policy, specifically concerning the word pending. Informed cx that pending in this case refers to, in his specific case, that information was received from his doctor, and then upon request for clarification on this information, his doctor reversed his position. As such, at this junction in his claim for continuing eligibility, clarification on his functionality is warranted. Cx states his understanding.
MDSodders CM

## Interview Documentation

**Primary Diagnosis/Symptoms/Co-Morbid Conditions**

**Treating Physicians/Treatment Frequency/Current Treatment Plan/Hospitalization**

**Functionality/Job Duties/Set Expectations**

## Spouse Information

| | | | |
|---|---|---|---|
| **First Name** | | **MI** | **Last Name** |
| **SSN** | | **Date of Birth** | |
| **Is Spouse Employed?** | | **If Employed** | |
| **Date of Birth of Youngest Dependent** | | | |
| **Other Income Benefits** | | | |

**Comments**

Cx called about FCE. Wanted to inform me of the date of the FCE, and had question concerning the physical exam language in policy, specifically concerning the word pending. Informed cx that pending in this case refers to, in his specific case, that information was received from his doctor, and then upon request for clarification on this information, his doctor reversed his position. As such, at this junction in his claim for continuing eligibility, clarification on his functionality is warranted. Cx states his understanding.
MDSodders CM

| | | | | |
|---|---|---|---|---|
| **Last Changed User** | Mark Sodders | **Last Changed Date** | 07/05/2005 02:56 PM | |
| **Status:** Completed | **Assigned To:** | Mark Sodders | **Created:** | 07/05/2005 02:56 PM |

## Claimant Contact

| Name | STEVEN  ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

### Contact Information

☑ **First Phone Call**

| | Result | Left Message - With Individual | **Date** | 06/09/2005 12:49 PM | **User ID** | Mark Sodders |
|---|---|---|---|---|---|---|

☐ **Second Phone Call**

| | Result | | **Date** | | **User ID** | |
|---|---|---|---|---|---|---|

☐ **Generate Letter/Fax**    **Date**    **User ID**

☐ **Incoming Call**    **Date**    **User ID**

☐ **Mail Received**    **Date**    **User ID**

**Contact Comments**

06/09/05 called cx at 718-884-2067 to inform of the FCE. Cx stated his understanding MDSodders CM

### Interview Documentation

**Primary Diagnosis/Symptoms/Co-Morbid Conditions**

**Treating Physicians/Treatment Frequency/Current Treatment Plan/Hospitalization**

**Functionality/Job Duties/Set Expectations**

### Spouse Information

| **First Name** | | **MI** | | **Last Name** | |
|---|---|---|---|---|---|
| **SSN** | | **Date of Birth** | | | |
| **Is Spouse Employed?** | | **If Employed** | | | |
| **Date of Birth of Youngest Dependent** | | | | | |
| **Other Income Benefits** | | | | | |

**Comments**

06/09/05 called cx at 718-884-2067 to inform of the FCE. Cx stated his understanding MDSodders CM

| **Last Changed User** | Mark Sodders | **Last Changed Date** | 06/09/2005 02:07 PM |
|---|---|---|---|

| **Status:** | Completed | **Assigned To:** | Mark Sodders | **Created:** | 06/09/2005 01:55 PM |
|---|---|---|---|---|---|

## Internal Resource Referral

| | | | | | |
|---|---|---|---|---|---|
| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),*
*Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

| | | | | | |
|---|---|---|---|---|---|
| Title | FCE | | | | |
| Referral Type | Vocational | | | | |
| Role | Vocational Rehab Counselor | Name | Ginny Schmidt | ☐ New Nurse/VRC of Record | |

**Check all that apply for Medical or Vocational**

☐ Symptoms insufficient to support diagnosis

☐ Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis

☐ Occupational requirements assessment is needed

☑ Determine Functional Capacity

☐ Projected return to work date is unclear or undetermined

☐ Return to Work Assistance

☐ Internal Transferable Skills Assessment

☐ Claim Complexity Changed

☐ Other　　　　　　　　　　　　**Specify Other**

**Comments**
referring for 1-day FCE.
MDsodders CM

| | | | | |
|---|---|---|---|---|
| **Last Changed User** | Mark Sodders | **Last Changed Date** | 06/09/2005 01:37 PM | |
| **Status:** Completed | **Assigned To:** | Mark Sodders | **Created:** | 06/09/2005 01:37 PM |

CLICNY 0051

## Follow-Up Tasks - General Follow-Up

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

**Title**       f/u AMD to schedule FCE Dates

**Comment/Instruction**

04/11/05 was to be referred, but sent dots and request to cx to assist in expediting the request. See 04/11/05 phone contact task
04/28/05 FCE postponed until AMD to AP contact has been made.
06/09/05 received claim back from AMD. Refer for FCE

| | | | | |
|---|---|---|---|---|
| **Last Changed User** | Mark Sodders | **Last Changed Date** | 06/09/2005 01:35 PM | |
| **Status:** | Completed | **Assigned To:** | Mark Sodders | **Created:** 04/11/2005 03:38 PM |

## Internal Resource Response

| Name | STEVEN  ALFANO | SSN | 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 | DOB | 01/14/1958 |
|------|----------------|-----|-------------|-----|------------|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),
Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

**Referral Type**  Medical

**Role**  Associate Medical Director    **Name**  Scott Taylor    ☐ New Nurse/VRC of Record

**Check all that apply for Medical or Vocational**

☐ Symptoms insufficient to support diagnosis

☐ Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis

☐ Occupational requirements assessment is needed

☐ Determine Functional Capacity

☐ Projected return to work date is unclear or undetermined

☐ Return to Work Assistance

☐ Internal Transferable Skills Assessment

☐ Claim Complexity Changed

☑ Other    **Specify Other**  contact AP

**Comments**

From 04/27/05 staffing with AMD. As AP provided L/R's for the DOT's found, and then states cx unable to perform those DOT's, AMD to contact AP to discuss this alleged reversal. Updated O/N from 08/01/04 through present obtained.
Dr. Roach's number is 212-746-8127.
MDsodders CM

| **Title** | IRR #1 | | |
|-----------|--------|--|--|
| **Referral Accepted** | Yes | **Date** | 06/03/2005 |

**Comments**

6/3/05 Title Wage & Salary Mgr. Work Demands Any Occupation. Diagnosis Lumbar spinal stenosis cervical DDD. Incur Date 6/6/2000.
PAA said sedentary. TSA showed transferrable skills for 4 occupations. TSA info sent to Dr but he never answered CM so FCE was ordered. Then Dr changed mind & said Cx could not do any of the 4 occupations found. Says Cx can only work if sits w/o frequent standing, & can lay down as needed & ice. Had hip arthroscopy 4/16/03. No ortho notes since 5/03. Last Internal med notes 1/22/04, however DQ says seen 7/20/04. Agree w/ D2D since to information to support L&Rs.
RECORD REVIEW Medical records reviewed include but are not limited to Lumbar MRI, 6/9/2000 moderate to severe L5-S1 spondylosis w/ impingement L L5 nerve root. Progress notes, Dr Keith Roach Internal Medicine, 1/18/02 here for pre-operative evaluation from IM standpoint because to have arthroscopic shoulder surgery. Has had previous rotator cuff repair. PMH severe L5-S1 spinal stenosis. BP 140/104. Impression low risk for planned surgery. Operative report, Michael Alexiades orthopedist, 1/28/02 Right shoulder arthroscopy w/ subacromial decompression, distal claviculectomy, bursectomy, & lysis of subacromial adhesions. MRI R Hip, 5/23/02 superficial cartilage loss over R joint, acetabular dysplasia, torn hyperplastic degenerated anterior acetabular labrum. Progress notes, Dr Roach, 6/11/02 here for pre-operative evaluation from IM standpoint because to have hip surgery. Old benign tumor of femur compatible w/ chomdral lesion. BP 124/84. Still has moderate impingement in shoulder. Impression low risk for planned surgery. Operative report, Michael Alexiades orthopedist, 6/13/02 Left shoulder arthroscopy w/ subacromial decompression & AC joint resection. Progress notes, Dr Roach, 9/27/02 BP 130/90. Using Vicodin pm. No change in tx. IME, Dr David Trotter orthopedist, 12/10/02 support unable to work normal occupation from 12/3/200 until present. Continued on IRR #2.

