Acenza: Folder

Folder | Contents | Notes (0/0)

## Folder: Current Case Plan

**Details**

| | | | |
|---|---|---|---|
| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1956 |
| Account Name | WEILL MEDICAL COLLEGE | Account # | NYKG001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 01/21/2003 - Active |

Hide Details

**Claim Strategy**     11/09/2004 11:51:09 AM     a66816     1 of

**Claim Status Comments**

11/03/04 staffed claim with MCN. Based on recview of current medical, and PAA, run exploratory TSA on L/R provided. Concurrently, send APS to CX for COD, LOV. If TSA positive, send to AP for comments.
MDSodders  CX

**Level of Functional Capacity**

**With Restrictions**

**Restrictions and Limitations**

**Subjective/Objective Findings/Treatment**

**Outstanding Issues and Follow-up Dates**

**Strategy**

CLICNY 0101

Acenza: Folder

11/03/04 staffed claim with NCM. Based on rcoview of current medical, and PAA, run exploratory TSA on L/R provided. Concurrently, send APS to CX for COD, LOV. If TSA positive, send to AP for comments.
KBSodders CX

**Active Contents**

| Type | Due Date | Created By | Assigned To | Name |
|------|----------|-----------|-------------|------|
| LTD | 06/06/2000 | | Mark Sodders | ALFANO STEVEN ~ 09944S648 ~ 01/14/1958 |

Created: 04/03/2004 11:57 AM

CLICNY 0102

7/31/2003



Claimant Name: Steven Alfano



SSN: 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

Page #1

# CURRENT CASE PLAN

7/31/03 - Clmt is 44 yr old wage and salary mgr for Cornell university medical college. Incur date - 6/6/00. Claim was denied as meds in file did not support clmt td through the waiting period. Decision was appealed and upheld. Clmt's atty appealed decision and it was overturned. Meds in file support symptomatic multilevel spinal stenosis and nerve root impingement supported by clinical exam findings and peer review. All of his Dr's (4) have indicated that clmt needs surgery. Clmt has opted for conservative tx. There was a peer to peer review on 12/10/02 which supports clmt is td. At this time, we are requesting medical updates. Current DQ is in file. Possible surveillance in the future to make sure he is not active. Also do tpc.                    R. Castellon  Sr. CM

8/19/03 - received meds from Dr. Moradis. med show clmt had shoulder and up arthroscopy surgery. surgeries were helpful an client is doing much better. Still waiting of meds from Dr. Roach.

089648

12/28/2000

## GENERAL INFO.

| | | | |
|---|---|---|---|
| Date Claim Rec'd | 12/08/00 | Date of Hire | 08/05/1991 |
| Policy Eff. Date | 07/01/1989 | EE Class | 1 |
| Policy Cancelled? | n | Date elected | 09/05/1991 |
| Initial EE (Y/N) | n | EE Eff. Date | 09/01/1991 |
| Eligibility WP: | 1 month | Eligible? (Y/N) | y |
| Incur Date | 06/06/2000 | PCL Descr. | 30/5 |
| Inv. PCL (Y/N) | n | Inv Dates | |
| Ben. Start Date | 12/03/2000 | Any Occ. Date | 01/13/2023 |
| DOB: | 01/14/1958 | Ben Term Date | 01/13/2023 |
| PD Age Recd? | n | FMI (Y/N) | y |
| MI Limit (Y/N) | y | W.O.P (Y/N) | n |
| SS Policy Lang: | | Primary/Full | full |
| R/A Rec'd(Y/N)? | n | Freeze (Y/N)? | y |

| Other benefits: | Amount/ Status: | |
|---|---|---|
| Short Term Disability (01) | 2894.41 | thru 12/6/2000 |
| Pimary SSDI w/ Freeze (04) | | |
| Dep.SS w/ Freeze (05) | | |
| Gov't/State Dis Benefits (16) | | |
| WC/Jones Act (18) | | |
| Salary Continuance (19) | | |
| Other: | | |
| Other: | | |

Note:  EWP -- Watch for 1st of month following DOH, etc.

## BENEFIT INFORMATION

| | | | |
|---|---|---|---|
| BME/Salary | $5,933.32 | | |
| Gross Benefit | $3,560.00 | Override Benefit | |
| Basic % | 60% | Override % | |
| Minimum | $100.00 | Maximum | $15,000.00 |
| EE Contribution % | 50 | Pre/Post | post |

## EMPLOYER INFORMATION

| | |
|---|---|
| Policy Number | NYK 1972 |
| Policy Name | Weil Medical College |
| PH Address | |
| Phone # | 212.746.1035 |
| Contact Name/ Title | Rosemary Cius |

## MEDICAL INFORMATION

| | |
|---|---|
| Initial DX: | Radiculopathy |
| ICD-9/DSM IV | 722.52 |
| Surgery/Hosp | |
| Accident? (Type?) | |
| Work Related (Reported?) | |

| Attending Physician/ Phone: | | Fax: |
|---|---|---|
| James Farmer, MD | 212.606.1591 | 212.774.2909 |
| Stephen Scelsa, MD | 212.844.8490 | 212.844.8481 |
| Robert Snow, MD | 212.746.2830 | 212.744.3529 |
| Steven Diglovanni, M | 212.434.3432 | 212.434.3358 |
| Andrew Schiff, MD | 212.746.2879 | 212.746.4609 |
| Sean McCance, MD | 212.546.9285 | 212.546.9208 |
| Michael Alexiades, M | 212.734.1266 | 212.288.1524 |
| Thera - Ex | 014.476.0951 | |

## OCCUPATIONAL INFORMATION

| | |
|---|---|
| Occupation | Wage and Salary Manager |
| Job Description (Y/N) | y |
| Occ. Desc. - Sed., Light | |
| Mod., Hvy, Very Hvy | sedentary |
| Education <8th Grade | |
| <12 Grade | |
| H.S. Diploma / GED | |
| College - #Years | |
| Degree (List titles) | |
| Specialty, Certificate, | |
| or License | |
| Experience | |
| RTW Language | |

## CLAIMANT INFORMATION

| | |
|---|---|
| Claimant Name: | Steven Alfano |
| Address | 3800 Waldo Ave  Apt 13-G |
| | Bronx, NY 10463 |
| Cx Age @ Dis. | 42    Clmt Age 62    01/14/2020 |
| Spouse DOB | 05/25/1962 |

| Social Security # | 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 |
|---|---|
| Phone/ Fax:# | 718.884.2067 |
| Spouse Name | Eva Alfano |
| Spouse SS# | 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 |
| Spouse Age 62 | 05/25/2024 |

| Dependent Name | DOB | Date Age 18 | Age 25 (disabled) |
|---|---|---|---|
| Andrea | 10/01/1992 | 10/01/2010 | 10/01/2017 |
| Michael | 05/18/1995 | 05/18/2013 | 05/18/2020 |

Additional Information:

ol9548

| EE: ALFANO, STEVEN | SSN: 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 | DOI: 06/06/2000 | ER: WEILL MEDICAL COLLEGE OF CORNELL UNIVERSITY(DIS) | ID: 854973378660580 |
|---|---|---|---|---|
| WCC: | LTD: | STD: | ICMS: | Other: |

## Current Case Plan

Add a New Current Case Plan Entry                              Bottom of Page

Paperwork sent as an appeal was set up by Intake as new claim but was recognized as a "no load".
Appeal was tracked to DAllas Appeals Team on 6/4/02. Copy of correspondence will be again
referred & this Unilnyx file closed out at assigned in error. MR
06-17-2002 08:02 AM - RYAN, MARY

Top of Page
I am overturning the prior denial. This is a voluntary appeal. Cx was 42 years old at time of
disability. ID is 06/06/00. Cx was a Wage and Salary Manager, which was considered to be
sedentary. Peer Review was done by an orthopaedic doctor. Dr. Trotter did the Peer Review. Dr.
Trotter stated that the medical documentation supports cx's inability to perform his occupation from
06/06/00 forward. Also the medical records indicate that the cx has a combination of symptoms,
exam abnormalities, including ancillary test results that support ongoing diagnosis of severe
multilevel spinal stenosis and nerve root impingement. This is severe enough that would preclude
cx from performing his full time occupation from ID forward. Dr. Trotter stated from his review of
the records, no matter what position cx assumes, he has symptomatic spinal stenosis and nerve root
impingement on the basis of both soft tissue (discopathy and bony osteophytes). Nerves at the level
of L5-S1 appear to be resulting in ongoing radiculopathy in particular of the LLE. Cx has not
responded to nonoperative treatment and cx appears to have an indication for surgical intervention.
Cx's overall pain level severity correlates with sx and exam findings. Cx's overly large body
habitus may well have contributed toward his ongoing relatively severe spinal pathology. Dr.
Trotter stated that the claimant appears to have significant ongoing symptomology of back pain and
lower extremity radiculopathy that would not allow cx to reasonably perform his occupation on a
full time basis. Cx has a well documented case of spinal stenosis with radiculopathy resistant to
nonoperative means and appears to have a significant correlation overall between the sx, exam
findings, and ancillary test results rendering cx unable to perform his occupation. COntinued on
next entry...
01-14-2003 01:47 PM - BHARADWAJ, MEDHA

Top of Page
continued from previous entry: Based on the medical evidence in file supporting cx's inability to
perform his occupation, along with the peer review findings, I am overturning the prior denial. File
returned to core team for further handling. SS award in file. Core team to ensure that the offset is
put in place and do calculations, manage claim, etc.. Gary Person reviewed file and agreed.
01-14-2003 01:48 PM - BHARADWAJ, MEDHA

Top of Page

Add a New Current Case Plan Entry

CLICNY 0105



File Plan
Claimant: Steven Alfano
SSN 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

12-5-02 MC completed referral to Intracorp for Ortho/PR as requested by ACE. MC will
f/u by 12-23-02.
Karen Haley RN, CLNC

12-30-02 MC received Ortho/PR report back from Intracorp. Reviewer found that
medical records do identify severity of condition that would preclude cx from
performing at the sedentary level. Reviewer noted that cx has significant symptomatic
spinal stenosis and nerve root impingement and claimant has not responded to
conservative treatment modalities. Please see report for details. Medical sufficient to
support cx's inability to function in the sedentary capacity during the time period of 6-
6-00 through present. MC discussed with ACE and file returned.
Karen Haley RN, CLNC

CLICNY 0106




File Plan
Claimant: Steven Alfano
SSN 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

12-5-02 MC completed referral to Intracorp for Ortho/PR as requested by ACE. MC will
f/u by 12-23-02.
Karen Haley RN, CLNC

01/23/2001  

Claimant Name: Steven Alfano                    SS#: 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          Page #1

# CURRENT CASE PLAN

12/28/2000 42 year old male, wage & salary manager with DX of low back pain. CX noticed increased in low back pain 4/2000. Disability commenced 6/6/2000. AP reports lumbar degenerative disc disease. CX reports back pain with interuption in his sleep. Current TX - physical therapy 3 times per week. CX treated with Dr. Scelsa 7/20/2000. Exam showed negative Patick's movement. SLR negative. Neuro exam - strenght normal. Slight antalgic gait. Negative Romberg. Bilat peroneal and tibial motor conduction studies normal. Left tibial and bilat peroneal F-wave minimal latencies were prolonge Right tibial F-wave minimal latencies - normal. Bilateral sural & peroneal sensory responses - normal. Bilateral tibial H-ref latencies were prolonged. Needle EMG of bilat gluteus maxiums , left leg, and LS paraspinal muscles showed no spontan activity. AP reports CX has left S1 radiculopathy. CX to f/u for 3rd epidural injection and released to work. CX f/u with Dr. Snow 8/23/2000. SLR + 45 degrees. + pain with extension and flexion of the low back. AP recommends surgery. CX f/u with Dr. Farmer 8/31/2000. Exam showed normal gait. Exam of L-spine showed no tenderness to palpation. Able to forward flex within 6 inches of the floor. Extension 30 degrees. ROM hips is full and painless. Recommended that CX do PT and continue to take anti-inflamm. 9/14/2000 eval CX reports PT exacerbated pain. Exam showed L-spine non-tend to palpation. + pain with forward flexion. Neuro exam normal. CX reports pain limits him on a daily basis. AP recommend discogram then new MRI. PAA completed by Dr. Snow showed CX able to lift up to 20 lbs frequently and 50 occasionally. CX able to sit, stand and walk up to 2.5 hours each. PAA completed by Dr. Scelsa indicated CX is able to sit and stand up to 5.5 hours each and walk up to 2.5 hours.

