

CIGNA Claims Services
Rochester Claims Service Center

## Permanent Telephone Record

| | | | |
|---|---|---|---|
| **Claimant:** | Stephen Alfano | **SSN:** | 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 |
| **Policyholder:** | Weill Med College | **Policy #:** | NYK 1972 |

**Date:** 12/18/00          **Time:** 10:39 AM

**To:** ☒ **From:** ☐ Dr. Digiovanni          **Cx:** ☐ **ER:** ☐ **MD:** ☒
**Other:**

**Phone Number:**    212.434.3432

**Spoke With:**                    **Relationship:**

**Call Content/Message:**
Left message to obtain fax number.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:** Eastern

**Signature:** _Sara Nichulski_
*Case Manager*

 **CIGNA Claims Services**
Rochester Claims Service Center





## Permanent Telephone Record

| | | | |
|---|---|---|---|
| **Claimant:** | Steven Alfano | **SSN:** | 099449648 |
| **Policyholder:** | Weill | **Policy #:** | NYK 1972 |

**Date:** 12/15/00                    **Time:** 2:10 PM

**To:** ☒ **From:** ☐  Steven          **Cx:** ☒ **ER:** ☐ **MD:** ☐ **Other:**

**Phone Number:**    718.884.2067

**Spoke With:**                        **Relationship:**

**Call Content/Message:**
\*\*Initial Claim Call\*\*
Left message with cx's spouse.
Discussed def of dis which is O/O, bwp of 180 days, bsd of 12/3/2000 if approved, and ssdi application and estimation.
Cx said he already has app for ssdi.
Cx had a 50% benefit STD through WEILL, which ended on 12/5.

Cx having pain from his back, and inability to sleep.
Currently on Viox and anti-depressant to help him sleep.
Pt 3x/week.
Cx feels AP has him going to pt to get in better shape to handle sx, as it will be a long sx.
Cx had no questions, and said DQ, auth, and RA to be sent early next week.

**Comments/Action Items:**
**Callback Required:** ☐
**Time Zone:**  Eastern

**Signature:** *Shannon Bailey*
*Case Manager*

CLICNY 0502

CIGNA Claims Services
Rochester Claims Service Center

CIGNA

## Permanent Telephone Record

Date   12/14/2000                          Time:  2:45 pm
To: [ x ] From: [ ]    Steven Alfano       Cx [ x ] ER [ ] MD [ ] Other
Ph. #: 718.884.2067
Spoke with:                                (Relationship)

| Claimant: Steven Alfano | SS#: 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 |
|---|---|
| Policyholder: Weill Medical College | Policy #: NYK 1972 |

**Call Content / Message:**

***Initial Claim Call***

Left message on answering machine for a call back to discuss claim.

**Comments/Action Items:**
Callback required [ ] Ph:                    Zone: EST [ ] CST [ ] MST [ ] PST Other

Sig. _____

Case Manager

Phonedoc.021200

CLICNY 0503



12/14/2000 16:18 FAX 716 231 6502      CIGNA INTEGRATED CLAIM                    ☑001

```
                        ***********************
                        ***   TX REPORT    ***
                        ***********************

      TRANSMISSION OK

      TX/RX NO              1177
      CONNECTION TEL                  82127443529PP
      CONNECTION ID
      ST. TIME             12/14 16:10
      USAGE T              08'35
      PGS. SENT               4
      RESULT               OK
```

## *Facsimile Transmission Cover Sheet*



**CIGNA**

| Transmit to FAX number | Date | Time | Total number of pages |
|---|---|---|---|
| 212.744.3529 | December 14, 2000 | 8:28 AM | (including this sheet) : 4 |

**To** | **From**

| | |
|---|---|
| Name<br>Robert Snow, MD | Name<br>Shannon Bailey |
| Company | Department<br>Long Term Disability |
| Phone<br>212.746.2830 | Phone<br>800.532.9288 ext. 6541 |
| Address | Address<br>255 East Avenue<br>Rochester, NY 14604 |

**Comments**

RE: Stephen Alfano                NYK 1972

SSN: 099449648                    Weill Medical College

DOB: 1/14/58                      CIGNA Life Inurance Company of New York

We recently received a Long Term Disability Claim for your patient, Mr. Alfano. In order to assist us with properly assessing his current medical status, could you please complete the enclosed "Physical Ability Assessment" form and forward us the following information:

♦ Copies of progress notes and test results for the period 4/1/2000 to the present.

I have also sent a signed authorization to release information. Please forward the information within the

*Facsimile Transmission Cover Sheet* 



**CIGNA**

| Transmit to FAX number<br>212.744.3529 | Date<br>December 14, 2000 | Time<br>8:28 AM | Total number of pages<br>(including this sheet) : 4 |
|---|---|---|---|

| To | From |
|---|---|
| Name<br>Robert Snow, MD | Name<br>Shannon Bailey |
| Company | Department<br>Long Term Disability |
| Phone<br>212.746.2830 | Phone<br>800.532.9288 ext. 6541 |
| Address | Address<br>255 East Avenue<br>Rochester, NY 14604 |

**Comments**

RE: Stephen Alfano                         NYK 1972

SSN: 099449648                         Weill Medical College

DOB: 1/14/58                         CIGNA Life Inurance Company of New York

We recently received a Long Term Disability Claim for your patient, Mr. Alfano. In order to assist us with properly assessing his current medical status, could you please complete the enclosed "Physical Ability Assessment" form and forward us the following information:

♦ Copies of progress notes and test results for the period 4/1/2000 to the present.

I have also sent a signed authorization to release information. Please forward the information within the next 14 days. I would like to thank you in advance for taking the time to help us obtain this necessary information.

