NOV. 30. 2004 3:30PM NY NO. 279 P. 5

# DISCLOSURE AUTHORIZATION

Claimant's Name (Please Print): Steven Alesano

I AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, pharmacy, employee assistance plan, insurance company, health maintenance organization or similar entity to provide access to or to give the company named below (Company) or the Plan Administrator or their employees and authorized agents or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: cause, treatment, diagnoses, prognoses, consultations, examinations, tests, prescriptions, or advice regarding my physical or mental condition, or other information concerning me. This may also include, but is not limited to, information concerning: mental illness, psychiatric, drug or alcohol use and any disability, and also HIV related testing, infection, illness, and AIDS (Acquired Immune Deficiency Syndrome), as well as communicable diseases and genetic testing. If my plan administrator sponsors both a disability plan underwritten or administered by Company and a medical plan of any type written by another CIGNA company, the information and records described in this form may also be given to any CIGNA Company which administers such medical or disability benefits for the purpose of evaluating any claim that may be submitted by me or on my behalf for benefits, for evaluating return to employment opportunities, and for administering any feature described in the plan. This information may also be extracted for use in audits or for statistical purposes.

I AUTHORIZE: any financial institution, accountant, tax preparer, insurance company or reinsurer, consumer reporting agency, insurance support organization, Claimant's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the Company or the Plan Administrator or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, earnings or finances, applications for insurance coverage, prior claim files and claim history, work history and work related activities.

I UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used to determine eligibility for claim benefits, any amounts payable, return to employment opportunities, and to administer any other feature described in the plan with respect to the Claimant. This authorization shall remain valid and apply to all records, information and events that occur over the duration of the claim, but not to exceed 24 months. A photocopy of this form is as valid as the original and I or my authorized representative may request one. I or my representative may revoke this authorization at any time as it applies to future disclosures by writing the Company. The information obtained will not be disclosed to anyone EXCEPT: a) reinsuring companies; b) the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c) fraud or overinsurance detection bureaus; d) anyone performing business, medical or legal functions with respect to the claim or the plan, including any entity providing assistance to the Company under its Social Security Assistance Program and employers involved in return to employment discussions; e) for audit or statistical purposes; f) as may be required or permitted by law; g) as I may further authorize. A valid authorization or court order for information does not waive other privacy rights.

If my medical information contains information regarding drug or alcohol abuse, I understand that my records may be protected under federal (42 CFR Part 2) and some state laws. To the extent permitted under law, I can ask the party that disclosed information to the Company to permit me to inspect and copy the information it disclosed. I understand that I can refuse to sign this disclosure authorization; however, if I do so, Company may deny my claim for benefits pursuant to the plan. The use and further disclosure of information disclosed hereunder may not be subject to the Health Insurance Portability and Accountability Act (HIPAA).

Signature of Claimant or Claimant's Authorized Representative: [signature] Date: 11/4/04

Relationship, if other than Claimant: ______ Claimant's Social Security Number: 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

Company Name: CIGNA Life Insurance Company of New York

## PROHIBITION ON RE-DISCLOSURE

If the medical information contains information regarding drug or alcohol abuse, it may be protected under federal law. Federal regulations (42 CFR Part 2) prohibit any person or entity who receives such protected information from the Company from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of such protected information to criminally investigate or prosecute any alcohol or drug abuse patient.

09/14/04 107486 7701200 CERVICAL SPINE MINIMUM 4 VIEWS Final

Ordered:09/14/2004 Location: COMPRH CARE-HT4
Order time: 0929
Name: ALFANO, STEVEN
MRN: (00000)002284147
RADIOLOGY REPORT.
Age: 46 YRS Sex: M DOB:01/14/58
Admitting M.D.:ROACH, KEITH W DR. MD

| EXAM DATE: | Accession #: | Exam Ordered: | Order M.D. |
|---|---|---|---|
| 09/14/04 | 01-RA-04-107486 | CSP 4 V | ROACH, KEITH W DR. MD |

FINDINGS:

Clinical History: Neck pain. Lumbar stenosis.
Technique: Frontal lateral and oblique views of the cervical spine. Five views.
Comparison: None
Findings: Degenerative disk disease with disk space narrowing noted at C6-C7. Uncal-vertebral joint osteophyte narrows the neural foramen at this level greater on the left than the right. Remainder of examination is normal. Alignment is normal and there is no evidence of fracture or dislocation. Regional soft tissues and osseous structures are normal.

IMPRESSION:

Degenerative disk disease with disk space narrowing and osteophyte formation at C6-C7. Left foraminal narrowing secondary to uncal vertebral joint osteophyte formation.

DIAGNOSIS:

01RA04107486

Study interpreted and report approved by: Robert D. Zimmerman M.D.
Electronically signed Diagnostic Imaging Report
14SEP200/ 14SEP2004/ RZ
Exam start / Sign-off / Transcription initials.

Mark Sodders
Case Manager
Disability Management Solutions

Routing D212
12225 Greenville Ave.
Suite 1000 -- LB 119
Dallas TX 75243
Telephone 1.800.352.0611 Ext. 5693
Facsimile 860-731-3413
Mark.Sodders@cigna.com

November 30, 2004

Steven Alfano
3800 Waldo Avenue
13-G
Bronx, NY 10463

Re: Claimant: Steven Alfano
Policyholder: Weill Medical College
Policy Number: NYK 1972
CIGNA Life Insurance Company of New York

Dear Ms. Alfano:

This letter is in reference to the captioned Long Term Disability claim.

As of this date, we have not received the information requested from you in our November 9, 2004 letter. Please provide us with the following information by December 21, 2004:

1. **The enclosed Supplementary Claim Disability Benefits form.**

You may fax this information to the undersigned at 860-731-3413.

A copy of the original request is enclosed with this notice. If this information has already been sent, please disregard this notice.

In addition, please be advised that, as of January 1, 2005, your Gross Monthly Benefit will be subject to a 3% Cost Of Living Adjustment. Your benefit check for the time period of December 3, 2004 through January 2, 2005, will be for the net amount of $2,282.53. Your new Gross Monthly benefit amount, prior to deductions from Other Benefits, will be $4,674.60 beginning January 1, 2005.

Please refer to the enclosed calculation sheets for details.

Your assistance in providing this information is appreciated and will aid in the prompt handling of the claim.

Sincerely,

Mark Sodders

## *Disability Benefit Adjustment*

Version Date: [illegible]

Date: 11/20/2004

Claimant Name: Sheila Addo [illegible]

Policyholder: Weill Medical College

Policy Number: NYK 1072

Minimum Benefit: $ 100.00

Reason for Adjustment: 3% COLA Adjustment

| *What has been Paid* | | | |
|---|---|---|---|
| From: [illegible] | Through: [illegible] 20 Days | | |
| Gross Benefit: | $4,225.00 Gross Benefit 28 Days | | |
| Other Benefits: | $1,[illegible] SSDI 28 Days | | |
| | $[illegible] Fam SSDI 28 Days | | |
| Tax Year: 2004 | | | Totals this period: |
| Net Benefit | $2,121.69 | Paid Months: | $2,121.69 |
| - FICA | $0.00 | | $0.00 |
| - FIT | $0.00 | | $0.00 |
| Payment Amount: | $2,121.69 | | $2,121.69 |
| From: [illegible] | Through: [illegible] 2 Days | | |
| Gross Benefit: | $[illegible] (COLA Adjustment 2 Days) | | |
| Other Benefits: | $[illegible] SSDI 2 Days | | |
| | $50.53 Fam SSDI 2 Days | | |
| Tax Year: 2004 | | | Totals this period: |
| Net Benefit | $100.64 | Paid Months: | $100.64 |
| - FICA | $0.00 | | $0.00 |
| - FIT | $0.00 | | $0.00 |
| Payment Amount: | $100.64 | | $100.64 |
| From: [illegible] | Through: [illegible] 4 of Months [illegible] | | |
| Gross Benefit: | $4,674.00 (New Gross Benefit) | | |
| Other Benefits: | $1,[illegible] SSDI | | |
| | $[illegible] Fam SSDI | | |
| Tax Year: 2005 | | | Totals this period: |
| Net Benefit | $2,409.00 | Paid Months: | $2,409.00 |
| - FICA | $0.00 | | $0.00 |
| - FIT | $0.00 | | $0.00 |
| Payment Amount: | $2,409.00 | | $2,409.00 |

