# THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER



45104

**CORNELL INTERNAL MEDICINE ASSOCIATES**

Steven Alfano
NYH # 228-41-47
12/11/02 14:04
Page 2

IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd

Allergies:

Impression:
eruption of part of tooth
LSFT
HTN

Plan:
ORAL SURGERY CONSULT
ORTHOPEDIC CONSULT
FEMUR
TESTOSTERONE FREE AND TOTAL

Discontinued: VIOXX 50MG TABLET / 1 tab po qd

Refilled: VICODIN 5/500 TABLET / 1 tab po q 4 h prn

New medications: IBUPROFEN 600MG TABLET / 1 tab po tid

RTC

Keith Roach, MD

CLICNY 1002

# THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45104

### CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
04/07/03 11:15

Progress Note: Steven Alfano   /   April 7, 2003

CIMA/GMC Preoperative Evaluation
Requested by: Dr Alexiades (fax 212-439-6855)
Referring Physician's address/telephone #: fax to Lenox Hill 434 3358
Planned surgery: labrectomy, arthroscopic
Surgery date: 4/16/03

HPI:  45 year old man with


PMH:
low back pain - on social security disability
taking Vioxx,  Vicodin; off ibuprofen (headaches)

femur lesion - reassured by orthopaedic oncologist
dx LSMFT (? liposclerosing myxofibrous tumor)

depression - feeling better with benign diagnosis above
doing better with Wellbutrin

erectile dysfunction - also contributing to depression
got prescription

quit smoking

hernia
c/o pain under R testicle
worse after sex

HTN - on Zestril

Coronary artery disease: none
Diabetes mellitus requiring therapy other than diet: none
COPD: none
Asthma: none

PSH: hernia repair


Fhx: NC

Shx: living at home with wife
Work: on disability
Relationships:
Cigarette use: quit x 1 month
Alcohol: rare
Drugs:none

Health maintenance: up-to-date
Immunizations: up-to-date

P. 1

x  x  x  TRANSMISSION RESULT REPORT (IMMEDIATE TX) ( AUG. 19. 2004  1:39PM ) x  x  x

FAX HEADER:  CIGNA DALLAS

| DATE | TIME | ADDRESS | MODE | TIME | PAGE | RESULT | PERSONAL NAME | FILE |
|------|------|---------|------|------|------|--------|---------------|------|
| AUG. 19. | 1:37PM | NYPH | G3ES | 1'10" | P. 4 | OK | | 334 |

| | | | |
|---|---|---|---|
| # : BATCH | C : CONFIDENTIAL | $ : TRANSFER | P : POLLING |
| M : MEMORY TX | L : SEND LATER | @ : FORWARDING | E : ECM |
| S : STANDARD | > : DETAIL | F : FINE | > : REDUCTION |
| x : PC | + : ROUTING | Q : RECEPT. NOTICE REQ. | A : RECEPT. NOTICE |

CLICNY 1004

*Facsimile Transmission Cover Sheet* 



**CIGNA** Group Insurance
Life · Accident · Disability

| Transmit to FAX number<br>212-746-8127 | Date<br>August 19, 2004 | Time<br>2:00 p.m. | Total number of pages<br>(including this sheet):4 |
| --- | --- | --- | --- |

| Name<br>Dr. Keith Roach | Name<br>Mark Sodders |
| --- | --- |
| Company | Department<br>CIGNA Disability Management Solutions |
| Phone<br>212-746-2879 | Phone<br>1.800.352.0611 Extension 5693 |
| Address<br>505 E. 70 St. HT. 450<br>New York, NY. 10021 | Address<br>12225 Greenville Avenue<br>Suite 1000, LB 179<br>Dallas Texas 75243 |

**Comments**

RE:   Steven Alfano

DOB:   1/14/58

In order to evaluate your patient's eligibility for Long Term Disability benefits (e.g. lost wage income), we are in need of the following information:

♦ **A completed Physical Abilities Assessment form (attached).**
♦ **Copies of your progress notes, including diagnostic test and lab results, from 1/1/02 to the present.**

We ask that you kindly respond by **9/2/04** to avoid any delay in your patient's claim for lost wages.

Naturally, we will consider a reasonable charge for this medical information. Please include your **tax identification number.** If this request requires a pre-payment, please call me at the phone number above or fax (860.731.2907) a fee request to my attention.

Sincerely,

Mark Sodders
Case Manager

*CONFIDENTIALITY NOTICE: If you have received this facsimile in error, please immediately notify the sender by telephone at the number above. The documents accompanying this facsimile transmission contain confidential information. This information is intended only for the use of the individual(s) or entity named above. Thank you for your compliance.*

Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York

[ ] Acknowledgment Requested                    To Fax a reply, dial : 860.731.2907

CLICNY 1005

## PHYSICAL ABILITY ASSESSMENT

We are evaluating your patient's disability claim in order to determine functional impairment Please check the boxes corresponding to the patient's level of physical functioning. **Please substantiate your findings with medical documentation.   (Failure to provide the requested reports/data may result in delay in claim determinations).**