**Investigation Result**

ASSESSMENT Based upon the medical data available at the time of the review, which includes speaking with the attending internist, the L&Rs of no sitting for prolonged periods of time and the requirement that claimant be allowed frequent positional changes including standing and laying down along with ability to apply ice to the back are not supported as evidenced by absence of clinically measurable tests or documented abnormalities in strength or ROM testing. Clinically measurable tests like an FCE might be helpful in determining functional capacities.
Scott C. Taylor, DO

| Last Changed User | Scott Taylor | | | Last Changed Date | 06/09/2005 09:40 AM |
|---|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Scott Taylor | **Created:** | 06/01/2005 11:25 AM |

## Internal Resource Response

| | | | | | |
|---|---|---|---|---|---|
| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.), Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

**Referral Type** Medical

**Role** Associate Medical Director  **Name** Scott Taylor  ☐ New Nurse/VRC of Record

**Check all that apply for Medical or Vocational**

☐ Symptoms insufficient to support diagnosis

☐ Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis

☐ Occupational requirements assessment is needed

☐ Determine Functional Capacity

☐ Projected return to work date is unclear or undetermined

☐ Return to Work Assistance

☐ Internal Transferable Skills Assessment

☐ Claim Complexity Changed

☑ Other  **Specify Other** continue IRR #1 comments

**Comments**

Insufficient space on IRR #1. Please complete on IRR #2.
Scott C. Taylor, DO

**Title** IRR #2

**Referral Accepted** Yes  **Date** 06/09/2005

**Comments**

Continued from IRR #1..........
Operative report, Dr Alexiades, 4/16/03 R hip athroplasty & labrectomy. Cx had inverted labral tear. Anterior & posterior labrum removed in entirety. Progress notes, Dr Roach, 5/21/03 surgery for hip went well. Considering surgery for back. BP 130/90. Progress notes, Dr Roach, 9/22/03 BP 110/80. Given Oxycontin for C5 stenosis. Progress notes, Dr Dempsey Sprinfield Internal Medicine, 1/22/04 remains asymptomatic. No change in proximal femur lesion. RTC 1 year. Progress notes, Dr Roach, 9/10/04 ran out of OxyContin. BP 140/100, 126/96. c/o neck pain & stiffness. Using Lisinopril & Zestril. d/c Zestril. Get x-rays of neck. Cervical X-rays, 9/14/04 DDD with space narrowing & osteophytes at C6-7. L foraminal narrowing secondary to osteophyte formation. Physical Ability Assessment form, Dr. Roach, 10/20/04 Occasional sitting, standing, walking, lift/carry up to 10 pounds, push/pull up to 10 pounds, climbing. Supplementary Claim Disability Benefits Form, Dr Roach, 11/30/04 Class 5 Physical limitations incapable of sedentary activity. Transferable Skills Analysis, 12/2/04 used PAA as basis. Several jobs found. Letter from Dr Roach, 4/19/05 Cxs disability is not able to sit for prolonged periods of time. Unable to sit without frequent positional changes including standing and laying down. He must also be able to ice back. See Provider Contact Task.

**Investigation Result**

ASSESSMENT Based upon the medical data available at the time of the review, which includes speaking with the attending internist, the L&Rs of no sitting for prolonged periods of time and the requirement that claimant be allowed frequent positional changes including standing and laying down along with ability to apply ice to the back are not supported as evidenced by absence of clinically measurable tests or documented abnormalities in strength or ROM testing. Clinically measurable tests like an FCE might be helpful in determining functional capacities.

CLICNY 0055

Scott C. Taylor, DO

| Last Changed User | Scott Taylor | | Last Changed Date | | 06/09/2005 09:40 AM |
|---|---|---|---|---|---|
| **Status:** Completed | **Assigned To:** | Scott Taylor | **Created:** | | 06/09/2005 09:38 AM |

## Internal Resource Referral

| Name | STEVEN  ALFANO | SSN | 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 | DOB | 01/14/1958 |
|------|----------------|-----|-------------|-----|------------|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

*\* Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),*
*Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

| Title | IRR #2 |
|-------|--------|
| Referral Type | Medical |
| Role | Associate Medical Director   **Name**   Scott Taylor         ☐ **New Nurse/VRC of Record** |

**Check all that apply for Medical or Vocational**

☐ Symptoms insufficient to support diagnosis

☐ Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis

☐ Occupational requirements assessment is needed

☐ Determine Functional Capacity

☐ Projected return to work date is unclear or undetermined

☐ Return to Work Assistance

☐ Internal Transferable Skills Assessment

☐ Claim Complexity Changed

☑ Other                **Specify Other**   continue IRR #1 comments

**Comments**
Insufficient space on IRR #1. Please complete on IRR #2.
Scott C. Taylor, DO

| Last Changed User | Scott Taylor | Last Changed Date | 06/09/2005 09:38 AM |
|-------------------|--------------|-------------------|---------------------|

| Status: | Completed | Assigned To: | Scott Taylor | Created: | 06/09/2005 09:37 AM |
|---------|-----------|--------------|--------------|----------|---------------------|

## Provider Contact

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|------|---------------|-----|-------------|-----|------------|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

### Contact Information

### Title Dr Roach

| | | | | | |
|---|---|---|---|---|---|
| ☑ First Phone Call | Result | Left Message - With Individual | Date | 06/07/2005 07:42 AM | User Scott Taylor |
| ☑ Second Phone Call | Result | Successful | Date | 06/09/2005 08:26 AM | User Scott Taylor |
| ☐ Generate Letter/Fax | | | Date | | User |
| ☐ Burden of Proof Letter Sent | | | Date | | User |
| ☐ Incoming Call | | | Date | | User |
| ☐ Mail Received | | | Date | | User |

**Contact Comments:**

6/6/05 1250 CST. 1st call to Dr Keith Roach Internal Medicine at 212-746-9663. Carmen says Dr not back in office until 6/7/05. Message left with Carmen for Dr to return call within 24 hours to 800#, extension given. 6/7/05 1520 CST. 2nd call to Dr Roach. Carmen says Dr is in office. She paged but Dr did not answer. Message left with Carmen for Dr to return call within 24 hours to 800#, extension given. 6/8/05 0720 CST. Listened to VM message from Dr Roach from 1537 CST, 6/7/05. Will be available 6/8/05. Call 212-746-2879. 6/8/05 1215 CST. 3rd call to Dr Roach at 212-746-2879. Number busy. Attempted call to 212-746-9663. Was also busy. 6/8/05 1455 CST. Another call to Dr Roach at 212-746-2879. Carmen says Dr currently w/ a patient. Message left with Carmen for Dr to return call within 24 hours to 800#, extension given. 6/8/05 1505 CST. Dr Roach called. Says the difference between the PAA & letter was due to misinterpretation of what the form meant. Dr says that over an entire work day the claimant could probably work 3-4 hours collectively, however could not sit continuously more than 30 minutes at a time and then change to some other activity like standing, walking, etc. He also says that the claimant would have to be able to periodically lay down to take downward pressure off the back at least 15 minutes, 3-4X per day. Dr says the L&Rs are principally based upon what the claimant tells him, however some is based upon what the Dr has observed during exams. Dr says claimant has difficulty sitting continuously during an office visit & he has observed claimant changing body positions, standing, etc during visits. Dr says the limiting condition is the back. The hip is not impairing. Dr said that if claimant returns to work, there needs to be a gradual transition. Dr recommends should be limited to no more than 4 hours total work time then increased as tolerated. Dr said that in his opinion FCE there is no reason an FCE could not be done & he felt it would give more specific functionality guidelines.