No eligibility or pre-x issues as proof of enrollment is on file and CX elected coverage 1991.

Requested progress notes. Still awaiting notes from Dr. Farmer, Dr. Digiovanni, Dr. Schiff, Dr. McCance, Dr. Alexiades and rehab facility. Will f/u 1/5/2001.
May consider FCE for evaluation of CX current limitations as CX was released to work following 7/20/2000 evaluation and did not f/u with AP. It appears based on PAA completed by Dr. Snow and Dr. Scelsa that CX has the ability to perform a sedentary job. PAA's were based on one evaluation only and CX did not f/u with these physicians.

Outstanding issues: Will call to f/u on med 1/5/2001 if not received.

Lara D'Ambrosio - Case Manager
********************************************************************************

01/8/01 Called to f/u on med requests. Re-faxed request to Dr. Alexiandes. and left messages at Dr. Digiovanni. Dr. Shiff, and Dr. Farmer's offices. Rec by 1/17/01.

Outstanding Issues: F/U if med not rec'd by 1/17/01.

Shannon Bailey - Case Manager
********************************************************************************

1/9/2001 Rec'd evaluation with Dr. McCance. CX seen on 8/17/2000. CX seen for eval of low back pain radiating down into left leg with numbness of both feet. CX reports loss of strength with walking. CX is 6'4" and weighs 300 lbs. Exam showed decreased sensation in the left L5 and S1 distribution. SLR negative. Hip ROM pain free. + pain with pressure palpation of the L5 vert. AP recommends surgery. Notes from Dr. Schiff indicate CX seen on 10/16/2000. Given Celexa for depression. CX f/u 10/23/2000 - sleeping better.

Oustanding issues: F/u on med req from Dr. Alexiandes, Farmer, and Digiovani 1/17 if not rec'd.

Lara D'Ambrosio - Case Manager
********************************************************************************

1/23/2001 Rec'd med from Dr. Alexiades. CX treated with AP 6/5/2000 and 7/31/2000. Exam on 6/5/2000 showed norma

02/06/2001



Claimant Name: Steven Alfano



SS#: 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

Page #2

# CURRENT CASE PLAN

1/23/2001 con't >>> heel/toe, tandem gait. Decreased ROM LS spine. MRI showed moderate to severe L5-S1 spondylos and mild impingement on the inferior aspect of the left L5 nerve root and moderate L5-S1 spinal stenosis. F/u on 7/31/00 back pain still severe after 2 epidural injections. CX referred to spine surgeon for possible fusion.

Called Thera-Ex to f/u on request for PT notes. Notes should be rec by 1/24/2001
Called Dr. Farmer to f/u on progress notes - notes should be faxed by 1/24/2001

Outstanding issues: Will f/u with AP and PT 1/25/2001 if notes not rec'd. Upon receipt of med, will confer with MC

Lara D'Ambrosio - Case Manager
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

1/31/2001 Held staffing. Discussed issues of limitations and restrictions and conservative TX. Will send CX for IME as CX was released to work by neuro but does need surgery in the future.

Called CX to advise of IME. Asked about PT. CX stated that he went to PT once. Current TX consists of diet and R
Referred file to be copied. Will refer to MC to schedule IME.
Lara D'Ambrosio - Case Manager
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

02/06/2001  Medical Consultant
File reviewed in its entirety, in preparation for IME.
Review reveals cx's incur date is 6/6/00. Dr Farmer, ortho, who signed the APS on 11/20/00, saw the cx for the first time on 8/31/00. Writer questions how this MD can certify disability for a period of > 2 months prior to seeing the cx.
CM requested OV notes from cx's PCP, Dr Schiff from 4/00 through the present. Notes sent were dated 10/16/00, and 10/23/00. No subjective complaints are noted, on 10/16. Cx's BP is elevated to 160/100, and cx is started on Zestril in addition to Norvasc. ROS only cardiopulmonary. No P.E., and cx was also started on Celexa 20mg.
Cx returned on 10/23, subjective documents: "42yo man with no P.E., sleeping better and BP well controlled on Zestril". Objective: BP* 130/100 wt. 304lbs." In list of current meds writer notes that cx is taking no medications for analgesia.
Cx is then seen by a Dr Alexaides, ortho MD, on 6/5/00 who specializes in knee, hip, and shoulder surgery. At this app't cx reports > L lumbar radiculopathy for 2 weeks, and reports Motrin is providing only minimal relief. P.E. at that app't, is documented as normal heel/toe walk, and tandem gait, decreased ROM of LS spine, motor strength 5/5, DTRs 1+ in knee and 2+ in ankles. CX was sent for a MRI of LS spine on 6/9/00. See CM's entry dated 1/23/01 for MRI results.
MD writes "He is unable to work at this point". Cx is seen in f/u on 7/31, neuro intact, cx has difficulty walking on toes.
Cx is seen by a Dr McCance, spinal surgeon, on 8/17/00. P.E. documented as difficulty with heel walking on L. DTRs are 2+, and 1+ at the L ankle, pain with pressure at L5, and pain with lumbar ROM with extension. Dx: Discogenic LBP, and L L5-S1 radiculopathy. A fusion with decompression of L5-S1 was recommended.
Cx seen in consult by a Dr Scelsa, neurologist, on 7/20/00. MD performed EMGs, and P.E. which document the following: "Clinical/Electrophysiologic Impression: There were nonspecific neurogenic abnormalities in both legs of uncertain significance. Late responses were prolonged bilaterally. These findings did not clearly differentiate bilateral L5/S1 radiculopathies from mild polyneuropathy. There was not definitive electrophysiologic evidence of either. Taken together, the clinical and electrophysiologic features suggest the patient has left S1 more than L5 radiculopathy. There was no associated weakness or reflex change". Cx was to f/u for a third ESI, and started on Pamelor and Ultram.
"He was told that he could return to work, and that he should get up form his desk a few times per hour to stretch and walk around. He was also told he should avoid lifting anything heavy (greater than 10 pounds)". Cx was to f/u in 6 weeks
PAA completed by Dr Scelsa on 12/18 documents cx is capable of sedentary work.
Cx seen for the first time by a Dr Snow, neurosurgeon, on 8/23/00. P.E. documents + SLR bilaterally at 45deg; motor/sens exam normal; pain with flexion and extension; DTRs 2+ and symmetrical except for absent ankle jerk bilaterally. >>CONT

aff9648

04/12/2001



Claimant Name: Steven Alfano



SS#: 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

Page #3.

# CURRENT CASE PLAN

02/06/2001 Medical Consultant >>>CONT FROM PREV. PAGE>>>
I,mpression was: L5-S1 radiculopathy, L>R., secondary to stenosis. Cx was to think about a lumbar laminectomy.
PAA completed by Dr Snow on 12/15/00 documents cx is capable of sedentary work.
Cx was seen in f/u by Dr Farmer, ortho, on 1/17. MD documents no change in ROM, and neurologic exam, "stable from a
motor and sensory standpoint. Neural tension signs are negative." Cx requested to return to PT, and a RX was given,
Vioxx was renewed, and cx was to f/u after completing his course of PT. "He is not having any night pain".
Numerous requests from P.T facility revealed cx was seen for one visit only on 9/9. Initial PT eval is illegible, and there
has been no further f/u on the part of the cx.
Writer believes that current medical in file supports cx's ability to perform a sedentary JD. We have three PAAs complete
by neurosurgeon, neurologist, and orthoped who document cx is capable of performing sedentary work.
File returned to CM with above recommendation and request for Occ requirements of JD. If JD is truly sedentary, we do
not have R/Ls which support cx's inability to perform JD. Please advise writer if IME still needs to be done.
File returned to CM.
Linda Cufari, R.N.
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

2/12/2001 File reviewed. CX does not satisfy the definition of DBL as the 180 day benefit waiting period had not been
satisfied. CX was released to work 7/20/2000 and PAA's indicate that CX is capable of performing sedentary work. Per
call to ER, CX's job does allow him to get up and walk around as needed. ERISA sent.

Lara D'Ambrosio - Case Manager
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

3/21/2001 Rec'd letter of appeal from attorney. No additional med provided. Attorney stated that additional med will be
submitted and would like additional time to do so.
Referred to appeals team.

Lara D'Ambrosio - Case Manager
•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

3/23/01  Reviewed file on appeal. Cx last worked 6/5/00. First visit same-day, AP to cx to stop work but no clinical
findings on exam. Cx released to RTW by another Dr 7/20 after EMG performed (showed L S1 > L5 radiculopathy).
Cx saw a variety of other physicians, most only once, for surgical opinions and consultation. None provided significant
findings on exam. MRI shows mod-severe spondylosis L5-S1, mild impingement of the L L5 nerve root and moderate
stenosis L5-S1. Cx has retained atty for appeal. Atty has not submitted any new information but says they will,
PLAN – follow for additional information. Issue delay letter at 30 days, make decision at 60 if nothing else received.

JHoughton, Case Manager_____
4/12/01  Received another letter from atty requesting 60 more days for cx to submit medical information. Currently,
info in file does not support that cx is disabled. I will decide at this time to uphold decision to deny claim. I will inform
atty that although I have upheld decision, I will consider any information he will submit.