Sincerely,

Shannon Bailey , Case Manager

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

| [ ] Acknowledgment Requested | To Fax a reply, dial : 716.231.6502 |
|---|---|



12/14/2000 10:22 FAX 716 231 6502    CIGNA INTEGRATED CLAIM    ☒001

```
                    *********************
                    ***  TX REPORT  ***
                    *********************

        TRANSMISSION OK

        TX/RX NO              1156
        CONNECTION TEL                82128448481PP
        CONNECTION ID
        ST. TIME             12/14 10:18
        USAGE T              03'58
        PGS. SENT               4
        RESULT               OK
```

## *Facsimile Transmission Cover Sheet*



®

CIGNA

| Transmit to FAX number<br>212.844.8481 | Date<br>December 14, 2000 | Time<br>8:28 AM | Total number of pages<br>(including this sheet) : 4 |
|---|---|---|---|

| To | From |
|---|---|
| Name<br>Stephen Scelsa, MD | Name<br>Shannon Bailey |
| Company | Department<br>Long Term Disability |
| Phone<br>212.844.8490 | Phone<br>800.532.9288 ext. 6541 |
| Address | Address<br>255 East Avenue<br>Rochester, NY 14604 |

**Comments**

RE: Stephen Alfano          NYK 1972

SSN: 099449648          Weill Medical College

DOB: 1/14/58          CIGNA Life Inurance Company of New York

We recently received a Long Term Disability Claim for your patient, Mr. Alfano. In order to assist us with properly assessing his current medical status, could you please complete the enclosed "Physical Ability Assessment" form and forward us the following information:

♦ Copies of progress notes and test results for the period 4/1/2000 to the present.

I have also sent a signed authorization to release information. Please forward the information within the

*Facsimile Transmission Cover Sheet* 



**CIGNA**®

| Transmit to FAX number<br>212.844.8481 | Date<br>December 14, 2000 | Time<br>8:28 AM | Total number of pages<br>(including this sheet) : 4 |
|---|---|---|---|

| To | From |
|---|---|
| Name<br>Stephen Scelsa, MD | Name<br>Shannon Bailey |
| Company | Department<br>Long Term Disability |
| Phone<br>212.844.8490 | Phone<br>800.532.9288 ext. 6541 |
| Address | Address<br>255 East Avenue<br>Rochester, NY 14604 |

**Comments**

RE: Stephen Alfano                           NYK 1972

SSN: 099449648                              Weill Medical College

DOB: 1/14/58                                CIGNA Life Inurance Company of New York

We recently received a Long Term Disability Claim for your patient, Mr. Alfano. In order to assist us with properly assessing his current medical status, could you please complete the enclosed "Physical Ability Assessment" form and forward us the following information:

♦ Copies of progress notes and test results for the period 4/1/2000 to the present.

I have also sent a signed authorization to release information. Please forward the information within the next 14 days. I would like to thank you in advance for taking the time to help us obtain this necessary information.

Sincerely,

*Shannon Bailey*

Shannon Bailey , Case Manager

CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.

[ ] Acknowledgment Requested                    To Fax a reply, dial : 716.231.6502



```
12/14/2000 10:34 FAX 716 231 6502        CIGNA INTEGRATED CLAIM                    @001

                                    *********************
                                    ***   TX REPORT   ***
                                    *********************

                    TRANSMISSION OK

                    TX/RX NO            1157
                    CONNECTION TEL               82122881524PP
                    CONNECTION ID
                    ST. TIME            12/14 10:26
                    USAGE T             07'45
                    PGS. SENT              4
                    RESULT              OK
```

# *Facsimile Transmission Cover Sheet*



CIGNA®

| Transmit to FAX number 212.288.1524 | Date December 14, 2000 | Time 8:28 AM | Total number of pages (including this sheet) : 4 |
|---|---|---|---|

| To | From |
|---|---|
| **Name** Michael Alexiades, MD | **Name** Shannon Bailey |
| **Company** | **Department** Long Term Disability |
| **Phone** 212.734.1288 | **Phone** 800.532.9288 ext. 6541 |
| **Address** | **Address** 255 East Avenue Rochester, NY 14604 |

**Comments**

RE: Stephen Alfano
SSN: 099449648
DOB: 1/14/58

NYK 1972
Weill Medical College
CIGNA Life Insurance Company of New York

We recently received a Long Term Disability Claim for your patient, Mr. Alfano. In order to assist us with properly assessing his current medical status, could you please complete the enclosed "Physical Ability Assessment" form and forward us the following information:

♦  Copies of progress notes and test results for the period 4/1/2000 to the present.

I have also sent a signed authorization to release information. Please forward the information within the

CLICNY 0508



12/14/2000 10:55 FAX 716 231 6502        CIGNA INTEGRATED CLAIM                    ☑001

```
                              ***********************
                              ***    TX REPORT    ***
                              ***********************


          TRANSMISSION OK

          TX/RX NO              1160
          CONNECTION TEL                   82125469288P
          CONNECTION ID
          ST. TIME              12/14 10:54
          USAGE T               00'43
          PGS. SENT             1
          RESULT                OK
```

## *Facsimile Transmission Cover Sheet*



CIGNA

| Transmit to FAX number 212.546.9288 | Date December 14, 2000 | Time 8:28 AM | Total number of pages (including this sheet) : 4 |
|---|---|---|---|

| To | From |
|---|---|
| Name Sean McCance, MD | Name Shannon Bailey |
| Company | Department Long Term Disability |
| Phone 212.546.9285 | Phone 800.532.9288 ext. 6541 |
| Address | Address 255 East Avenue Rochester, NY 14604 |

**Comments**

RE: Stephen Alfano
SSN: 099449648
DOB: 1/14/58

NYK 1972
Weill Medical College
CIGNA Life Inurance Company of New York

We recently received a Long Term Disability Claim for your patient, Mr. Alfano. In order to assist us with properly assessing his current medical status, could you please complete the enclosed "Physical Ability Assessment" form and forward us the following information:

♦ Copies of progress notes and test results for the period 4/1/2000 to the present.

. . . . . . . . . . . . . . . . . . . . class information. Please forward the information within the

CLICNY 0509

# *Facsimile Transmission Cover Sheet* 



**CIGNA**

| Transmit to FAX number<br>212.546.9288 | Date<br>December 14, 2000 | Time<br>8:28 AM | Total number of pages<br>(including this sheet) : 4 |
|---|---|---|---|

| To | From |
|---|---|
| Name<br>Sean McCance, MD | Name<br>Shannon Bailey |
| Company | Department<br>Long Term Disability |
| Phone<br>212.546.9285 | Phone<br>800.532.9288 ext. 6541 |
| Address | Address<br>255 East Avenue<br>Rochester, NY  14604 |

**Comments**

RE:  Stephen Alfano                           NYK 1972

SSN:  099449648                              Weill Medical College

DOB:  1/14/58                                 CIGNA Life Inurance Company of New York

We recently received a Long Term Disability Claim for your patient, Mr. Alfano.  In order to assist us with properly assessing his current medical status, could you please complete the enclosed "Physical Ability Assessment" form and forward us the following information:

♦  Copies of progress notes and test results for the period 4/1/2000 to the present.