*Corrected Payments*



| | What has been Paid | | Corrected Payments |
|---|---|---|---|
| Totals | Benefits Paid | $4,692.15 | |
| | FICA Withheld | $0.00 | |
| | FIT Withheld | $0.00 | |
| | Total of all payments: | $4,692.15 | |

Case Manager: Mark Sedders
Phone Number: [illegible]
Claim Office: [illegible]

Acenza: Task

Page 1 of 2

🗐 Task | 🖉 Contents | 📷 Notes (0/0)

## Task: General Follow-Up

**Start Date:** 11/23/2004              **Due Date:**              11/24/2004

**Details**

| | | | |
|---|---|---|---|
| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |

Name           STEVEN ALFANO           SSN  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   DOB  01/14/1958
Account Name   WEILL MEDICAL COLLEGE   Account # NYK03001972  Incurred Date  06/06/2000
Claim Manager  Mark Sodders           Incident # 513554   Claim Eff Dt-Status  01/21/2003 - Active

Title          No exp TSA
Comment/Instruction
referred on 11/09/04
11/19/04 received today.  Waiting on APS for COD.

Date   11/19/2004 11:05 AM        UserID   Mark Sodders

**Active Contents**

| Type | Due Date | Created By | Assigned To | Last Changed Date | Title |
|---|---|---|---|---|---|
| LTD | 06/06/2000 | Mark Sodders | Mark Sodders | 11/19/2004 11:05 AM | ALFANO,STEVEN ... 099449648 ... 01/14/1958 |

Last Changed User   Mark Sodders        Last Changed Date   11/19/2004 11:05 AM

**Status:** Completed   **Assigned To:** Mark Sodders

Created: 11/09/2004 11:51 AM

CLICNY 0967

# PHYSICAL ABILITY ASSESSMENT

We are evaluating your patient's disability claim in order to determine functional impairment. Please check the boxes corresponding to the patient's level of physical functioning. **Please substantiate your findings with medical documentation. (Failure to provide the requested reports/data may result in delay in claim determinations).**

Patient Name [illegible] Date of Birth ______

Diagnosis(es)/ICD-9 Code [illegible]

***Throughout*** **an 8-hour workday, the patient can tolerate,** ***with positional changes and meal breaks*****, the following activities for the specified durations:**

| | | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|---|
| Sitting: | | | | | ✓ | ✓ |
| Standing: | | | | | ✓ | ✓ |
| Walking: | | | | | ✓ | ✓ |
| Reaching: | Overhead | ✓ | | | | |
| | Desk Level | ✓ | | | | |
| | Below Waist | ✓ | | | | |
| Fine Manipulation: | Right: | ✓ | | | | |
| | Left: | ✓ | | | | |
| Simple Grasp: | Right: | ✓ | | | | |
| | Left: | ✓ | | | | |
| Firm Grasp: | Right: | ✓ | | | | |
| | Left: | ✓ | | | | |
| Lifting: | 10 lbs. | | | | ✓ | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs. | | | | | |
| | 100+ lbs. | | | | | |
| Carrying: | 10 lbs. | | | | ✓ | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs | | | | | |
| | 100+ lbs. | | | | | |

OCT-15-2004 14:47 From:CIGNA DALLAS 9729521285 To:1212 746 8127 P.3

| | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| **Pushing:** (Max. Wt.: [illegible] ) | | | | ✓ | |
| **Pulling:** (Max. Wt.: [illegible] ) | | | | ✓ | |
| **Climbing:** Regular Stairs | | | | ✓ | |
| Regular Ladders | | | | ✓ | |
| **Balancing:** | | | | ✓ | |
| **Stooping:** | | | | | |
| **Kneeling:** | | | | | |
| **Crouching:** | | | | | |
| **Crawling:** | | | | | |
| **Seeing:** | ✓ | | | | |
| **Hearing:** | ✓ | | | | |
| **Smell/Taste:** | ✓ | | | | |
| **Environmental Conditions:** Exposure to extremes in heat | ✓ | | | | |
| Exposure to extremes in cold | ✓ | | | | |
| Exposure to wet / humid conditions | ✓ | | | | |
| Exposure to vibration | ✓ | | | | |
| Exposure to odors / fumes / particles | ✓ | | | | |
| Can work around machinery | ✓ | | | | |
| **Ability to work extended shifts/ overtime:** | | | | | |
| **Use lower extremities for foot controls:** | | | | ✓ | |

*Please use this space to elaborate on ANY of the above categories:*

Name: [illegible] Signature: [illegible]
Medical Specialty: [illegible] Date: [illegible]
Address: [illegible] Phone: [illegible]
Federal ID tax number:

**Please include any objective test or narrative if available.**
**Thank you for your time.**

**Please return this form in the enclosed addressed envelope.**

OCT-15-2004 14:47 From:CIGNA DALLAS          9789521205          To:1212 746 8127          P.4

## DISCLOSURE AUTHORIZATION

Claimant's Name (Please Print):    STEVEN    ALFANO

I AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, pharmacy, employee assistance plan, insurance company, health maintenance organization or similar entity to provide access to or to give the company named below (Company) or the Plan Administrator or their employees and authorized agents or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: cause, treatment, diagnoses, prognoses, consultations, examinations, tests, prescriptions, or advice regarding my physical or mental condition, or other information concerning me. This may also include, but is not limited to, information concerning: mental illness, psychiatric, drug or alcohol use and any disability, and also HIV related testing, infection, illness, and AIDS (Acquired Immune Deficiency Syndrome), as well as communicable diseases and genetic testing. If my plan administrator sponsors both a disability plan underwritten or administered by Company and a medical plan of any type written by another CIGNA company, the information and records described in this form may also be given to any CIGNA Company which administers such medical or disability benefits for the purpose of evaluating any claim that may be submitted by me or on my behalf for benefits, for evaluating return to employment opportunities, and for administering any feature described in the plan. This information may also be extracted for use in audits or for statistical purposes.

I AUTHORIZE: any financial institution, accountant, tax preparer, insurance company or reinsurer, consumer reporting agency, insurance support organization, Claimant's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the Company or the Plan Administrator or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, earnings or finances, applications for insurance coverage, prior claim files and claim history, work history and work related activities.

I UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used to determine eligibility for claim benefits, any amounts payable, return to employment opportunities, and to administer any other feature described in the plan with respect to the Claimant. This authorization shall remain valid and apply to all records, information and events that occur over the duration of the claim, but not to exceed 24 months. A photocopy of this form is as valid as the original and or my authorized representative may request one. I or my representative may revoke this authorization at any time as it applie to future disclosures by writing the Company. The information obtained will not be disclosed to anyone EXCEPT: a)reinsuring companies; b)the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c)fraud or overinsurance detection bureaus; d)anyone performing business, medical or legal functions with respect to the claim or the plan, including any entity providing assistance to the Company under its Social Security Assistance Program and employers involved in return to employment discussions; e)for audit or statistical purposes; f)as may be required or permitted by law; g) as I may further authorize. A valid authorization or court order for information does not waive other privacy rights.