Patient Name_____ Date of Birth_____

Diagnosis(es)/ICD-9 Code_____

*Throughout* an 8-hour workday, the patient can tolerate, *with positional changes and meal breaks*, the following activities for the specified durations:

| | | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|---|
| **Sitting:** | | | | | | |
| **Standing:** | | | | | | |
| **Walking:** | | | | | | |
| **Reaching:** | Overhead | | | | | |
| | Desk Level | | | | | |
| | Below Waist | | | | | |
| **Fine Manipulation:** | Right: | | | | | |
| | Left: | | | | | |
| **Simple Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Firm Grasp:** | Right: | | | | | |
| | Left: | | | | | |
| **Lifting:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs. | | | | | |
| | 100+ lbs. | | | | | |
| **Carrying:** | 10 lbs. | | | | | |
| | 11-20 lbs. | | | | | |
| | 21-50 lbs. | | | | | |
| | 51-100 lbs | | | | | |
| | 100+ lbs. | | | | | |

|  | Not applicable to diagnosis(es) | Continuously (67-100%) (5.5 + hrs) | Frequently (34-66%) (2.5 - 5.5 hrs) | Occasionally (1-33%) (<2.5 hrs) | Check if supported by objective findings |
|---|---|---|---|---|---|
| **Pushing:** (Max. Wt.:_____) | | | | | |
| **Pulling:** (Max. Wt.:_____) | | | | | |
| **Climbing:** Regular Stairs | | | | | |
| Regular Ladders | | | | | |
| **Balancing:** | | | | | |
| **Stooping:** | | | | | |
| **Kneeling:** | | | | | |
| **Crouching:** | | | | | |
| **Crawling:** | | | | | |
| **Seeing:** | | | | | |
| **Hearing:** | | | | | |
| **Smell/Taste:** | | | | | |
| **Environmental Conditions:** | | | | | |
| Exposure to extremes in heat | | | | | |
| Exposure to extremes in cold | | | | | |
| Exposure to wet / humid conditions | | | | | |
| Exposure to vibration | | | | | |
| Exposure to odors / fumes / particles | | | | | |
| Can work around machinery | | | | | |
| **Ability to work extended shifts/ overtime:** | | | | | |
| **Use lower extremities for foot controls:** | | | | | |

*Please use this space to elaborate on ANY of the above categories:*

_____

_____

_____

_____

**Name:** _____    **Signature:** _____

Medical Specialty: _____    **Date:** _____

Address: _____    **Phone:** _____

Federal ID tax number:_____

---

**Please include any objective test or narrative if available.**
**Thank you for your time.**

Please return this form in the enclosed addressed envelope.

CLICNY 1007

 **DISCLOSURE AUTHORIZAT** 

Claimant's Name (Please Print):  STEVEN  ALFAND

I AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, pharmacy, employee assistance plan, insurance company, health maintenance organization or similar entity to provide access to or to give the company named below (Company) or the Plan Administrator or their employees and authorized agents or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: cause, treatment, diagnoses, prognoses, consultations, examinations, tests, prescriptions, or advice regarding my physical or mental condition, or other information concerning me. This may also include, but is not limited to, information concerning: mental illness, psychiatric, drug or alcohol use and any disability, and also HIV related testing, infection, illness, and AIDS (Acquired Immune Deficiency Syndrome), as well as communicable diseases and genetic testing. If my plan administrator sponsors both a disability plan underwritten or administered by Company and a medical plan of any type written by another CIGNA company, the information and records described in this form may also be given to any CIGNA Company which administers such medical or disability benefits for the purpose of evaluating any claim that may be submitted by me or on my behalf for benefits, for evaluating return to employment opportunities, and for administering any feature described in the plan. This information may also be extracted for use in audits or for statistical purposes.

I AUTHORIZE: any financial institution, accountant, tax preparer, insurance company or reinsurer, consumer reporting agency, insurance support organization, Claimant's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the Company or the Plan Administrator or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, earnings or finances, applications for insurance coverage, prior claim files and claim history, work history and work related activities.

I UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used to determine eligibility for claim benefits, any amounts payable, return to employment opportunities, and to administer any other feature described in the plan with respect to the Claimant. This authorization shall remain valid and apply to all records, information and events that occur over the duration of the claim, but not to exceed 24 months. A photocopy of this form is as valid as the original and or my authorized representative may request one. I or my representative may revoke this authorization at any time as it applie to future disclosures by writing the Company. The information obtained will not be disclosed to anyone EXCEPT: a)reinsuring companies; b)the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c)fraud or overinsurance detection bureaus; d)anyone performing business, medical or legal functions with respect to the claim or the plan, including any entity providing assistance to the Company under its Social Security Assistance Program and employers involved in return to employment discussions; e)for audit or statistical purposes; f)as may be required or permitted by law; g) as I may further authorize. A valid authorization or court order for information does not waive other privacy rights.

If my medical information contains information regarding drug or alcohol abuse, I understand that my records may be protected under federal law (42 CFR Part 2) and some state laws. To the extent permitted under law, I can ask the party that disclosed information to the Company to permit me to inspect and copy the information it disclosed. I understand that I can refuse to sign this disclosure authorization; however, if I do so, Company may deny my claim for benefits pursuant to the plan. The use and further disclosure of information disclosed hereunder may not be subject to the Health Insurance Portability and Accountability Act (HIPAA).

Signature of Claimant or
Claimant's Authorized Representative: X _____  Date: 7/20/04

Relationship,
if other than Claimant                                              Claimant's Social Security Number:  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

**Company Name:**

### PROHIBITION ON RE-DISCLOSURE

If the medical information contains information regarding drug or alcohol abuse, it may be protected under federal law. Federal regulations (42 CFR Part 2) prohibit any person or entity who receives such protected information from the Company from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of such protected information to criminally investigate or prosecute any alcohol or drug abuse patient.