### Interview Documentation

| Provider First Name | KEITH | Provider Last Name | ROACH | Provider Specialty | Internist |
|---------------------|-------|--------------------|-------|--------------------|-----------|
| Contact First Name | | Contact Last Name | | Contact Role | |
| Primary ICD Code | | Primary ICD Description | | | |
| Comments | | | | | |
| Secondary ICD Code | | Secondary ICD Description | | | |
| Comments | | | | | |
| ICD Code 3 | | ICD Code 3 Description | | | |
| Comments | | | | | |
| ICD Code 4 | | ICD Code 4 Description | | | |
| Comments | | | | | |
| ICD Code 5 | | ICD Code 5 Description | | | |

Comments

## Objective Findings

☐ Physical Exam Findings
☐ Test Results
☐ Provider Observations
Comments

## Treatment Information

| Medication (1) | Dosage (1) | Frequency (1) |
| Medication (2) | Dosage (2) | Frequency (2) |
| Medication (3) | Dosage (3) | Frequency (3) |
| Medication (4) | Dosage (4) | Frequency (4) |
| Medication (5) | Dosage (5) | Frequency (5) |

Current Treatment Plan/Provider's Estimated RTW date

Treatment Frequency

Future Treatment Plan

☐ Copy to Med/Voc Folder    Date of Surgery    Type of Surgery
☐ Copy to Med/Voc Folder    Date of Surgery    Type of Surgery
☐ Copy to Med/Voc Folder    Date of Surgery    Type of Surgery

Comments
Last Office Visit
Next Office Visit

## Functionality Job/Occ Requirements and RTW

Claimant Job/Occ Requirements and Expected Duration
Additional Information

## Referral Information

First Name                      Last Name
Specialty                       Provider Referral Date
Number                          Ext.
Remarks

First Name                      Last Name
Specialty                       Provider Referral Date
Number                          Ext.
Remarks

First Name                      Last Name
Specialty                       Provider Referral Date
Number                          Ext.
Remarks

| Last Changed User | Scott Taylor | | Last Changed Date | | 06/09/2005 09:32 AM |
|---|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Scott Taylor | **Created:** | 06/07/2005 08:42 AM |

## Internal Resource Referral

| | | | | | |
|---|---|---|---|---|---|
| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),*
*Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

| | | | | |
|---|---|---|---|---|
| Title | AMD to contact AP | | | |
| Referral Type | Medical | | | |
| Role | Associate Medical Director | **Name** | Scott Taylor | ☐ New Nurse/VRC of Record |

**Check all that apply for Medical or Vocational**

☐ Symptoms insufficient to support diagnosis

☐ Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis

☐ Occupational requirements assessment is needed

☐ Determine Functional Capacity

☐ Projected return to work date is unclear or undetermined

☐ Return to Work Assistance

☐ Internal Transferable Skills Assessment

☐ Claim Complexity Changed

☑ Other          **Specify Other**     contact AP

**Comments**

From 04/27/05 staffing with AMD. As AP provided L/R's for the DOT's found, and then states cx unable to perform those DOT's, AMD to contact AP to discuss this alleged reversal. Updated O/N from 08/01/04 through present obtained.
Dr. Roach's number is 212-746-8127.
MDsodders CM

| Last Changed User | Mark Sodders | Last Changed Date | 06/01/2005 11:24 AM |
|---|---|---|---|
| **Status:** Completed | **Assigned To:** Mark Sodders | **Created:** | 06/01/2005 11:24 AM |

## Follow-Up Tasks - Medical Request

| Name | STEVEN  ALFANO | SSN | 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 | DOB | 01/14/1958 |
|------|---------------|-----|-------------|-----|------------|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

**Title**    f/u O/N

**Comment/Instruction**

04/28/05 requested from Dr. Roach. from 08/01/04 through present.
Phone is 212-746-2879 fax is 212-746-8127.
See 04/28/05 claim strategy AMD staffing task. Refer to AMD to contact AP.
05/16/05 2nd requested today
06/01/05 received today

| Last Changed User | Mark Sodders | | Last Changed Date | 06/01/2005 11:19 AM |
|-------------------|-------------|--|-------------------|---------------------|

| Status: | Completed | Assigned To: | Mark Sodders | Created: | 04/28/2005 10:24 AM |
|---------|-----------|-------------|-------------|---------|---------------------|

# Claim Strategy

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** NYK0001972 | | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** 513554 | | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

## Update Rationale

| | |
|---|---|
| **Title** | AMD Staffing |
| **Update Rationale** | Other New Information |

## For Walk-up and Nurse Interaction Only

| | |
|---|---|
| **Role** | **Name** |

## For Staffings Only - Indicate Resources Present (check all that apply)

- [x] **AMD**
- [ ] **NCM**
- [ ] **VRC**
- [ ] **CBH Specialist**
- [ ] **On-Site Psych**
- [ ] **Network Orthopedist**

## Claim Status Information

| | |
|---|---|
| **Status** | Active |
| **Status Reason** | Own Occ - Receiving Payments |
| **Reopened Reason** | |
| **Second Eye Review Required** | |

| | **Date** | **User ID** |
|---|---|---|
| [ ] **Second Eye Review Complete** | | |

**Comments**

04/27/05 staffed claim with AMD. As AP provided L/R's for the DOT's found, and then states cx unable to perform those DOT's, AMD to contact AP to discuss this alleged reversal, after CM obtains updated O/N from 08/01/04 through present. MDsodders CM

## Duration Information

| | | | |
|---|---|---|---|
| **Part Time** | **Full Time** | **Red Flag** | |
| [ ] **Does Not Exist** | | | |
| **Provider's Estimated RTW Date** | | **Days** | 0 |
| **ERD** | | **ERD Reason** | |
| **Primary ICD Code** | 72252 | **Primary ICD Description** | LUMB/LUMBOSAC DISC DEGEN |

## Strategy Documentation

**Level of Functional Capacity**

**Restrictions & Limitations**

**Subjective / Objective Findings / Treatment**

**Outstanding Issues and Follow-up Dates**

**Strategy**

04/27/05 staffed claim with AMD. As AP provided L/R's for the DOT's found, and then states cx unable to perform those DOT's, AMD to contact AP to discuss this alleged reversal, after CM obtains updated O/N from 08/01/04 through present. MDsodders CM

| Last Changed User | Mark Sodders | | Last Changed Date | 04/28/2005 10:20 AM |
|---|---|---|---|---|

| Status: | Completed | Assigned To: | Mark Sodders | Created: | 04/28/2005 10:19 AM |
|---|---|---|---|---|---|

CLICNY 0064

## Claimant Contact

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

### Contact Information

☑ **First Phone Call**

   **Result** Successful          **Date** 04/11/2005 02:40 PM   **User ID**   Mark Sodders

☐ **Second Phone Call**

   **Result**               **Date**               **User ID**

☐ **Generate Letter/Fax**     **Date**               **User ID**

☐ **Incoming Call**           **Date**               **User ID**

☐ **Mail Received**          **Date**               **User ID**

**Contact Comments**

04/11/05 called cx at 718-884-2067 to inform of the FCE. Cx stated his understanding, but insisted that he would have his doctor respond. Cx asked for the information to be sent to him so he can expedite our request. Informed cx that I will fax the information over and is to the same number.