JHoughton, Case Manager_____

alf9648.xls

| P. I. MANAGEMENT WORKSHEET | | DATE: December 28, 20 | | LTD |
|---|---|---|---|---|
| RCM:  Steve Mana | | CLMNT: Steven Alfano | | STD |
| TL:  Abbe Eyre | | SS#: 099.44.9848 | | PW |
| CM: Lora D'Ambrosio | | P/H: Weill Medical College | | |
| CPC:  Maria A. Casini | | ACCT#:NYK 1972 | | |
| *COMPLIANCE* | | | | |
| 1.  Acknowledge Receipt of Claim (10 Days | Y | rec'd 12/7/00. ack'd 12/8/00 | | |
| 2.  Alert Other Benefits (CA & OH) | n/a | | | |
| 3.  30 Day Compliance | | | | |
| 1st Delay Sent? | n/a | first delay due by 1/6/01. This is a Saturday, please send prior | | |
| 2nd Delay Sent? | n/a | | | |
| 3rd Delay Sent? | n/a | | | |
| 4th Delay Sent? | n/a | | | |
| 5th Delay Sent? | n/a | | | |
| 4.  Communication Response (10 days) | n/a | | | |
| 5.  Denials (CA;IL;NH;AK;IN; NE;OH;etc.) | n/a | | | |
| | | | | |
| Total Compliance Opportunities: | 1 | | | |
| Total C.I.'s: | 0 | | | |
| Case Manager Accountable: | | | | |
| Team / Office Accountable: | | | | |
| Summary/Comments | | | | |
| | | | | |
| Compliance Checklist  was on File | | | | |
| | | | | |
| | | | | |

JUL. 24. 2003 11:25AM    CIGNA DALLAS                    NO. 315    F. 1



# Facsimile Transmission Cover Sheet

 

**CIGNA Group Insurance**
Life · Accident · Disability

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet) 4 |
|---|---|---|---|
| 212-439-6855 | July 24, 2003 | 12:00 p.m. | |

| Name | Name |
|---|---|
| Dr. Michael Alexiades | Roberto Castellon |
| Company | Department |
| | CIGNA Disability Management Solutions |
| Phone | Phone |
| 212-734-1288 | 1.800.352.0611 Extension 9695 |
| Address | Address |
| 159 E 74 St | 12225 Greenville Avenue |
| New York, NY 10021 | Suite 1000, LB 179 |
| | Dallas Texas 75243 |

Comments

RE:    Steven Alfano

DOB:    1/14/58

In order to evaluate your patient's eligibility for Long Term Disability benefits (e.g. lost wage income), we are in need of the following information:

- **Copies of your progress notes, including diagnostic test and lab results, from 1/1/01 to the present.**
- **A completed Physical Abilities Assessment form (attached).**

We ask that you kindly respond by **8/7/03** to avoid any delay in your patient's claim for lost wages.

Naturally, we will consider a reasonable charge for this medical information. Please include your **tax identification number.** If this request requires a pre-payment, please call me at the phone number above or fax (860.731.2907) a fee request to my attention.

Sincerely,

Roberto Castellon
Case Manager

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

[ ] Acknowledgment Requested                    To Fax a reply, dial: 860.731.2907

**MICHAEL M. ALEXIADES, M.D., P.**
159 EAST 74TH
NEW YORK, N.Y. 10021
TELEPHONE (212) 734-1288

Alfano, Steven
Page 3

04/22/02                     Mr. Steven Alfano returns with increasing pain in
his left shoulder which previous MRI showed tendinopathy. In addition he is having some
right anterolateral hip pain. Right shoulder is doing relatively well. We discussed options
on he will consider a left shoulder arthroscopic procedure. In the interim we will get films
of the right hip.

07/08/02                     Mr. Steven Alfano returns post shoulder
arthroscopy. Range of motion and strength are good. Plan: Continue rehab on his own. The
patient will return for follow up in six weeks. At that point we will discuss his right hip and
possible arthroscopy. He saw Dr. Springfield who has cleared the hip from an oncology
point of view.

09/23/02                     Mr. Steven Alfano returns post shoulder
arthroscopy. Occasional AC joint discomfort but strength and range of motion are excellent.
Plan: Continue exercise regimen. The patient will return for follow up in the future pm.
                     He wished to discuss hip arthroscopy. The
material risks, benefits and alternatives were discussed with the patient who understands
and will decide.

03/24/02                     Mr. Steven Alfano returns for follow up and his
right hip anterolateral pain persists. Physical Examination is consistent with his labral tear.
Plan: We discussed his options and he wishes to undergo arthroscopic hip surgery. The
material risks, benefits and alternatives were discussed with the patient who understands
and wishes to proceed.

04/24/03                     Mr. Steven Alfano returns one week post
arthroscopy. He has no pain; good motion. He is walking well. Wound are fine. Sutures are
removed. Plan: Continue home exercise program. The patient will return for follow up in
six weeks.

05/22/03                     Mr. Steven Alfano returns for follow up and his hip
is doing great. He has no complaints; good motion. Plan: The patient will return for follow
up in the future pm.



MICHAEL M. ALEXIADES, M.D., P.C.
159 EAST 74TH
NEW YORK, N.Y. 10021

TELEPHONE (212) 734-1200

Alfano, Steven
Page 3

04/22/02        Mr. Steven Alfano returns with increasing pain in his left shoulder which previous MRI showed tendinopathy. In addition he is having some right anterolateral hip pain. Right shoulder is doing relatively well. We discussed options an he will consider a left shoulder arthroscopic procedure. In the interim we will get films of the right hip.

07/08/02        Mr. Steven Alfano returns post shoulder arthroscopy. Range of motion and strength are good. Plan: Continue rehab on his own. The patient will return for follow up in six weeks. At that point we will discuss his right hip and possible arthroscopy. He saw Dr. Springfield who has cleared the hip from an oncology point of view.

09/23/02        Mr. Steven Alfano returns post shoulder arthroscopy. Occasional AC joint discomfort but strength and range of motion are excellent. Plan: Continue exercise regimen. The patient will return for follow up in the future prn.
                He wished to discuss hip arthroscopy. The material risks, benefits and alternatives were discussed with the patient who understands and will decide.

03/24/02        Mr. Steven Alfano returns for follow up and his right hip anterolateral pain persists. Physical Examination is consistent with his labral tear. Plan: We discussed his options and he wishes to undergo arthroscopic hip surgery. The material risks, benefits and alternatives were discussed with the patient who understands and wishes to proceed.

4/16/03: LBH "AMB"
4/16/03: SURGERY ~ RIGHT HIP ARTHROSCOPY, LABRECTOMY
         DISCHARGED



MICHAEL M. ALEXIADES, M.D., P.C.
150 EAST 74TH STREET
NEW YORK, N.Y. 10021

TELEPHONE (212) 734-1250

Alfano, Steven
Page 3

04/22/02                                    Mr. Steven Alfano returns with increasing pain in
his left shoulder which previous MRI showed tendonopathy. In addition he is having some
right anterolateral hip pain. Right shoulder is doing relatively well. We discussed options an
he will consider a left shoulder arthroscopic procedure. In the interim we will get films of the
right hip.

6/13/02:    LHH "AMB"
6/13/02:    SURGERY - LEFT SHOULDER ARTHROSCOPIC DECOMPRESSION
                       AC RESECTION
            DISCHARGED



MICHAEL M. ALEXIADES, M.D., P.C.
159 EAST 74TH STREET
NEW YORK, N.Y. 10021
TELEPHONE (212) 734-1288

Alfano, Steven
Page 2

06/05/00                    Mr. Steven Alfano returns complaining of
lumbar radiculopathy into the left leg for the last couple of weeks. It has gotten quite
severe. He is taking Motrin with only minimal relief.  Physical Examination reveals
normal heel/toe/tandem gait; decreased range of motion of the LS spine; motor is 5 out-
of 5; reflexes are 1+ both knees, 2+ both ankles. Plan: We will get an MRI to evaluate
for a herniated disc. He is unable at this point to work. We will discuss treatment options
after the test.

07/31/00                    Mr. Steven Alfano returns with persistent low
back pain with occasional numbness in the left leg. He saw a neurologist who felt he
had some nerve damage but did not justify surgery. However, his back pain is quite
severe despite two epidural injections. He is neurologically intact today although he has
difficulty with toe walking. Plan: My recommendation is that he see a spine surgeon for
possible fusion at L5 - S1.

05/24/01                    Mr. Steven Alfano returns for follow up with
recurrent right shoulder pain for the last couple of months. He has been doing some
weight training to try and build up his shoulder and that may have aggravated it. He has
also been going to physical therapy for his back which has gotten worse. He is
contemplating surgery with Dr. Farmer at The Hospital for Special Surgery.  Physical
Examination today is consistent with impingement. He has some crepitus on range of
motion. After discussion the patient was injected with Lidocaine and Depo-Medrol. Plan:
If symptoms recur we will get an MRI.

11/14/01                    Mr. Steven Alfano returns for follow up.
Shoulder MRI on the left shows inflammation but no tear. After discussion the patient
was injected with Lidocaine and Depo-Medrol. Plan: We will see how he responds.

01/03/02                    Mr. Steven Alfano returns for follow up and his
left shoulder is doing well post injection. The right shoulder only did well for a few
months and then the pain returned.  Plan: We discussed his options and he wishes to
undergo another arthroscopic decompression and lysis of adhesions and bursectomy.
We will evaluate the previous repair to insure that it is intact. The material risks, benefits
and alternatives were discussed with the patient who understands and agrees.

02/04/02                    Mr. Steven Alfano returns for follow up post
arthroscopic decompression/AC resection. Wounds are fine. Sutures are removed.
Plan: Continue home exercise program.  The patient will return for follow up in four
weeks.

03/11/02                    Mr. Steven Alfano returns and is doing well
except for occasional discomfort over the AC joint. Strength is good. Plan: Start home
strengthening program. The patient will return for follow up in six weeks.

CLICNY 0116



MICHAEL M. ALEXIADES, M.D., P.C.
159 EAST 74TH STREET
NEW YORK, N.Y. 10021

TELEPHONE (212) 734-1285

Alfano, Steven
Page 2

06/05/00          Mr. Steven Alfano returns complaining of lumbar
radiculopathy into the left leg for the last couple of weeks. It has gotten quite severe. He is
taking Motrin with only minimal relief.     Physical Examination reveals normal
heel/toe/tandem gait; decreased range of motion of the LS spine; motor is 5 out of 5;
reflexes are 1+ both knees, 2+ both ankles. Plan: We will get an MRI to evaluate for a
herniated disc. He is unable at this point to work. We will discuss treatment options after the
test.

07/31/00          Mr. Steven Alfano returns with persistent low back
pain with occasional numbness in the left leg. He saw a neurologist who felt he had some
nerve damage but did not justify surgery. However, his back pain is quite severe despite
two epidural injections. He is neurologically intact today although he has difficulty with toe
walking. Plan: My recommendation is that he see a spine surgeon for possible fusion at L5 -
S1.

05/24/01          Mr. Steven Alfano returns for follow up with
recurrent right shoulder pain for the last couple of months. He has been doing some weight
training to try and build up his shoulder and that may have aggravated it. He has also been
going to physical therapy for his back which has gotten worse. He is contemplating surgery
with Dr. Farmer at The Hospital for Special Surgery. Physical Examination today is
consistent with impingement. He has some crepitus on range of motion. After discussion
the patient was injected with Lidocaine and Depo-Medrol. Plan: If symptoms recur we will
get an MRI.