I have also sent a signed authorization to release information.  Please forward the information within the next 14 days.  I would like to thank you in advance for taking the time to help us obtain this necessary information.

Sincerely,

Shannon Bailey , Case Manager

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

| [ ] Acknowledgment Requested | To Fax a reply, dial : 716.231.6502 |
|---|---|



12/14/2000 11:24 FAX 716 231 6502    CIGNA INTEGRATED CLAIM    ☑001

```
*******************
***   TX REPORT   ***
*******************

TRANSMISSION OK

TX/RX NO              1163
CONNECTION TEL                 82127464609PP
CONNECTION ID
ST. TIME              12/14 11:21
USAGE T               02'46
PGS. SENT             4
RESULT                OK
```

# *Facsimile Transmission Cover Sheet*



**CIGNA**

| Transmit to FAX number<br>212. 746-4609 | Date<br>December 14, 2000 | Time<br>8:28 AM | Total number of pages<br>(including this sheet): 4 |
|---|---|---|---|

| To | From |
|---|---|
| Name<br>Andrew Schiff, MD | Name<br>Shannon Bailey |
| Company | Department<br>Long Term Disability |
| Phone<br>212.746.2879 | Phone<br>800.532.9288 ext. 6541 |
| Address | Address<br>255 East Avenue<br>Rochester, NY  14604 |

**Comments**

RE: Stephen Alfano
SSN: 099449648
DOB: 1/14/58

NYK 1972
Weill Medical College
CIGNA Life Inurance Company of New York

We recently received a Long Term Disability Claim for your patient, Mr. Alfano.  In order to assist us with properly assessing his current medical status, could you please complete the enclosed "Physical Ability Assessment" form and forward us the following information:

♦  Copies of progress notes and test results for the period 4/1/2000 to the present.

CLICNY 0511

## *Facsimile Transmission Cover Sheet*

 

**CIGNA**®

| Transmit to FAX number | Date | Time | Total number of pages |
|---|---|---|---|
| 212. 746 - 4609 | December 14, 2000 | 8:28 AM | (including this sheet) : 4 |

| To | From |
|---|---|
| Name | Name |
| Andrew Schiff, MD | Shannon Bailey |
| Company | Department |
| | Long Term Disability |
| Phone | Phone |
| 212.746.2879 | 800.532.9288 ext. 6541 |
| Address | Address |
| | 255 East Avenue |
| | Rochester, NY  14604 |

**Comments**

| RE: Stephen Alfano | NYK 1972 |
|---|---|
| SSN: 099449648 | Weill Medical College |
| DOB: 1/14/58 | CIGNA Life Inurance Company of New York |

We recently received a Long Term Disability Claim for your patient, Mr. Alfano. In order to assist us with properly assessing his current medical status, could you please complete the enclosed "Physical Ability Assessment" form and forward us the following information:

◆ Copies of progress notes and test results for the period 4/1/2000 to the present.

I have also sent a signed authorization to release information. Please forward the information within the next 14 days. I would like to thank you in advance for taking the time to help us obtain this necessary information.

Sincerely,

Shannon Bailey , Case Manager

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

| [ ] Acknowledgment Requested | To Fax a reply, dial : 716.231.6502 |

CLICNY 0512



**Lara D'Ambrosio**
Case Manager
Long Term Disability



**CIGNA**

December 8, 2000

Steven Alfano
3800 Waldo Ave
Apt 13-G
Bronx, NY 10463

Routing 1760
255 East Ave
Rochester NY 14604
Telephone 800.532.9288 ext 6521
Facsimile 716.258.1780

RE:    Steven Alfano
       S099449648
       NYK 1972
       Weill Medical College
       CIGNA Life Insurance Company of New York

Dear Mr. Alfano;

We received your claim for Long Term Disability (LTD) benefits on 12/072000. You may be entitled to LTD benefits beginning 12/03/2000, however, we are unable to make a decision at this time. To fully understand how your condition prevents you from working, we had to request additional information from your physician(s), Dr. Alexiades, Dr. Digiovanni, Dr. Scelsa, Dr. McCance, Dr. Snow, and Dr. Farmer. We have also requested information from your employer. When we receive this information, we should be able to make a decision on your claim. If we are unable to make the decision within 30 days of the day we received your claim, we will contact you and explain the reason for the delay.

To assist us in managing your claim, we ask that you provide us with:

       1. The enclosed Reimbursement Agreement (signed and dated).
       2. The enclosed Disability Questionnaire (completed in full).
       3. Proof of your age (a copy of your driver's license or birth certificate is acceptable).

We ask that you return these items in the envelope provided by 12/27/2000.

Your LTD benefits are generally reduced by the amount of any other benefits you receive because of your Disability. This includes any Social Security disability or retirement benefits you and your dependents receive, if so stated in your policy. Please notify us immediately if you are receiving or become entitled to receive any income from sources such as:

Life Insurance of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

CLICNY 0513

December 8, 2000
Page 2

- Social Security Disability or Retirement
- Statutory Disability*
- Employer Sick Leave
- Veterans Administration
- Worker's Compensation
- No-Fault automobile insurance
- Employer Pension

*If you work in California, Hawaii, New Jersey, New York, Rhode Island, or Puerto Rico, you should be eligible for disability benefits under Statutory Disability benefit plans.

If you are eligible for Social Security disability benefits, you should apply for these benefits now. If you are not sure if you would qualify, we can help. One of our Economic Consultants, who are experts on Social Security, may contact you to discuss your case and may ask you to apply for Social Security. If we feel that you would qualify for Social Security benefits, and you choose not to apply for these benefits, your group policy allows us to reduce your Long Term Disability benefit by an amount that we estimate you would be eligible to receive.

We also have Medical Consultants and Occupational Consultants on staff who may be contacting you in the future to discuss other issues that may affect your disability claim. We ask that you extend your full cooperation to these consultants.

If you have other types of coverage that may pay benefits for this condition, you may submit a claim. For example, if your life insurance plan includes a waiver of premium for disability, you may be eligible to submit a waiver claim. Please review the provisions of your employee booklet or certificate.

Mr. Alfano, thank you for your cooperation in completing and returning the requested forms and information. If you have any questions, please call me. I can be reached at our toll free number 1.800.532.9288 extension 6521 from 7:30 a.m. to 3:30 p.m. Eastern Time, Monday through Friday.