If my medical information contains information regarding drug or alcohol abuse, I understand that my records may be protected under federal (42 CFR Part 2) and some state laws. To the extent permitted under law, I can ask the party that disclosed information to the Company to permit me to inspect and copy the information if disclosed. I understand that I can refuse to sign this disclosure authorization; however, if I do so, Company may deny my claim for benefits pursuant to the plan. The use and further disclosure of information disclosed hereunder may not be subject to the Health Insurance Portability and Accountability Act (HIPAA).

Signature of Claimant or
Claimant's Authorized Representative:                                    Date: 7/20/04

Relationship,
if other than Claimant                      Claimant's Social Security Number: 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

Company Name:

### PROHIBITION ON RE-DISCLOSURE

If the medical information contains information regarding drug or alcohol abuse, it may be protected under federal law. Federal regulations (42 CFR Part 2) prohibit any person or entity who receives such protected information from the Company from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of such protected information to criminally investigate or prosecute any alcohol or drug abuse patient.

OCT. 20. 2004 1:08PM NO. 916 P. 1

*Facsimile Transmission Cover Sheet*

Also Mailing Original!

CIGNA Group Insurance
Life · Accident · Disability

# THIRD REQUEST

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet) |
|---|---|---|---|
| 212-746-8127 | October 15, 2004 | 2:00 p.m. | 4 |

Name
Dr. Roach

Company

Phone
212-746-2879

Address
505 E. 70th St. Ht. 450
New York, NY. 10021

Name
Mark Sodders

Department
CIGNA Disability Management Solutions

Phone
1.800.362.0611 Extension 5693

Address
12225 Greenville Avenue
Suite 1000, LB 179
Dallas Texas 75243

Comments

| | |
|---|---|
| RE: | Steven Alfano |
| DOB: | 1/14/58 |
| Policyholder: | Weill Medical College NYK 1972 |
| Underwriting Company: | Life Insurance Company of North America |

In order to evaluate your patient's eligibility for Long Term Disability benefits (e.g. lost wage income) we are in need of the following information:

- **A completed Physical Abilities Assessment form (attached).**

We ask that you kindly respond by 10/29/04 to avoid any delay in your patient's claim for lost wages.

Naturally, we will consider a reasonable charge for this medical information. Please include your **tax identification number**. If this request requires a pre-payment, please call me at the phone number above or fax (860.731.2907) a fee request to my attention.

Sincerely,

Mark Sodders

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

[ ] Acknowledgment Requested

To Fax a reply, dial: 860.731.2907

11/19/04

Policy Language - anniversary of disabled lesser of 10% or CPI-W preceding calendar yr.

ID: 6/6/00
BSD: 12/3/00

06/06/00 - 06/05/01 = Covered Earnings 5,933.32

06/06/01 - 06/05/02 = 3.4% = 6,135.05

06/06/02 - 06/05/03 = 1.3% = 6,214.81

06/06/03 - 06/05/04 = 2.4% = 6,282.29

06/06/04 - 06/05/05 = 1.6% ~~not there yet~~ = 6,233.21

80% = 4,986.57

Mark Sodders
Case Manager
CIGNA Disability Management Solutions

CIGNA Group Insurance
Life · Accident · Disability

Routing 212E
12225 Greenville Avenue
Suite 1000 LB 179
Dallas, TX 75243-9382
Telephone 800.352.0611 x5698
Facsimile 860.731.2907
Mark.Sodders@Cigna.com

November 9, 2004

Steven Alfano
3800 Waldo Avenue, 13-G
Bronx, NY 10463

Re: Claimant: Steven Alfano
Policyholder: Weill Medical College
Policy Number: NYK 1972
CIGNA Life Insurance Company of New York

Dear Mr. Alfano:

This letter is in reference to the captioned Long Term Disability claim.

A review of our file reveals the need for updated information. One of the provisions of your contract specifies that you may not be considered totally disabled for any period if you are not under the care of a licensed physician. Please complete the following information and return to this office by November 30, 2004:

- Supplementary Claim Disability Benefits form.

You may fax this information back, attention to the undersigned, to 860-731-2907. Or, a return envelope is enclosed for your convenience.

Your assistance in providing this information is appreciated and will aid in the prompt handling of your claim.

Sincerely,

Mark Sodders

"CIGNA" and "CIGNA Group Insurance" are registered service marks and refer to various operating subsidiaries of CIGNA Corporation. Products and services are provided by these subsidiaries and not by CIGNA Corporation. These subsidiaries include Life Insurance Company of North America, CIGNA Life Insurance Company of New York, and Connecticut General Life Insurance Company.



15-2004 14:46 From:CIGNA DALLAS 9729521285 To:1212 746 8127 P.1

*Facsimile Transmission Cover Sheet*

Also Mailing Original!

CIGNA Group Insurance
Life · Accident · Disability

# THIRD REQUEST

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet):4 |
|---|---|---|---|
| 212-746-8127 | October 15, 2004 | 2:00 p.m. | |

Name
Dr. Roach

Company

Phone
212-746-2379

Address
505 E. 70th St. Ht. 460
New York, NY. 10021

Name
Mark Sodders

Department
CIGNA Disability Management Solutions

Phone
1.800.352.0611 Extension 5693

Address
12225 Greenville Avenue
Suite 1000, LB 179
Dallas Texas 75243

OCT 2 8 2004
CIGNA DALLAS

Comments

| | |
|---|---|
| RE: | Steven Alfano |
| DOB: | 1/14/58 |
| Policyholder: | Weill Medical College NYK 1972 |
| Underwriting Company: | Life Insurance Company of North America |

In order to evaluate your patient's eligibility for Long Term Disability benefits (e.g. lost wage income) we are in need of the following information:

- **A completed Physical Abilities Assessment form (attached).**

We ask that you kindly respond by **10/29/04** to avoid any delay in your patient's claim for lost wages.

Naturally, we will consider a reasonable charge for this medical information. Please include your **tax identification number.** If this request requires a pre-payment, please call me at the phone number above or fax (860.731.2907) a fee request to my attention.

Sincerely,

Mark Sodders

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

[ ] Acknowledgment Requested

To Fax a reply, dial : 860.731.2907

OCT-OCT. 20. 2004 1:00PM CIGNA NYPH RS 9729521825 TO:1212 746 NO. 916 P. 2a

# PHYSICAL ABILITY ASSESSMENT

We are evaluating your patient's disability claim in order to determine functional impairment Please check the boxes corresponding to the patient's level of physical functioning. **Please substantiate your findings with medical documentation. (Failure to provide the requested reports/data may result in delay in claim determinations).**

Patient Name [illegible] Date of Birth

Diagnosis(es)/ICD-9 Code [illegible]

***Throughout** an 8-hour workday, the patient can tolerate, **with positional changes and meal breaks**, the following activities for the specified durations:*

| | | Not applicable to diagnosis(es) | Continuously (67-100%) (5.6 + hrs) | Frequently (34-66%) (2.6 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|---|
| **Sitting:** | | | | | ✓ | ✓ |
| **Standing:** | | | | | ✓ | ✓ |
| **Walking:** | | | | | ✓ | ✓ |
| **Reaching:** | Overhead | ✓ | | | | |
| | Desk Level | ✓ | | | | |
| | Below Waist | ✓ | | | | |
| **Fine Manipulation:** | Right: | ✓ | | | | |
| | Left: | ✓ | | | | |
| **Simple Grasp:** | Right: | ✓ | | | | |
| | Left: | ✓ | | | | |
| **Firm Grasp:** | Right: | ✓ | | | | |
| | Left: | ✓ | | | | |
| **Lifting:** | 10 lbs. | | | | ✓ | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs. | | | | | |
| | 100+ lbs. | | | | | |
| **Carrying:** | 10 lbs. | | | | ✓ | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs | | | | | |
| | 100+ lbs. | | | | | |