Acenza: Task

Page 1 of 1

Re-route | Void | Pend | Alert | Task | Contents | Notes (0/0)

Update | Logs (0)

## Task: Medical Request

**Start Date:** 09/13/2004    **Due Date:** 09/14/2004

### Details

| | | | |
|---|---|---|---|
| Name | STEVEN ALFANO | SSN | 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 | DOB | 01/14/1958 |
| Account Name | WEILL MEDICAL COLLEGE | Account # | NYK0001972 | Incurred Date | 06/06/2000 |
| Claim Manager | Mark Sodders | Incident # | 513554 | Claim Eff Dt-Status | 01/21/2003 - Active |

**Title** f/u med req
**Comment/Instruction**
08/19/04 requested
Keith Roach, M.D. 212-746-2879
Michael Alexiades 212-734-1288 LOV was 05/22/2003. Had another one scheduled, but no
showed.

| Date | User ID | Assigned To<br>Mark Sodders. | Name<br>ALFANO,STEVEN -- 099449648 -- 01/14/1958 |
|---|---|---|---|

### Active Contents

| Type | Due Date | Created By | Assigned To |
|---|---|---|---|
| LTD | 06/06/2000. | Mark Sodders | |

**Status:** Active    **Assigned To:** Mark Sodders

**Created:** 08/19/2004 09:48 AM

https://dms-acclaim.group.cigna.com/acenza/Task/TaskOTCTASK_FOLLOWUPDisplay.asp?id=9717259&wd=1&ocKey=TA...    8/19/2004

CLICNY 1009

# THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

|||||||||||||||||||||||||||
45104

### CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH # 228-41-47
04/07/03 11:15
Page 2

Current Medications:

WELLBUTRIN SR 150MG TABLET / 1 tab po bid
VIAGRA 50MG TABLET / 1 tab po 1-2 h a intercourse
VICODIN 5/500 TABLET / 1 tab po q 4 h prn
TRIAMCINOLONE 0.1% CREAM / apply bid
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd
Allergies:

Review of Systems:
Problems with anesthesia: some difficulty last time with waking up after general anesthetic
Bleeding problems: none
Exercise:
Blocks walked before needing to rest: 1 block
Flights of steps climbed before needing to rest: 1
Reason for stopping: back pain, neuropathic pain in back/leg
Pulm: neg
Card: no chest discomfort
GI: neg
GU: neg

Objective:
healthy looking man in no distress
BP 130/100 P 100 bpm   Wt 300 lbs  Height 6ft 3in
HEENT: PERRL, EOMI w/out nystagmus, discs flat B, no H/E.
OP,TM's and nares clr, no sinus tenderness.
Neck: no LN, no thyromegaly/nodules, carotids 2+B, no bruits.
Lungs and Chest: CTA and P.  No axillary or SC LN.
Cor: PMI nonenlarged, nondisplaced, RRR s1s2, no m/g/r.

Back: no spinous tenderness or scoliosis. No CVAT.
Abd: BS active, NT, ND, no HSM.
Rectal:
Lymphatics:  No axillary, supraclavicular, or inguinal LAN.
Ext: DP 2+ B, no edema.
M/S:
Neuro: Nonfocal. Strength 5/5 B UE and LE. DTR's 2+ throughout.
Skin: No rashes or dysplastic nevi.
GU: testes NL size, no masses, no scrotal masses, no inguinal hernia B.

Data (as clinically indicated):
Chemistry battery:
Patient Name: ALFANO, STEVEN

CBC W/ DIFF & PLT
    WBC                      8.6           Thous/mcL.   3.8-10.8

CLICNY 1010

# THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

Steven Alfano

NYH # 228-41-47

04/07/03 11:15

Page 3

|||||| 45104

### CORNELL INTERNAL MEDICINE ASSOCIATES

| | | | |
|---|---|---|---|
| RBC | 5.16 | Mill/mcL | 4.20-5.80 |
| HEMOGLOBIN | 15.3 | g/dL | 13.2-17.1 |
| HEMATOCRIT | 45.0 | % | 38.5-50.0 |
| MCV | 87.2 | fL | 80.0-100.0 |
| MCH | 29.6 | pg | 27.0-33.0 |
| MCHC | 33.9 | g/dL | 32.0-36.0 |
| RDW | 13.0 | % | 11.0-15.0 |
| PLATELET COUNT | 297 | Thous/mcL | 140-400 |
| MPV | 8.2 | % | 7.5-11.5 |
| TOTAL NEUTROPHILS,% | 66.9 | % | 38-80 |
| TOTAL LYMPHOCYTES,% | 24.2 | % | 15-49 |
| MONOCYTES,% | 6.8 | % | 0-13 |
| EOSINOPHILS,% | 1.8 | % | 0-8 |
| BASOPHILS,% | 0.3 | % | 0-2 |
| NEUTROPHILS,ABSOLUTE | 5753 | Cells/mcL | 1500-7800 |
| LYMPHOCYTES,ABSOLUTE | 2081 | Cells/mcL | 850-3900 |
| MONOCYTES,ABSOLUTE | 585 | Cells/mcL | 200-950 |
| EOSINOPHILS,ABSOLUTE | 155 | Cells/mcL | 15-550 |
| BASOPHILS,ABSOLUTE | 26 | Cells/mcL | 0-200 |
| DIFFERENTIAL | | | |

An instrument differential was performed.

COMP METABOLIC PANEL

| | | | |
|---|---|---|---|
| GLUCOSE,FASTING | | mg/dL | 65-109 |

Glucose was performed on the gray-top tube that we received
with your chem-screen order. If you have any questions or
concerns, please call our client services department at
800-631-1390.