### Interview Documentation

**Primary Diagnosis/Symptoms/Co-Morbid Conditions**

**Treating Physicians/Treatment Frequency/Current Treatment Plan/Hospitalization**

**Functionality/Job Duties/Set Expectations**

### Spouse Information

| First Name | | MI | Last Name |
|---|---|---|---|
| SSN | | Date of Birth | |
| Is Spouse Employed? | | If Employed | |
| Date of Birth of Youngest Dependent | | | |
| Other Income Benefits | | | |

**Comments**

04/11/05 called cx at 718-884-2067 to inform of the FCE. Cx stated his understanding, but insisted that he would have his doctor respond. Cx asked for the information to be sent to him so he can expedite our request. Informed cx that I will fax the information over and is to the same number.

| Last Changed User | Mark Sodders | Last Changed Date | 04/11/2005 03:52 PM |
|---|---|---|---|
| Status: | Completed | Assigned To: | Mark Sodders | Created: | 04/11/2005 03:51 PM |

CLICNY 0065

## Follow-Up Tasks - Medical Request

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

**Title**     f/u AP review of DOT

**Comment/Instruction**

01/20/05 sent via certified mail
02/01/05 received certified receipt back signed for by Dr. Roach's office on 01/27/05
03/04/05 called Dr. Roach's office at 212-746-2879 to f/u on our request. Number Busy. Faxing a second request.
03/28/05 1300 called Dr. Roach's office to f/u on our request. On hold 15 minutes with no pick-up. Terminated call.

| Last Changed User | Mark Sodders | | Last Changed Date | 03/28/2005 02:10 PM |
|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Mark Sodders | **Created:** | 01/20/2005 11:29 AM |

## Follow-Up Tasks - General Follow-Up

| | | | | |
|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

**Title**    Issue check TODAY set rep pay

**Comment/Instruction**

Set rep pay for total net of 2125.32

| | | | |
|---|---|---|---|
| **Last Changed User** | Mark Sodders | **Last Changed Date** | 12/22/2004 11:18 AM |

| | | | | | |
|---|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Mark Sodders | **Created:** | 11/29/2004 11:17 AM |

## Follow-Up Tasks - General Follow-Up

| | | | | |
|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** 513554 | **Claim Eff Dt-Status** 09/28/2005 - Closed |

**Title**    f/u TSA

**Comment/Instruction**

12/02/04 referred. Send DOT's to AP for comment
12/17/04 received today

| | | | |
|---|---|---|---|
| **Last Changed User** | Mark Sodders | **Last Changed Date** | 12/20/2004 08:31 AM |
| **Status:** | Completed | **Assigned To:** | Mark Sodders |   **Created:** | 12/02/2004 10:02 AM |

## Internal Resource Response

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),*
*Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

| Referral Type | Vocational | | | | |
|---|---|---|---|---|---|
| Role | Vocational Rehab Counselor | **Name** | Holly Jule | ☐ New Nurse/VRC of Record | |

**Check all that apply for Medical or Vocational**

☐ Symptoms insufficient to support diagnosis

☐ Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis

☐ Occupational requirements assessment is needed

☐ Determine Functional Capacity

☐ Projected return to work date is unclear or undetermined

☐ Return to Work Assistance

☑ Internal Transferable Skills Assessment

☐ Claim Complexity Changed

☐ Other                                          **Specify Other**

**Comments**

12/02/04 referring for formal TSA. Exploratory TSA located occs, and need to send results of TSA to AP for comment on cx's abilities.

Wage Requirement is $4,986.57 Monthly.

**Title**

| Referral Accepted | Yes | **Date** | 12/13/2004 |
|---|---|---|---|

**Comments**

Results of exploratory TSA discussed w/ VRC. Four sedentary occupations, including Cx's own occupation, were agreed as appropriate to send to AP for comment. All meet target wage and all allow for ability to get up and move about, alternate sit, stand and walk at the employee's discretion. It is also noted that cx's job allowed for alternating positions- see job requirements in claim file. HJ

**Investigation Result**

DOT's for the following occupations were selected for the exploratory TSA in order to consult with the AP for comment on Cx's ability to perform them. Personnel Manager, DOT#166.117-018, Employment manager DOT#166.167-030, Employment Agency Manager, DOT#187.167-098 and Department Manager, DOT#189.167-022. Returning file with occupational descriptions to CM. HJ

| Last Changed User | Holly Jule | | Last Changed Date | 12/13/2004 03:46 PM |
|---|---|---|---|---|

| Status: | Completed | Assigned To: | Holly Jule | Created: | 12/02/2004 09:53 AM |
|---|---|---|---|---|---|

## Internal Resource Referral

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

*\* Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),*
*Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

**Title**

**Referral Type**   Vocational

**Role**        Vocational Rehab Counselor       **Name**        Holly Jule        ☐ **New Nurse/VRC of Record**

**Check all that apply for Medical or Vocational**

☐ **Symptoms insufficient to support diagnosis**

☐ **Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis**

☐ **Occupational requirements assessment is needed**

☐ **Determine Functional Capacity**

☐ **Projected return to work date is unclear or undetermined**

☐ **Return to Work Assistance**

☑ **Internal Transferable Skills Assessment**

☐ **Claim Complexity Changed**

☐ **Other**                    **Specify Other**

**Comments**

12/02/04 referring for formal TSA. Exploratory TSA located occs, and need to send results of TSA to AP for comment on cx's abilities.

Wage Requirement is $4,986.57 Monthly.

| | | | | |
|---|---|---|---|---|
| **Last Changed User** | Mark Sodders | | **Last Changed Date** | 12/02/2004 09:53 AM |

| | | | | | |
|---|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Mark Sodders | **Created:** | 12/02/2004 09:53 AM |

## Follow-Up Tasks - Medical Request

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

**Title**     f/u APS

**Comment/Instruction**
sent on 11/09/04
2nd Request sent on 11/30/04
11/30/04 recieved today

| | | | | |
|---|---|---|---|---|
| **Last Changed User** | Mark Sodders | | **Last Changed Date** | 12/01/2004 12:47 PM |
| **Status:** | Completed | **Assigned To:** | Mark Sodders | **Created:** | 11/09/2004 11:54 AM |

## Follow-Up Tasks - General Follow-Up

| | | | | |
|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** 513554 | **Claim Eff Dt-Status** 09/28/2005 - Closed |

**Title**  f/u exp TSA

**Comment/Instruction**

referred on 11/09/04
11/19/04 received today. Wating on APS for COD.

| **Last Changed User** | Mark Sodders | | **Last Changed Date** | 11/19/2004 11:05 AM |
|---|---|---|---|---|

| **Status:** | Completed | **Assigned To:** | Mark Sodders | **Created:** | 11/09/2004 11:51 AM |
|---|---|---|---|---|---|

CLICNY 0072

# Internal Resource Response

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

*Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),*
Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits

**Referral Type** Vocational

**Role** Vocational Rehab Counselor   **Name** Rosemary Jenkins    ☐ New Nurse/VRC of Record

### Check all that apply for Medical or Vocational

☐ Symptoms insufficient to support diagnosis

☐ Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis

☐ Occupational requirements assessment is needed

☐ Determine Functional Capacity

☐ Projected return to work date is unclear or undetermined

☐ Return to Work Assistance

☑ Internal Transferable Skills Assessment

☐ Claim Complexity Changed

☐ Other          **Specify Other**

**Comments**

based on 11/03/04 staffing with NCM, need to run exploratory TSA based on AP's PAA dated 10/20/04. Wage requirement is .80 of indexed covered earnings, which totals 4,986.57 monthly, 59,838.84 yearly.