11/14/01          Mr. Steven Alfano returns for follow up. Shoulder
MRI on the left shows inflammation but no tear. After discussion the patient was injected
with Lidocaine and Depo-Medrol. Plan: We will see how he responds.

01/03/02          Mr. Steven Alfano returns for follow up and his left
shoulder is doing well post injection. The right shoulder only did well for a few months and
then the pain returned. Plan: We discussed his options and he wishes to undergo another
arthroscopic decompression and lysis of adhesions and bursectomy. We will evaluate the
previous repair to insure that it is intact. The material risks, benefits and alternatives were
discussed with the patient who understands and agrees.

01/28/02:     HSS "AMB"
01/28/02:     SURGERY - RIGHT SHOULDER ARTHROSCOPIC DECOMPRESSION
              DISCHARGED

**Lenox Hill Hospital**, New York City          OPERATIVE RECORD

Name   ALFANO, STEVEN      Date 4/16/03      Hist. No.   1404949

Service of     DR. M. ALEXIADES          Anesthetist:
Operator(s):   DR. M. ALEXIADES          Anesthesia: SPINAL
Assistant(s):  DR. S. SIEGAL             Duration of Oper.:

Preoperative Diagnosis:  Right hip labral tear.

Postoperative Diagnosis: Same.

Operation: RIGHT HIP ARTHROSCOPY AND LABRAL RESECTION.

Description:   (Incision, Findings, Technique, Sutures, Drains, Culture, Specimen)

Findings: The patient had an inverted labral tear.

Estimated blood loss: Minimal.

Complications: None.

Disposition: The patient was taken in stable condition to the post anesthesia care unit.

Procedure:  The patient was brought to the operating room and induced under spinal anesthesia and general sedation. The right lower extremity was prepped and draped in the usual sterile fashion.

Using the fluoroscopy a spinal needle was placed intra-capsularly and the hip was distended with approximately 30 cc of air. The guide wire was placed over the spinal needle after the correct placement had been confirmed with AP and lateral views. A small stab wound was made over the guide wire in order to create the lateral portal. A series of 3 trocars were passed over the guide wire into the hip capsule. The cannula was then introduced over the 5.5 mm trocar and the camera was placed through the cannula. The hip was distracted manually and further distended with the arthroscopy fluid.

The interior of the hip was examined arthroscopically and the inverted labrum was seen freely mobile within the hip joint. Again, an anterior portal was created in a similar fashion under

Page 1 of 2

Name  ALFANO, STEVEN    Date 4/16/03    Hist.  1404949

fluoroscopic guidance. Once the anterior cannula was visible through the lateral  trocar the shaver was placed through the anterior portal in order to remove the soft tissue debris. The labrum was well visualized and resected using both the Oratec as well as the shaver device. Once the anterior portion of the labrum was fully resected we switched portals using the anterior portal as a viewing portal and the lateral portal as a working portal.

In a similar fashion the posterior portion of the labrum was resected and the joint was examined arthroscopically. There was minimal chondral damage noted. The labrum had been resected in its entirety. A final last look through the lateral portal confirmed this. The hip was irrigated with copious solution. 30 cc of 0.5% Marcaine was infused into the hip joint and the soft tissues of both the anterior and lateral portals. The portal sites were closed with #2-0 nylon sutures. A sterile dressing was applied.

The traction was released and the patient was transferred to a stretcher and to the recovery room in stable condition.

Dictated by   DR. S. SIEGAL
For    DR. M. ALEXIADES

SS/HMT325/51438
D:    4/16/03
T:    4/17/03

CLICNY 0118



## LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.

51 East 77th Street, New York, NY 10021 • TEL: 212-772-3111 • FAX: 212-288-1637 • www.lenoxhillradiology.com

Erich Eidenschink, M.D.
David A. Follett, M.D.
Keith S. Tobin, M.D.
William Lecie, M.D.
Lynn Ladenky, M.D.
Scott R. Gent, M.O.
Karen B. Wagner, M.D.
Debra B. Kesler, M.D.
Shelley E. Wertheim, M.D.
Peter Roumanes, M.D.

MICHAEL ALEXIADES, MD
159 EAST 74TH STREET
NEW YORK, NY 10021
  Patient Name: STEVEN ALFANO
  Date of Birth: 01/14/1958
  Identification #: 139521
  Accession Number: 140791
  Exam Date: 03/24/2003

DEAR DR. ALEXIADES,

**RADIOGRAPHS OF:** The right hip.

**HISTORY:** Right hip pain. Evaluate for degenerative change.

**FINDINGS:** Radiographs of the right hip were obtained in multiple projections. The hip joint space is well-maintained, and the articular surfaces of the bony structures are smooth and normal. The bony structures visualized are seen to be normally mineralized, intact, with no sign of fracture, significant degenerative change, or other bony abnormality. There is no evidence of soft tissue swelling, joint space effusion, or any acute finding.

**IMPRESSION:** Essentially normal radiographs of the right hip, with no significant acute or chronic radiographic findings.

Thank you for referring this patient.

Electronically Signed By:  DAVID FOLLETT, MD   03/24/2003

| CT SCAN<br>MULTIDETECTOR<br>HEART SCAN<br>VIRTUAL COLONOSCOPY | DIGITAL X-RAY<br>FLUOROSCOPY | ULTRASOUND<br>NDI | MRI/MRA<br>OPEN MRI<br>HIGHFIELD 1.5T | MAMMOGRAPHY<br>BONE DENSITOMETRY | PET<br>CT/MR FUSION<br>NUCLEAR MEDICINE<br>RADIATION ONCOLOGY |
|---|---|---|---|---|---|

ACCREDITED BY THE AMERICAN COLLEGE OF RADIOLOGY - MRI • ULTRASOUND • MAMMOGRAPHY
Page 1 of 1

# **Lenox Hill Hospital**, New York City                OPERATIVE RECORD

Name ALFANO, STEVEN_____     Date 06/13/02_____     Hist. No. 1404949_____

Service of:     DR. MICHAEL ALEXIADES               Anesthetist:
Operator(s):    DR. MICHAEL ALEXIADES               Anesthesia:
Assistant(s):   DR. PAUL S. DEGENFELDER             Duration of Oper.:

Preoperative Diagnosis:  Left shoulder impingement, acromioclavicular joint arthritis.

Postoperative Diagnosis:  Same.

Operation: LEFT SHOULDER ARTHROSCOPY; SUBACROMIAL DECOMPRESSION;
ACROMIOCLAVICULAR JOINT RESECTION.

---

Description:    (Incision, Findings, Technique, Sutures, Drains, Culture, Specimen)

Indications: This 44-year-old male was brought to the operating room where scalene block was
introduced. The patient was positioned in the beachchair position and left lower extremity was
prepped and draped in the usual sterile fashion. The glenohumeral joint was entered using
standard posterior portal. Diagnostic arthroscopy performed. There was noted to be no rotator
cuff tear or biceps or SLAP lesion. There was some fraying of the anterior labrum.

Next, the subacromial space was entered and the anterolateral portal was made. The 6.0 oval bur
was used to do a subacromial decompression resecting a spur from the anterolateral portal. The
scope was pushed to the anterolateral portal, and the bur was introduced posteriorly, and this was
feathered back smooth with the posterior aspect of the acromion.

Next, using the Arthrocare wand, the soft tissues were debrided from the AC joint and the
anteromedial portal was made in line with the AC joint. Using the 6.5 bur, the distal clavicle
resected was approximately 9 mm. This was carried out anterior to posterior, inferior to superior.
This was confirmed by switching the arthroscope to the anteromedial portal.

Once this was accomplished, the subacromial space was irrigated with normal saline. All
instruments were removed. The skin was closed using #4-0 nylon simple sutures. Xeroform and
sterile dressing were applied followed by a sling. The patient was transferred to the stretcher

Page 1 of 2

CLICNY 0121

Name ALFANO, STEVEN                    Date 06/13/02                    Hist. No. 1404949

taken to the recovery room where he was noted to be in stable condition having tolerated the procedure well.

There were no complications. Findings were as noted above with large anterior subacromial spur. Dr. Alexiades was present through the entire procedure.

                                        Dictated by DR. PAUL S. DEGENFELDER
                                        For DR. MICHAEL ALEXIADES

PD/HMT322/32998
D:    06/13/02
T:    06/14/02

Page 2 of 2

CLICNY 0122

**THE HOSPITAL FOR SPECIAL SURGERY**

535 East 70th Street
New York, N.Y. 10021

**DEPARTMENT OF RADIOLOGY AND IMAGING**

Patient Name
  ALFANO, STEVEN A
Ordering Physician
  ALEXIADES, MICHAEL M
Adm/Reg Physician
  ALEXIADES, MICHAEL M
Consulting Physician

Location
  DIS

Medical Record #          Date of Birth    Age
  689443                  01/14/58         44Y

---

Check-in Date: 04/30/02 0734
Chk-in #     Order    Exam
  965650     0001     0513     MRI LOW EXTREMITY - RT JOINT
                               Ord Diag: 719.45-JOINT PAIN-PELVIS

Page :1

JED

MRI of the right hip:

Magnetic resonance imaging of the right hip was performed utilizing coronal fast inversion recovery followed by coronal, sagittal and axial fast spin echo techniques.

There is no stress fracture, transient marrow ischemia or frank osteonecrosis. No trochanteric bursitis is seen.

Surface coil images of the right hip, slightly degraded due to motion, demonstrate partial thickness cartilage loss in the immediate suprafoveal portion of the femoral head without displaced surface flap or exposure down to subchondral bone. Mild superficial chondromalacia of the posterosuperior margin of the acetabulum is seen with additional mild wear over the anterolateral margin of the dome.

There is a torn degenerated anterior acetabular labrum without associated ganglion cyst formation. Borderline acetabular dysplasia is noted. There is no inflammatory synovitis.

Hip abductors appear preserved. Iliopsoas tendon also appears intact.

Intrapelvically, there is no bulky pelvic adenopathy. Fat-filled inguinal hernias are noted. There is marrow replacement process affecting the proximal left femur with foci of cystic signal

ALEXIADES, MICHAEL M                    FINAL
159 EAST 74TH ST

NEW YORK     NY        10021

CLICNY 0123

**THE
HOSPITAL
FOR
SPECIAL
SURGERY**

535 East 70th Street
New York, N.Y. 10021

**DEPARTMENT OF
RADIOLOGY
AND IMAGING**

Patient Name
   ALFANO,STEVEN A
Ordering Physician
   ALEXIADES,MICHAEL M
Adm/Reg Physician
   ALEXIADES,MICHAEL M
Consulting Physician

Location
   DIS

Medical Record #          Date of Birth     Age
   689443                    01/14/58        44Y

---

Checkin-Exam Code Summary
965650-0513

                              (Continued)        Page   2

hyperintensity as well as relatively hypointensity.  There is cortical
expansion.  Differential possibilities include remnant of cystic fibrous
dysplasia, or possibility of a previously treated unicameral bone cyst.
This area may be more comprehensively studied with surface coil images
when clinically warranted.  There is no pathologic fracture and the
lesion overall has a nonaggressive appearance.