Sincerely,

Lara D'Ambrosio
Case Manager



# CORNELL
U N I V E R S I T Y

**Joan and Sanford I. Weill**
**Medical College**

Department of Human Resources
1300 York Avenue
New York, NY 10021

December 1, 2000

Ms. Lara D'Ambrosio
Case Manager
CIGNA
Routing 1760
225 East Ave.
Rochester, New York 14604

RE: LTD Claim for Mr. Steven Alfano

Dear Lara,

Enclosed please find a long term disability claim and attending physician's statement for our employee Mr. Steve Alfano. Mr. Alfano has been continuously disabled by back pain since June 5, 2000. He is applying for LTD benefits to begin December 7, 2000.

I have also enclosed the following for Dr. Clayson.:

1.. Job description for his duties as a Wage and Salary Manager.
2. Copy of his LTD enrollment Card..

Please process this claim as soon as administratively possible and if you need any additional information please call me at (212) 746-1035.

Sincerely,

Rosemary Cius
Benefits Specialist

CLICNY 0515

P.1

NAMES OF ATTENDING PHYSICIANS CONSULTED:

① ANDREW N. SCHIFF, MD                    5/00*
   505 E. 70 ST.                          *REF'D TO DR. ALEXIADES
   NY NY 10021
   212-746-2879

② MICHAEL M. ALEXIADES, M.D, PC          6/5/00
   159 E. 74 ST.
   NY NY 10021
   212-734-1288

③ DR. DiGiOVANNI (STEPHEN)               7/5/00
   LENOX HILL ANESTHESIOLOGY
   100 E 77 ST.
   NY NY 10021
   212-434-3432

④ STEPHEN SCELSA, MD
   10 UNION SQUARE EAST, SUITE 2Q          7/20/00
   N.Y NY 10003
   212-844-8490

⑤ SEAN Mc CANCE, MD                       8/17/00
   121 E 61 ST.
   NY NY 10021
   212-434-4774

                                    OVER →

CLICNY 0516

P2.

(6). ROBERT SNOW, MD                          8/23/00
523 E 72 ST.
NY NY 10021
212-746-2830

(7) JAMES C. FARMER, MD                       8/31/00
523 E 72 ST
NY NY 10021
212-606-1591

75·+5·00

CLICNY 0517

**JAMES C. FARMER, M.D.**
Hospital for Special Surgery
535 E. 70th St.
New York, N.Y. 10021

Alfano, Steven
September 14, 2000                    D.O.B.:
                                      MR#:

Mr. Alfano returns today for follow up. He reports that he has performed the physical therapy but has had no improvement whatsoever in his pain and feels that overall the therapy has exacerbated his pain. He does have some intermittent fatigue in the left leg with prolonged walking but notes his primary complaint is his lower back pain. He does feel that at times he has weakness in his tibialis anterior on the left. He denies any bowel or bladder symptoms or night pain.

**Physical Examination:**    Today shows his lumbar spine is non-tender to palpation. He does tend to get significant back pain with forward flexion. His neurologic examination is stable. Neural tension signs are negative.

**Impression:**    Degenerative disk disease of the lumbar spine with some intermittent radicular symptoms on the left probably secondary to L5 nerve root compression noted on the MRI.

**Recommendation:**    At this point, I have reviewed with the patient in detail the nature of the diagnosis of degenerative disk disease and lumbar radiculopathy along with treatment options and risks and benefits. At this point, he reports his back pain is severe and continues to limit him significantly on a daily basis. I do feel it is likely that the pain he is experiencing is from the significant degenerative changes seen at L5-S1. He feels that his pain is severe and continues to limit him on a daily basis and wishes to consider surgical intervention. I have explained to him that I do feel that we would need to obtain a discogram to clearly discern that the L5-S1 disk is the painful level and whether the levels above are normal. After the discogram if it is confirmatory, then I would recommend he have a new MRI as his old one is greater than 3 months old. He is going to have the above performed and will follow up with me afterwards to review it or sooner should he have any questions, problems or concerns.

James C. Farmer, M.D.

JCF/ss

**JAMES C. FARMER, M.D.**
**Hospital for Special Surgery**
**535 E. 70th St.**
**New York, N.Y. 10021**

Alfano, Steven
August 31, 2000

D.O.B.:
MR#:

Mr. Alfano is a 42 year old male who reports he has had a long history of intermittent low back pain. In April of this year, his back went out and he began to experience pain that was severe. He notes that prior to the episode in April, he felt that his low back pain had overall increased in severity for the last 2 years or so. He has also noted some leg pain involving his posterior thigh and posterior calf. He at times has felt some numbness in his entire foot. Overall, he notes that his leg pain is worse than his low back pain and that the left leg is significantly worse than the right. He reports he has had episodes of occasional urinary retention in the past and saw a urologist who did not recommend any treatment. His bowel function is normal. He notes his pain is made better with rest and is made worse with prolonged sitting, standing and walking. His treatment to date has consisted of Vioxx, Nortriptyline and physical therapy in the past and recent epidural steroid injections which gave him some day relief of pain.

**Past Medical History:**     Significant for borderline hypertension and migraines.

**Past Surgical History:**     Non-contributory.

**Medications:**     Vioxx, Nortriptyline and Norvasc.

**Allergies:**     He has a drug allergy to Codeine.

**Family History:**     Significant for colon cancer in his father and hypertension in his mother.

**Social History:**     He has a 25 pack a year smoking history and does not drink.

**Review of Systems:**     Negative in detail.

**Physical Examination:**     Physical examination today reveals a well developed, well nourished male in no acute distress. He walks with a normal gait. Examination of his lumbar spine does not show any skin abnormalities and there is no tenderness to palpation. He is able to forward flex, bring his fingers to within 6 inches of the floor and extends approximately 30 degrees. He laterally bends bilaterally which is symmetric. Neurologically, motor strength is 5/5 in the lower extremities bilaterally with intact sensation. Deep tendon reflexes are 1+ and symmetric in the lower extremities. His toes are downgoing and there is no clonus. Range of motion of the hips is full and painless. Neural tension signs are negative. Dorsalis pedis pulses are 1+ and symmetric.

CLICNY 0519

NOV. 21. 2000 (TUE) 11:44                          77429            PAGE. 5/8



**JAMES C. FARMER, M.D.**

Alfano, Steven
August 31, 2000
Page two

MR#:

**MRI:**    An MRI scan of his lumbar spine was reviewed from June 12, 2000. This shows evidence of severe degenerative changes within the disk at L5-S1. There does appear to be some moderate stenosis at this level.