OCT-OCT. 20. 2004 4 1:01PM [illegible] 9729521285 [illegible] 1212 74 NO. 916 P. 3

| | Not applicable to diagnosis(es) | Continuously (67-100%) (5.6 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| Pushing: (Max. Wt.: 10 lb) | | | | ✓ | |
| Pulling: (Max. Wt.: 10 lb) | | | | ✓ | |
| Climbing: Regular Stairs | | | | ✓ | |
| Regular Ladders | | | | ✓ | |
| Balancing: | | | | ✓ | |
| Stooping: | | | | | |
| Kneeling: | | | | | |
| Crouching: | | | | | |
| Crawling: | | | | | |
| Seeing: | ✓ | | | | |
| Hearing: | ✓ | | | | |
| Smell/Taste: | ✓ | | | | |
| Environmental Conditions: Exposure to extremes in heat | ✓ | | | | |
| Exposure to extremes in cold | ✓ | | | | |
| Exposure to wet / humid conditions | ✓ | | | | |
| Exposure to vibration | ✓ | | | | |
| Exposure to odors / fumes / particles | ✓ | | | | |
| Can work around machinery | ✓ | | | | |
| Ability to work extended shifts/ overtime: | | | | | |
| Use lower extremities for foot controls: | | | | ✓ | |

*Please use this space to elaborate on ANY of the above categories:*

Name: [illegible] Signature: [illegible]

Medical Specialty: [illegible] Date: [illegible]

Address: New York NY Phone: 212 [illegible]

Federal ID tax number:

**Please include any objective test or narrative if available.**

**Thank you for your time.**

**Please return this form in the enclosed addressed envelope.**

OCT. 20. 2004 1:01PM CIGNA NYPH 9725521225 NO. 916 P. 4

## DISCLOSURE AUTHORIZATION

Claimant's Name (Please Print): STEVEN ALFAND

I AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, pharmacy, employee assistance plan, insurance company, health maintenance organization or similar entity to provide access to or to give the company named below (Company) or the Plan Administrator or their employees and authorized agents or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: cause, treatment, diagnoses, prognoses, consultations, examinations, tests, prescriptions, or advice regarding my physical or mental condition, or other information concerning me. This may also include, but is not limited to, information concerning: mental illness, psychiatric, drug or alcohol use and any disability, and also HIV related testing, infection, illness, and AIDS (Acquired Immune Deficiency Syndrome), as well as communicable diseases and genetic testing. If my plan administrator sponsors both a disability plan underwritten or administered by Company and a medical plan of any type written by another CIGNA company, the information and records described in this form may also be given to any CIGNA Company which administers such medical or disability benefits for the purpose of evaluating any claim that may be submitted by me or on my behalf for benefits, for evaluating return to employment opportunities, and for administering any feature described in the plan. This information may also be extracted for use in audits or for statistical purposes.

I AUTHORIZE: any financial institution, accountant, tax preparer, insurance company or reinsurer, consumer reporting agency, insurance support organization, Claimant's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the Company or the Plan Administrator or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, earnings or finances, applications for insurance coverage, prior claim files and claim history, work history and work related activities.

I UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used to determine eligibility for claim benefits, any amounts payable, return to employment opportunities, and to administer any other feature described in the plan with respect to the Claimant. This authorization shall remain valid and apply to all records, information and events that occur over the duration of the claim, but not to exceed 24 months. A photocopy of this form is as valid as the original and or my authorized representative may request one. I or my representative may revoke this authorization at any time as it applies to future disclosures by writing the Company. The information obtained will not be disclosed to anyone EXCEPT: a)reinsuring companies; b)the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c)fraud or overinsurance detection bureaus; d)anyone performing business, medical or legal functions with respect to the claim or the plan, including any entity providing assistance to the Company under its Social Security Assistance Program and employers involved in return to employment discussions; e)for audit or statistical purposes; f)as may be required or permitted by law; g) as I may further authorize. A valid authorization or court order for information does not waive other privacy rights.

If my medical information contains information regarding drug or alcohol abuse, I understand that my records may be protected under federal (42 CFR Part 2) and some state laws. To the extent permitted under law, I can ask the party that disclosed information to the Company to permit me to inspect and copy the information it disclosed. I understand that I can refuse to sign this disclosure authorization; however, if I do so, Company may deny my claim for benefits pursuant to the plan. The use and further disclosure of information disclosed hereunder may not be subject to the Health Insurance Portability and Accountability Act (HIPAA).

Signature of Claimant or Claimant's Authorized Representative: [signature] Date: 7/20/04

Relationship, if other than Claimant

Claimant's Social Security Number: 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

Company Name:

### PROHIBITION ON RE-DISCLOSURE

If the medical information contains information regarding drug or alcohol abuse, it may be protected under federal law. Federal regulations (42 CFR Part 2) prohibit any person or entity who receives such protected information from the Company from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of such protected information to criminally investigate or prosecute any alcohol or drug abuse patient.



Message Confirmation Report

OCT-15-2004 02:47 PM FRI

Fax Number : 9729521205
Name : CIGNA DALLAS

Name/Number : 912127468127414331
Page : 4
Start Time : OCT-15-2004 02:46PM FRI
Elapsed Time : 00'56"
Mode : STD ECM
Results : [O.K]

*Facsimile Transmission Cover Sheet*

# THIRD REQUEST

CIGNA Group Insurance
Life · Accident · Disability

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet) |
|---|---|---|---|
| 212-746-8127 | October 15, 2004 | 2:00 p.m. | 4 |

Name
Dr. Roach

Company

Phone
212-746-2879

Address
505 E. 70th St. Ht. 450
New York, NY. 10021

Name
Mark Sodders

Department
CIGNA Disability Management Solutions

Phone
1.800.352.0611 Extension 5693

Address
12225 Greenville Avenue
Suite 1000, LB 179
Dallas Texas 75243

Comments

| | |
|---|---|
| RE: | Steven Alfano |
| DOB: | 1/14/58 |
| Policyholder: | Weill Medical College NYK 1972 |
| Underwriting Company: | Life Insurance Company of North America |

In order to evaluate your patient's eligibility for Long Term Disability benefits (e.g. lost wage income) we are in need of the following information:

- **A completed Physical Abilities Assessment form (attached).**

We ask that you kindly respond by 10/29/04 to avoid any delay in your patient's claim for lost wages.

Naturally, we will consider a reasonable charge for this medical information. Please include your **tax identification number.** If this request requires a pre-payment, please call me at the phone number above or fax (860.731.2907) a fee request to my attention.