| | | | |
|---|---|---|---|
| SODIUM | 142 | mmol/L | 135-146 |
| POTASSIUM | 4.6 | mmol/L | 3.5-5.3 |
| CHLORIDE | 103 | mmol/L | 98-110 |
| CARBON DIOXIDE | 25 | mmol/L | 21-33 |
| UREA NITROGEN | 18 | mg/dL | 7-25 |
| CREATININE | 1.1 | mg/dL | 0.5-1.4 |
| BUN/CREATININE RATIO | 16.4 | | 6.0-25.0 |
| CALCIUM | 9.6 | mg/dL | 8.5-10.4 |
| PROTEIN,TOTAL | 7.5 | g/dL | 6.0-8.3 |
| ALBUMIN | 4.7 | g/dL | 3.5-4.9 |
| GLOBULIN,CALCULATED | 2.8 | g/dL | 2.2-4.2 |
| A/G RATIO | 1.7 | | 0.8-2.0 |
| BILIRUBIN,TOTAL | 0.63 | mg/dL | 0.20-1.50 |
| ALKALINE PHOSPHATASE | 113 | U/L | 20-125 |
| AST | 23 | U/L | 2-50 |
| ALT | 33 | U/L | 2-60 |
| PTT | 30.0 | Seconds | 22.0-34.0 |
| PROTHROMBIN TIME | | | |
| INR | 0.95 | Ratio | 0.90-1.10 |

| | | |
|---|---|---|
| No Anticoagulant, Normal | 0.9 - 1.1 | |
| Oral Anticoagulant, Standard Dose | 2.0 - 3.0 | |
| Oral Anticoagulant, High Dose | 2.5 - 3.5 | |

| | | | |
|---|---|---|---|
| URINALYSIS,COMPLETE | | | |
| COLOR | Dark Yellow | | Yellow |
| APPEARANCE | Clear | | Clear |
| GLUCOSE,QL | Negative | mg/dL | Negative |
| BILIRUBIN | Negative | | Negative |
| KETONES | Negative | mg/dL | Negative |
| SPECIFIC GRAVITY | 1.035 H | | 1.001-1.030 |

CLICNY 1011

# THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

Steven Alfano

NYH # 228-41-47

04/07/03 11:15

Page 4

45104

**CORNELL INTERNAL MEDICINE ASSOCIATES**

| | | | |
|---|---|---|---|
| BLOOD | Negative | | Negative |
| PH | 6.0 | | 5.0-8.0 |
| PROTEIN,TOTAL,QL | Trace | mg/dL | Negative |
| NITRITE | Negative | | Negative |
| LEUKOCYTE ESTERASE | Negative | | Negative |
| SQUAMOUS EPITHELIAL CELLS | None | /hpf | 0-5 |
| WBC | None | /hpf | 0-3 |
| BACTERIA | None | /hpf | None |
| RBC | None | /hpf | 0-2 |
| GLUCOSE | 96 | mg/dL | 65-125 |

The glucose reference range is based on a non-fasting state.

CBC:
PT/PTT:
ECG: normal
Chest X-ray: 2002 normal, not indicated today
Stress test: not indicated

Impression:
low risk for planned surgery
HTN - well controlled
back pain - OK on analgesics
ibuprofen d/c'd
hold aspirin starting today

Recommendations:
no medical contraindications to planned surgery

Keith Roach, MD

CLICNY 1012

# THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

45104

**CORNELL INTERNAL MEDICINE ASSOCIATES**

Steven Alfano
NYH # 228-41-47
04/07/03 11:41

---

Patient Name: ALFANO, STEVEN
History #: 2284147
Accession #: 28446202
Soc Security: 099449648
Date of Birth: 01/14/58
Sex: M
Ordered by:
Specimen Date: 04/07/2003 11:41
Report Date: 04/08/2003 04:35
Status: Final

CBC W/ DIFF & PLT

| Test | Value | | Units | Range |
|---|---|---|---|---|
| WBC | 8.6 | | Thous/mcL | 3.8-10.8 |
| RBC | 5.16 | | Mill/mcL | 4.20-5.80 |
| HEMOGLOBIN | | 15.3 | g/dL | 13.2-17.1 |
| HEMATOCRIT | | 45.0 | % | 38.5-50.0 |
| MCV | 87.2 | | fL | 80.0-100.0 |
| MCH | 29.6 | | pg | 27.0-33.0 |
| MCHC | 33.9 | | g/dL | 32.0-36.0 |
| RDW | 13.0 | | % | 11.0-15.0 |
| PLATELET COUNT | | 297 | Thous/mcL | 140-400 |
| MPV | 8.2 | | % | 7.5-11.5 |
| TOTAL NEUTROPHILS,% | 66.9 | | % | 38-80 |
| TOTAL LYMPHOCYTES,% | 24.2 | | % | 15-49 |
| MONOCYTES,% | 6.8 | | % | 0-13 |
| EOSINOPHILS,% | 1.8 | | % | 0-8 |
| BASOPHILS,% | 0.3 | | % | 0-2 |
| NEUTROPHILS,ABSOLUTE | | 5753 | Cells/mcL | 1500-7800 |
| LYMPHOCYTES,ABSOLUTE | | 2081 | Cells/mcL | 850-3900 |
| MONOCYTES,ABSOLUTE | | 585 | Cells/mcL | 200-950 |
| EOSINOPHILS,ABSOLUTE | | 155 | Cells/mcL | 15-550 |
| BASOPHILS,ABSOLUTE | | 26 | Cells/mcL | 0-200 |

DIFFERENTIAL
An instrument differential was performed.