MDSodders CM

**Title**

**Referral Accepted**  Yes          **Date** 11/18/2004

**Comments**

**Investigation Result**

Exploratory TSA

An exploratory TSA was conducted using the PAA dated 10/20/04 and collective information
from cx's DQ & JD. Using the OASYS edition, 9 occ were identified as potential transf skills 4 are within the Professional and Kindred industry 4 within any industry and
1 within the Government industry. The annual wages as per year 2000 labor statistics ranged from $77,000.00 to $123,000.00.

| **Last Changed User** | Rosemary Jenkins | | **Last Changed Date** | 11/18/2004 06:40 PM |
|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** Rosemary Jenkins | **Created:** | 11/10/2004 09:12 AM |

## Follow-Up Tasks - Medical Request

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

**Title** f/u med req

**Comment/Instruction**

08/19/04 requested
Keith Roach, M.D. 212-746-2879 received O/N. no PAA as of 08/30/04
Michael Alexiades 212-734-1288 LOV was 05/22/2003. Had another one scheduled, but no showed.

09/14/04 2nd requested PAA from Dr. Roach.
10/15/04 Called Dr. Roach's office to f/u on the PAA. on Hold 15 minutes as of second try. the first attempt rang 25 times with no answer. Sending 2nd req for PAA.

Staff claim without PAA if no reciept.

10/20/04 received paa today

| Last Changed User | Mark Sodders | | Last Changed Date | 10/25/2004 01:43 PM |
|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** Mark Sodders | **Created:** | 08/19/2004 09:48 AM |

CLICNY 0074

## Follow-Up Tasks - General Follow-Up

| | | | | |
|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

**Title**      f/u on DQ

**Comment/Instruction**

Once we get DQ, consider doing surveillance. RAC SCM
08/19/04 dq recived. hold on surv option until med recs come in
MDSodders CM

| | | | |
|---|---|---|---|
| **Last Changed User** | Mark Sodders | **Last Changed Date** | 08/19/2004 09:46 AM |

| | | | | | |
|---|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Mark Sodders | **Created:** | 07/12/2004 05:33 PM |

## Follow-Up Tasks - General Follow-Up

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

**Title**  057 - CURRENT REPETITIVE PAY CYCLE ENDS NEXT PAYMENT

**Comment/Instruction**

057 - CURRENT REPETITIVE PAY CYCLE ENDS NEXT PAYMENT

| | | | |
|---|---|---|---|
| **Last Changed User** | Robert Castellon | **Last Changed Date** | 06/02/2004 12:10 PM |
| **Status:** Completed | **Assigned To:** Robert Castellon | **Created:** | 05/27/2004 01:04 AM |

## Follow-Up Tasks - General Follow-Up

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN  ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

**Title**      Request new meds

**Comment/Instruction**

also we need to issue check re cola adj.

---

| | | | |
|---|---|---|---|
| **Last Changed User** | Robert Castellon | **Last Changed Date** | 04/23/2004 02:43 PM |

| | | | | | |
|---|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Robert Castellon | **Created:** | 04/23/2004 03:43 PM |

## Internal Resource Referral

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

*\* Do not use this task for any of the following referrals: Appeals, External Medical/Vocational Referrals (IME, FCE, etc.),*
*Legal, Pre-SAM/SAM, Overpayment, Settlement, Social Security and Other Benefits*

**Title**

**Referral Type** Vocational

**Role** Vocational Rehab Counselor **Name** Rosemary Jenkins ☐ **New Nurse/VRC of Record**

**Check all that apply for Medical or Vocational**

☐ **Symptoms insufficient to support diagnosis**

☐ **Treatment plan and/or Provider specialty is not consistent with Claimant's Diagnosis**

☐ **Occupational requirements assessment is needed**

☐ **Determine Functional Capacity**

☐ **Projected return to work date is unclear or undetermined**

☐ **Return to Work Assistance**

☑ **Internal Transferable Skills Assessment**

☐ **Claim Complexity Changed**

☐ **Other** **Specify Other**

**Comments**

based on 11/03/04 staffing with NCM, need to run exploratory TSA based on AP's PAA dated 10/20/04. Wage requirement is .80 of indexed covered earnings, which totals 4,986.57 monthly, 59,838.84 yearly.

MDSodders CM

| **Last Changed User** | Mark Sodders | | **Last Changed Date** | 11/10/2004 09:12 AM |
|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Mark Sodders | **Created:** | 11/09/2004 12:30 PM |

CLICNY 0078

# Claim Strategy

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

## Update Rationale

**Title**

**Update Rationale**          Staffing

**For Walk-up and Nurse Interaction Only**

**Role**                     Nurse Case Manager      **Name**   Susan Fred

**For Staffings Only - Indicate Resources Present (check all that apply)**

- ☐ **AMD**
- ☑ **NCM**
- ☐ **VRC**
- ☐ **CBH Specialist**
- ☐ **On-Site Psych**
- ☐ **Network Orthopedist**

## Claim Status Information

**Status**                Active

**Status Reason**         Own Occ - Receiving Payments

**Reopened Reason**

**Second Eye Review Required**

☐ **Second Eye Review Complete**      **Date**      **User ID**

**Comments**

11/03/04 staffed claim with NCM. Based on recview of current medical, and PAA, run exploratory TSA on L/R provided. Concurrently, send APS to CX for COD, LOV. If TSA positive, send to AP for comments. MDSodders CM

## Duration Information

| **Part Time** | **Full Time** | **Red Flag** | |
|---|---|---|---|
| ☐ **Does Not Exist** | | | |
| **Provider's Estimated RTW Date** | | **Days** | 0 |
| **ERD** | | **ERD Reason** | |
| **Primary ICD Code** | 72252 | **Primary ICD Description** | LUMB/LUMBOSAC DISC DEGEN |

CLICNY 0079

## Strategy Documentation

**Level of Functional Capacity**

**Restrictions & Limitations**

**Subjective / Objective Findings / Treatment**

**Outstanding Issues and Follow-up Dates**

**Strategy**

11/03/04 staffed claim with NCM. Based on recview of current medical, and PAA, run exploratory TSA on L/R provided. Concurrently, send APS to CX for COD, LOV. If TSA positive, send to AP for comments.
MDSodders CM

| Last Changed User | Mark Sodders | | Last Changed Date | 11/09/2004 11:51 AM |
|---|---|---|---|---|

| Status: | Completed | Assigned To: | Mark Sodders | Created: | 11/09/2004 11:50 AM |
|---|---|---|---|---|---|

CLICNY 0080

## Claim Reassignment

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

| | | | |
|---|---|---|---|
| **Team Name** | D-SAM Recert | **Claim Manager Name** | Mark Sodders |
| **Claim Office** | | | |
| **Comments** | | | |

| | | | |
|---|---|---|---|
| **Last Changed User** | Sandra Scott | **Last Changed Date** | 08/26/2004 10:48 AM |

| | | | | | |
|---|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Sandra Scott | **Created:** | 08/26/2004 10:48 AM |