Impression:

Magnetic resonance imaging of the right hip demonstrating superficial
cartilage loss over the hip joint, borderline acetabular dysplasia and a
torn, hyperplastic and degenerated anterior acetabular labrum.

There is a marrow replacement process affecting the left femur which
overall has a nonaggressive appearance.  Differential possibilities are
noted, as above.

ICD 9 Code: 843. 8

            /Dictated by/  HOLLIS POTTER M.D.
              /Personally Viewed & Interpreted by/ HOLLIS POTTER
            /Agreed with/Edited Report by/  HOLLIS POTTER M.D.

JED        04/30/02 1637
           04/30/02 1835

                                                    re: aggun
                                                    Munh

           646
           215-8166

     ALEXIADES,MICHAEL M                    FINAL
     159 EAST 74TH ST

     NEW YORK    NY        10021

0800 (Rev. 02/00) 00053

CLICNY 0124

**MANHATTAN DIAGNOSTIC RADIOLOGY**

L. Daniel Neistadt, MD          Craig H. Sherman, MD
Morton Jacobs, MD              Elias Kazam, MD
Ilona Hertz, MD                Steven Sferlazza, MD

400 East 66th Street, New York, NY 10021          203 East 60th Street, New York, NY 10022
Tel: 212. 838.4243, Fax 212. 838.7370             Tel: 212. 486.5510, Fax: 212. 758.6286

8982AAAA

May 6, 2002

Michael M. Alexiades, M.D.
159 East 74ᵗʰ Street
New York, New York 10021

Re: ALFANO, Steven

Dear Dr. Alexiades,

EXAMINATION OF THE RIGHT HIP with AP view of the PELVIS shows normal width of the right hip joint and well rounded femoral head. No bone lesion, productive change, periarticular calcification, bone lesion or fracture is identified in the right hip.

The PELVIC film shows slight asymmetry of the pelvis due to slight rotation. The left proximal femur shows a large bony lesion.

EXAMINATION OF THE LEFT HIP AND PROXIMAL FEMUR shows a sharply defined 13.5 x 6.5 x 5.5 cm multi-loculated lucent lesion extending from the mid femoral neck into the proximal femoral shaft and slightly expanding the bone. There are multiple punctate, small, rounded and linear calcifications within the lesion, compatible with a chondral lesion. There is no dense sclerotic rim. Adjacent cortex is well maintained with no focal cortical thinning or cortical break. There is no periosteal reaction. The soft tissues around the femur show no soft tissue calcification. The left hip joint appears normal and the femoral head is well rounded with normal texture. Very small apron osteophyte is present, consistent with a mild degenerative change.

IMPRESSION:   Large non-aggressive bony lesion expands and remodels the proximal femur from the femoral neck through the proximal shaft and has matrix calcification, compatible with a chondral lesion. Bone Scan is recommended to assess activity of the lesion. Chondrosarcoma is in the differential.

Thank you for referring this patient to us.

Very truly yours,

L. Daniel Neistadt, M.D.

LDN/sm
05/07/02
PM

PET • MRI • CT • Nuclear Medicine • Ultrasound • Mammography • Bone Densitometry • X Ray • Biopsy

**COPY**

## THE HOSPITAL FOR SPECIAL SURGERY
## OPERATIVE RECORD

Patient Name: ALFANO, STEVEN          Date: 1/28/2002     Service:          MR# 689443

| | |
|---|---|
| **ATTENDING SURGEON:** | M. ALEXIADES, M.D. |
| **OPERATING SURGEON:** | M. ALEXIADES, M.D. |
| **ASSISTANT:** | KRISTEN WARNER, M.D. |
| **PRELIMINARY DIAGNOSIS:** | IMPINGEMENT RIGHT SHOULDER AND ARTHROFIBROSIS RIGHT SHOULDER. |
| **POSTOPERATIVE DIAGNOSIS:** | IMPINGEMENT RIGHT SHOULDER AND ARTHROFIBROSIS RIGHT SHOULDER. |
| **NAME OF OPERATION:** | RIGHT SHOULDER ARTHROSCOPIC DECOMPRESSION, DISTAL CLAVICULECTOMY, BURSECTOMY AND LYSIS OF SUBACROMIAL ADHESIONS. |
| **ANESTHESIA:** | REGIONAL. |
| **ANESTHESIOLOGIST:** | BRAD CARSON, M.D. |

**PROCEDURE:**
Once the regional anesthesia was administered, the right shoulder was prepped and draped in the usual fashion, after the patient was placed in the beach chair position.

After the shoulder was prepped and draped, the posterior portal incision was made and the arthroscope was placed into the glenohumeral joint. The glenohumeral joint revealed normal articular surfaces, intact anterior labrum, intact ligamentous structures. The articular surfaces were intact. There were no loose bodies. Examination of the biceps tendon revealed it to be intact. Examination of the rotator cuff, supra and infraspinatus, revealed these to be intact.

At this point, the arthroscope was placed into the subacromial space. There was

Page 1

Continued..

CLICNY 0126

# THE HOSPITAL FOR SPECIAL SURGERY
## OPERATIVE RECORD

Patient Name: ALFANO, STEVEN          Date: 1/28/2002     Service:     MR# 689443

a great deal of bursal tissue present and multiple adhesions, particularly in the region of the acromioclavicular joint. The examination of the superior portion of the cuff, after a bursectomy was performed, by anterolateral portal incision, using the shaver, revealed the rotator cuff to be intact.

There was regrowth of the anterior subacromial spurring as well as medially along the acromioclavicular joint. Utilizing the ArthriCare the soft tissue was resected off of the undersurface of the acromion and the acromion was resected along its undersurface forming a type I acromion using a cutting block technique. Once the subacromial space was adequately decompressed, attention was paid to the acromioclavicular joint.

Using an anterior portal and the ArthriCare, the capsule of the acromioclavicular joint was resected. The distal clavicle was then resected back a distance of approximately 1 cm using a 6.0 oval bur. Once the distal clavicle was resected appropriately, the shoulder was thoroughly irrigated and drained.

The wounds were closed using 4-0 nylon sutures, Xeroform and sterile dressings were applied. The patient was placed in the sling and was taken to the Recovery Room in stable condition.

CC: M. ALEXIADES, M.D.

_____ DATE
M. ALEXIADES, M.D.

Dictated by: ,,/M. ALEXIADES, M.D.
Dict Date: 1/28/2002  Typed by: PMC/pw/24921  Trans Date: 01/29/2002

End

CLICNY 0127

FINAL Surgical Report for ALFANO, STEVEN A (S2002-000870)

# The Hospital for Special Surgery
## Department of Orthopedic Pathology

535 East 70th Street
New York, NY 10021

Peter G. Bullough, M.D., Director
(212) 606-1341

## PATHOLOGY CONSULTATION REPORT

Case Number: S2002-000870

**Patient Name: ALFANO, STEVEN A**
Date of Birth:   01 14 1958
Sex:  M      Age:  44
Location:  AMS

Medical Record #:   689443
Account Number:  72505271
Accession Date:  01 29 2002
Operative Date:   01 28 2002

**Pathologist: EDWARD F. DICARLO M.D.**

### Physicians
MICHAEL M ALEXIADES

### Clinical Information
Right shoulder impingement
OPERATION PERFORMED: Right shoulder arthroscopy, acromioplasty, distal AC joint resection, decompression

### Final Anatomic Diagnosis
JOINT, SHOULDER, SHAVINGS, RIGHT
Degenerative and Proliferative Changes, consistent with Chronic Traumatic Injury

(efd)

### Gross Anatomic Description
Specimen Label: Shavings right shoulder
In formalin: The specimen is present in a white fabric sac and consists of multiple pieces of gritty tan soft tissue measuring in aggregate approximately 3 x 3 x 3 cm in greatest dimension.  A representative sample is submitted.
(EFD/sr)

### Material Submitted

| Description | Desig. | Type | Count |
|---|---|---|---|
| Undesignated | U | STR | 1 |

### Microscopic Description
The section is of multiple fragments of predominantly capsular tissue intermixed with bony debris and skeletal muscle. The capsular tissue shows fibrosis with focal chondroid degeneration at soft tissue bony attachment sites.  A small amount of synovium shows slight hyperplasia and slight fibrosis.

EDWARD F. DICARLO M.D.
(Signed out 01 30 2002)

01/30/02

1 of 1

MICHAEL M ALEXIADES copy

**PATHOLOGY REPORT**

ALFANO, STEVEN  JAN.25.2002  4:27PM  11-47                                    NO.131    P.2

01/18/02    6580 77009(•)    CHEST PA AND LATERAL (•)                        Final

Ordered:01/18/2002        Location: COMPRH CARE-MT4
Order time: 0957                            Name: ALFANO, STEVEN
                                            MRN: (00000)002284147
RADIOLOGY REPORT.                           Age: 47 YRS Sex: M DOB:01/14/58
                                  Admitting M.D.:ROACH, KEITH W. MD
EXAM DATE:    Accession #:              Exam Ordered:        Order M.D.
01/18/02      01-RA-02-006580           CH PA/LAT    ROACH, KEITH W. MD
            FINDINGS:
CHEST PA and LATERAL
FINDINGS:
The heart and mediastinum are normal in shape and density.
The lungs are clear. The pulmonary vessels are normal.
The chest wall and pleura are normal.
            IMPRESSION:
IMPRESSION:
Normal radiographic examination of the thorax.
Code: V72.5
HISTORY: Preoperative examination.
  Study interpreted and report approved by: Gordon Gamsu M.D.
  Electronically signed Diagnostic Imaging Report
          / 18JAN2002/ GG
  Exam start / Sign-off / Transcription initials.

CLICNY 0128



**LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.**

Page 1 of 1

Carmel Donovan, M.D.

Erich Eidenschenk, M.D.

David A. Follett, M.D.

61 East 77th Street

New York, NY 10021

TEL: 212-772-3111

FAX: 212-288-1637

FAX: 212-861-1796

www.lenoxhillradiology.com

William Louie, M.D.

Keith S. Tobin, M.D.

Lynn Ladetsky, M.D.

Scott R. Gerst, M.D.

MICHAEL ALEXIADES, MD

Patient: ALFANO, STEVEN                           ID: 139521      2001103161624139521 I

**MRI LEFT SHOULDER    11/1/01**

An MRI examination of the left shoulder was performed using oblique coronal proton density and T2 fat suppression, oblique sagittal T1 and FSE T2 fat suppression, and axial T2 * sequences.