**Impression:**    Degenerative disk disease at L5-S1 with bilateral lower extremity pain.

**Recommendations:**  At this point, I have reviewed with the patient in detail the nature of the diagnosis of lumbar degenerative disk disease along with treatment options and risks and benefits.  At this point, he has not had any significant conservative management with the exception of the epidural. I do feel that he should undergo some physical therapy to see if this will improve his back and lower extremity symptoms.  I have asked that he continue to take the anti-inflammatorics. I have asked that he follow up with me in approximately 4-6 weeks time to see how he is doing. Should his symptoms still be persistent at that point, then we will discuss the options available to him.

James C. Farmer, M.D.

JCF/lss

CLICNY 0520



# *Disability Claim*



**CIGNA Group Insurance**
Life • Accident • Disability

Connecticut General Life Insurance Company
Insurance Company of North America
Life Insurance Company of North America
INA Life Insurance Company of North America

GB-608066a (5/99)

CLICNY 0521

Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, commits a fraudulent insurance act. For residents of the following states, please see the reverse side *Colorado, Florida, Maryland, New Jersey, New York, Pennsylvania, Oregon or Virginia.*

### ATTENDING PHYSICIAN'S STATEMENT OF DISABILITY (PLEASE PRINT)

The insured is responsible for having this form completed by any/all treating physician(s) without expense to the company. We must have comprehensive medical information in order to evaluate the insured's claim for Disability Benefits.

**THIS SECTION IS TO BE COMPLETED BY THE PATIENT/INSURED**

1.  NAME  *Steven Alfano*
    ADDRESS  *3800 Waldo Ave Apt 13-G*
    CITY  *Bronx*   STATE  *NY*   ZIP CODE  *10463*
    TELEPHONE  *718-584-2067*   OCCUPATION  *Wage + Salary Manager*

    EMPLOYER NAME  *Cornell Medical College*
    SOCIAL SECURITY NUMBER  *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*
    GROUP POLICY NUMBER
    DATE OF BIRTH  *1/14/58*

**THE REMAINING SECTION IS OF THIS FORM ARE TO BE COMPLETED BY YOUR PHYSICIAN(S)**

1.  DIAGNOSIS (Including any complications)
    (a) Diagnosis (Include ICD-9 or DSM-IV Code)
    *lumbar degenerative disc disease / lumbar radiculopathy  822.52 / 724.4*

    (b) Subjective symptoms

    (c) Objective findings (Please attach copies of current X-rays, EKG's, Laboratory Data and any clinical findings as applicable.)

    (d) Are symptoms consistent with the clinical findings?  ☐ Yes   ☐ No, explain _____

    (e) Is illness work related?  ☐ Yes  ☐ No

    (f) If pregnancy please indicate:  LMP: _____  EDC: _____  Actual Delivery: _____
        Month   Day   Year

2.  DATES OF TREATMENT
    • Date patient first visited you for this accident/illness:
                                        Month  Day  Year
    • Date patient first unable to work due to this accident/illness:  *6 / 5 / 00*
    • List frequency & date(s) patient was examined for this accident/illness:

    • Date of last visit:  Month *11*  Day *07*  Year *00*

3.  NATURE OF TREATMENT (Including Surgery & Medications prescribed, if any)
                        Month  Day  Year                          Month  Day  Year
    Hospitalization on: _____  THROUGH _____
                        Month  Day  Year
    • Surgery on: _____   Type of Surgery: _____
    Name and Address of Hospital

    • Medications-type/dosage:

    • Medications-type/dosage:

**4. PHYSICAL LIMITATIONS / IF APPLICABLE:** In an 8 hour day is your patient able to:

| | 0 hours | up to 2.5 hours | up to 5.5 hours | greater than 5.5 hours |
|---|---|---|---|---|
| Climb | ☐ | ☐ | ☐ | ☐ |
| Balance | ☐ | ☐ | ☐ | ☐ |
| Stoop | ☐ | ☐ | ☐ | ☐ |
| Kneel | ☐ | ☐ | ☐ | ☐ |
| Crouch | ☐ | ☐ | ☐ | ☐ |
| Crawl | ☐ | ☐ | ☐ | ☐ |
| Reach | ☐ | ☐ | ☐ | ☐ |
| Walk | ☐ | ☐ | ☐ | ☐ |
| Sit | ☐ | ☐ | ☐ | ☐ |
| Stand | ☐ | ☐ | ☐ | ☐ |

**Cardiac - If applicable (American Heart Association)**

☐ Class 1 - No Limitation
☐ Class 2 - Slight Limitation
☐ Class 3 - Marked Limitation
☐ Class 4 - Complete Limitation

Blood Pressure (last visit) _____

Please indicate the maximum level of ability (sedentary, light, medium, heavy) of your patient to:

_____ Lift    Carry _____    Push _____    Pull _____

Sedentary = 10 lbs. maximum, walking occasionally. Light = 20 lbs. maximum, 10 lbs. frequently.
Medium = 50 lbs. maximum, 25 lbs. frequently, up to 10 lbs. constantly. Heavy - 100 lbs. maximum, 50 lbs. frequently, 20 lbs. constantly.

**5. MENTAL IMPAIRMENT / IF APPLICABLE:** Please complete the following (incomplete information will delay claim processing):

Axis    I: _____

II: _____

III: _____

IV: _____

V: Current GAF: _____ Highest GAF in past year: _____

Additional Comments:

**6. EXTENT OF DISABILITY**

Patient's Regular Occupation    Any Occupation

When was patient able to go to work?    Month  Day  YearC    Month  Day  YearC

**7. REHABILITATION**

(a) Is patient a suitable candidate for further PHYSICAL / PSYCHOLOGICAL rehabilitation services?    ☐ Yes    ☐ No

If no, explain: _____

(b) Can present job be modified to allow for handling with impairment?

(c) Is patient a suitable candidate for VOCATIONAL rehabilitation services?