Sincerely,

Mark Sodders

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

[ ] Acknowledgment Requested

To Fax a reply, dial : 860.731.2907

# PHYSICAL ABILITY ASSESSMENT

We are evaluating your patient's disability claim in order to determine functional impairment Please check the boxes corresponding to the patient's level of physical functioning. **Please substantiate your findings with medical documentation. (Failure to provide the requested reports/data may result in delay in claim determinations).**

Patient Name____________________ Date of Birth____________
Diagnosis(es)/ICD-9 Code______________________________

***Throughout*** **an 8-hour workday, the patient can tolerate, *with positional changes and meal breaks*, the following activities for the specified durations:**

| | | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|---|
| **Sitting:** | | | | | | |
| **Standing:** | | | | | | |
| **Walking:** | | | | | | |
| **Reaching:** | Overhead | | | | | |
| | Desk Level | | | | | |
| | Below Waist | | | | | |
| **Fine Manipulation:** | Right: | | | | | |
| | Left: | | | | | |
| **Simple Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Firm Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Lifting:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs. | | | | | |
| | 100+ lbs. | | | | | |
| **Carrying:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs | | | | | |
| | 100+ lbs. | | | | | |

| | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| **Pushing:** (Max. Wt.:________) | | | | | |
| **Pulling:** (Max. Wt.:________) | | | | | |
| **Climbing:** Regular Stairs | | | | | |
| Regular Ladders | | | | | |
| **Balancing:** | | | | | |
| **Stooping:** | | | | | |
| **Kneeling:** | | | | | |
| **Crouching:** | | | | | |
| **Crawling:** | | | | | |
| **Seeing:** | | | | | |
| **Hearing:** | | | | | |
| **Smell/Taste:** | | | | | |
| **Environmental Conditions:** Exposure to extremes in heat | | | | | |
| Exposure to extremes in cold | | | | | |
| Exposure to wet / humid conditions | | | | | |
| Exposure to vibration | | | | | |
| Exposure to odors / fumes / particles | | | | | |
| Can work around machinery | | | | | |
| **Ability to work extended shifts/ overtime:** | | | | | |
| **Use lower extremities for foot controls:** | | | | | |

*Please use this space to elaborate on ANY of the above categories:*

________________________________________________

________________________________________________

________________________________________________

________________________________________________

**Name:** ____________________ **Signature:** ____________________

Medical Specialty: ____________________ Date: ____________________

Address: ____________________ Phone: ____________________

Federal ID tax number: ____________________

**Please include any objective test or narrative if available.**
**Thank you for your time.**

**Please return this form in the enclosed addressed envelope.**

Message Confirmation Report

SEP-14-2004 01:26 PM TUE

Fax Number : 9729521205
Name : CIGNA DALLAS

| | | |
|---|---|---|
| Name/Number | : | 91212746812741431 |
| Page | : | 4 |
| Start Time | : | SEP-14-2004 01:26PM TUE |
| Elapsed Time | : | 00'35" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

# *Facsimile Transmission Cover Sheet*

CIGNA Group Insurance
Life · Accident · Disability

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet) |
|---|---|---|---|
| 212-746-8127 | September 19, 2004 | 2:00 p.m. | 4 |

| | |
|---|---|
| Name<br>Dr. Keith Roach | Name<br>Mark Sodders |
| Company | Department<br>CIGNA Disability Management Solutions |
| Phone<br>212-746-2879 | Phone<br>1.800.352.0611 Extension 5693 |
| Address<br>505 E. 70 St. Hr. 450<br>New York, NY. 10021 | Address<br>12225 Greenville Avenue<br>Suite 1000, LB 179<br>Dallas Texas 75243 |

2nd Request

Comments

RE: Steven Alfano

DOB: 1/14/58

2nd Request

In order to evaluate your patient's eligibility for Long Term Disability benefits (e.g. lost wage income), we are in need of the following information:

- **A completed Physical Abilities Assessment form (attached).**

We ask that you kindly respond by **9/28/04** to avoid any delay in your patient's claim for lost wages.

Naturally, we will consider a reasonable charge for this medical information. Please include your **tax identification number.** If this request requires a pre-payment, please call me at the phone number above or fax (860.731.2907) a fee request to my attention.

Sincerely,

Mark Sodders
Case Manager

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

[ ] Acknowledgment Requested

To Fax a reply, dial : 860.731.2907



505 East 70th Street, HT 406, New York, NY 10021

THE NEW YORK HOSPITAL - CORNELL MEDICAL CENTER

Cornell Internal Medicine Associates

212 746-2900
FAX 212 746-8165/ 746-3803

RECEIVED
AUG 3 0 2006
CIGNA DALLAS

DATE: 8/24/06

Patient Name: Steven Alfano

NYH #: 228 41 47

Dear: Allowable Payable

We are in receipt of your request for a copy of medical records for ________. Please note that there is a $ 20 fee for this service. Kindly make check payable to Cornell Internal Medicine Associates and remit to the above address.

Sincerely,

Steven Tuffin

for Cornell Internal Medicine Associates

4/3/9/09
8/7/08



AUG. 19. 2004 1:38PM CIGNA DALLAS NO. 334 P. 1

Medical Records - #228 4147

CIGNA Group Insurance
Life - Accident - Disability

| Transmit to FAX number | Date | Time | Total number of pages (including this sheet) |
|---|---|---|---|
| 212-746-8127 | August 19, 2004 | 2:00 p.m. | 4 |

| | |
|---|---|
| Name<br>Dr. Keith Roach | Name<br>Mark Sodders |
| Company | Department<br>CIGNA Disability Management Solutions |
| Phone<br>212-746-2879 | Phone<br>1.800.352.0611 Extension 5693 |
| Address<br>505 E. 70 St. HT. 450<br>New York, NY. 10021 | Address<br>12225 Greenville Avenue<br>Suite 1000, LB 179<br>Dallas Texas 75243 |

Comments

RE: Steven Alfano

DOB: 1/14/58

In order to evaluate your patient's eligibility for Long Term Disability benefits (e.g. lost wage income), we are in need of the following information:

- **A completed Physical Abilities Assessment form (attached).**
- **Copies of your progress notes, including diagnostic test and lab results, from 1/1/02 to the present.**

We ask that you kindly respond by 9/2/04 to avoid any delay in your patient's claim for lost wages.

Naturally, we will consider a reasonable charge for this medical information. Please include your tax **identification number.** If this request requires a pre-payment, please call me at the phone number above or fax (860.731.2907) a fee request to my attention.

Sincerely,

Mark Sodders
Case Manager

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

[ ] Acknowledgment Requested

To Fax a reply, dial: 860.731.2907

# PATIENT INFORMATION SHEET

Steven Alfano
3800 Waldo Ave #13G
Bronx, NY 10463

HOME: 718-884-2067
OFFICE: (212)746-1038

EMERGENCY CONTACT
NAME: Eva Alfano
PHONE: 718-884-2067

| SOC. SEC. | ACCT # | SEX | DATE OF BIRTH | PLACE OF BIRTH | MARITAL STATUS M | W | D | S |
|---|---|---|---|---|---|---|---|---|
| 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 | 228-41-47 | M | 01/14/1958 | | X | | | |

SPOUSE'S NAME: Eva Alfano

INS. CO. NAME (Primary): US Healthcare
INS. CO. NAME (Secondary):

PLAN #: JJF02010
GROUP #:

PLAN #:
GROUP #:

**Diagnosis**

ICD 780.57 SLEEP APNEA NEC/NOS [illegible]
ICD V70.0 GENERAL MEDICAL EXAM NEC [illegible]
ICD 782.1 NONSPECIF SKIN ERUPT NEC [illegible]
ICD 843.9 SPRAIN HIP THIGH NOS [illegible]
[illegible]
ICD 520.9 TOOTH DEVEL/ERUPT DIS NOS [illegible]
ICD 311. DEPRESSIVE DISORDER NEC [illegible]
[illegible]
ICD V72.84 PREOP EXAMINATION NOS [illegible]
ICD 724.02 SPINAL STENOSIS-LUMBAR [illegible]
ICD 724.00 SPINAL STENOSIS NOS [illegible]
ICD 600. HYPERPLASIA OF PROSTATE [illegible]
ICD 535.?0 GASTRITIS NEC/NOS [illegible]
ICD 535.50 GASTRITIS/DUODENITIS NOS [illegible]
ICD 735.? ACQ DEFORMITY OF TOE NOS [illegible]
ICD 681.? CELLULITIS OF DIGIT NOS [illegible]
ICD 716.94 ARTHROPATHY NOS-HAND [illegible]
ICD 346.00 CLASSIC MIGRAINE W/O INTRACT [illegible]
ICD 490. BRONCHITIS NOS [illegible]
ICD 784.0 HEADACHE [illegible]
ICD 278.00 OBESITY NOS [illegible]
ICD E929.0 LATE EFF MOTOR VEHIC ACCID [illegible]
ICD 305.1? TOBACCO ABUSE-CONTINUOUS [illegible]
ICD 726.10 ROTATOR CUFF DIS NEC [illegible]
ICD 47?.? UPPER RESP DIS [illegible]
ICD 346.? CLASSICAL MIGRAINE [illegible]
ICD 401.9 HYPERTENSION NOS [illegible]
ICD 716.17 TRAUMATIC ARTHROPATHY-ANKLE [illegible]
ICD 727.?1 GANGLION OF JOINT [illegible]
ICD 462. ACUTE PHARYNGITIS [illegible]
ICD 272.0 [illegible]
ICD 401. ESSENTIAL HYPERTENSION [illegible]
ICD 686.9 LOCAL SKIN INFECTION NOS [illegible]
ICD 079.99 VIRAL INFECTION NOS [illegible]