COMP METABOLIC PANEL

| GLUCOSE,FASTING | | mg/dL | 65-109 |

Glucose was performed on the gray-top tube that we received
with your chem-screen order. If you have any questions or
concerns, please call our client services department at
800-631-1390.

| Test | Value | | Units | Range |
|---|---|---|---|---|
| SODIUM | 142 | | mmol/L | 135-146 |
| POTASSIUM | 4.6 | | mmol/L | 3.5-5.3 |
| CHLORIDE | 103 | | mmol/L | 98-110 |
| CARBON DIOXIDE | | 25 | mmol/L | 21-33 |
| UREA NITROGEN | | 18 | mg/dL | 7-25 |
| CREATININE | 1.1 | | mg/dL | 0.5-1.4 |
| BUN/CREATININE RATIO | | 16.4 | | 6.0-25.0 |
| CALCIUM | 9.6 | | mg/dL | 8.5-10.4 |
| PROTEIN,TOTAL | 7.5 | | g/dL | 6.0-8.3 |
| ALBUMIN | 4.7 | | g/dL | 3.5-4.9 |
| GLOBULIN,CALCULATED | | 2.8 | g/dL | 2.2-4.2 |
| A/G RATIO | 1.7 | | | 0.8-2.0 |
| BILIRUBIN,TOTAL | | 0.63 | mg/dL | 0.20-1.50 |
| ALKALINE PHOSPHATASE | | 113 | U/L | 20-125 |
| AST | 23 | | U/L | 2-50 |
| ALT | 33 | | U/L | 2-60 |

CLICNY 1013

# THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER



45104

**CORNELL INTERNAL MEDICINE ASSOCIATES**

Steven Alfano
NYH # 228-41-47
04/07/03 11:41
Page 2

| | | | |
|---|---|---|---|
| PTT | 30.0 | Seconds | 22.0-34.0 |
| PROTHROMBIN TIME | | | |
| INR | 0.95 | Ratio | 0.90-1.10 |
| No Anticoagulant, Normal | | 0.9 - 1.1 | |
| Oral Anticoagulant, Standard Dose | | 2.0 - 3.0 | |
| Oral Anticoagulant, High Dose | | 2.5 - 3.5 | |

URINALYSIS,COMPLETE

| | | | |
|---|---|---|---|
| COLOR | Dark Yellow | | Yellow |
| APPEARANCE | Clear | | Clear |
| GLUCOSE,QL | Negative | mg/dL | Negative |
| BILIRUBIN | Negative | | Negative |
| KETONES | Negative | mg/dL | Negative |
| SPECIFIC GRAVITY | 1.035 H | | 1.001-1.030 |
| BLOOD | Negative | | Negative |
| PH | 6.0 | | 5.0-8.0 |
| PROTEIN,TOTAL,QL | Trace | mg/dL | Negative |
| NITRITE | Negative | | Negative |
| LEUKOCYTE ESTERASE | Negative | | Negative |
| SQUAMOUS EPITHELIAL CELLS | None | /hpf | 0-5 |
| WBC | None | /hpf | 0-3 |
| BACTERIA | None | /hpf | None |
| RBC | None | /hpf | 0-2 |
| GLUCOSE | 96 | mg/dL | 65-125 |

The glucose reference range is based on a non-fasting state.

CLICNY 1014

**THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER**

Steven Alfano
NYH #  228-41-47
05/01/03 11:23

45104

**CORNELL INTERNAL MEDICINE ASSOCIATES**

Mt Sinai School Of Medicine

January 224th 2003

Dr. Dempsey S. Sprinfield, MD
Orthopaedic Surgeon
212-241-8311
fax # 212-534-6145

DX: LSMFT

Impression:
Left hip remains the same with an occasional discomfort. He has no limp and he functions well.
He has more difficulty with his right hip and has decided to have the labral tear repaired.

AP and lateral x-rays today show no change in the lesion in the proximal intertrochanteric and
subtrochateric areas with radiolucencies and readiodensities. I compared it to the one taken in
July.

ms

CLICNY 1015

# THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

Steven Alfano
NYH # 228-41-47
05/21/03 22:09

45104

## CORNELL INTERNAL MEDICINE ASSOCIATES

Progress Note: Steven Alfano   /   May 21, 2003

Subjective:  45 year old man with skin tags
for removal

surgery for torn labrum went well

back pain - considering surgery
one problem at a time!

quit smoking

forms filled out

Objective:

BP 130/90 P 80 bpm  RR 12   Temp 99.1 F Wt 294 lbs  Height 6ft 3in   Pain usual
multiple skin tags

Current Medications:

WELLBUTRIN SR 150MG TABLET / 1 tab po bid
VIAGRA 50MG TABLET / 1 tab po 1-2 h a intercourse
VICODIN 5/500 TABLET / 1 tab po q 4 h prn
TRIAMCINOLONE 0.1% CREAM / apply bid
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd

Allergies:

Impression:

Plan:
removed with sterile scisors without lidocaine per pt request

discussed options for back pain

RTC 3 mo

Keith Roach, MD
Electronic Signature on File

CLICNY 1016

# THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

|||||||||||||||||
45104

### CORNELL INTERNAL MEDICINE ASSOCIATES

Steven Alfano
NYH #  228-41-47
09/22/03 10:01

Progress Note: Steven Alfano   /   September 22, 2003

Subjective:  45 year old man with
quit smoking

lost 4 lb

musculoskeletal
R hip - will see Alexiades
neck - C5 stenosis
shoulder - fixed!

sleep apnea

concern about CAD

skin tag

Objective:

BP 110/80 P 80 bpm  RR 12   Temp 98.2 f Wt 290lbs]  Height 6ft 3in
looks well
small, benign appearing skin tags

Current Medications:

WELLBUTRIN SR 150MG TABLET / 1 tab po bid
VIAGRA 50MG TABLET / 1 tab po 1-2 h a intercourse
VICODIN 5/500 TABLET / 1 tab po q 4 h prn
TRIAMCINOLONE 0.1% CREAM / apply bid
CELEXA 20MG TABLET / 1 po qd
ZESTRIL 20MG TABLET / 1 po qd
PREVACID 30MG CAPSULES / 1 po qd
IMITREX NASAL SPRAY 20MG/SPRAY / 1 spray intranasally prn
IMITREX 50MG TABLET / 1-2 tabs with onset of migrain
ASPIRIN 81MG TABLET EC / 1 po qd
OXYCONTIN 10MG TABLETS / 1 tab po q6 h

Allergies:

Impression:

Plan:
smoking - congratulations

hip pain - will f/u Dr Alexaides

spinal stenosis - refilled narcotics - pt to revisit more aggressive treatment
has lost weight

CLICNY 1017

**THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER**



45104

**CORNELL INTERNAL MEDICINE ASSOCIATES**

Steven Alfano
NYH #  228-41-47
09/22/03 10:01
Page 2

sleep apnea - no evidence end-organ damage, no daytime somnolence - no need for CPAP at this time

? CAD - recheck labs

RTC

Keith Roach, MD
Electronic Signature on File

CLICNY 1018

# THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER

Steven Alfano
NYH # 228-41-47
09/22/03 22:10

45104

**CORNELL INTERNAL MEDICINE ASSOCIATES**

Patient Name: ALFANO, STEVEN
History #: 2284147
Accession #: 70479879
Soc Security: 099449648
Date of Birth: 01/14/58
Sex: M
Ordered by: ROACH,KEITH
Specimen Date: 09/22/2003 22:10
Report Date: 09/23/2003 06:37
Status: Final

```
LIPID PANEL
  TRIGLYCERIDES          130         mg/dL      <150
  HDL CHOLESTEROL        46          mg/dL      >/=40
  CHOLESTEROL,TOTAL      224 H   mg/dL      <200
  HDL CHOLESTEROL        46          mg/dL      >/=40
  CHOLESTEROL/HDL RATIO  4.9                    <5.0
  LDL CHOL, CALCULATED   152 H   mg/dL      <130
  TRIGLYCERIDES          130         mg/dL      <150
COMP METABOLIC PANEL
  GLUCOSE                69          mg/dL      65-125
```

          The glucose reference range is based on a non-fasting state.
```
  SODIUM                 141         mmol/L     135-146
  POTASSIUM              4.4         mmol/L     3.5-5.3
  CHLORIDE               102         mmol/L     98-110
  CARBON DIOXIDE         .    26     mmol/L     21-33
  UREA NITROGEN          20          mg/dL      7-25
  CREATININE             1.0         mg/dL      0.5-1.4
  BUN/CREATININE RATIO   20.0                   6.0-25.0
  CALCIUM                9.4         mg/dL      8.5-10.4
  PROTEIN,TOTAL          7.4         g/dL       6.0-8.3
  ALBUMIN                4.7         g/dL       3.5-4.9
  GLOBULIN,CALCULATED    2.7         g/dL       2.2-4.2
  A/G RATIO              1.7                    0.8-2.0
  BILIRUBIN,TOTAL        0.66        mg/dL      0.20-1.50
  ALKALINE PHOSPHATASE   118         U/L        20-125
  AST                    21          U/L        2-50
  ALT                    32          U/L        2-60
C-REACTIVE PROTEIN
  C-REACTIVE PROTEIN     0.1         mg/dL      <0.8
```

CLICNY 1019

**THE NEW YORK HOSPITAL-CORNELL MEDICAL CENTER**

45104

**CORNELL INTERNAL MEDICINE ASSOCIATES**

Steven Alfano
NYH #  228-41-47
01/22/04 15:42

Mt Sinai School of Medicine

IMPRESSION:

Mr. ALfano remains asymptomatic . X-rays show no change in the ledsion in his proximal femur.
We will follow him on and annual basis.

Dempsey S. Sprinfield, MD

ms

**FRAUD WARNING:** Any person who, knowingly and with intent to defraud any insurance company or other person, (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purpose of misleading, information concerning any material fact thereto, commits a fraudulent insurance act. For residents of the following states, please see the reverse side of this form: *California, Colorado, District of Columbia, Florida, Maryland, New Jersey, New York, Pennsylvania, Oregon or Virginia.*

Name: STEVEN ALFANO

Address: 3800 WALDO AVE
BRONX, NY 10463

Social Security No.: 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

Telephone No.: 718 884 2067

1. In your own words, tell us why you cannot work in your own or in any occupation.
CONSTANT BACK/LEG PAIN PREVENTS CONCENTRATION ON MENTAL TASKS. CONDITION IS MADE WORSE BY SITTING, STANDING OR WALKING. SITTING ESPECIALLY PRODUCES PAIN AND NUMBNESS IN BACK, BUTTOCKS, LEGS AND FEET.

2. What is primary physical and/or mental condition preventing you from working now?
SAME AS ABOVE ANSWER TO QUES 1. PLUS I MUST LIE DOWN FREQUENTLY THROUGH THE DAY FOR 1-2 HOURS AT A TIME. THIS FORM TOOK ME 3 SITTINGS TO COMPLETE.

3. Can you drive? ☒ Yes ☐ No   How far? 10 MILES OR UP TO 30 MINUTES.

4. What time do you get up in the morning? 6 AM   What time do you go to bed? 11:30 PM

5. Where do you live? ☒ Apartment ☐ House
How many floors in the apartment/house? 20   Does it have an elevator? ☒ Yes ☐ No
Do you use any special equipment - ramps, handrails, wheelchair? ☒ Yes ☐ No
If yes, describe HANDRAILS, USE CANE FOR BALANCE/SUPPORT

6. Do you own a personal computer? ☒ Yes ☐ No
Is it connected to the Internet? ☒ Yes ☐ No
What computer programs or software can you use? EMAIL

How often do you use the computer? EVERY OTHER DAY OR SO

7. Check the things you do regularly:

| Activity | Hours per day? | Days per week? |
|---|---|---|
| ☐ Cook | | |
| ☐ Clean | | |
| ☐ Shop | | |
| ☐ Laundry | | |
| ☐ Yardwork | | |
| ☐ Gardening | | |
| ☐ Read | | |
| ☒ Watch TV | 3 | 5 |
| ☐ Other (school, attend religious services, volunteer work, etc.) | | |

What do you do for recreation? LISTEN TO MUSIC, WATCH BASEBALL ON TV. LAY IN SUN.