## Claim Reassignment

| | | | | | |
|---|---|---|---|---|---|
| **Name** | STEVEN ALFANO | **SSN** | 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 | **DOB** | 01/14/1958 |
| **Account Name** | WEILL MEDICAL COLLEGE OF CORNE | **Account #** | NYK0001972 | **Incurred Date** | 06/06/2000 |
| **Claim Manager** | Mark Sodders | **Incident #** | 513554 | **Claim Eff Dt-Status** | 09/28/2005 - Closed |

| | | | |
|---|---|---|---|
| **Team Name** | D-Castellon | **Claim Manager Name** | Sandra Scott |
| **Claim Office** | | | |
| **Comments** | | | |

| | | | |
|---|---|---|---|
| **Last Changed User** | Sandra Scott | **Last Changed Date** | 08/25/2004 02:53 PM |

| | | | | | |
|---|---|---|---|---|---|
| **Status:** | Completed | **Assigned To:** | Sandra Scott | **Created:** | 08/25/2004 02:53 PM |

CLICNY 0082

## Claim Reassignment

| Name | STEVEN  ALFANO | SSN | 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 | DOB | 01/14/1958 |
|------|----------------|-----|-------------|-----|-----------|
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

| Team Name | D-SAM Recert | Claim Manager Name | Mark Sodders |
|-----------|--------------|--------------------|--------------|
| Claim Office | Dallas | | |
| Comments | | | |

| Last Changed User | Sandra Scott | Last Changed Date | 08/19/2004 09:07 AM |
|-------------------|--------------|-------------------|---------------------|

| Status: | Completed | Assigned To: | Sandra Scott | Created: | 08/17/2004 10:09 AM |
|---------|-----------|--------------|--------------|---------|---------------------|

CLICNY 0083

Acenza: Folder

Logs
(0)

🗀 Folder 👤 Contents 📋 Notes (0/0)

## 🗀 Folder: Current Case Plan

▸ Details

| | | | | |
|---|---|---|---|---|
| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
| Account Name | WEILL MEDICAL COLLEGE OF CORNE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 09/28/2005 - Closed |

Hide Details

⚙ Claim Strategy          09/28/2005 3:13:50 PM          a66816          Top

Claim Status Comments

Staffing. Cx experiences problems secondary to back and neck pain. A functional
Capacity Evaluation shows an ability to operate at a sedentary level occupation. The
Transferable Skills Analysis identifies the capacity to perform own occupation. Claim
should be denied, not ID OO.
MDSodders   CM

Level of Functional Capacity

☒ With Restrictions

Restrictions and Limitations

Subjective/Objective Findings/Treatment

Outstanding Issues and Follow-up Dates

Strategy

CLICNY 0084

Acenza: Folder

Page 2 of 10

Staffing. Cx experiences problems secondary to back and neck pain. A Functional Capacity Evaluation shows an ability to operate at a sedentary level occupation. The Transferable Skills Analysis identifies the capacity to perform own occupation. Claim should be denied, not TD OO.
MDSodders  CM

**Internal Resource Response**          08/09/2005 11:20:27 AM          glschm          Top

Referral Resource Role          Vocational Rehab Counselor

Referral Resource Name          Ginny Schmidt

Initiator Comments

08/08/05 referring for TSA based on L/R provided by the 07/26/05 FCE.  Please note that there is no A/O date.  However, Disability is defined as either unable to perform all the material duties of the regular occupation, or an inability to earn more than 80% of the Indexed BME.

As such, if cx's own occ is not identified on the TSA, then the earnings requirement is $5,172.32 monthly.

MDSodders  CM

Referral Comments

Investigation Result

The TSA has been performed using the sedentary restrictions from the FCE done on 7/26/05 on the claimant, along with his work history of being a Wage and Salary Manager twice in his history, and as an Asst. Director of Human Resources, having a Bachelors Degree in Business Administration/Psychology, and having taken 1 year of classwork in Graduate School for MIS, and the wage requirement of $5,172.63 a month. Using these criteria, several jobs were indicated for his current abilities, which should allow alternation of physical positions throughout the workday, at his will, including his own job as a Salary and Wages Manager Compensation Manager for the Policyholder. Along with this position, several others were indicated, including management in data processing and computer operations, employee welfare and mediation and credit analysis. See full report in the file. Returning file and report to the CM for review.

**Internal Resource Response**          08/05/2005 3:38:57 PM          glschm          Top

CLICNY 0085

Acenza: Folder

Referral Resource Role | Vocational Rehab Counselor

Referral Resource Name | Ginny Schmidt

Initiator Comments

referring for 1-day FCE.
MDscoder3   CM

Referral Comments

File being given to Tiffany to set up 1 day FCE. GS Appt now set for 7/26/05. GS

Investigation Result

The FCE report has been received. The claimant was found to be able to function at the
sedentary level of work, for and 8 hour workday, but it would have to be a position in
which he would not have to perform any lifting and carrying of more than negligible
amounts, and he will need to be able to be able to change positions while sitting
approximately every 10-15 minutes. They were unable to complete the dynamic and static
lifting tests, the aerobic testing on the treadmill and much of the other testing due to
his complaints of pain and needing to lie down to get relief. He was found to be able to
perform fine manipulation, handling, reaching, pushing/pulling, climb stairs, sitting,
standing and walking all on an occasional basis, and was unable to climb ladders, stoop,
kneel, crouch, crawl, or balance, and had the need to use a cane for ambulation. On a
constant basis, he is able to see, hear, talk. They felt he gave a maximum effort during
testing, due to his increase in respiration and heart rate during the tests. See full
report in the file. Returning file and report to the CM for review.

Top

**Claimant Contact**          07/05/2005 2:56:22 PM        a66816

Primary Diagnosis/Symptoms/Co-Morbid Conditions

Treating Physicians/Treatment Frequency/Current Treatment Plan/Hospitalization

Functionality/Job Duties/Sel Expectations

CLICNY 0086

Other Income Benefits

Overall Comments

Cx called about FCE. Wanted to inform me of the date of the FCE, and had question
concerning the physical exam language in policy, specifically concerning the word
pending. Informed cx that pending in this case refers to, in his specific case, that
information was received from his doctor, and then upon request for clarification on this
information, his doctor reversed his position. As such, at this junction in his claim
for continuing eligibility, clarification on his functionality is warranted. Cx states
his understanding.
MDSodders  CM

| Claimant Contact | 06/09/2005 2:07:58 PM | a66816 | Top |

Primary Diagnosis/Symptoms/Co-Morbid Conditions

Treating Physicians/Treatment Frequency/Current Treatment Plan/Hospitalization

Functionality/Job Duties/Set Expectations

Other Income Benefits

Overall Comments

CLICNY 0087

Acenza: Folder

Page 5 of 10

06/09/05 called cx at 718-884-2067 to inform of the FCE.  CX stated his understanding
MDSodders  CM

| Internal Resource Response | 06/09/2005 9:40:35 AM | b91996 | Top |

Referral Resource Role        Associate Medical Director

Referral Resource Name        Scott Taylor

Initiator Comments

From 04/27/05 staffing with AMD. As AP provided L/R's for the DOT's found, and then
states cx unable to perform those DOT's, AMD to contact AP to discuss this alleged
reversal.  Updated O/N from 08/01/04 through present obtained.
Dr. Roach's number is 212-746-8127.
MDSodders  CM