The osseous structures comprising the left shoulder demonstrate normal marrow signal. There is mild degenerative change in the acromioclavicular joint, with only minimal spurring noted at the undersurface. The acromion is slopes laterally downwards, and there is a broad-based small-to-moderate subacromial enthesophyte at the point of attachment of the coracoacromial ligament. There is evidence of significant focal narrowing of the acromiohumeral space along the lateral margin of the acromion. Mild inflammatory change is noted in the underlying subacromial/subdeltoid bursa. No definite full-thickness rotator cuff tear seen, however. The bursal surface of the distal supraspinatus tendon has a fibrillated margin. The infraspinatus, teres minor, subscapularis and long biceps tendons are all intact. There is no joint effusion. There is no evidence of labral detachment.

**IMPRESSION:**

1. Hypertrophic changes of the acromion, as described above.
2. Mild inflammatory change in the underlying subacromial/subdeltoid bursa.
3. Study negative for full-thickness rotator cuff tear. There is irregularity of the bursal surface of the supraspinatus tendon.

Thank you for referring this patient.

Electronically Signed By:        Keith Tobin, MD                          11/1/01

MRI              CAT SCAN       ULTRASOUND      NUCLEAR         PET
HIGHFIELD 1-5T • MID FIELD • OPEN MRI    HELICAL      MRI        MEDICINE
GENERAL X-RAY    FLUOROSCOPY    MAMMOGRAPHY    BONE DENSITOMETRY
ACCREDITED BY THE AMERICAN COLLEGE OF RADIOLOGY
MRI - ULTRASOUND - MAMMOGRAPHY

CLICNY 0130

LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.

Page 1 of 1

Carmel Donovan, M.D.

Erich Eidenschenk, M.D.

David A. Follett, M.D.

William Louie, M.D.

Keith S. Tobin, M.D.

Lynn Ladetsky, M.D.

Scott R. Gerst, M.D.

61 East 77th Street

New York, NY 10021

TEL: 212-772-3111
FAX: 212-288-1637
FAX: 212-861-2796

www.lenoxhillradiology.com

JAMES C FARMER, MD

Patient: ALFANO, STEVEN                   ID: 139521        20010817551501395211

MRI OF THE LUMBAR SPINE   8/18/01:

Sagittal and coronal proton density, sagittal T1 and T2 FSE weighted images of the lumbar spine with axial proton density weighted images of L1-2 through L5-S1 were obtained on a 1.5 Tesla MRI unit. 43 year-old with chronic low back pain and bilateral radiculopathy. Comparison is made to report of prior study 6/9/00.

There is normal lumbar lordosis and alignment. There are no fractures or subluxations. There is moderate-to-severe L5-S1 spondylosis with disc space narrowing, disc desiccation, degenerative type II end-plate marrow change and vacuum disc phenomena. The remaining lumbar intervertebral discs are normal. There are no destructive marrow processes. Small, typical hemangiomata are seen within the L4 and L5 vertebral bodies. The conus medullaris is at the approximate L1-2 level. There are no abnormalities of the distal thoracic spinal cord or conus medullaris. There are no intraspinal mass lesions. The paraspinal soft tissues are grossly normal.
At L1-2 through L3-4, there are no disc protrusions, significant disc bulges spinal stenosis or neural foraminal narrowing.
At L4-5, there is minimal annular disc bulge and moderate facet osteoarthritis. There are mild developmentally shortened pedicles and mild spinal stenosis. There is also mild narrowing of both neural foramen. This shows slight interval increase.
At L5-S1, there is a prominent posterior disc osteophyte complex impinging upon the anterior thecal sac causing moderate spinal stenosis. This disc osteophyte complex measures 8 mm cephalocaudad x 7 mm AP x 20 mm transverse dimension. This has shown slight interval increase in size by report. However direct comparison to prior study is suggested for interval change. There is moderate facet osteoarthritis and mild moderate left sided neural foraminal narrowing.

IMPRESSION:
1. MODERATE-TO-SEVERE L5-S1 SPONDYLOSIS.
2. POSTERIOR DISC OSTEOPHYTE COMPLEX AT L5-S1 CAUSING MODERATE SPINAL STENOSIS.
3. MILD L4-5 SPINAL STENOSIS.

Thank you for referring this patient.
Electronically Signed By:       William Louie, MD                      8/20/01

| MRI | CAT SCAN | ULTRASOUND | NUCLEAR | PET |
| (HIGHFIELD 1-ST • MID FIELD • OPEN MRI) | HELICAL | HDI | MEDICINE | |
| GENERAL X-RAY | FLUOROSCOPY | MAMMOGRAPHY | BONE DENSITOMETRY | |

ACCREDITED BY THE AMERICAN COLLEGE OF RADIOLOGY
MRI • ULTRASOUND • MAMMOGRAPHY



# LENOX HILL RADIOLOGY & MEDICAL IMAGING ASSOCIATES P.C.

61 East 77th Street

New York, NY 10021

TEL: 212-772-3111
FAX: 212-288-1637
FAX: 212-861-1796

www.lenoxhillradiology.com

Page 1 of 1

Carmel Donovan, M.D.

Erich Eidenschenk, M.D.

David A. Follett, M.D.

—————————

William Louie, M.D.

Keith S. Tobin, M.D.

Lynn Ladetsky, M.D.

Scott R. Gerst, M.D.

MICHAEL ALEXIADES, MD

Patient: ALFANO, STEVEN            ID: 139521      20011012347841395211

**MRI RIGHT SHOULDER    10/12/01**

An MRI examination of the right shoulder was performed using oblique coronal proton density and T2 fat suppression, oblique sagittal T1 and FSE T2 fat suppression, and axial T2 fat-suppression and T2 * sequences.

The osseous structures comprising the right shoulder demonstrate normal marrow signal. There is evidence of prior acromioplasty procedure. The acromial remnant is noted to slope laterally downward, and there is a small broad-based subacromial enthesophyte at the point where the coracoacromial ligament attaches. These changes appear to cause some focal narrowing of the acromiohumeral space. A fluid collection occupies the subacromial/subdeltoid bursa, appearance consistent with bursitis in the moderate range. No definite full-thickness rotator cuff tear is seen distally. There is evidence of some tendinosis of the supraspinatus tendon, and the bursal surface of the tendon appears markedly fibrillated in contour. The infraspinatus, teres minor, subscapularis and long biceps tendons are intact. There is no joint effusion. There is evidence of a small focal defect in the inferior-posterior corner of the labrum; an associated small cluster of perilabral cysts is noted at the site. The remainder of the labrum appears intact.

**IMPRESSION:**

1. Study negative for full-thickness rotator cuff tear. There is evidence of tendinosis in the distal supraspinatus tendon, and the bursal surface of the tendon appears frayed.
2. Hypertrophic changes of the acromial remnant, as described above.
3. Subacromial/subdeltoid bursitis in the moderate range.
4. Evidence of a focal inferior-posterior labral tear with associated cluster of tiny perilabral cysts.

Thank you for referring this patient.                           10/15                    10/12/01

Electronically Signed By:       Keith Tobin, MD

|     MRI     |  CAT SCAN  |  ULTRASOUND  |  NUCLEAR   |  PET  |
| HIGHFIELD 1.5T • MID FIELD • OPEN MRI | HELICAL | HDI | MEDICINE | |
| GENERAL X-RAY | FLUOROSCOPY | MAMMOGRAPHY | BONE DENSITOMETRY | |

ACCREDITED BY THE AMERICAN COLLEGE OF RADIOLOGY

CLICNY 0132

# Lenox Hill Hospital, New York City

OPERATIVE RECORD

Name ALFANO, STEVEN_____     Date 06/13/02_____     Hist. No. 1404949_____

Service of:    DR. MICHAEL ALEXIADES
Operator(s):  DR. MICHAEL ALEXIADES
Assistant(s):  DR. PAUL S. DEGENFELDER

Anesthetist:
Anesthesia:
Duration of Oper.:

Preoperative Diagnosis: Left shoulder impingement, acromioclavicular joint arthritis.

Postoperative Diagnosis: Same.

Operation: LEFT SHOULDER ARTHROSCOPY; SUBACROMIAL DECOMPRESSION; ACROMIOCLAVICULAR JOINT RESECTION.

Description:  (Incision, Findings, Technique, Sutures, Drains, Culture, Specimen)

Indications: This 44-year-old male was brought to the operating room where scalene block was introduced. The patient was positioned in the beachchair position and left lower extremity was prepped and draped in the usual sterile fashion. The glenohumeral joint was entered using standard posterior portal. Diagnostic arthroscopy performed. There was noted to be no rotator cuff tear or biceps or SLAP lesion. There was some fraying of the anterior labrum.

Next, the subacromial space was entered and the anterolateral portal was made. The 6.0 oval bur was used to do a subacromial decompression resecting a spur from the anterolateral portal. The scope was pushed to the anterolateral portal, and the bur was introduced posteriorly, and this was feathered back smooth with the posterior aspect of the acromion.

Next, using the Arthrocare wand, the soft tissues were debrided from the AC joint and the anteromedial portal was made in line with the AC joint. Using the 6.5 bur, the distal clavicle resected was approximately 9 mm. This was carried out anterior to posterior, inferior to superior. This was confirmed by switching the arthroscope to the anteromedial portal.

Once this was accomplished, the subacromial space was irrigated with normal saline. All instruments were removed. The skin was closed using #4-0 nylon simple sutures. Xeroform and sterile dressing were applied followed by a sling. The patient was transferred to the stretcher

Page 1 of 2

Name ALFANO, STEVEN                Date 06/13/02                Hist. No. 1404949

taken to the recovery room where he was noted to be in stable condition having tolerated the
procedure well.

There were no complications. Findings were as noted above with large anterior subacromial
spur. Dr. Alexiades was present through the entire procedure.

                                        Dictated by DR. PAUL S. DEGENFELDER
                                        For DR. MICHAEL ALEXIADES

PD/HMT322/32998
D:    06/13/02
T:    06/14/02

Page 2 of 2

CLICNY 0134

# Lenox Hill Hospital, New York City

OPERATIVE RECORD

Name    ALFANO, STEVEN    Date 4/16/03    Hist. No.    1404949

Service of    DR. M. ALEXIADES    Anesthetist:
Operator(s):    DR. M. ALEXIADES    Anesthesia: SPINAL
Assistant(s):    DR. S. SIEGAL    Duration of Oper.:

Preoperative Diagnosis:  Right hip labral tear.

Postoperative Diagnosis:  Same.

Operation:  RIGHT HIP ARTHROSCOPY AND LABRAL RESECTION.

Description:  (Incision, Findings, Technique, Sutures, Drains, Culture, Specimen)

Findings:  The patient had an inverted labral tear.

Estimated blood loss:  Minimal.

Complications: None.

Disposition:  The patient was taken in stable condition to the post anesthesia care unit.

Procedure:  The patient was brought to the operating room and induced under spinal anesthesia and general sedation. The right lower extremity was prepped and draped in the usual sterile fashion.

Using the fluoroscopy a spinal needle was placed intra-capsularly and the hip was distended with approximately 30 cc of air. The guide wire was placed over the spinal needle after the correct placement had been confirmed with AP and lateral views. A small stab wound was made over the guide wire in order to create the lateral portal. A series of 3 trocars were passed over the guide wire into the hip capsule. The cannula was then introduced over the 5.5 mm trocar and the camera was placed through the cannula. The hip was distracted manually and further distended with the arthroscopy fluid.