If no, when: _____

**8. REMARKS**

| DATE 11/20/00 | PRINT NAME (ATTENDING PHYSICIAN) JAMES C. FARMER, M.D | SIGNATURE James C farm | DEGREE M.D. |
|---|---|---|---|
| TELEPHONE NUMBER 212-606-1591 | | PROVIDER TAX ID NUMBER 13-4002812 | |
| STREET ADDRESS 535 E. 70th St. | | | |
| CITY OR TOWN NYC | | STATE (OR PROVINCE) NY | ZIP CODE 10021 |

CLICNY 0523



## IMPORTANT CLAIM NOTICE

**Colorado Residents:** It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

**Florida Residents:** Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**Maryland Residents:** Any person who, knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purpose of misleading, information concerning any fact material thereto, may be committing a fraudulent insurance act.

**New Jersey Residents:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New York Residents:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5000 and the stated value of the claim for each such violation.

**Pennsylvania Residents:** Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any materially false information conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Oregon Residents:** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Virginia Residents:** Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an insurer, submits application or files a claim containing a false or deceptive statement may have violated state law.

*Group Long Term Disability* 

Connecticut General Life Insurance Company
Life Insurance Company of North America
Insurance Company of North America
INA Life Insurance Company of New York

 **CIGNA**

Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, commits a fraudulent insurance act. For residents of the following states, please see the reverse side *Colorado, Florida, Maryland, New Jersey, New York, Pennsylvania, Oregon & Virginia*.

### TO BE COMPLETED BY THE EMPLOYEE
**PLEASE TYPE OR PRINT   BE SURE TO ANSWER ALL QUESTIONS - FAILURE TO DO SO MAY DELAY YOUR CLAIM**
**USE SEPARATE PIECE OF PAPER TO COMPLETE ANSWERS IF NECESSARY**

NAME (Last, First, M.I.): ALFANO   STEVEN A
SOCIAL SECURITY NO.: 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
SEX: ☒M ☐F
DATE OF BIRTH: 1/14/58

MAILING ADDRESS (Address where you may be reached during the next six months): 3800 WALDO AVE APT 13-G, BRONX NY 10463 (Zip Code)
PHONE NUMBER (Includes Area Code): 718-884-2067

NAME OF SPOUSE: EVA ALFANO
SPOUSE'S DATE OF BIRTH: 5/25/62
IS SPOUSE EMPLOYED? IF YES,: ☐Yes ☒No ☐Full Time ☐Part Time
SPOUSE'S SOCIAL SECURITY NO.: 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

Do you have any children under age 18? ☒Yes ☐No
Do you have any children age 18-19, who are full-time students in elementary or secondary schools? ☐Yes ☒No
Do you have any handicapped children (regardless of age)? ☐Yes ☒No
If you answered yes to any of the above questions, please list names and dates of birth.

| NAME | DATE OF BIRTH |
|---|---|
| ANDREA ALFANO | 10/1/92 |
| MICHAEL ALFANO | 5/18/95 |

LIST STATES IN WHICH YOU MAY BE LIABLE FOR FILING TAX RETURNS: NEW YORK

DATE OF ACCIDENT OR BEGINNING OF SICKNESS: 6/5/00
DATE YOU BECOME TOTALLY DISABLED: 6/5/00
DATE YOU PLAN TO RETURN TO WORK: UNDETERMINED

PLEASE DESCRIBE IN YOUR OWN WORDS WHAT IS WRONG WITH YOU (IF ACCIDENT, OR WORK-RELATED, DESCRIBE CIRCUMSTANCES): PAIN ACROSS LOWER BACK, PAIN & NUMBNESS INTO BUTTOCKS, LEGS, & FEET. UNABLE TO WALK MORE THAN A BLOCK WITHOUT STOPPING, LEFT FOOT DROPS, PAIN IN BACK AND LEGS

NAMES OF ALL ATTENDING PHYSICIANS CONSULTED FOR THIS DISABILITY: SEE ATTACHED
COMPLETE ADDRESS AND PHONE NUMBER:
DATE FIRST CONSULTED:

NAMES OF HOSPITALS:
COMPLETE ADDRESS:
DATE ENTERED-DATE DISCHARGED:

Have you applied for Social Security Benefits? ☐Yes ☒No

If yes, please attach a copy of your Social Security notice for you and your dependents or a copy of your Social Security denial. If you have not applied, please do so as soon as possible. If you have not received a determination, please attach a copy of your receipt for application.

Are you a Veteran? ☐Yes ☒No   If yes, have you applied for VA benefits for this disability? ☐Yes ☐No
Please attach a copy of your VA Disability Award.

Are you receiving or eligible to receive:
| | | $ Amount/Frequency | Date Began | Date Paid Thru |
|---|---|---|---|---|
| ☐Yes ☒No | Salary Continuance | | | |
| ☐Yes ☒No | State disability Benefits | | | |
| ☐Yes ☒No | Group Disability Benefits | | | |
| ☐Yes ☒No | Workers' Compensation | | | |
| ☐Yes ☒No | Pension Benefits | | | |
| ☐Yes ☒No | No-Fault Auto Disability insurance | | | |
| ☐Yes ☒No | Any other Disability Income (please identify) | | | |

I CERTIFY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.
SIGNATURE OF EMPLOYEE: [signature]   DATE: 10/30/00

### AUTHORIZATION TO RELEASE INFORMATION

I authorize any Health Care Provider, Insurance Company, Employer, Person or Organization to release any information regarding medical, dental, mental, alcohol or drug abuse history, treatment or benefits payable, including disability or employment related information, to any CIGNA company, the Plan Administrator, or their employees and authorized agents for the purpose of validating and determining benefits payable. This data may be extracted for use in audit or statistical purposes. I understand that I or my authorized representative will receive a copy of the authorization upon request. This authorization or a photostatic copy of the original shall be valid for the duration of the claim.