**Medications**

TRIAMCINOLONE 0.1% CREAM / apply bid
LISINOPRIL 20MG TABLET / 1 tab po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migraine
ASPIRIN 81MG TABLET EC / 1 po qd
VIOXX 50MG TABLET / 1 tab po qd
OXYCONTIN 40MG TABLETS / 1 tab po tid

ALLERGIES

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

43104

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
01/18/02 00:00

Patient Name: ALFANO, STEVEN
History #: 2284147
Accession #: 98374556
Soc Security: 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
Date of Birth: 01/14/58
Sex: M
Ordered by:
Specimen Date: 01/18/2002 00:00
Report Date: 01/19/2002 08:18
Status: Final

COMP METABOLIC PANEL

| Test | Result | Units | Range |
|---|---|---|---|
| ALT | 33 | U/L | 2-60 |
| AST | 19 | U/L | 2-50 |
| ALKALINE PHOSPHATASE | 107 | U/L | 20-125 |
| A/G RATIO | 1.6 | | 0.8-2.0 |
| GLOBULIN,CALCULATED | 2.8 | g/dL | 2.2-4.2 |
| ALBUMIN | 4.5 | g/dL | 3.5-4.9 |
| PROTEIN,TOTAL | 7.3 | g/dL | 6.0-8.3 |
| CALCIUM | 9.6 | mg/dL | 8.5-10.4 |
| BUN/CREATININE RATIO | 15.5 | | 6.0-25.0 |
| CREATININE | 1.1 | mg/dL | 0.5-1.4 |
| UREA NITROGEN | 17 | mg/dL | 7-25 |
| CARBON DIOXIDE | 22 | mmol/L | 21-33 |
| CHLORIDE | 103 | mmol/L | 98-110 |
| POTASSIUM | 4.2 | mmol/L | 3.5-5.3 |
| GLUCOSE,FASTING | | mg/dL | 65-109 |

Glucose was performed on the gray-top tube that we received with your chem-screen order. If you have any questions or concerns, please call our client services department at 800-631-1390.

| Test | Result | Units | Range |
|---|---|---|---|
| SODIUM | 142 | mmol/L | 135-146 |
| POTASSIUM | 4.2 | mmol/L | 3.5-5.3 |
| CHLORIDE | 103 | mmol/L | 98-110 |
| CARBON DIOXIDE | 22 | mmol/L | 21-33 |
| UREA NITROGEN | 17 | mg/dL | 7-25 |
| CREATININE | 1.1 | mg/dL | 0.5-1.4 |
| BUN/CREATININE RATIO | 15.5 | | 6.0-25.0 |
| CALCIUM | 9.6 | mg/dL | 8.5-10.4 |
| PROTEIN,TOTAL | 7.3 | g/dL | 6.0-8.3 |
| ALBUMIN | 4.5 | g/dL | 3.5-4.9 |
| GLOBULIN,CALCULATED | 2.8 | g/dL | 2.2-4.2 |
| A/G RATIO | 1.6 | | 0.8-2.0 |
| BILIRUBIN,TOTAL | 0.45 | mg/dL | 0.20-1.50 |
| ALKALINE PHOSPHATASE | 107 | U/L | 20-125 |
| AST | 19 | U/L | 2-60 |
| ALT | 33 | U/L | 2-60 |
| PTT | 30.9 | Seconds | 22.0-34.0 |
| PROTHROMBIN TIME | | | |
| INR | 0.93 | Ratio | 0.90-1.10 |

No Anticoagulant, Normal 0.9 - 1.1
Oral Anticoagulant, Standard Dose 2.0 - 3.0
Oral Anticoagulant, High Dose 2.5 - 3.5

| Test | Result | Units | Range |
|---|---|---|---|
| GLUCOSE | 101 | mg/dL | 65-125 |

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45104

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
01/18/02 00:00
Page 2

The glucose reference range is based on a non-fasting state.

CBC W/ DIFF & PLT

| Test | Result | Units | Reference |
|---|---|---|---|
| WBC | 7.2 | Thous/mcL | 3.8-10.8 |
| RBC | 5.10 | Mill/mcL | 4.20-5.80 |
| HEMOGLOBIN | 15.2 | g/dL | 13.2-17.1 |
| HEMATOCRIT | 44.1 | % | 38.5-50.0 |
| MCV | 86.5 | fL | 80.0-100.0 |
| MCH | 29.8 | pg | 27.0-33.0 |
| MCHC | 34.4 | g/dL | 32.0-36.0 |
| RDW | 13.2 | % | 11.0-15.0 |
| PLATELET COUNT | 267 | Thous/mcL | 140-400 |
| MPV | 8.2 | % | 7.5-11.5 |
| TOTAL NEUTROPHILS,% | 66.4 | % | |
| TOTAL LYMPHOCYTES,% | 24.0 | % | |
| MONOCYTES,% | 6.1 | % | |
| EOSINOPHILS,% | 2.8 | % | |
| BASOPHILS,% | 0.7 | % | |
| NEUTROPHILS,ABSOLUTE | 4781 | cells/mcL | 1500-7800 |
| LYMPHOCYTES,ABSOLUTE | 1728 | cells/mcL | 850-3900 |
| MONOCYTES,ABSOLUTE | 439 | cells/mcL | 200-950 |
| EOSINOPHILS,ABSOLUTE | 202 | cells/mcL | 50-550 |
| BASOPHILS,ABSOLUTE | 50 | cells/mcL | 0-200 |

DIFFERENTIAL

An instrument differential was performed.
Please note new reference range

URINALYSIS,COMPLETE

| Test | Result | Units | Reference |
|---|---|---|---|
| COLOR | Yellow | | Yellow |
| APPEARANCE | Clear | | Clear |
| GLUCOSE,QL | Negative | mg/dL | Negative |
| BILIRUBIN | Negative | | Negative |
| KETONES | Negative | mg/dL | Negative |
| SPECIFIC GRAVITY | 1.030 | | 1.001-1.030 |
| BLOOD | Negative | | Negative |
| PH | 7.0 | | 5.0-8.0 |
| PROTEIN,TOTAL,QL | 30 (1+) | mg/dL | Negative |
| NITRITE | Negative | | Negative |
| LEUKOCYTE ESTERASE | Negative | | Negative |
| SQUAMOUS EPITHELIAL CELLS | 3-5 | /hpl | 0-5/hpl |
| WBC | 0-2 | /hpf | 0-3/hpf |
| BACTERIA | None | /hpl | None |
| RBC | 0-2 | /hpf | 0-2/hpf |
| MUCUS | Trace | /lpl | |

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45104

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
01/18/02 08:39

Progress Note: Steven Alfano / January 18, 2002

CIMA/OMC Preoperative Evaluation
Requested by: Dr. Michael Alexaides
Referring Physician's address/telephone #: 159 E 74th St., New York
fax 212 439 6855
Planned surgery: arthroscopic shoulder surgery, decompression
Surgery date: 1/28/02

HPI: 44 year old man with R shoulder separation, operated on before for rotator cuff tear, now for arthroscopic decompression. Major complaint is pain, limitation of movement.