8. Are there things you attend to with regard to your personal needs (grooming, dressing, etc.)?
I MUST TAKE LONG HOT BATHS DAILY TO EASE STIFFNESS, I SHAVE OCCASIONALLY BUT NOW MUST USE AN ELECTRIC RAZOR SO I DON'T HAVE TO BEND OVER THE SINK.

GB-609428 (10/2003)

CLICNY 1021

# Disability Questionnaire &
## Activities of Daily Living



**CIGNA Group Insurance**
Life • Accident • Disability
Connecticut General Life Insurance Company
Insurance Company of North America
CIGNA Life Insurance Company of New York

GB-609428 (10/2003)

CLICNY 1022

9. Do you go for walks? ☐ Yes ☑ No        How often? _____
   How far do you walk? _____    For how long? _____

10. Do you engage in a regular exercise program? ☐ Yes ☑ No
    Where (home, gym, etc.) _____
    How often? _____
    Describe your exercise program _____

11. Please circle the highest grade you completed in school:

    1  2  3  4  5  6  7  8  9  10  11  12    GED    High School Diploma

    College?  1 yr.  2 yrs.  3 yrs.  4 yrs.  (BA/BS Degree)    Masters Degree Other

    Type of degree? (Business, History, Social Sciences, etc.) _BUSINESS_
    Date Received _2/82_
    List any professional/educational certificates, licenses, etc. awarded _N/A_

    List any vocational programs you have attended/completed _N/A_
    In the last 3 years, what type of certificates or licenses have you received? _____

12. Are you taking any professional/educational/vocational classes now? ☐ Yes ☑ No
    Please list them _____

13. Are you working? ☐ Yes ☑ No
    If so, please list how many hours per day you work, and the name of your employer. _____

## Employment History

| 1. Job Title: WAGE & SALARY MGR | Employed date: From: 5/91 Through: 6/00 |
|---|---|
| Major Duties: DEVELOP AND ADMINISTER COMPENSATION SYSTEMS, NEGOTIATE SALARIES | Minor Duties: ADMINISTER PERFORMANCE EVALUATION SYSTEMS. APPROVE JOB DESCRIPTIONS |
| Tools/Equipment used: COMPUTER, CALCULATOR | Machinery/Computers used: PC, MAINFRAME |
| 2. Job Title: ASST. DIR. HUMAN RESOURCES | Employed date: From: 3/90 Through: 11/90 |
| Major Duties: ADMINISTERED COMPENSATION AND EMPLOYMENT FUNCTIONS | Minor Duties: ADMINISTER EMPLOYEE IMMIGRATION, HOUSING AND ORIENTATION PROGRAMS |
| Tools/Equipment used: CALCULATOR | Machinery/Computers used: PC |
| 3. Job Title: WAGE & SALARY ANALYST/MGR | Employed date: From: 8/82 Through: 2/90 |
| Major Duties: ADMINISTRATION OF WAGES AND SALARIES | Minor Duties: LABOR RELATIONS |
| Tools/Equipment used: CALCULATOR | Machinery/Computers used: PC |

14. Have you ever owned or operated your own business? ☐ Yes ☑ No
    Do you own, operate, or have ownership interest in a business now? ☐ Yes ☑ No
    Business Name _____
    Address _____
    City _____
    Telephone Number _____
    Date business began _____
    Describe the business _____



**IMPORTANT CLAIM NOTICE**

***California:*** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

***Colorado Residents:*** It is unlawful to knowingly provide false, incomplete or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

***District of Columbia Residents:*** WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

***Florida Residents:*** Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

***Maryland Residents:*** Any person who, knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or (2) conceals for the purpose of misleading, information concerning any fact material thereto, may be committing a fraudulent insurance act.

***New Jersey:*** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

***New York Residents:*** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed $5000 and the stated value of the claim for each such violation.

***Oregon Residents:*** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

***Pennsylvania Residents:*** Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

***Virginia Residents:*** Any person who, with the intent to defraud or knowing that he is facilitating a fraud against an insurer, submits applicaiton or files a claim containing a false or deceptive statement may have violated state law.

15. Are you married?  ☑ Yes ☐ No
    If yes, please provide:  Spouse's Name: _EVA ALFANO_   DOB: _5/25/62_
                            Spouse's SSN: _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_

    Do you have any children under age 18?  ☑ Yes ☐ No
    Please list their names and dates of birth in order:
    _ANDREA ALFANO    10/1/92_
    _MICHAEL ALFANO   5/18/95_

    Do you have any handicapped children over 18?  ☐ Yes ☑ No

16. List any prescription medications you take: Use other side if you need more space.

| Medication | Dose | Frequency | Medication | Dose | Frequency |
|------------|------|-----------|------------|------|-----------|
| OXYCONTIN | 40mG | 4-6/DAY | PREVACID | 30mG | 1/Day |
| VIOXX | 50mG | 1/Day | | | |
| ZESTRIL | 20mG | 1/Day | | | |

17. List any doctor(s) you see regularly. Use the other side if you need more room.

| Doctor's Name/Specialty: | | Doctor's Name/Specialty: | |
|---|---|---|---|
| KEITH ROACH / INTERNAL MEDICINE | | MICHAEL ALEXIADES / ORTHOPEDIC SURGERY | |
| Address: 505 E. 70 ST. / HT 450 NY NY 10021 | | Address: 159 E. 74 ST NY NY 10021 | |
| Telephone #: 212-746-2879 | Fax #: 212-746-8127 | Telephone #: 212-734-1288 | Fax #: 212-439-6855 |
| Frequency of visits: 3-6 MOS. | Date of last visit: 7/20/04 | Frequency of visits: 6-12 mos | Date of last visit: 9/03 |
| Doctor's Name/Specialty: | | Doctor's Name/Specialty: | |
| Address: | | Address: | |
| Telephone #: | Fax #: | Telephone #: | Fax #: |
| Frequency of visits: | Date of last visit: | Frequency of visits: | Date of last visit: |

18. Are you right handed or left handed?  ☐ Right ☑ Left
    What is your height? _6'3"_   What is your date of birth? _1/14/58_
    What is your weight? _280 LBS_

19. Are you a veteran? ☐ Yes ☑ No
    If yes, have you applied for VA benefits for this disability? ☐ Yes ☐ No
    Please attach a copy of your VA disability award.

20. What other types of income/money/compensation/benefits are you receiving or eligible to receive?

| | | $ Amount/Frequency | Date Began | Date Paid Through |
|---|---|---|---|---|
| ☐ Yes ☑ No | Salary Continuance | | | |
| ☐ Yes ☑ No | State Disability Benefits | | | |
| ☐ Yes ☑ No | Group Disability Benefits | | | |
| ☐ Yes ☑ No | Workers' Compensation | | | |
| ☐ Yes ☑ No | Pension Benefits | | | |
| ☐ Yes ☑ No | No-Fault Auto Disability Insurance | | | |
| ☑ Yes ☐ No | Any Other Disability Income - SOCIAL SECURITY DBL | $1,591/MO | 6/12009 | ON-GOING |

I certify that the information in this document is true and correct.

Signature _____   Date _7/20/04_



## DISCLOSURE AUTHORIZATION

Claimant's Name (Please Print):  *STEVEN   ALFAND*

I AUTHORIZE: any doctor, physician, healer, health care practitioner, hospital, clinic, other medical facility, professional, or provider of health care, medically related facility or association, medical examiner, pharmacy, employee assistance plan, insurance company, health maintenance organization or similar entity to provide access to or to give the company named below (Company) or the Plan Administrator or their employees and authorized agents or authorized representatives, any medical and nonmedical information or records that they may have concerning my health condition, or health history, or regarding any advice, care or treatment provided to me. This information and/or records may include, but is not limited to: cause, treatment, diagnoses, prognoses, consultations, examinations, tests, prescriptions, or advice regarding my physical or mental condition, or other information concerning me. This may also include, but is not limited to, information concerning: mental illness, psychiatric, drug or alcohol use and any disability, and also HIV related testing, infection, illness, and AIDS (Acquired Immune Deficiency Syndrome), as well as communicable diseases and genetic testing. If my plan administrator sponsors both a disability plan underwritten or administered by Company and a medical plan of any type written by another CIGNA company, the information and records described in this form may also be given to any CIGNA Company which administers such medical or disability benefits for the purpose of evaluating any claim that may be submitted by me or on my behalf for benefits, for evaluating return to employment opportunities, and for administering any feature described in the plan. This information may also be extracted for use in audits or for statistical purposes.

I AUTHORIZE: any financial institution, accountant, tax preparer, insurance company or reinsurer, consumer reporting agency, insurance support organization, Claimant's agent, employer, group policyholder, business associate, benefit plan administrator, family members, friends, neighbors or associates, governmental agency including the Social Security Administration or any other organization or person having knowledge of me to give the Company or the Plan Administrator or their employees and authorized agents, or authorized representatives, any information or records that they have concerning me, my occupation, my activities, employee/employment records, earnings or finances, applications for insurance coverage, prior claim files and claim history, work history and work related activities.

I UNDERSTAND: the information obtained will be included as part of the proof of claim and will be used to determine eligibility for claim benefits, any amounts payable, return to employment opportunities, and to administer any other feature described in the plan with respect to the Claimant. This authorization shall remain valid and apply to all records, information and events that occur over the duration of the claim, but not to exceed 24 months. A photocopy of this form is as valid as the original and I or my authorized representative may request one. I or my representative may revoke this authorization at any time as it applies to future disclosures by writing the Company. The information obtained will not be disclosed to anyone EXCEPT: a)reinsuring companies; b)the Medical Information Bureau, Inc., which operates Health Claim Index (HCI); c)fraud or overinsurance detection bureaus; d)anyone performing business, medical or legal functions with respect to the claim or the plan, including any entity providing assistance to the Company under its Social Security Assistance Program and employers involved in return to employment discussions; e)for audit or statistical purposes; f)as may be required or permitted by law; g) as I may further authorize. A valid authorization or court order for information does not waive other privacy rights.

If my medical information contains information regarding drug or alcohol abuse, I understand that my records may be protected under federal (42 CFR Part 2) and some state laws. To the extent permitted under law, I can ask the party that disclosed information to the Company to permit me to inspect and copy the information it disclosed. I understand that I can refuse to sign this disclosure authorization; however, if I do so, Company may deny my claim for benefits pursuant to the plan. The use and further disclosure of information disclosed hereunder may not be subject to the Health Insurance Portability and Accountability Act (HIPAA).

Signature of Claimant or
Claimant's Authorized Representative: *[signature]*                          Date: 7/20/04

Relationship,
if other than Claimant:                          Claimant's Social Security Number: 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

Company Name:

### PROHIBITION ON RE-DISCLOSURE

If the medical information contains information regarding drug or alcohol abuse, it may be protected under federal law. Federal regulations (42 CFR Part 2) prohibit any person or entity who receives such protected information from the Company from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulation. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of such protected information to criminally investigate or prosecute any alcohol or drug abuse patient.

2:00 pm

(212) 746-2801 - med. records

Called Dr. Roach's office. Left message with medical records dept. Asked that they call me back w/ status of our request.

RAL 9/5/03