Referral Comments

6/3/05  Title Wage & Salary Mgr.  Work Demands Any Occupation.  Diagnosis Lumbar spinal
stenosis cervical DDD.  Incur Date 6/6/2000.
PAA said sedentary. TSA showed transferrable skills for 4 occupations. TSA info sent to
Dr but he never answered CM so FCE was ordered. Then Dr changed mind & said Cx could not
do any of the 4 occupations found. Says Cx can only work if sits w/o frequent standing, &
can lay down as needed & ice. Had hip arthroscopy 4/16/03. No ortho notes since 5/03.
Last Internal med notes 1/22/04, however DQ says seen 7/20/04. Agree w/ D2D since to
information to support L&Rs.
RECORD REVIEW Medical records reviewed include but are not limited to Lumbar MRI,
6/9/2000 moderate to severe L5-S1 spondylosis w/ impingement L L5 nerve root. Progress
notes, Dr Keith Roach Internal Medicine, 1/18/02 here for pre-operative evaluation from
IM standpoint because to have arthroscopic shoulder surgery. Has had previous rotator
cuff repair. PMH severe L5-S1 spinal stenosis. BP 140/104. Impression low risk for
planned surgery. Operative report, Michael Alexiades orthopedist, 1/28/02 Right shoulder
arthroscopy w/ subacromial decompression, distal clavivulectomy, bursectomy, & lysis of
subacromial adhesions. MRI R Hip, 5/23/02 superficial cartilage loss over R joint,
acetabular dysplasia, torn hyperplastic degenerated anterior acetabular labrum. Progress
notes, Dr Roach, 6/11/02 here for pre-operative evaluation from IM standpoint because to
have hip surgery. Old benign tumor of femur compatible w/ chondral lesion. BP 124/84.
Still has moderate impingement in shoulder. Impression low risk for planned surgery.
Operative report, Michael Alexiades orthopedist, 6/13/02  Left shoulder arthroscopy w/
subacromial decompression & AC joint resection. Progress notes, Dr Roach, 9/27/02 BP
130/90. Using Vicodin prn. No change in tx. IME, Dr David Trotter orthopedist, 12/10/02
support unable to work normal occupation from 12/3/200 until present. Continued on IRR #2.

Investigation Result

CLICNY 0088

ASSESSMENT  Based upon the medical data available at the time of the review, which includes speaking with the attending internist, the L&Rs of no sitting for prolonged periods of time and the requirement that claimant be allowed frequent positional changes including standing and laying down along with ability to apply ice to the back are not supported as evidenced by absence of clinically measurable tests or documented abnormalities in strength or ROM testing. Clinically measurable tests like an FCE might be helpful in determining functional capacities.
Scott C. Taylor, DO

Top

**Internal Resource Response**    06/09/2005 9:40:09 AM    b91996

**Referral Resource Role**    Associate Medical Director

**Referral Resource Name**    Scott Taylor

**Initiator Comments**

Insufficient space on IRR #1.  Please complete on IRR #2.
Scott C. Taylor, DO

**Referral Comments**

Continued from IRR #1..........
Operative report, Dr Alexiades, 4/16/03 R hip athroplasty & labrectomy. Cx had inverted labral tear. Anterior & posterior labrum removed in entirety. Progress notes, Dr Roach, 5/21/03 surgery for hip went well. Considering surgery for back. BP 130/90. Progress notes, Dr Roach, 9/22/03 BP 110/80. Given Oxycontin for C5 stenosis. Progress notes, Dr Dempsey Springfield Internal Medicine, 1/22/04 remains asymptomatic. No change in proximal femur lesion. RTC 1 year. Progress notes, Dr Roach, 9/10/04 ran out of OxyContin. BP 140/100. 126/96. c/o neck pain & stiffness. Using Lisinopril & Zestril. d/c Zestril. Get x-rays of neck. Cervical x-rays, 9/14/04 DDD with space narrowing & osteophytes at C6-7, L foraminal narrowing secondary to osteophyte formation. Physical Ability Assessment form, Dr. Roach, 10/20/04 Occasional sitting, standing, walking, lift/carry up to 10 pounds, push/pull up to 10 pounds, climbing, Supplementary Claim Disability Benefits Form, Dr Roach, 11/30/04 Class 5 Physical limitations incapable of sedentary activity. Transferable Skills Analysis, 12/2/04 used PAA as basis. Several jobs found. Letter from Dr Roach, 4/19/05 Cxs disability is not able to sit for prolonged periods of time. Unable to sit without frequent positional changes including standing and laying down. He must also be able to ice back. See Provider Contact Task.

Investigation Result

CLICNY 0089

**Claim Strategy**     04/28/2005 10:20:23 AM     a66816     Top

ASSESSMENT. Based upon the medical data available at the time of the review, which
includes speaking with the attending internist, the L&Rs of no sitting for prolonged
periods of time and the requirement that claimant be allowed frequent positional changes
including standing and laying down along with ability to apply ice to the back are not
supported as evidenced by absence of clinically measurable tests or documented
abnormalities in strength or ROM testing. Clinically measurable tests like an FCE might
be helpful in determining functional capacities.
Scott C. Taylor, DO

**Claim Status Comments**

04/27/05 staffed claim with AMD. As AP provided L/R's for the DOT's found, and then
states cx unable to perform those DOT's, AMD to contact AP to discuss this alleged
reversal, after CM obtains updated O/N from 08/01/04 through present.
MDsodders  CM

Level of Functional Capacity

☒ With Restrictions

Restrictions and Limitations

Subjective/Objective Findings/Treatment

Outstanding Issues and Follow-up Dates

Strategy

04/27/05 staffed claim with AMD. As AP provided L/R's for the DOT's found, and then
states cx unable to perform those DOT's, AMD to contact AP to discuss this alleged
reversal, after CM obtains updated O/N from 08/01/04 through present.
MDsodders  CM

**Claimant Contact**     04/11/2005 3:52:08 PM     a66816     Top

CLICNY 0090

Acenza: Folder

Primary Diagnosis/Symptoms/Co-Morbid Conditions

Treating Physicians/Treatment Frequency/Current Treatment Plan/Hospitalization

Functionality/Job Duties/Set Expectations

Other Income Benefits

Overall Comments

04/11/05 called cx at 718-884-2067 to inform of the FCE. Cx stated his understanding,
but insisted that he would have his doctor respond. Cx asked for the information to be
sent to him so he can expedite our request. Informed cx that I will fax the information
over and is to the same number.

**Internal Resource Response**                    12/13/2004 3:46:23 PM              hxjule          lga

Referral Resource Role            Vocational Rehab Counselor

Referral Resource Name            Holly Jule

Initiator Comments

12/02/04 referring for formal TSA. Exploratory TSA located occs, and need to send
results of TSA to AP for comment on cx's abilities.

Wage Requirement is $4,986.57 Monthly.

Referral Comments

CLICNY 0091

Results of exploratory TSA discussed w/ VRC. Four sedentary occupations, including Cx's own occupation, were agreed as appropriate to send to AP for comment. All meet target wage and all allow for ability to get up and move about, alternate sit, stand and walk at the employee's discretion. It is also noted that cx's job allowed for alternating positions- see job requirements in claim file.    HJ

Investigation Result

DOT's for the following occupations were selected for the exploratory TSA in order to consult with the AP for comment on Cx's ability to perform them. Personnel Manager, DOT#166.117-018. Employment manager DOT#166.167-030. Employment Agency Manager, DOT#187.167-098 and Department Manager, DOT#189.167-022.  Returning file with occupational descriptions to CM. HJ

| 🌐 Internal Resource Response | 11/18/2004 6:40:15 PM | rxjenk | Top |

Referral Resource Role        Vocational Rehab Counselor

Referral Resource Name        Rosemary Jenkins

Initiator Comments

based on 11/03/04 staffing with NCM, need to run exploratory TSA based on AP's PAA dated 10/20/04. Wage requirement is .80 of indexed covered earnings, which totals 4,986.57 monthly, 59,838.84 yearly.