The interior of the hip was examined arthroscopically and the inverted labrum was seen freely mobile within the hip joint. Again, an anterior portal was created in a similar fashion under

Page 1 of 2

CLICNY 0135

Name___ALFANO, STEVEN___    Date_4/16/03___    Hist.___1404949___

fluoroscopic guidance. Once the anterior cannula was visible through the lateral trocar the shaver was placed through the anterior portal in order to remove the soft tissue debris. The labrum was well visualized and resected using both the Oratec as well as the shaver device. Once the anterior portion of the labrum was fully resected we switched portals using the anterior portal as a viewing portal and the lateral portal as a working portal.

In a similar fashion the posterior portion of the labrum was resected and the joint was examined arthroscopically. There was minimal chondral damage noted. The labrum had been resected in its entirety. A final last look through the lateral portal confirmed this. The hip was irrigated with copious solution. 30 cc of 0.5% Marcaine was infused into the hip joint and the soft tissues of both the anterior and lateral portals. The portal sites were closed with #2-0 nylon sutures. A sterile dressing was applied.

The traction was released and the patient was transferred to a stretcher and to the recovery room in stable condition.

Dictated by    DR. S. SIEGAL
For    DR. M. ALEXIADES

SS/HMT325/51438
D:    4/16/03
T:    4/17/03

Page 2 of 2

CLICNY 0136



CLICNY 0137



**Roberto Castellon**
Senior Case Manager
CIGNA Disability Management Solutions



**CIGNA Group Insurance**
Life · Accident · Disability

July 13, 2004

Routing 2128
12225 Greenville Avenue
Suite 1000 LB 179
Dallas, TX 75243-9382
Telephone 1.800.352.0611
Extension 5608
Facsimile 860.731.2907
Roberto.Castellon@Cigna.Com

STEVEN ALFANO
3800 WALDO AVENUE, APT. 13-G
BRONX, NY. 10463

Claimant:    Steven Alfano
Policyholder:  Weill Medical College
Policy No:    NYK 1972
Underwriting Company: Life Insurance Company of North America

Dear Mr. Alfano:

This letter is in reference to the above-mentioned claim for long term disability benefits.

Please fully complete the enclosed Disability Questionnaire & Activities of Daily Living form and return it to this office along with the signed authorization within 14 days of receipt of this letter. Please see that your response is returned to this office by **July 27, 2004.** Also, please submit a copy of your current driver's license or identification card.

Should you have any questions concerning this matter, please do not hesitate to contact this office.

Sincerely,

Roberto Castellon
Senior Case Manager

CIGNA Group Insurance products and services are provided exclusively by underwriting subsidiaries of CIGNA Corporation, including Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company. "CIGNA" is used to refer to these subsidiaries and is a registered service mark.

Roberto A. Castellon
Senior Case Manager
CIGNA Disability Management Solutions



**CIGNA Group Insurance**
Life · Accident · Disability

July 12, 2004

Steven Alfano
3800 Waldo Avenue, Apt. 13-G
Bronx, NY 10463

Routing LB179
12225 Greenville Avenue
Dallas, TX 75243
Telephone (800) 352-0611 Ext.
5608
Facsimile (860)731-2907
Roberto.Castellon@CIGNA.com

Claimant:      Steven Alfano
Date of Birth: 01/14/58
Policy No:     NYK 1972
Policyholder:  Weill Medical College

Dear Mr. Alfano:

This letter is in regard to your Long Term Disability claim.

Your policy has the following provision:

COST OF LIVING ADJUSTMENT

On January 1, any Employee who is entitled to receive a monthly Benefit and has been disabled for 12 months following the end of the Benefit Waiting Period will be eligible for a Cost of Living Adjustment. The Monthly Benefit payable to him, beginning with the month of January, will be increased by 3%.

The Cost of Living Adjustment will be determined on each January 1 until a total of 5 annual adjustments have been made. This adjustment will not be subject to the overall maximum Monthly Benefit.

Under separate cover, you will receive a check in the amount of $6,866.93, for the period of 1/1/2002 through 7/2/2004. We have recalculated your disability benefits since no COLA adjustment had been applied to your benefit. A copy of your benefits recalculations is enclosed for your review.

If you have any questions, please feel free to contact me at (800) 352-0611 ext. 5608.

Sincerely,

Roberto Castellon
Sr. Case Manager

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.

**Disability Benefit Adjustment**

Version Date: 1/7/02

Date: 1/12/2004

Claimant Name: Steven Altano

Policyholder: Weill Medical College
Policy Number: NYK 1072

Minimum Benefit:
Reason for Adjustment: COLA Adjustment

| What has been Paid | | Corrected Payments | |
|---|---|---|---|

**What has been Paid**

From: 1/1/2002 Through: 12/31/2002 # of Months: 12
Gross Benefit: $4,155.32
Other Benefits: Soc. Sec. $3,550.00
Fam Soc. Sec. $750.00
Tax Year: 2002

| | | | Totals this period: |
|---|---|---|---|
| Net Benefit | $1,888.32 | X # of Months: | $22,659.84 |
| - FICA | | | $0.00 |
| - FIT | | | $0.00 |
| Payment Amount: | $1,888.32 | | $22,659.84 |

**Corrected Payments**

From: 1/1/2002 Through: 12/31/2002 (inc COLA Adj) # of Months: 12
Gross Benefit: $4,277.93
Other Benefits: Soc. Sec. $3,550.00
Fam Soc. Sec. $725.50
Tax Year: 2002

| | | | Totals this period: |
|---|---|---|---|
| Net Benefit | $2,012.92 | X # of Months: | $24,155.84 |
| - FICA | | | $0.83 |
| - FIT | | | $0.83 |
| Payment Amount: | $2,012.92 | | $24,155.84 |

From: 1/1/2003 Through: 12/31/2003 # of Months: 12
Gross Benefit: $4,155.00
Other Benefits: Soc. Sec. $3,550.00
Fam Soc. Sec. $750.00
Tax Year: 2003

| | | | Totals this period: |
|---|---|---|---|
| Net Benefit | $1,888.32 | X # of Months: | $22,659.84 |
| - FICA | | | $0.00 |
| - FIT | | | $0.00 |
| Payment Amount: | $1,888.32 | | $22,659.84 |

From: 1/1/2003 Through: 12/31/2003 (inc COLA Adj) # of Months: 12
Gross Benefit: $4,400.00
Other Benefits: Soc. Sec. $3,550.00
Fam Soc. Sec. $725.50
Tax Year: 2003

| | | | Totals this period: |
|---|---|---|---|
| Net Benefit | $2,161.26 | X # of Months: | $25,695.12 |
| - FICA | | | $0.00 |
| - FIT | | | $0.00 |
| Payment Amount: | $2,161.26 | | $25,695.12 |

From: 1/1/2004 Through: 12/31/2004 # of Months: 6
Gross Benefit: $4,155.00
Other Benefits: Soc. Sec. $3,550.00
Fam Soc. Sec. $750.00
Tax Year: 2004

| | | | Totals this period: |
|---|---|---|---|
| Net Benefit | $1,888.32 | X # of Months: | $11,329.92 |
| - FICA | | | $0.00 |
| - FIT | | | $0.00 |
| Payment Amount: | $1,888.32 | | $11,329.92 |

From: 1/1/2004 Through: # of Months: 6
Gross Benefit: $4,630.45 (inc COLA Adj)
Other Benefits: Soc. Sec. $3,650.00
Fam Soc. Sec. $750.00
Tax Year: 2004

| | | | Totals this period: |
|---|---|---|---|
| Net Benefit | $2,273.45 | X # of Months: | $13,640.70 |
| - FICA | | | $0.00 |
| - FIT | | | $0.00 |
| Payment Amount: | $2,273.45 | | $13,640.70 |

From: 1/1/2004 Through: # of Days:
Gross Benefit: $274.00
Other Benefits: Soc. Sec. $102.00
Fam Soc. Sec. $25.50
Tax Year: 2004

| | | | Totals this period: |
|---|---|---|---|
| Net Benefit | $125.50 | X # of Months: | $125.50 |
| - FICA | | | $0.00 |
| - FIT | | | $0.00 |
| Payment Amount: | $125.50 | | $125.50 |

From: 1/1/2004 Through: (inc COLA Adj) # of Months:
Gross Benefit: $302.00
Other Benefits: Soc. Sec.
Fam Soc. Sec. $50.31
Tax Year: 2004

| | | | Totals this period: |
|---|---|---|---|
| Net Benefit | $151.56 | X # of Months: | $151.56 |
| - FICA | | | $0.00 |
| - FIT | | | $0.00 |
| Payment Amount: | $151.56 | | $151.56 |

From: Through: # of Months:
Gross Benefit:
Other Benefits:
Tax Year:

| | | | Totals this period: |
|---|---|---|---|
| Net Benefit | $0.00 | X # of Months: | $0.00 |
| - FICA | | | $0.00 |
| - FIT | | | $0.00 |
| Payment Amount: | $0.00 | | $0.00 |

From: Through: # of Months:
Gross Benefit:
Other Benefits:
Tax Year:

| | | | Totals this period: |
|---|---|---|---|
| Net Benefit | $0.00 | X # of Months: | $0.00 |
| - FICA | | | $0.00 |
| - FIT | | | $0.00 |
| Payment Amount: | $0.00 | | $0.00 |

From: Through: # of Months:
Gross Benefit:
Other Benefits:
Tax Year:

| | | | Totals this period: |
|---|---|---|---|
| Net Benefit | $0.00 | X # of Months: | $0.00 |
| - FICA | | | $0.00 |
| - FIT | | | $0.00 |
| Payment Amount: | $0.00 | | $0.00 |

From: Through: # of Months:
Gross Benefit:
Other Benefits:
Tax Year:

| | | | Totals this period: |
|---|---|---|---|
| Net Benefit | $0.00 | X # of Months: | $0.00 |
| - FICA | | | $0.00 |
| - FIT | | | $0.00 |
| Payment Amount: | $0.00 | | $0.00 |

CLICNY 0140



| What has been Paid | | | | Corrected Payments | |
|---|---|---|---|---|---|
| Totals | Benefits Paid | $56,775.49 | Totals | Corrected Benefits | $63,642.42 |
| | FICA Withheld | $0.00 | | Corrected FICA | $0.00 |
| | FIT Withheld | $0.00 | | Corrected FIT | $0.00 |
| | Total of all payments: | $56,775.49 | | Total of Corrected Payments: | $63,642.42 |

**Underpayment Totals**

Case Number: Robert Castellon
Phone Number: 973.902.6602
Claim Office: Renae

| Credit for Attorney Fees (if applicable) : | |
|---|---|
| Underpayment Total : | $6,866.93 |
| : | $0.00 |
| : | $0.00 |

COLA ADJ. $1/1/02 - 7/2/04$

Gross Benefit = $ $4,153.32$

COLA = $3\%$ up to 5 yrs.