SIGNATURE OF EMPLOYEE: [signature]   DATE: 10/31/00

500469b Rev. 5/99

CLICNY 0525



# *Group Long Term Disability*



**CIGNA Group Insurance**
Life • Accident • Disability

Life Insurance Company of North America
Connecticut General Life Insurance Company
Insurance Company of North America
INA Life Insurance Company of New York
Subsidiaries of CIGNA Corporation

500469b

CLICNY 0526

## TO BE COMPLETED BY THE EMPLOYER
### PLEASE COMPLETE IN FULL

| NAME OF EMPLOYEE (Last, First, M.I.) | SOCIAL SECURITY NO. | ACCOUNT NUMBER |
|---|---|---|
| ALFANO, STEVEN | 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 | NYK 1972 |

| DATE HIRED | EFFECTIVE DATE OF EMPLOYEE'S LTD COVERAGE WITH CIGNA CO. | WAS EMPLOYEE'S LTD INSURANCE ISSUED ON THE BASIS OF A STATEMENT OF PHYSICAL CONDITION? |
|---|---|---|
| 8/5/91 | 9/1/91 | ☐ Yes  ☒ No      IF YES, ATTACH COPY |

| BASIC EARNINGS | DATE OF LAST CHANGE IN EARNINGS | LAST DATE(S) WORKED | DATE(S) RETURNED TO WORK |
|---|---|---|---|
| 1346.15 ☒ Wk. ☐ Mo. | 7/1/99 | 6/5/00  # Hrs.  7 | N/A |

PLEASE CHECK THE APPROPRIATE BLOCKS:

☒ Exempt  ☒ Management  ☒ Supervisory  ☐ Union Local # _____  ☒ Salaried  ☒ Full Time  ☐ Part Time
☐ Non-Exempt  ☐ Non-Management  ☐ Non-Supervisory  ☐ Non-Union  ☐ Hourly  Hrs/wk: 35

| HAS EMPLOYEE BEEN TERMINATED? | IF YES, DATE | REASON |
|---|---|---|
| ☒ Yes  ☐ No | 12/6/00 | End of Disability |

| PERCENTAGE OF EMPLOYEE CONTRIBUTION TOWARD DISABILITY PREMIUM (see Internal Revenue Code Section 105(a) and Regulations thereunder) 50 % | EMPLOYEE'S CONTRIBUTIONS WERE MADE ON: ☐ Pre- or ☒ Post-tax basis | PREMIUM PAID THRU DATE 12/30/00 |
|---|---|---|

| WAS SALARY CONTINUED BEYOND LAST DAY WORKED? ☐ Yes ☒ No | IF YES, WEEKLY AMOUNT $ | PAID THRU 12/6/00 |
|---|---|---|

| HAS EMPLOYEE RECEIVED SHORT TERM BENEFITS? ☒ Yes ☐ No | IF YES, WEEKLY AMOUNT $ 667.94 | FROM 6/5/00 | THRU 12/6/00 |
|---|---|---|---|

| HAS EMPLOYEE RECEIVED STATE DISABILITY BENEFITS? ☐ Yes ☒ No | IF YES, WEEKLY AMOUNT $ | FROM | THRU |
|---|---|---|---|

| HAS EMPLOYEE FILED A WORKERS' COMPENSATION CLAIM? If yes, ☐ approved or ☐ pending? ☐ Yes ☒ No | IF YES, WEEKLY AMOUNT $ | FROM | THRU |
|---|---|---|---|

NAME AND ADDRESS OF WC CARRIER AND WC CLAIM NUMBER

| IS EMPLOYEE ELIGIBLE FOR GROUP REASON ☐ Yes ☒ No | IF YES, MONTHLY AMOUNT $ | EMPLOYEE % CONTRIBUTION To Pension_____ % | EFFECTIVE | IS THIS A ☐ DISABILITY PENSION  ☐ EARLY RETIREMENT  ☐ NORMAL RETIREMENT |
|---|---|---|---|---|

LIST ANY OTHER SOURCE OF INCOME TO WHICH THE EMPLOYEE IS ENTITLED AS A RESULT OF THIS DISABILITY

OCCUPATION  Wage & Salary Mgr.      (ATTACH JOB DESCRIPTION IF AVAILABLE: IF NOT, DESCRIBE JOB DUTIES BELOW)

Was employee's job primarily ☐ sedentary or ☐ did it involve considerable physical activity?
AS CLOSELY AS POSSIBLE, PLEASE ESTIMATE THE PERCENT OF TIME SPENT (TOTAL PERCENTAGE MUST EQUAL 100%):

_____ Sitting  _____ Walking  _____ Stooping  _____ Pushing  _____ Carrying*
_____ Standing  _____ Climbing  _____ Bending  _____ Lifting

*If job duties require lifting or carrying, indicate average and maximum weights handled. _____

REMARKS

| EMPLOYER  Weill Medical College | DIVISION |
|---|---|

ADDRESS  1300 York Ave Box 220, NY NY 10021      TELEPHONE NUMBER (212) 746-1035

AUTHORIZED REPRESENTATIVE
PRINT: Rosemary Cius    SIGNATURE: Rosemary Cius      DATE 12/1/00

ARE BOTH SIDES OF THIS FORM COMPLETED IN FULL?
ATTACH THE ATTENDING PHYSICIAN'S STATEMENT OF
DISABILITY AND ANY OTHER DOCUMENTATION.

CLICNY 0527

 

**IMPORTANT CLAIM NOTICE**

*Colorado Residents:* It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

*Florida Residents:* Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

*Maryland Residents:* Any person who, knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purpose of misleading, information concerning any fact material thereto, may be committing a fraudulent insurance act.

*New Jersey:* Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

*New York Residents:* Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed $5000 and the stated value of the claim for each such violation.

*Pennsylvania Residents:* Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

*Oregon Residents:* Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

*Virginia Residents:* Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an insurer, submits applicaiton or files a claim containing a false or deceptive statement may have violated state law.

Grade: E8

WEILL MEDICAL COLLEGE POSITION DESCRIPTION

Position:      Wage and Salary Manager        FLSA Status:    Exempt

Department:   Human Resources                 Division:

Incumbent:    Steven Alfano                   Reports to:     Associate Dean

Edited by:     Patricia Flamm                 Date:           March, 1999 (rev)

Reviewed by:  Patricia Flamm                  Hours worked:   35

I.     POSITION SUMMARY

Under general direction, is responsible for the administration of WMC's non-academic Wage and Salary program, the annual performance appraisal program, and temporary employee administration.

II.    POSITION ACTIVITIES

A.     Administers the non-academic wage and salary system: audits jobs and prepares job descriptions for promotional evaluation or establishment of formal job description and grade determination; approves and evaluates all exempt and non-exempt positions via the WMC Point-Factor Wage and Salary Systems. Approves all Personnel actions within guidelines involving a change in salary rate. Advises Human Resources Department Head regarding special salary requests and problems; and recommends changes in policy.

B.     Handles questions and problems from all levels of faculty, administration and staff regarding wage and salary policy and procedures, holds meetings to discuss as necessary. Advises/counsels administrative staff on various other personnel related matters, refers staff to other authority such as Department Manager or Employee Relations Manager as appropriate. Participates in orientation and training for WMC administrative staff on wage and salary and other general procedural matters.