PMH: severe spinal stenosis - L5-S1
HTN - good control
headaches - relieved by imitrex

Coronary artery disease: none
Diabetes mellitus requiring therapy other than diet: never
COPD: no diagnosis, no symptoms
Asthma: none

PSH: previous shoulder surgery, tonsils, soft palate reduction for sleep apnea

Fhx: HTN, no CAD

Shx: lives with wife, 2 children
Work: trying to get disability, unable to work secondary to back pain
Relationships: lives with wife, stressed about financial issues, health concern
Cigarette use: 30 pack-years
Alcohol: rare
Drugs: no

Health maintenance:
Immunizations:
Last Td: doesn't remember
Flu vaccine: doesn't want
Pneumovax: not indicated
PPD: not indicated

Current Medications: vioxx 50 qd
lisinopril 10 qd
prevacid 30 q HS
ASA 81 mg qd
imitrex nasal spray 20

Allergies:
codeine - nausea

Review of Systems:

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45104

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
01/18/02 08:39
Page 2

Problems with anesthesia:never
Bleeding problems:none
Exercise: limited by spinal stenosis, limited by back pain, weakness in leg
Blocks walked before needing to rest: <1
Flights of steps climbed before needing to rest: 1
Reason for stopping: loss of strength in legs
Pulm: no problems
Card: no chest discomfort or palpitations
GI: constipation
GU: urinary retention, evaluated by urology - not felt to need treatment

Objective:

BP Right: 140/104 Left: 140/100 Pulse: 88 Wt: 298 Ht: 6'3"
HEENT: PERRL, EOMI w/out nystagmus, discs flat B, no H/E.
OP,TM's and nares clr, no sinus tenderness.
Neck: no LN, no thyromegaly/nodules, carotids 2+B, no bruits.
Lungs and Chest: CTA and P. No axillary or SC LN.
Cor: PMI nonenlarged, nondisplaced, RRR s1s2, no m/g/r.

Back: no spinous tenderness or scoliosis. No CVAT.
Abd: BS active, NT, ND, no HSM.
Rectal:
Lymphatics: No axillary, supraclavicular, or inguinal LAN.
Ext: DP 2+ B, no edema.
M/S: moderate R shoulder impingement
Neuro: Nonfocal. Strength 5/5 B UE and LE. DTR's 2+ throughout
Skin: No rashes or dysplastic nevi.
GU: testes NL size, no masses, no scrotal masses, no inguinal hernia B.

Data (as clinically indicated):
Chemistry battery:
CBC:
PT/PTT:
ECG:
Chest X-ray:
Stress test: not indicated

Impression:
low risk for planned procedure

Recommendations:

Keith Roach, MD

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45104

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
02/12/02 14:09

Progress Note: Steven Alfano / February 12, 2002

Subjective: 44 year old man with
spinal stenosis
needs evaluation for social security

Objective:

BP 130/90 P 88 bpm Wt 300 lbs Height 6ft 3in
quads 4/5
+ SLR bilaterally
nl sensation
decreased L patellar reflex

Current Medications:

TRIAMCINOLONE 0.1% CREAM / apply bid
VIOXX 50MG TABLET / 1 tab po qd
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd

Allergies:

Impression:

Plan:
forms filled out
f/u with surgery prn

RTC

Keith Roach, MD

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45104

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
05/23/02 12:29

HSS

MRI LOWER EXTREMITY

Dr. Michael Alexiades

IMPRESSION:

Magnetic resonance imaging of the right hip demonstrating superficial cartilage loss over the hip joint, borderline acetabular dysplasia and a torn, hyperplastic and degenerated anterior acetabular labrum.

There is a marrow replacement process affecting the left femur which overall has a non-aggressive appearance. Differential possiblities are noted, as above.

Dictated by Hollis Potter M.D.

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

46104

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
06/05/02 00:00

Patient Name: ALFANO, STEVEN
History #: 2284147
Accession #: 43218721
Soc Security: 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
Date of Birth: 01/14/58
Sex: M
Ordered by:
Specimen Date: 06/05/2002 00:00
Report Date: 06/06/2002 02:18
Status: Final

COMP METABOLIC PANEL

| Test | Result | Units | Reference |
|---|---|---|---|
| GLUCOSE,FASTING | | mg/dL | 65-109 |

Glucose was performed on the gray-top tube that we received with your chem-screen order. If you have any questions or concerns, please call our client services department at 800-631-1390.

| Test | Result | Units | Reference |
|---|---|---|---|
| SODIUM | 141 | mmol/L | 135-146 |
| POTASSIUM | 4.2 | mmol/L | 3.5-5.3 |
| CHLORIDE | 103 | mmol/L | 98-110 |
| CARBON DIOXIDE | 22 | mmol/L | 21-33 |
| UREA NITROGEN | 19 | mg/dL | 7-25 |
| CREATININE | 1.1 | mg/dL | 0.5-1.4 |
| BUN/CREATININE RATIO | 17.3 | | 6.0-25.0 |
| CALCIUM | 9.6 | mg/dL | 8.5-10.4 |
| PROTEIN,TOTAL | 7.4 | g/dL | 6.0-8.3 |
| ALBUMIN | 4.7 | g/dL | 3.5-4.9 |
| GLOBULIN,CALCULATED | 2.7 | g/dL | 2.2-4.2 |
| A/G RATIO | 1.7 | | 0.8-2.0 |
| BILIRUBIN,TOTAL | 0.73 | mg/dL | 0.20-1.50 |
| ALKALINE PHOSPHATASE | 120 | U/L | 20-125 |
| AST | 21 | U/L | 2-50 |
| ALT | 36 | U/L | 2-60 |
| PTT | 32.9 | Seconds | 22.0-34.0 |
| PROTHROMBIN TIME | | | |
| INR | 0.95 | Ratio | 0.90-1.10 |

No Anticoagulant, Normal 0.9 - 1.1
Oral Anticoagulant, Standard Dose 2.0 - 3.0
Oral Anticoagulant, High Dose 2.5 - 3.5

| Test | Result | Units | Reference |
|---|---|---|---|
| GLUCOSE | 102 | mg/dL | 65-125 |

The glucose reference range is based on a non-fasting state.

CBC W/ DIFF & PLT

| Test | Result | Units | Reference |
|---|---|---|---|
| WBC | 7.5 | Thous/mcL | 3.8-10.8 |
| RBC | 5.28 | Mill/mcL | 4.20-5.80 |
| HEMOGLOBIN | 15.5 | g/dL | 13.2-17.1 |
| HEMATOCRIT | 44.8 | % | 38.5-50.0 |
| MCV | 84.8 | fL | 80.0-100.0 |
| MCH | 29.4 | pg | 27.0-33.0 |
| MCHC | 34.7 | g/dL | 32.0-36.0 |
| RDW | 12.4 | % | 11.0-15.0 |
| PLATELET COUNT | 237 | Thous/mcL | 140-400 |
| MPV | 8.3 | % | 7.5-11.5 |
| TOTAL NEUTROPHILS,% | 67.8 | % | |
| TOTAL LYMPHOCYTES,% | 22.9 | % | |



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45101

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
06/05/02 00:00
Page 2

| Test | Result | Units | Reference |
|---|---|---|---|
| MONOCYTES,% | 6.6 | % | |
| EOSINOPHILS,% | 2.6 | % | |
| BASOPHILS,% | 0.1 | % | |
| NEUTROPHILS,ABSOLUTE | 5153 | Cells/mcL | 1500-7800 |
| LYMPHOCYTES,ABSOLUTE | 1740 | Cells/mcL | 850-3900 |
| MONOCYTES,ABSOLUTE | 502 | Cells/mcL | 200-950 |
| EOSINOPHILS,ABSOLUTE | 198 | Cells/mcL | 50-550 |
| BASOPHILS,ABSOLUTE | 8 | Cells/mcL | 0-200 |
| DIFFERENTIAL | | | |

An instrument differential was performed.