MDSodders  CM

Referral Comments

Investigation Result

Exploratory TSA

An exploratory TSA was conducted using the PAA dated 10/20/04 and collective information from cx's DQ & JD. Using the OASYS edition, 9 occ were identified as potential transf skills 4 are within the Professional and Kindred industry 4 within any industry and 1 within the Government industry. The annual wages as per year 2000 labor statistics ranged from $77,000.00 to $123,000.00.

| 🌐 Claim Strategy | 11/09/2004 11:51:09 AM | a66816 | Top |

Claim Status Comments

11/03/04 staffed claim with NCM. Based on recview of current medical, and PAA, run
exploratory TSA on L/R provided. Concurrently, send APS to CX for COD, LOV. If TSA
positive, send to AP for comments.
MDSodders  CM

Level of Functional Capacity
☒ With Restrictions
Restrictions and Limitations

Subjective/Objective Findings/Treatment

Outstanding Issues and Follow-up Dates

Strategy
11/03/04 staffed claim with NCM. Based on recview of current medical, and PAA, run
exploratory TSA on L/R provided. Concurrently, send APS to CX for COD, LOV. If TSA
positive, send to AP for comments.
MDSodders  CM

### Active Contents

| Type | Due Date | Created By | Assigned To | Title |
|------|----------|------------|-------------|-------|
| LTD | 05/06/2000 | | Mark Sodders | ALFANO,STEVEN -- 099449648 -- 01/14/1958 |

Created: 04/03/2004 11:57 AM

https://dms-acclaim.group.cigna.com/acenza/FOLDER/FOLDEROTCFOLDER_CURRENT_CASE_PLANDisplay.asp?id=242...    9/28/2005

CLICNY 0093

**Request Sheet**

Date Sent:     5/16/05

1.    Please request the medical records and current tests from the following doctors:

2nd req and 4/28/05 req to:
Dr. Roach
Fax: 212-746-8127.
**O/N <u>ONLY</u> from 08/01/04 through present**

From: Mark Sodders x5693

## Please refile claim after requesting.

**Request Sheet**

Date Sent:             March 4, 2005

1.     Please request the medical records and current tests from the following doctors:

**2ⁿᵈ Request the following**

The January 20, 2005 letter to Dr. Roach asking for a review of the four DOT's.

- Please note that they received the DOT"s in their office as of January 27, 2005 (no need to send the DOT's again, just the 2ⁿᵈ Request Letter and the January 20, 2005 letter).

- Please provide a deadline of March 25, 2005, and in the absence of Dr. Roach's reponse by March 25, 2005, we will assume Dr. Roach is in agreement with his patient's ability to perform the occupations listed in the four DOT's.

From: Mark Sodders x5693

F. 212-746-8127
+ 212-746-7879

**Please refile claim after requesting.**

Acenza: Folder

☐ Folder | ✐ Contents | 🗐 Notes (0/0)

Logo
(0)

## 📁 Folder: Current Case Plan

**ⓘ Details**

└ HideDetails

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 01/21/2003 - Active |

Top

**✐ Internal Resource Response**     12/13/2004 3:46:23 PM     hxjule

Referral Resource Role     Vocational Rehab Counselor

Referral Resource Name     Holly Jule

Initiator Comments

12/02/04 referring for formal TSA.  Exploratory TSA located occs, and need to send
results of TSA to AP for comment on cx's abilities.

Wage Requirement is $4,986.57 Monthly.

Referral Comments

Results of exploratory TSA discussed w/ VRC.  Four sedentary occupations, including Cx's
own occupation, were agreed as appropriate to send to AP for comment. All meet target
wage and all allow for ability to get up and move about, alternate sit, stand and walk at
the employee's discretion.It is also noted that cx's job allowed for alternating
positions- see job requirements in claim file.  HJ

Investigation Result

DOT's for the following occupations were selected for the exploratory TSA in order to
consult with the AP for comment on Cx's ability to perform them.  Personnel Manager,
DOT#166.117-018, Employment manager DOT#166.167-030, Employment Agency Manager,
DOT#187.167-098 and Department Manager, DOT#189.167-022.  Returning file with
occupational descriptions to CM.  HJ

Top

**✐ Internal Resource Response**     11/18/2004 6:40:15 PM     rxjenk

Referral Resource Role     Vocational Rehab Counselor

CLICNY 0096

Acenza: Folder

Referral Resource Name                    Rosemary Jenkins

Initiator Comments

based on 11/03/04 staffing with NCM, need to run exploratory TSA based on AP's PAA dated
10/20/04. Wage requirement is .80 of indexed covered earnings, which totals 4,986.57
monthly, 59,838.84 yearly.

MDSodders  CM

Referral Comments

Investigation Result

Exploratory TSA

An exploratory TSA was conducted using the PAA dated 10/20/04 and collective information
from cx's DQ & JD. Using the OASYS edition, 9 occ were identified as potential transf
skills 4 are within the Professional and Kindred industry 4 within any industry and
1 within the Government industry. The annual wages as per year 2000 labor statistics
ranged from $77,000.00 to $123,000.00.

Claim Strategy                    11/09/2004 11:51:09 AM         a66816              Top

Claim Status Comments

11/03/04 staffed claim with NCM. Based on reeview of current medical, and PAA, run
exploratory TSA on L/R provided. Concurrently, send APS to CX for COD, LOV. If TSA
positive, send to AP for comments.
MDSodders  CM

Level of Functional Capacity

☑ With Restrictions

Restrictions and Limitations

Subjective/Objective Findings/Treatment

Page 2 of 3

CLICNY 0097

Acenza: Folder

Page 3 of 3



Outstanding Issues and Follow-up Dates

Strategy

11/03/04 staffed claim with NCM. Based on recview of current medical, and PAA, run
exploratory TSA on L/R provided. Concurrently, send APS to CX for COD, LOV. If TSA
positive, send to AP for comments.
MDSodders  CM

**Active Contents**

| Type | Due Date | Created By | Assigned To | Title |
|------|----------|-----------|-------------|-------|
| LTD | 06/06/2000 | | Mark Sodders | ALFANO,STEVEN -- 099449648 -- 01/14/1958 |

Created: 04/03/2004 11:57 AM

CLICNY 0098

Acenza: Folder

Page 1 of 2

■ Folder    ◆ Contents    📄 Notes (0/0)



## 📁 Folder: Current Case Plan

### ● Details

| | | | | | Logs (0) |
|---|---|---|---|---|---|

| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
|---|---|---|---|---|---|
| Account Name | WEILL MEDICAL COLLEGE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 01/21/2003 - Active |

**🔄 New Action**

11/18/2004 6:40:15 PM    rxjenk    Top

**● Internal Resource Response**

Referral Resource Role    Vocational Rehab Counselor

Referral Resource Name    Rosemary Jenkins

Initiator Comments

based on 11/03/04 staffing with NCM, need to run exploratory TSA based on AP's PAA dated
10/20/04. Wage requirement is .80 of indexed covered earnings, which totals 4,986.57
monthly, 59,838.84 yearly.

MDSodders    CM

Referral Comments

Investigation Result

Exploratory TSA

An exploratory TSA was conducted using the PAA dated 10/20/04 and collective information
from cx's DQ & JD. Using the OASYS edition, 9 occ were identified as potential transf
skills 4 are within the Professional and Kindred industry 4 within any industry and
1 within the Government industry. The annual wages as per year 2000 labor statistics
ranged from $77,000.00 to $123,000.00.

● Claim Strategy    11/09/2004 11:51:09 AM    a56816    Top

CLICNY 0099

Acenza: Folder

Page 2 of 2

### Active Contents

| Type | Due Date | Created By | Assigned To | Title |
|------|----------|-----------|-------------|-------|
| LTD | 06/06/2000 | | Mark Sodders | ALFANO, STEVEN -- 099449648 -- 01/14/1958 |

Created: 04/03/2004 11:57 AM

CLICNY 0100