$1/1/02 - 12/31/02$

$ $4,153.32 \times 3\% = $124.60$
$4,153.32 + 124.60 = $4,277.92$ — New benefit amount

$1/1/03 - 12/31/03$

$ $4,277.92 \times 3\% = $128.34$
$4,277.92 + 128.34 = $4,406.24$ — new benefit amt

$1/1/04 - 7/2/04$

$ $4,406.24 \times 3\% = $132.19$
$ $4,406.24 + 132.19 = $4,538.45$ — new benefit amt.

CLICNY 0142

08/05/03  08:52pm  P. 001




## Michael M. Alexiades, M.D., P.C.

159 East 74ᵗʰ Street
New York, NY 10021

(212) 734-1288

August 5, 2003

RE: Steven Alfano

To Whom It May Concern:

Please be advised that a disability and physical capabilities form has come to my attention. The fee for this form is $50.00. Please be advised that once payment is received the form will be returned to you as soon as possible.

Yours truly,

Velma
Secretary to
Michael M. Alexiades, M.D.

MMA:vjp

Tax ID# 13-3517927

paid $50.00
EAC 8/6/03

JUL. 24. 2003 11:75AM     CIGNA DALLAS                        NO. 315     P. 1

## *Facsimile Transmission Cover Sheet*



CIGNA. Group Insurance
Life · Accident · Disability

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet): 4 |
|---|---|---|---|
| 212-439-6855 | July 24, 2003 | 12:00 p.m. | |

| | |
|---|---|
| **Name** Dr. Michael Alexiades | **Name** Roberto Castellon |
| **Company** | **Department** CIGNA Disability Management Solutions |
| **Phone** 212-734-1288 | **Phone** 1.800.352.0611 Extension 5608 |
| **Address** 159 E 74 St. New York, NY 10021 | **Address** 12225 Greenville Avenue Suite 1000, LB 179 Dallas Texas 75243 |

Comments

RE:    Steven Alfano

DOB;   1/14/58

In order to evaluate your patient's eligibility for Long Term Disability benefits (e.g. lost wage income), we are in need of the following information:

* **Copies of your progress notes, including diagnostic test and lab results, from 1/1/01 to the present.**
* **A completed Physical Abilities Assessment form (attached).**

We ask that you kindly respond by **8/7/03** to avoid any delay in your patient's claim for lost wages.

Naturally, we will consider a reasonable charge for this medical information. Please include your tax **identification number.** If this request requires a pre-payment, please call me at the phone number above or fax (860.731.2907) a fee request to my attention.

Sincerely,

Roberto Castellon
Case Manager

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

[ ] Acknowledgment Requested                              To Fax a reply, dial : 860.731.2907

CLICNY 0144

09/05/03  09:26AM  P. 201

JUL. 24. 2003 11:25AM    CIGNA DALLAS                    NO. 315    P. 1

## *Facsimile Transmission Cover Sheet*



**CIGNA Group Insurance**
Life · Accident · Disability

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet) |
|---|---|---|---|
| 212-439-6855 | July 24, 2003 | 12:00 p.m. | |

| Name | Name |
|---|---|
| Dr. Michael Alexiades | Roberto Castellon |
| **Company** | **Department** |
| | CIGNA Disability Management Solutions |
| **Phone** | **Phone** |
| 212-734-1288 | 1.800.352.0611 Extension 5608 |
| **Address** | **Address** |
| 159 E 74 St. | 12225 Greenville Avenue |
| New York, NY 10021 | Suite 1000, LB 179 |
| | Dallas Texas 75243 |

**Comments**

RE:    Steven Alfano

DOB:  1/14/58

In order to evaluate your patient's eligibility for Long Term Disability benefits (e.g. lost wage income), we are in need of the following information:

♦  **Copies of your progress notes, including diagnostic test and lab results, from 1/1/01 to the present.**
♦  **A completed Physical Abilities Assessment form (attached).**

We ask that you kindly respond by 8/7/03 to avoid any delay in your patient's claim for lost wages.

Naturally, we will consider a reasonable charge for this medical information. Please include your tax identification number. If this request requires a pre-payment, please call me at the phone number above or fax (860.731.2907) a fee request to my attention.

Sincerely,

Roberto Castellon
Case Manager

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

[ ] Acknowledgment Requested                    To Fax a reply, dial : 860.731.2907



08/05/03  09:23pm  P. 002

# Michael M. Alexiades, M.D., P.C.
### 159 East 74th Street
### New York, NY 10021

### (212) 734-1288

August 5, 2003

RE: Steven Alfano

To Whom It May Concern:

Please be advised that a disability and physical capabilities form has come to my attention. The fee for this form is $50.00. Please be advised that once payment is received the form will be returned to you as soon as possible.

Yours truly,

Velina
Secretary to
Michael M. Alexiades, M.D.

MMA:vjp

?

P. 1

* * * TRANSMISSION RESULT REPORT(IMMEDIATE TX) ( JUL. 24. 2003 11:26AM ) * * *

FAX HEADER: CIGNA DALLAS

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERSONAL NAME | FILE |
|------|------|---------|------|------|------|--------|---------------|------|
| JUL. 24. | 11:24AM | 17178396855 | G3ES | 1'44" | P. | 4 OK | | 315 |

| | | | |
|---|---|---|---|
| # :BATCH | C :CONFIDENTIAL | T :TRANSFER | P :POLLING |
| M :MEMORY TX | L :SEND LATER | B :FORWARDING | E :ECM |
| S :STANDARD | D :DETAIL | F :FINE | ) :REDUCTION |
| * :PC | † :ROUTING | Q :RECEPT. NOTICE REQ. | A :RECEPT. NOTICE |

CLICNY 0147

# *Facsimile Transmission Cover Sheet*



**CIGNA Group Insurance**
Life · Accident · Disability

| Transmit to FAX number 212-439-6855 | Date July 24, 2003 | Time 12:00 p.m. | Total number of pages (including this sheet):4 |

| Name Dr. Michael Alexiades | Name Roberto Castellon |
| Company | Department CIGNA Disability Management Solutions |
| Phone 212-734-3288 | Phone 1.800.352.0611 Extension 5608 |
| Address 159 E 74 St. New York, NY 10021 | Address 12225 Greenville Avenue Suite 1000, LB 179 Dallas Texas 75243 |

Comments

RE:   Steven Alfano
DOB:  1/14/58

In order to evaluate your patient's eligibility for Long Term Disability benefits (e.g. lost wage income), we are in need of the following information:

* **Copies of your progress notes, including diagnostic test and lab results, from 1/1/01 to the present.**
* **A completed Physical Abilities Assessment form (attached).**

We ask that you kindly respond by **8/7/03** to avoid any delay in your patient's claim for lost wages.

Naturally, we will consider a reasonable charge for this medical information. Please include your **tax identification number.** If this request requires a pre-payment, please call me at the phone number above or fax (860.731.2907) a fee request to my attention.

Sincerely,

Roberto Castellon
Case Manager

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

[ ] Acknowledgment Requested                    To Fax a reply, dial : 800.731.2907

*Disability Management Solutions* ™
*Physical Abilities Assessment Form*



CIGNA Group Insurance
Life - Accident - Disability
Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York



CIGNA

We are evaluating your patient's disability claim in order to determine functional impairment.
Please document your objective findings (*check below*) and provide copies of supporting reports such as office notes/consultations/testing.
(*Failure to provide the requested reports/data may result in delay in claim determination*).

| Claimant Name: | Date of Birth: |
|---|---|

| ICD-9 Diagnosis: | |
|---|---|

Please check (✓) the boxes corresponding to the patient's level of physical functionality. Please substantiate your findings with medical documentation.

In an 8 hour workday, the patient can tolerate, with positional changes and meal breaks, the following activities for the specified durations:

| ASSESSMENT OF PHYSICAL ABILITIES | CONTINUOUSLY (67% - 100%) (5.8+ hrs.) | FREQUENTLY (34% - 66%) (2.8 - 5 hrs.) | OCCASIONALLY (1% - 33%) (<2.5 hrs.) | NONE (0%) (0 hrs.) | CHECK (✓) IF SUPPORTED BY OBJECTIVE FINDINGS |
|---|---|---|---|---|---|
| Sitting: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Standing: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Walking: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Climbing: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Balancing: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Kneeling: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Crawling: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Crouching: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Stooping: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Hearing: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Reaching: Overhead / Desk Level / Below Waist | ☐ ☐ ☐ | ☐ ☐ ☐ | ☐ ☐ ☐ | ☐ ☐ ☐ | ☐ ☐ ☐ |
| Seeing: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Smelling/Tasting: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exposure to Extremes in Heat: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exposure to Extremes in Cold: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exposure to Odors/Fumes/Particles: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Ability to Work Extended Hours/OT: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Use of Lower Extremities for Foot Control: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exposure to Vibration: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exposure to Wet/Humid Conditions: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Can Work Around Machinery: | ☐ | ☐ | ☐ | ☐ | ☐ |
| Fine Manipulation: Specify frequency and L or R | | | | | |
| Simple Grasp: Specify frequency and L or R | | | | | |
| Firm Grasp: Specify frequency and L or R | | | | | |

(Continued on Reverse Side)

In the last column check (✓) the box which corresponds to the patient's level of physical work function. Please substantiate your findings with medical documentation.

In an 8 hour workday, the patient can tolerate, with positional changes and meal breaks, the following:

| PHYSICAL WORK LEVEL (Lift, Carry, Push, Pull) | CONTINUOUSLY Over 2/3 of the day (5 or more lifts/min.) | FREQUENTLY 1/3 to 2/3 of the day (Up to 4 lifts/min.) | OCCASIONALLY Up to 1/3 of the day (1 lift/5 min.) | APPROXIMATE ENERGY REQUIRED IN WORK METS* | MOST APPLICABLE IN YOUR OPINION (Check (✓) One) |
|---|---|---|---|---|---|
| No Work | None | None | None | None | ☐ |
| Sedentary | Negligible (mostly sitting) | Negligible | 10 lbs. (stand/walk occasionally) | 1.5 - 2.1 | ☐ |
| Light | Negligible | 10 lbs. (stand/walk occasionally) | 20 lbs. | 2.2 - 3.5 | ☐ |
| Medium | 10 lbs. | 10 - 25 lbs. | 20 - 50 lbs. | 3.6 - 6.3 | ☐ |
| Heavy | 10 - 20 lbs. | 25 - 50 lbs. | 50 - 100 lbs. | 6.4 - 7.5 | ☐ |
| Very Heavy | 20 - 50 lbs. | 50 - 100 lbs. | 100+ lbs. | Over 7.5 | ☐ |

*One MET is equivalent to the amount of energy expended in a resting state, for example sitting in a chair and not moving. Activities can be calculated as multiples of the resting state. Therefore a 3 MET activity would mean the activity requires 3 times the amount of energy required to sit in a chair.

Additional Comments on Functionality:

Physician Name (Please Print):

Medical Specialty:

Address: (Street, City, State, Zip Code)

Telephone Number:

Federal Tax ID #:

Physician Signature:

Date:

*Thanks in advance for your prompt response to this request.*