C.     Oversees the processing and posting process of employment requisitions for replacement and new positions. Reviews new positions for content and determines tentative grade and suitability for non-academic posting. Resolves wage and salary problems relating to new positions, new hires, salary increases, and other issues, consults with Department Head as necessary on unusual problems. Works closely with Budget office, Payroll office, WMC Departments and NYPH to resolve problems as they arise.

D.     Oversees and supervises the development, updating and maintenance of the Human Resources Department's Web Page (WWW) listing of available positions for internal and external applicants. Oversees weekly production and distribution of paper posting and HR internal Open and Filled Report.

E.     Supervises one Sr. Wage and Salary Analyst and one Personnel Clerk: hires, makes recommendations regarding salary adjustments, trains in procedures, assigns work, evaluates performance, assists with questions and problems.

F.     Oversees and maintains WMC system of employment of temporary employees; reviews and approves temporary assignments extension requests per established guidelines and policies; approves salary advances for temporary employees in absence of Department Head; resolves problems with hiring departments and/or payroll as necessary.

G.     Provides support and back-up coverage to Department Head and Employee Relations Manager as necessary in Employee Relations related matters: assists with investigations and provides input on matters relating to employee grievances and legal cases; officiates Step I grievances as necessary due to scheduling necessities or to ensure objectivity; reviews and approves lay-off requests in absence of the Department Head; may represent WMC in Administrative Hearings such as Unemployment Hearings.

H.     Assists in the implementation of new HRS Information System and system modules: serves on User Advisory Committee; attends and participates in implementation meetings; assists in testing, evaluation and debugging activities as necessary.

I.     Conducts analysis of non-academic salary range structures on an annual basis: obtains third party salary survey data; may conduct benchmark survey on WMC positions as allowable; and analyzes data via microcomputer. Assimilates and addresses problems and observances in current structures; assists with preparation of various cost estimates; compiles data, graphs and charts and presents findings with salary range adjustment and merit pool recommendations to Department Head.

J.     Manages annual non-academic performance appraisal review process: updates and revises exempt and non-exempt performance appraisal instruments; oversees distribution of blank performance appraisal forms to departments and collection of completed forms for incorporation into employee files; advises staff regarding the proper performance appraisal process, including appraisal format and content considerations; brings substandard evaluations to the attention of Employment/Employee Relations Manager.

K.     Manages annual employee merit increase program: advises/counsels administrative staff on merit increase guidelines and policies; reviews all annual merit increases for compliance with fiscal year and Human Resources guidelines; ensures completion and submission of employee performance appraisals prior to implementation of merit increases.

L.     Provides staff support to Wage and Salary Committee: recommends new Committee members; receives requests for action by committee; collects and prepares data; prepares agenda; presents materials, background information and insight to Committee members; performs follow-up activities. Advises requesting departments on preparation of justification and recommends salary request. Informs departments of Committee decisions.

CLICNY 0530

M.     Prepares periodic and special reports concerning analysis of wage and salary matters for Department Head or for use in annual budgeting process, annual affirmative action reporting, and layoff analyses. Uses standard statistical methods in analyzing and preparing data. Utilizes microcomputer for selected programs and special reports.

O.     Confers with outside educational, hospital and research institutions to survey for individual positions, wage and salary policy and annual increase information as allowable under Department of Labor and University guidelines. Participates in commercial surveys and completes questionnaires and surveys from Federal Department of Labor and other government agencies and other institutions.

P.     Works on special projects as required including design and implementation of revised performance appraisal systems; review and revision of evaluation systems, HR policy and procedure manual, modifications to HRS, development of BDS, installation of computer systems.

Q.     Modifies and runs mainframe computer reports via HRS Z-writer report writing system; utilizes system for running of standard and modified reports for use in wage and salary section and other areas of Human Resources and by request; de-bugs and modifies programs as necessary; maintains usage log. Oversees additions and revisions to HRS Job Classification Table. Inputs approved salary ranges into HRS Bracket/Step Table; proofs new fiscal year Table for accuracy.

R.     Performs other related duties as required.


III.     MINIMUM REQUIREMENTS

College Degree with courses in statistics and minimum of five years of managerial wage and salary experience, with in-depth knowledge of point-factor compensation systems; plus a background including experience in employee relations. Excellent written and oral communication skills, supervisory skills, and knowledge of mainframe payroll/personnel systems and micro computers required.

## CHANGE RECORD

| Date of Change | Base Salary to $10,000 | Empl. Cost | Base Over $10,000 | Suppl. Comp. | Empl. Cost | Total Earnings Max. $33,333 | Total Empl. Cost |
|---|---|---|---|---|---|---|---|
| 7/98 | 5,000 (60,000) | 4.0 | | | | | |
| 7/98 | 5175 (60,100) | 0.21 | | | | | |
| 7/99 | 5833 (70,000) | 7.00 | | | | | |

CHANGE RECORD

| Date of Change | Base Salary to $10,000 | Empl. Cost | Base Over $10,000 | Suppl. Comp. | Empl. Cost | Total Earnings Max. $33,333 | Total Empl. Cost |
|---|---|---|---|---|---|---|---|
| 9-1-9 | 2812 (30,000) | 2.77 | | | | | |
| 12-1-9 | 3,000 (38,200) | 2.85 | | | | | |
| 7/9 | 3208 (38,500) | 3.05 | | | | | |
| 7/98 | 3305 (39,655) | 3.14 | | | | | |

## CORNELL UNIVERSITY MEDICAL COLLEGE
### GROUP LONG TERM DISABILITY BENEFITS
### ENROLLMENT CARD

Name  ALFANO  STEVEN  A
Last      First      M.I.     Sex  ☑ M  ☐ F

Date of Birth  1 / 14 / 58
Month  Day  Year

Date Employed  8 / 5 / 91
Month  Day  Year

Employee's Title or Occupation  Wage & Salary MGR

Annual Earnings  $35,000

Social Sec. No.  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

☑ I accept the insurance provided by the Company's Group Insurance Plan and authorize the deduction from my earnings of the required contribution toward the cost of the insurance.

☐ I have been offered LTD coverage and decline to purchase it at this time. I understand that if I wish to participate at a later date, I will be required to furnish evidence of insurability at my own expense and the carrier will have the right to refuse my request.

Signature: X _____  Date: 8/28/91

LM-35187 (8/89)    LIFE INSURANCE COMPANY OF NORTH AMERICA    CIGNA