URINALYSIS,COMPLETE

| Test | Result | Units | Reference |
|---|---|---|---|
| COLOR | Dark Yellow | | Yellow |
| APPEARANCE | Clear | | Clear |
| GLUCOSE,QL | Negative | mg/dL | Negative |
| BILIRUBIN | Negative | | Negative |
| KETONES | Negative | mg/dL | Negative |
| SPECIFIC GRAVITY | 1.035 H | | 1.001-1.030 |
| BLOOD | Negative | | Negative |
| PH | 6.0 | | 5.0-8.0 |
| PROTEIN,TOTAL,QL | 30 (1+) | mg/dL | Negative |
| NITRITE | Negative | | Negative |
| LEUKOCYTE ESTERASE | Negative | | Negative |
| SQUAMOUS EPITHELIAL CELLS | 3-5 | /hpf | 0-5 |
| WBC | 0-2 | /hpf | 0-3 |
| BACTERIA | None | /hpf | None |
| RBC | None | /hpf | 0-2 |

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45504

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
06/11/02 17:58

Progress Note: Steven Alfano / June 11, 2002

Subjective: 44 year old man with
preoperative visit - no changes since last visit 1/02

femur lesion - reassured by orthopaedic oncologist
dx LSMFT (? liposclerosing myxofibrous tumor)

depression - feeling better with benign diagnosis above

erectile dysfunction - also contributing to depression

Objective:

BP 124/84 P 88 BPM Wt 298 LBS Height 6FT 3IN

HEENT: PERRL, EOMI w/out nystagmus, discs flat B, no H/E.
OP,TM's and nares clr, no sinus tenderness.
Neck: no LN, no thyromegaly/nodules, carotids 2+B, no bruits.
Lungs and Chest: CTA and P. No axillary or SC LN.
Cor: PMI nonenlarged, nondisplaced, RRR s1s2, no m/g/r.

Back: no spinous tenderness or scoliosis. No CVAT.
Abd: BS active, NT, ND, no HSM.
Rectal:
Lymphatics: No axillary, supraclavicular, or inguinal LAN.
Ext: DP 2+ B, no edema.
M/S: moderate R shoulder impingement
Neuro: Nonfocal. Strength 5/5 B UE and LE. DTR's 2+ throughout.
Skin: No rashes or dysplastic nevi.
GU: testes NL size, no masses, no scrotal masses, no inguinal hernia B.

Current Medications:

VICODIN 5/500 TABLET / 1 tab po q 4 h prn
TRIAMCINOLONE 0.1% CREAM / apply bid
VIOXX 50MG TABLET / 1 tab po qd
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migraine
ASPIRIN 81MG TABLET EC / 1 po qd

Allergies:

Impression:

Plan:
low risk for planned surgery



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45104

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
06/11/02 17:58
Page 2

ED
New medications: VIAGRA 50MG TABLET / 1 tab po 1-2 h a intercourse

tobacco use
WELLBUTRIN SR 150MG TABLET / 1 tab po bid
may have benefit in depression

RTC

Keith Roach, MD

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45104

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
08/08/02 13:53

HSS
May 6, 2002

Examination of the Right Hip
and Left Hip and Proximal Femur

IMPRESSION:

Large non-aggressive bony lesion expands and remodels the proximal femur from the femoral neck throught the proximal shaft and has matrix calcification, compatible with a chondral lesion. Bone scan is recommended to assess activity of the lesion. Chondrosarcoma is in the differential.

L. Daniel Neistadt, MD
/ms

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45104

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
09/27/02 15:48

Progress Note: Steven Alfano / September 27, 2002

Subjective: 44 year old man with
low back pain - got social security disability

femur lesion - reassured by orthopaedic oncologist
dx LSMFT (? liposclerosing myxofibrous tumor)

depression - feeling better with benign diagnosis above
doing better with Wellbutrin

erectile dysfunction - also contributing to depression
got prescription

quit smoking

hernia
c/o pain under R testicle
worse after sex

hip pain - L sided - only once

HTN - on Zestril
Objective:

BP 130/80 bp P 80 bpm Wt 293 lbs Height 6FT 3IN
small bulging, no frank herniation

Current Medications:

VIAGRA 50MG TABLET / 1 tab po 1-2 h a intercourse
WELLBUTRIN SR 150MG TABLET / 1 tab po bid
VICODIN 5/500 TABLET / 1 tab po q 4 h prn
TRIAMCINOLONE 0.1% CREAM / apply bid
VIOXX 50MG TABLET / 1 tab po qd
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd

Allergies:

Impression:

Plan:reassured re hernia

depression - better

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

Steven Alfano
NYH # 228-41-47
09/27/02 15:48
Page 2

AS104

CORNELL INTERNAL MEDICINE ASSOCIATES

back pain - pt plans to get back surgery eventually

Refilled: WELLBUTRIN SR 150MG TABLET / 1 tab po bid
VICODIN 5/500 TABLET / 1 tab po q 4 h prn

RTC

Keith Rasch, MD



THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

Steven Alfano
NYH # 228-41-47
12/11/02 00:00

CORNELL INTERNAL MEDICINE ASSOCIATES

Patient Name: ALFANO, STEVEN
History #: 2284147
Accession #: 90110627
Soc Security: 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
Date of Birth: 01/14/58
Sex: M
Ordered by:
Specimen Date: 12/11/2002 00:00
Report Date: 12/14/2002 12:36
Status: Final

| TESTOSTERONE,TOT & FREE | | | | |
|---|---|---|---|---|
| TESTOSTERONE,%,FREE | | 2.8 H | Percent | 1.0-2.7 |
| TESTOSTERONE,FREE | 93.2 | | pg/mL | 50.0-210.0 |
| TOTAL TESTOSTERONE | 336 | | ng/dL | 260-1000 |

THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45104

CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
12/11/02 14:04

Progress Note: Steven Alfano / December 11, 2002

Subjective: 44 year old man with
noted mass in mouth

low back pain - got social security disability
taking Vioxx, ibuprofen, Vicodin

femur lesion - reassured by orthopedic oncologist
dx LSMFT (? liposclerosing myxofibrous tumor)

depression - feeling better with benign diagnosis above
doing better with Wellbutrin

erectile dysfunction - also contributing to depression
got prescription

quit smoking

hernia
c/o pain under R testicle
worse after sex

hip pain - L sided - only once
R sided labral tear

HTN - on Zestril

SH: did get disability
financially doing much better

Objective:

BP 136/88 P 92bpm RR 12 Wt 283.5lbs Height 6FT 3IN
looks like root of wisdom tooth - supposedly all removed

Current Medications:

VIAGRA 50MG TABLET / 1 tab po 1-2 h a intercourse
WELLBUTRIN SR 150MG TABLET / 1 tab po bid
VICODIN 5/500 TABLET / 1 tab po q 4 h prn
TRIAMCINOLONE 0.1% CREAM / apply bid
VIOXX 50MG TABLET / 1 tab po qd
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd